# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NORTHEASTERN DIVISION

|  |  |  |
|---|---|---|
| BRIAN HARPOLE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:26-cv-00556 |
| | ) | |
| CANDACE OWENS, | ) | |
| CANDACE OWENS LLC, | ) | |
| GEORGETOM, INC., & | ) | |
| MITCHELL SNOW, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF APPEARANCE

Robert A. Peal of Sims|Funk, PLC hereby enters his appearance as counsel for Defendants

Candace Owens, Candace Owens LLC, and GeorgeTom, Inc. in the above-captioned case and

respectfully requests that all pleadings and notices filed in this case be served on the undersigned.


Dated: May 14, 2026

Respectfully submitted,

*/s/ Robert A. Peal*
Robert A. Peal (#025629)
Megan C. Chambers (#042312)
SIMS|FUNK, PLC
3102 West End Ave., Suite 1100
Nashville, TN 37203
Telephone: (615) 292-9335
Fax: (615) 649-8565
rpeal@simsfunk.com
mchambers@simsfunk.com

*Counsel for Defendants Candace Owens, Candace Owens, LLC, and GeorgeTom, Inc.*

1

## CERTIFICATE OF SERVICE

I hereby certify that on May 14, 2026, a true and exact copy of the foregoing was served via this Court's CM/ECF system to the following:

Matthew Seth Sarelson, Esq.
Zachary Stoner, Esq.*
**DHILLON LAW GROUP INC.**
1601 Forum Place, Suite 202
West Palm Beach, Florida 33401
msarelson@dhillonlaw.com

Tara L. Swafford BPR # 17577
Elizabeth G. Hart, BPR # 30070
**THE SWAFFORD LAW FIRM, PLLC**
321 Billingsly Court, Suite 19
Franklin, TN 37067
tara@swaffordlawfirm.com
betsy@swaffordlawfirm.com

Jacob William Roth, Esq.*
**Contarino Roth LLC**
2255 Glades Road, Suite 324A
Boca Raton, FL 33431
jroth@contarinoroth.com

*Attorneys for Plaintiff Brian Harpole*

*/s/ Robert A. Peal*