Civil Action No.     **3:26-cv-00556**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   **Mitch Snow**
was received by me on  **5/01/2026:**

☐   I personally served the **SUMMONS** on the individual at *(place)*  on *(date)* ; or

☐   I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☐   I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of  organization)*; or

☒    I returned the summons unexecuted because **Hostile Environment** after attempting service at **9315 Welsh Dr, Pasco, WA 99301**; or

☐   Other *(specify)*

My fees are $ 0 for travel and **$ 87.00** for services, for a total of **$ 87.00**.

I declare under penalty of perjury that this information is true.

Date:  05/12/2026

_____
*Server's signature*

**Derek Brown**
*Printed name and title*

**1030 N Center Pkwy
Kennewick, WA 99336**

_____
*Server's address*

Additional information regarding attempted service, etc:

**5/1/2026 10:38 AM: There was no answer at the address.**
**5/4/2026 12:13 PM: There was no answer at the address.**
**5/5/2026 10:37 AM: There was no answer at the address.**
**5/6/2026 8:04 PM: I placed a phone call to number ending in 4498 resulting in refusal to cooperate. I spoke with Mitch Snow. The individual appeared to be a male contact.  Confirmed his name then hung up.**
**5/6/2026 8:08 PM: I was unable to deliver the documents due to a hostile environment. I spoke with a neighbor who doesn't recognize name.  Subject was unwilling to confirm address. The address appears to have had no activity since first attempt. Except for a camera being placed in the window. Occupants if any. Will not cooperate.**
**5/11/2026 10:18 AM: There was no answer at the address.**



Civil Action No.    **3:26-cv-00556**

 

Tracking #: **0222942160**