# UNITED STATES DISTRICT COURT
for the

Middle District of Tennessee

| | | |
|---|---|---|
| Brian Harpole | ) | |
| | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No.  3:26-cv-00556 |
| | ) | |
| Candace Owens, Candace Owens LLC, | ) | |
| GeorgeTom, Inc., & Mitch Snow | ) | |
| | ) | |
| _____ | ) | |
| *Defendant(s)* | ) | |

## ALIAS SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Mitchell Snow
9315 Welsh Dr.
Pasco, Washington 99301

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Matthew Sarelson
1601 Forum Place, Suite 202
West Palm Beach, Florida 33401

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  _____5/27/2026_____  _____
*Signature of Clerk or Deputy Clerk*

Civil Action No. 3:26-cv-00556

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ _____0.00_____ .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
See *"Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF<br>Brian Harpole | COURT CASE NUMBER<br>3:26-cv-00556 |
|---|---|
| DEFENDANT<br>Candace Owens, et al. | TYPE OF PROCESS<br>Summons and Complaint |

| SERVE AT { | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN<br>Mitchell Snow |
|---|---|
| | ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*<br>9315 Welsh Dr. Pasco, Washington 99301 |

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| Matthew Sarelson<br>1601 Forum Pl., Suite 202<br>West Palm Beach, FL 33401 | Number of process to be served with this Form 285 | 1 |
| | Number of parties to be served in this case | 1 |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

| Signature of Attorney other Originator requesting service on behalf of:<br>☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>305.773.1952 | DATE<br>5/21/2026 |
|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin<br>No. | District to Serve<br>No. | Signature of Authorized USMS Deputy or Clerk | | Date |
|---|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | Date | Time | ☐ am<br>☐ pm |
|---|---|---|---|
| Address *(complete only different than shown above)* | Signature of U.S. Marshal or Deputy | | |

*Costs shown on attached USMS Cost Sheet >>*

REMARKS

Form USM-285
Rev. 03/21



ORIGIN ID:PBIA        (305) 773-1952
MATTHEW SARELSON
DHILLON LAW GROUP, INC.
1601 FORUM PLACE
SUITE 202
WEST PALM BEACH, FL 33401
UNITED STATES US

SHIP DATE: 22MAY26
ACTWGT: 1.00 LB
CAD: 9354362/INET4535

BILL SENDER

TO  CLERK'S OFFICE
FRED D. THOMPSON U.S. COURTHOUSE
719 CHURCH STREET
SUITE 1300
NASHVILLE TN 37203
(615) 736-5498        REF:
INV:
PO:                      DEPT:   U.S. DISTRICT COURT
                                 MIDDLE DISTRICT OF TN

RECEIVED

MAY 2 7 2026



FedEx
Express



E

TRK#
0201  8721 3063 7217

THU – 28 MAY 5:00P
EXPRESS SAVER

S4 RNCA                    37203
              TN-US   BNA



Align bottom of peel-and-stick airbill or pouch here