

**DHILLON**
LAW GROUP INC.

1601 Forum Place, Suite 202
West Palm Beach, FL 33401

**Matthew S. Sarelson**
**Florida Managing Partner**
Phone: 415.433.1700
Msarelson@dhillonlaw.com

RECEIVED

MAY 2 7 2026

U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

May 21, 2026

**VIA FEDEX**

Clerk's Office
Fred D. Thompson U.S. Courthouse and Federal Building
719 Church Street, Suite 1300
Nashville, Tennessee

> **Re:** *Brian Harpole adv. Candace Owens, et al.*
> **M.D. Tennessee Case No. 3:26-cv-00556**
> **Service of Process by U.S. Marshal**

To whom it may concern:

We represent Brian Harpole in the above action against Candace Owens, Candace Owens LLC, GeorgeTom, Inc., and Mitchell Snow.

Pursuant to the May 20, 2026 Order granting Harpole's motion to authorize the United States Marshals to serve Defendant Mitchell Snow [D.E. 14], please find the following documents enclosed with this letter:

1. An alias summons for Mitchell Snow;
2. A copy of the complaint and notice of initial case management conference;
3. A UMS-285 Process Receipt and Return form;
4. A check for payment to the U.S. Marshals Service; and
5. A copy of the May 20, 2026 Order authorizing service of process by U.S. Marshal.

Respectfully submitted,

**DHILLON LAW GROUP, INC.**

Matthew Seth Sarelson, Esq.

Case 3:26-cv-00556    Document 15-1    Filed 05/27/26    Page 1 of 2 PageID #: 103



ORIGIN ID:PBIA (305) 773-1952
MATTHEW SARELSON
DHILLON LAW GROUP, INC.
1601 FORUM PLACE
SUITE 202
WEST PALM BEACH, FL 33401
UNITED STATES US

SHIP DATE: 22MAY26
ACTWGT: 1.00 LB
CAD: 9354362/INET4535

BILL SENDER

TO CLERK'S OFFICE
FRED D. THOMPSON U.S. COURTHOUSE
719 CHURCH STREET
SUITE 1300
NASHVILLE TN 37203
(615) 736-5498      REF:
INV:
PO:                 DEPT:

RECEIVED
MAY 2 7 2026
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN



FedEx.
Express

E

THU – 28 MAY 5:00P
EXPRESS SAVER

TRK# 8721 3063 7217
0201

S4 RNCA

37203
TN-US  BNA



Align bottom of peel-and-stick airbill or pouch here