IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

BRIAN HARPOLE
_____,
        Plaintiff(s),

v.

                                        Case No. 3:26-cv-00556_____

CANDACE OWENS, CANDACE OWENS, LLC,
GEORGETOM, INC., & MIITCHELL SNOW
_____,
        Defendant(s).

## BUSINESS ENTITY DISCLOSURE STATEMENT
### (Disclosure of corporate affiliations and financial interests)

To provide the disclosures required by Fed. R. Civ. P. 7.1(a), and in compliance with the provisions of Local Rule 7.02(a), including for determination of judicial conflicts, this Business Entity Disclosure Statement is filed by _____ GEORGETOM INC. _____.

The filer acknowledges its continuing obligation to update and supplement this statement.

**INSTRUCTIONS: Check the applicable blank or blanks, and fully provide any required information. <u>Attach separate pages as necessary to fully provide required information</u>.**

1.      This party or intervenor is a publicly held corporation or other publicly held entity, incorporated in the state of _____ with a principal place of business in the state of _____.

2.      This party or intervenor is a privately held corporation, incorporated in the state of _____ DELAWARE _____ with a principal place of business in the state of _____ TENNESSEE _____. Ten percent (10%) or more of this corporation is owned by (list below all ownership interests of 10% or more):

_____ CANDACE OWENS FARMER _____

_____.

3.      Is this party or intervenor a parent or subsidiary of another corporation or corporations?

____ YES    X NO

If the answer is YES, state the identity of the parent or subsidiary and whether the named party is the parent or the subsidiary.

_____

_____.

4.        Is this party or intervenor affiliated with any other corporation or corporations, other than as a parent or subsidiary?

____ YES    X__ NO

If the answer is YES, state: (i) the identity of the affiliated corporation(s); (ii) the nature of the relationship between the affiliated corporation(s) and the named party or intervenor; and, (iii) whether the affiliated corporation owns ten percent (10%) or more of the stock or ownership interests of the named party or intervenor and, if so, percentage of interest owned.

_____
_____.

5.        Is there a publicly held corporation or another publicly held entity, not a party to the case, that has a direct  financial interest in the outcome of the litigation?

____ YES    X__ NO

If the answer is YES, state the identity of such corporation and the nature of the financial interest.

_____
_____.

6.        If the named party or intervenor is a business entity other than a corporation (i.e. partnership, limited liability entity, or trust), identify all individuals or entities holding ten percent (10%) or more of the ownership interests in the named party or intervenor.

_____
_____ .

**Provide any additional pertinent information on attached page(s).**

Date: June 2, 2026        Signature: /s/ Robert A. Peal _____

Printed Name: Robert A. Peal _____

Title: Attorney for Candace Owens, Candace Owens, LLC, and GeorgeTom, Inc.

**<u>CERTIFICATE OF SERVICE</u>**
**[Include certificate of service pursuant to LR 5.01.**
**Attach as separate page if necessary due to space constraints.]**

2

## CERTIFICATE OF SERVICE

I hereby certify that on June 2, 2026, a true and exact copy of the foregoing was served via this Court's CM/ECF system to the following:

Matthew Seth Sarelson, Esq.
Zachary Stoner, Esq.*
**DHILLON LAW GROUP INC.**
1601 Forum Place, Suite 202
West Palm Beach, Florida 33401
msarelson@dhillonlaw.com

Tara L. Swafford BPR # 17577
Elizabeth G. Hart, BPR # 30070
**THE SWAFFORD LAW FIRM, PLLC**
321 Billingsly Court, Suite 19
Franklin, TN 37067
tara@swaffordlawfirm.com
betsy@swaffordlawfirm.com

Jacob William Roth, Esq.*
**Contarino Roth LLC**
2255 Glades Road, Suite 324A
Boca Raton, FL 33431
jroth@contarinoroth.com

*Attorneys for Plaintiff Brian Harpole*

/s/ Robert A. Peal