# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### AT NASHVILLE

| | | |
|---|---|---|
| **BRIAN HARPOLE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Case No. 3:26-cv-00556** |
| | ) | **JURY DEMAND** |
| **v.** | ) | |
| | ) | **Judge William L. Campbell, Jr.** |
| **CANDACE OWENS,** | ) | **Magistrate Judge Luke A. Evans** |
| **CANDACE OWENS LLC,** | ) | |
| **GEORGETOM, INC., &** | ) | |
| **MITCHELL SNOW,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## MOTION OF JACOB WILLIAM ROTH TO APPEAR PRO HAC VICE

Pursuant to Local Rule 83.01(d), Tara L. Swafford, a member of the bar of this Court, hereby moves for the admission *pro hac vice* of attorney Jacob William Roth.

Mr. Roth is an attorney at Contarino Roth LLC, located at 2255 Glades Road, Suite 324A, Boca Raton, Florida 33431. Mr. Roth's telephone number is (561) 872-6508 and his email address is jroth@contarinoroth.com. Mr. Roth is admitted to practice in the State of Florida, and before the United States District Courts for the Southern District of Florida, Middle District of Florida, and Northern District of Florida. No disciplinary proceedings, finding of contempt or sanction under 28 U.S.C. § 1927, or criminal charges have been instituted against Mr. Roth in any jurisdiction.

Mr. Roth agrees to subject himself to the jurisdiction of the courts of Tennessee in any manner arising out of his conduct in these proceedings and agrees to be bound by the Code of Professional Responsibility applicable to Tennessee lawyers and the interpretation thereof by Tennessee courts. Mr. Roth has associated with Tara L. Swafford of The Swafford Law Firm,

PLLC, 321 Billingsly Court, Suite 19, Franklin, TN 37067, for his appearance *pro hac vice* in this matter.

In support of this motion, a Certificate of Good Standing from the United States District Court for the Southern District of Florida (Exhibit A) and Declaration of Jacob William Roth (Exhibit B) are attached.

Dated: June 16, 2026

Respectfully Submitted,

/s/ Tara L. Swafford
THE SWAFFORD LAW FIRM, PLLC
Tara L. Swafford, BPR # 17577
Elizabeth G. Hart, BPR #30070
321 Billingsly Court, Suite 19
Franklin, Tennessee 37067
Telephone: (615) 599-8406
Facsimile: (615) 807-2355
tara@swaffordlawfirm.com
betsy@swaffordlawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served on all counsel of record via the Court's electronic filing system. The following party, on whose behalf no notice of appearance has been filed, has been served via U.S. Mail:

Mitchell Snow
9315 Welsh Dr.
Pasco, Washington 99301

On this 16th day of June 2026.

/s/     Elizabeth G. Hart
        Elizabeth G. Hart

# EXHIBIT A



# UNITED STATES DISTRICT COURT
for the
## Southern District of Florida

### CERTIFICATE OF GOOD STANDING

I, **Angela E. Noble,** Clerk of the United States District Court for the Southern District of Florida,

do hereby certify that **Jacob William Roth** , Florida Bar # **1036551**, was duly admitted to practice

in this Court on **September 01, 2022**, and is in good standing as a member of the Bar of this Court.

Dated at: **Miami, Florida** on May 19, 2026.

_____
Angela E. Noble
Court Administrator • Clerk of Court

# EXHIBIT B

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**AT NASHVILLE**

| | | |
|---|---|---|
| **BRIAN HARPOLE,** | **)** | |
| | **)** | |
| **Plaintiff,** | **)** | **Case No. 3:26-cv-00556** |
| | **)** | **JURY DEMAND** |
| **v.** | **)** | |
| | **)** | **Judge William L. Campbell, Jr.** |
| **CANDACE OWENS,** | **)** | **Magistrate Judge Luke A. Evans** |
| **CANDACE OWENS LLC,** | **)** | |
| **GEORGETOM, INC., &** | **)** | |
| **MITCHELL SNOW,** | **)** | |
| | **)** | |
| **Defendants.** | **)** | |

---

## DECLARATION OF JACOB WILLIAM ROTH

---

State of Florida )

County of Palm Beach )

1. My name is Jacob William Roth. I am an attorney licensed to practice law in the State of Florida. I have personal knowledge of the facts set forth in this Declaration.

2. No disciplinary proceedings by any disciplinary authority, finding of contempt or sanction under 28 U.S.C. § 1927 by any court, or criminal charges have been instituted against me.

3. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

FURTHER THE DECLARANT SAYETH NOT.

Dated this 16th day of June 2026.

/s/      Jacob William Roth
Jacob William Roth

1