# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE

BRIAN HARPOLE,                            )
                                          )
    Plaintiff,          )
                                          )
v.                                        )    Case No. 3:26-cv-00556
                                          )
CANDACE OWENS,                            )    Chief Judge William L. Campbell, Jr.
CANDACE OWENS LLC,                        )    Magistrate Judge Luke A. Evans
GEORGETOM, INC., &                        )
MITCHELL SNOW,                            )
                                          )
    Defendants.        )

## UNOPPOSED MOTION FOR PERMISSION TO EXCEED PAGE LIMIT UNDER LOCAL RULE 7.01(A)(2)

Defendants Candace Owens, Candace Owens, LLC, and GeorgeTom, Inc. (together, "Movants") pursuant to Local Rule 7.01(a)(2) move the Court for permission to exceed the twenty-five-page limitation as related to the filing of their Partial Federal Rule Of Civil Procedure 12(b)(6) Motion to Dismiss the Plaintiff's Complaint for Failure to State a Claim; Tennessee Public Participation Act Petition to Dismiss the Plaintiff's Complaint; and Partial Motion to Strike, and Incorporated Memorandum of Law (hereinafter, the "Responsive Motion").

Movants submit that the relief requested in their underlying Responsive Motion presents complex issues of fact and law which require them to file a supporting memorandum of law exceeding the normally allowable page limitation pursuant to Local Rule 7.01(a)(2). Plaintiff Brian Harpole's Complaint, which the Responsive Motion seeks to dismiss in discrete parts, contains 158 numbered paragraphs and sixty-seven pages of allegations. (*See generally* D.E. 1). Movants are working diligently to keep the Responsive Motion succinct, but Plaintiff's Complaint raises numerous issues that Movants must address and requires more than the standard twenty-five pages

to do so. Accordingly, Movants respectfully request leave to file a comprehensive Responsive Motion brief that is no more than thirty-five pages long.

Undersigned counsel has conferred with counsel for Plaintiff and is authorized to state that the Plaintiff does not oppose the requested relief. Additionally, the Responsive Motion seeks to helpfully and significantly narrow the claims and issues in the case. Movants respectfully submit that it is therefore in the interests of judicial economy that Movants be granted the relief sought.

On these grounds, Movants respectfully request that they be granted leave to submit a response to Plaintiff's Complaint, as described herein, that is no more than thirty-five pages long.

Dated: June 26, 2026

Respectfully submitted,

*/s/ Robert A. Peal*
Robert A. Peal (#025629)
Megan C. Chambers (#042312)
SIMS|FUNK, PLC
3102 West End Ave., Suite 1100
Nashville, TN 37203
Telephone: (615) 292-9335
Fax: (615) 649-8565
rpeal@simsfunk.com
mchambers@simsfunk.com

*Counsel for Defendants Candace Owens, Candace Owens, LLC, and GeorgeTom, Inc.*

2

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on June 26, 2026, a true and exact copy of the foregoing was served via this Court's CM/ECF system to the following:

Matthew Seth Sarelson, Esq.
Zachary Stoner, Esq.*
**DHILLON LAW GROUP INC.**
1601 Forum Place, Suite 202
West Palm Beach, Florida 33401
msarelson@dhillonlaw.com

Tara L. Swafford BPR # 17577
Elizabeth G. Hart, BPR # 30070
**THE SWAFFORD LAW FIRM, PLLC**
321 Billingsly Court, Suite 19
Franklin, TN 37067
tara@swaffordlawfirm.com
betsy@swaffordlawfirm.com

Jacob William Roth, Esq.*
**Contarino Roth LLC**
2255 Glades Road, Suite 324A
Boca Raton, FL 33431
jroth@contarinoroth.com

*Attorneys for Plaintiff Brian Harpole*

*/s/ Robert A. Peal*

3