# FILED

**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Brian Harpole | 3:26-cv-00556  C1 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Candace Owens, et al. | Summons and Complaint |

**SERVE AT** — NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Mitchell Snow
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
9315 Welsh Dr. Pasco, Washington 99301

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| Matthew Sarelson<br>1601 Forum Pl., Suite 202<br>West Palm Beach, FL 33401 | Number of process to be served with this Form 285 | 1 |
| | Number of parties to be served in this case | 1 |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

| Signature of Attorney other Originator requesting service on behalf of: | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>305.773.1952 | DATE<br>5/21/2026 |
|---|---|---|---|

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 75 | No. 85 | KBurch | 5/28/26 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

| Name and title of individual served (if not shown above) | Date<br>6/25/26 | Time<br>2:30 | ☐ am<br>☒ pm |
|---|---|---|---|
| Address (complete only different than shown above) | Signature of U.S. Marshal or Deputy | | |

Costs shown on attached USMS Cost Sheet >>

REMARKS  5/28/26 - Deposit of $73 rec'd Chk# 0032009451
5/28/26 - Fwd to ElwA for personal service $ %
6/25/26 - Unable to locate
    $65 - 1 hour
    $6.53 - 9 mi
6/26/26 - Invoice sent for $6.53

Form USM-285
Rev. 03/21

Case 3:26-cv-00556   Document 15   Filed 05/27/26   Page 3 of 4 PageID #: 101

# UNITED STATES DISTRICT COURT
### for the
Middle District of Tennessee

| | |
|---|---|
| Brian Harpole ) | |
| ) | |
| ) | |
| ) | |
| **Plaintiff(s)** ) | |
| v. ) | Civil Action No. 3:26-cv-00556 |
| Candace Owens, Candace Owens LLC, ) | |
| GeorgeTom, Inc., & Mitch Snow ) | |
| ) | |
| ) | |
| **Defendant(s)** ) | |

## ALIAS SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Mitchell Snow
9315 Welsh Dr.
Pasco, Washington 99301

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Matthew Sarelson
1601 Forum Place, Suite 202
West Palm Beach, Florida 33401

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Date: 5/27/2026

CLERK OF COURT

_____
*Signature of Clerk or Deputy Clerk*

RETURN COPY

Civil Action No. 3:26-cv-00556

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Mitchell Snow

was received by me on *(date)*  5/26/26  .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☑ I returned the summons unexecuted because  Unable  to  Locate  ; or

☐ Other *(specify):*


My fees are $ 66.00 for travel and $ 6.63 for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date:  6/25/26 _____                    _____
                                                                     Server's signature

                                                        Jasin Denhany
                                                        _____
                                                        Printed name and title

                                             9315 Welsh Dr. Pasco, WA. 99301
                                             _____
                                                        Server's address

Additional information regarding attempted service, etc: