ORDER:
The motion is GRANTED.

Luke A. Evans
U.S. Magistrate Judge

**UNITED STATES DISTRICT CO**
**FOR THE MIDDLE DISTRICT OF TE**

| | | |
|---|---|---|
| BRIAN HARPOLE, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | Case No. 3:26-cv-00556 |
| | ) | |
| CANDACE OWENS, | ) | Chief Judge William L. Campbell, Jr. |
| CANDACE OWENS LLC, | ) | Magistrate Judge Luke A. Evans |
| GEORGETOM, INC., & | ) | |
| MITCHELL SNOW, | ) | |
| | ) | |
| **Defendants.** | ) | |

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

Defendants Candace Owens, Candace Owens, LLC, and GeorgeTom, Inc. (together, "Movants") respectfully move this Court, under Fed. R. Civ. P. 6(b) and Local Rule 6.01(a), for a thirty-day enlargement of time to file an answer or other responsive pleading, to include any petition under the Tennessee Public Participation Act, Tenn. Code Ann. §§ 20-17-101 et seq.

Movants waived service of process, which request was sent by Plaintiff Brian Harpole on May 8, 2026; accordingly, Movants' current deadline to file a responsive pleading is July 7, 2026. *See* Fed. R. Civ. P. 4(d)(3). The requested thirty-day extension would change Movants' deadline to August 6, 2026. No return of service for Defendant Mitchell Snow has been filed with the Court as of the date of this filing. Movants submit that good cause exists to give them additional time to review, investigate, and respond to the Complaint, in light of the length and complexity of the Complaint, which contains over 150 numbered paragraphs of allegations regarding several months' worth of communications and media coverage and hours of podcast footage. Movants are currently drafting and revising their Partial Federal Rule of Civil Procedure 12(b)(6) Motion to

Dismiss the Plaintiff's Complaint for Failure to State a Claim; Tennessee Public Participation Act Petition to Dismiss the Plaintiff's Complaint; and Partial Motion to Strike, and Incorporated Memorandum of Law (hereinafter, the "Responsive Motion"). Due to the complexity of the issues to be addressed in the Responsive Motion, Movants respectfully submit that a thirty-day extension is appropriate.

Undersigned counsel has conferred with counsel for Plaintiff and is authorized to state that the Plaintiff does not oppose the requested relief. For all the foregoing reasons, Movants request that the instant Motion be granted.

Dated: June 26, 2026

Respectfully submitted,

*/s/ Robert A. Peal*
Robert A. Peal (#025629)
Megan C. Chambers (#042312)
SIMS|FUNK, PLC
3102 West End Ave., Suite 1100
Nashville, TN 37203
Telephone: (615) 292-9335
Fax: (615) 649-8565
rpeal@simsfunk.com
mchambers@simsfunk.com

*Counsel for Defendants Candace Owens, Candace Owens, LLC, and GeorgeTom, Inc.*

2

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on June 26, 2026, a true and exact copy of the foregoing was served via this Court's CM/ECF system to the following:

Matthew Seth Sarelson, Esq.
Zachary Stoner, Esq.*
**DHILLON LAW GROUP INC.**
1601 Forum Place, Suite 202
West Palm Beach, Florida 33401
msarelson@dhillonlaw.com

Tara L. Swafford BPR # 17577
Elizabeth G. Hart, BPR # 30070
**THE SWAFFORD LAW FIRM, PLLC**
321 Billingsly Court, Suite 19
Franklin, TN 37067
tara@swaffordlawfirm.com
betsy@swaffordlawfirm.com

Jacob William Roth, Esq.*
**Contarino Roth LLC**
2255 Glades Road, Suite 324A
Boca Raton, FL 33431
jroth@contarinoroth.com

*Attorneys for Plaintiff Brian Harpole*

*/s/ Robert A. Peal*

3