

**kelsealou** @kels... · 23 Apr ⊘ ⋮

Replying to @realstewpeters @justice4gr8nate Hi Mitch, do you have pictures or videos of Erika Kirk in a hotel lobby near Fort Huachuca? Its been heavily suggested and I am hoping you pretty please release them,if so.

💬 1          ⟲          ♡ 4          �Il 194          🔖   ⤴



**Real_Mitch_Now** ✔
@Justice4Gr8Nate                                        ⋮

Replying to @kelsealou and @realstewpeter

I was not in a hotel near Ft. Huachuca taking pictures. I was at the Candlewood suits which is ON Ft. Huachuca. I gave everything to Candace Owens.

Case 3:26-cv-00556     Document 24-1     Filed 07/02/26     Page 1 of 1 PageID #: 144