

**Kaylee** @TruthSe... · 13 Jan ⌀ ⋮

Replying to @Justice4Gr8Nate
@EvanAKilgore and 2 others

If Candace doesn't release the pics/ videos will you? What do you think the hold up is about?

     127



**Real_Mitch_Now** ✓ ⋮
@Justice4Gr8Nate

Replying to @TruthSeekingKay
@EvanAKilgore and 2 others

They are Mrs. Owens' to do what she will with them. The phones are locked up in safety deposit.

19:48 · 14 Jan 26 · **138** Views

Case 3:26-cv-00556   Document 24-2   Filed 07/02/26   Page 1 of 1 PageID #: 145