**IN THE UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| BRIAN HARPOLE, | § § | |
| *Plaintiff,* | § § | |
| v. | § § | Case No.: 3:26-cv-00556 |
| CANDACE OWENS, *et al.,* | § § § | |
| *Defendants.* | § | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that without waiving any available defenses, including as to jurisdiction, undersigned attorney **Daniel A. Horwitz**, of Horwitz Law, PLLC, enters an appearance as counsel for **Defendants Candace Owens, Candace Owens LLC, and Georgetom, Inc.,** in the above-captioned case. Please serve all future notices, motions, orders, and other filings upon counsel at the address provided below.

- 1 -

Respectfully submitted,

/s/ Daniel A. Horwitz
DANIEL A. HORWITZ, BPR #032176
HORWITZ LAW, PLLC
4016 WESTLAWN DR.
NASHVILLE, TN 37209
(615) 739-2888
daniel@horwitz.law

*Counsel for Owens Defendants*

Case 3:26-cv-00556    Document 25    Filed 07/02/26    Page 2 of 3 PageID #: 147

## <u>CERTIFICATE OF SERVICE</u>

I certify that on July 2, 2026, a copy of the foregoing was sent via CM/ECF to

the following parties or their counsel:

Zachary Stoner, Esq.*
DHILLON LAW GROUP INC.
1601 Forum Place, Suite 202
West Palm Beach, Florida 33401
305.773.1952
msarelson@dhillonlaw.com

THE SWAFFORD LAW FIRM, PLLC
Tara L. Swafford BPR # 17577
Elizabeth G. Hart, BPR # 30070
321 Billingsly Court, Suite 19
Franklin, TN 37067
Telephone: (615) 599-8406
Facsimile: (615) 807-2355
tara@swaffordlawfirm.com
betsy@swaffordlawfirm.com

Jacob William Roth, Esq.*
Contarino Roth LLC
2255 Glades Road, Suite 324A
Boca Raton, FL 33431
561.872.6508
jroth@contarinoroth.com

*Attorneys for Plaintiff*


Mitchell Snow
9315 Welsh Dr.
Pasco, WA 99301

*Defendant*


By:     /s/ Daniel A. Horwitz_____
        DANIEL A. HORWITZ