| | |
|---|---|
| BRIAN HARPOLE, | |
| Plaintiff, | Case No. 3:26-cv-00556 |
| v. | Chief Judge William L. Campbell, Jr. |
| CANDACE OWENS, et al., | Magistrate Judge Luke A. Evans |
| Defendants. | |

## ORDER

Defendants Candace Owens LLC, GeorgeTom, Inc., Candace Owens have filed an unopposed motion for leave to file a response to the complaint that does not exceed 35 pages. (Doc. No. 21.) The motion is GRANTED.

Plaintiff has filed a motion for an order requiring defendants to preserve their documents, cellular telephones, and other electronic devices pending this litigation. (Doc. No. 24.) "As a general matter, it is beyond question that a party to civil litigation has a duty to preserve relevant information, including ESI [electronically stored information], when that party has notice that the evidence is relevant to litigation or should have known that the evidence may be relevant to future litigation." *John B. v. Goetz*, 531 F.3d 448, 459 (6th Cir. 2008) (internal quotation and editorial marks and citations omitted). "This obligation attaches before the service of a complaint or a formal discovery request." *Energy Conversion Devices Liquidation Trust v. Ovonyx, Inc. (In re Energy Conversion Devices, Inc.)*, No. 12-43166, 2026 WL 1052905, at *38 (Bankr. E.D. Mich. Apr. 17, 2026) (citations omitted). Rule 37(e)(1), therefore, arguably applies already, and plaintiff has acknowledged this point. (Doc. No. 24 at 8.) How much more the Court should do so early in

the case is not clear. *See, e.g., John B.*, 531 F.3d at 459 (granting mandamus petition and vacating district court orders requiring forensic imaging of state agency computers).

Any further consideration of this issue can be addressed at the initial case management conference, currently scheduled for July 28, 2026. Under Rule 26(f)(1), the conference of the parties must occur by tomorrow. Under Rule 26(f)(3)(C), Local Rule 16.01(g), and the notice of the initial case management conference (Doc. No. 6), the parties already are required to state their proposals regarding preservation of electronically stored information in anticipation of the initial case management conference.

For the foregoing reasons, the motion at Doc. No. 24 is DENIED.

It is so ORDERED.

LUKE A. EVANS
United States Magistrate Judge

2