**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION**

| | |
|---|---|
| **BRIAN HARPOLE,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **NO. 3:26-cv-00556** |
| ) | |
| ) | |
| **CANDACE OWENS, et al.,** ) | |
| ) | |
| **Defendants.** ) | |

<u>**ORDER**</u>

As all District Judges and Magistrate Judges of the Middle District of Tennessee have

recused in this matter, a District Judge from outside the District will be designated by the Sixth

Circuit Court of Appeals. When the designation is made, the case will be reassigned.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE