Docusign Envelope ID: 2BF5E077-AACB-89CD-81FE-1A5E3D2220D0

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| BRIAN HARPOLE, | |
| Plaintiff, | Case No. 3:26-cv-00556 |
| v. | Judge N/A<br>Magistrate Judge N/A |
| CANDACE OWENS, *et al.*, | JURY DEMAND |
| Defendants. | |

**DECLARATION OF MATTHEW SARELSON**

I, Matthew Sarelson, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am over 18 years of age and competent to make this Declaration. This Declaration is based on my personal knowledge.

2. I am a partner at the Dhillon Law Group Inc. and lead counsel for Plaintiff in the above-captioned lawsuit.

3. Prior to filing this lawsuit, our firm conducted multiple background searches in order to find Defendant Mitchell Snow's home address. The results from the background searches advised that Snow's current address is 9315 Welsh Dr., Pasco, WA 99301.

4. After filing the Complaint, I employed a Washington-based private process server to serve the summons and complaint on Snow.

5. The process server attempted to serve Snow at his last known address on May 1, May 4, May 5, May 6, and May 11. But the process server was unsuccessful,

Docusign Envelope ID: 2BF5E077-AACB-89CD-81FE-1A5E3D2220D0

citing a "hostile environment." D.E. 13-1. Notably, on May 6, the process server called Snow at a phone number ending in 4498. Mitch Snow answered, confirmed the number was his, and immediately hung up. *Id.*

6. Considering the purported hostile environment at Snow's address, I filed a motion with this Court seeking permission to have Snow served by the U.S. Marshals, D.E. 13, and the Court granted the motion. D.E. 14.

7. The U.S. Marshals made a single attempt to serve Snow at his residence but were unable to do so. D.E. 22.

8. We are confident we have the correct address. On June 30, 2026, I had a process server conduct a skip trace to locate Snow. The skip trace confirmed that Snow was currently residing at the Welsh Drive address. *See* Exh. A.

9. Also, through a post to his X (formerly Twitter) account, Snow posted what appears to be a deputy marshal attempting to serve him at his house. Exh. B. In the July 6, 2026 post, Snow claims that a couple of men attempted to break in and burglarize his home on June 27, 2026. The post also contains pictures which appear to depict the Marshals visiting his home. *Id.*

10. After the U.S. Marshals were unable to serve Snow, I reached out to the Frankling County, Washington Sheriff's Department to serve Snow. The Sheriff attempted to serve Snow on July 15, 2026, but was unsuccessful.

11. I have also attempted to communicate with Snow via email on multiple occasions by emailing his last known (but unconfirmed) email address: demossmitch@gmail.com. Snow has yet to respond to any correspondence.

12. Although I can view Snow's X account (@justice4Gr8Nate), I do not have the ability to directly message him through X.

13. Based on the events described above, it appears that Snow is intentionally evading service of process.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Date: 7/16/2026 _____

By: __ *Matt Sorelson* _____

Matthew Sorelson

# Exhibits

**Defendant:** Mitch Snow
**Address:** 9315 Welsh Dr, Pasco, Franklin County, WA 99301

## CBC Innovis Search Results

| Address | Business Indicator | First Reported | Last Reported |
|---|---|---|---|
| **9315 Welsh Dr, Pasco, WA 99301** | | 03/28/2019 | |
| 1761 GEORGE WASHINGTON WAY # 103, RICHLAND, WA 99354 | | 12/30/2018 | |

## Accurint Search Results

| Address | Business Indicator | First Reported | Last Reported |
|---|---|---|---|
| 9315 WILKS DR, PASCO, WA 99301 *(Verification Level: None)* | | 05/01/2019 | 05/01/2019 |
| 1761 GEORGE WASHINGTON WAY # 103, RICHLAND, WA 99354 | | 12/01/2017 | 02/01/2019 |
| 6212 ROAD 68 APT, PASCO, WA 99301-9921 *(Verification Level: Premises Partial)* | x | 08/01/2016 | 08/01/2016 |
| RR 224 BOX 11917, BENTON CITY, WA 99320 *(Verification Level: Street Partial)* | | 07/01/2016 | 08/01/2016 |
| 5040 GUIDE MERIDIAN, BELLINGHAM, WA 98226 *(Verification Level: Premises Partial)* | | 07/01/2014 | 08/01/2016 |
| **9315 Welsh Dr, Pasco, WA 99301** | | 05/01/2010 | 05/01/2026 |

## TLO Search Results

| Address | Business Indicator | First Reported | Last Reported |
|---|---|---|---|
| 1761 GEORGE WASHINGTON WAY # 103, RICHLAND, WA 99354 | | 12/31/2018 | 12/31/2018 |
| 5040 GUIDE MERIDIAN, BELLINGHAM, WA 98226 *(Verification Level: Premises Partial)* | | 04/08/2014 | 04/08/2014 |
| **9315 Welsh Dr, Pasco, WA 99301** | | 05/01/2010 | 07/07/2026 |

### Drivers Licenses (TLO)

*None reported.*

### Forwards reported per National Change of Address (NCOA) service

*None reported.*

### Property Ownership (TLO)

**Address: 9315 Welsh Dr, Pasco, WA 99301-3997**, **Owner(s):** LANEE SNOW, **Purchase Date:** 04/2004
**Address:** 5040 Guide Meridian, Bellingham, WA 98226-8077, **Owner(s):** ALEX ILYIN, **Purchase Date:** 02/2004
**Address:** RR 224 BOX 11917, BENTON CITY, WA 99320, **Owner(s):** JESSICA RITTENHOUSE, TRISTON HOLLINGSWORTH, **Purchase Date:** 06/2019

Docusign Envelope ID: 2BF5E077-AACB-89CD-81FE-1A5E3D2220D0



**Real_Mitch_Now** ✔
@Justice4Gr8Nate

Since they asked...concealed gun, econo class airport rental car. Now had they displayed manners, not brought guns to supposedly deliver mail, we could have had proper interaction. Now these men are being posted around local sites as being wanted in attempted burglary. If anyone recognizes them please call Pasco Police Detective Andy Taylor at 509-644-4155 to let him know you know who was trying to break into Mitch Snow's house on 6/27/26.





approaching the entrance an anding on the pathway.





1:23 PM · 7/6/26 · **14K** Views

Case 3:26-cv-00556    Document 28-1    Filed 02/06/26    Page 5 of 6 PageID #: 162

12          41          189          16