# *Office of the Sheriff of Franklin County, Washington*
# *Sheriff's Return of Service*

*State of Washington* )
) ss
*County of Franklin* )

Sheriff's No: 26000347
UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
Cause No:    3:26-CV-00556

BRIAN HARPOLE
Plaintiff,

vs.

CANDACE OWENS, CANDACE
OWENS, LLC, GEORGE TOM, INC
& MITCH SNOW
Defendant,

Service Intended Upon: MITCH SNOW

I, JAMES D. RAYMOND, Sheriff in and for Franklin County State of Washington, do hereby certify that on 7/9/2026 I received the annexed:

**SUMMONS AND COMPLAINT IN A CIVIL ACTION**

for service on the defendant named therein. I served the said defendant on 7/20/2026 at 7:10 PM hours as follows:

**PERSONAL:** By delivering to and leaving with MITCH SNOW, the said defendant personally at 525 N 3RD PASCO, WA 99301

**Served by:** SGT Steve Warren

Dated at Pasco, Washington on Wednesday, July 22, 2026

**Sheriff's Fees:**
Service Other ($25.00)
Return ($10.00)
Notary ($10.00)
Mileage ($10.00)
Copy ($67.00)

JAMES D. RAYMOND, Sheriff
Franklin County, Washington

By: _____ F-11
Deputy Sheriff

Subscribed and sworn to be this ___22nd___ day of ___July___ 2026.

_____
**Notary Public** in and for the State of Washington, residing in ___Pasco, WA___

My Commission expires ___July 3, 2028___