------------------------------------------------------

                    Candace Owens
          Charlie's Angels or Demons?
          Disturbing Footage Emerges.
                    Episode 252

------------------------------------------------------


                  October 27, 2025











------------------------------------------------------
                Joy Kennedy, LCR, CCR
                20th Judicial District
            Nashville, Tennessee  37201

CANDACE OWENS: All right. You guys, happy Monday. I am back. I know you guys missed me because I definitely missed you more, and I feel so much better after getting out to the mountains. I have now, I think, officially accepted that Charlie Kirk is not coming back. And somehow it took me longer to get there, it took me longer to accept that fact than it did many others. Some people accepted it within just a matter of days. His, quote unquote, closest friends, his closest political allies, the White House. They all seemed kind of ready to move on so much faster than I was. And now it's looking like some people even may have accepted Charlie's death within minutes. There's a video that is currently circulating of his chief of staff, Mikey McCoy. It's going viral for a lot of reasons. We're going to go through that video, and buckle up because I have an even more exclusive never before seen video that I think is going to make your skin crawl.

Plus I have even more never before seen text messages from Charlie Kirk. Incredibly Charlie Kirk did, in fact, know that Turning Point was going to be the death of him, and I have proof of that. He also knew that I was the only person who was going to step up to defend him after he was gone. That sounds

crazy, but it's the truth. So let's get started and welcome back to Candace.

So here is where I was. I went to Wyoming to breathe, to hike, to listen to way too much Kanye West music. I absolutely love the mountains. I am a mountain person so to speak. Wyoming is, in fact, my favorite state in the union. And it felt fitting also because the first time I ever visited Wyoming I was with Charlie Kirk. And then I visited Wyoming many times thereafter over the years, and he was the -- the last time I went to Wyoming I was with Charlie Kirk. That's the last person I visited with, and it was for ironically Foster Friess' funeral, who was a big time donor to Turning Point USA, still is I believe. Charlie, I was thinking out there remembering, paid for my flight to Wyoming. I had to get there very quickly because I was doing Joe Rogan's podcast. It was huge. I didn't even know what the Joe Rogan podcast was at that moment. That's how I was so not politically inclined at all. And he's like, this is the biggest podcast, you've got to do this. I completely bombed it by the way. I was so nervous. I think I said like about 3,000 times. But then I had to very quickly get over to Wyoming because Kanye had invited me to his album release party. And, again,

ironically where he held that album release party would be where years later Foster Friess would have his funeral. And so Wyoming felt fitting. I fished while I was out there. And so I want you guys to know, another fun fact about Charlie Kirk, he hated fishing. He absolutely loved the mountains, he loved hiking, he was quite an athlete. But he hated fishing. It just was not his thing. In the same way that golf is just not my thing. Fishing was not his. And this photo that I'm about to show you makes me laugh because we were in British Columbia fishing, and here's a photo of me and Charlie. And I was so excited about this catch. Charlie's eyes are closed here. And as soon as I think it was Don, Jr., it might have been Corey Lewandowski, his flash, took the picture, Charlie just went, ugh, I don't know why you guys like this. Because he was too hyperactive. He always wanted to be planning and doing a million things at once. And fishing, fishing takes time. You've got to set the bait.

It's now been 47 days since my friend Charlie Kirk was executed in front of the world because that's what it was, a public execution. And call me crazy, many people do, but I was so clearly deluded in the immediate aftermath of his death that I

was operating under this function. I mean, I truly believed that I would be fighting for answers to what actually happened on 9-10 alongside Charlie's inner circle. I thought the band maybe was going to get back to together. We were all going to maybe be on the group chat. Me, Tyler Bowyer, Andrew Kolvet, Stacy Sheridan even. If you're wondering who Stacy Sheridan is by the way, she's the one who is holding the camera when Charlie's casket is being escorted off of Air Force Two. She's like the chief money person essentially at Turning Point USA. She was brought in to reel in the big donors. I remember exactly when that happened. All of those people, by the way, were actually brought in by Tyler Bowyer. He's a very important character in this story, but we're going to get into all of that tomorrow.

The point that I'm making here is that I had assumed, clearly wrongly, that we'd all maybe be on a group chat communicating, raising hell and demanding answers from the feds, from the police, from the White House even. Certainly at the very least pointing out the very many holes in this story. And if any of us, any one of us, had the audacity or the desire to carry on Charlie Kirk's show, that would be the appropriate venue for asking those sorts of

questions. But, no, I was wrong. Silence. Silence is what we were met with. In fact, I am told that these people believe the official narrative. Lone shooter, no one else involved, just a crazy guy with too many pronouns in his bio. Hey, 1963 called and they want their narrative back. All that's missing from the story is a grassy knoll, right? The grassy knoll.

Anyways back at headquarters I am told it's business as usual, and it's kind of giving me like, I don't know, LBJ when he gets sworn in in that famous picture. Unfortunately sworn in. Unfortunately, of course, he's sad in this photo. Gosh, he's obviously not wanting to be the President of the United States. JFK was shot and killed, and now LBJ has to step up unfortunately. I got to be honest, I wasn't there. I don't think LBJ was actually that upset. I don't know why. Vibes. The vibes just aren't vibing for me in that picture but maybe, maybe he was. Maybe the truth is that LBJ simply, to use an expression, had his wits about him, and JFK had a plan like in the event that he had been horrifically assassinated in front of the world JFK maybe had a succession plan.

Now, if these terms I am using here sound familiar to you, it's because they should sound

familiar. It's the exact terminology that was utilized by Pastor Rob McCoy just four days after Charlie was murdered. In front of his congregation he spoke about Charlie's succession plan that he was somehow privy to. I don't know why, but he knew four days later and announced to the world that Charlie indeed had a plan. Take a listen.

(Recording begins to play).

Everyone is worried about the leadership of TPUSA. Don't. He was wise enough at 31 to put together a plan for succession. It's very clear what they decided, and they're implementing it now.

CANDACE OWENS: Amazing. I mean, amazing. So on September 14th we were made aware of this succession plan, and I find that to be fascinating. The people who didn't even know Charlie all around the world seemed to be fighting harder for him, fighting harder for truth, and it is in fact thanks to people on the internet like Sam Parker, James Lee, Ian Carroll, Zeb Boykin, many others that a video from September 10th has gone pretty viral, okay? So let's take a look at this. It's a video of, of course, Pastor Rob McCoy's son, his name is Mike McCoy. And you're going to see what he does not in the seconds following Charlie getting shot but in less than one

second after Charlie gets shot. These are not seconds. Less than one second. You're going to watch what Michael McCoy does. First, let's hear his daddy's version of the events. Take it away Pastor McCoy.

(Recording begins to play).

As a father, I just -- I want to protect my son. I thought, I've got a plan for you son. He said, Dad, that's not Charlie's plan. And you know what, I'm looking at my son who is 24-years old, Justin is the chief -- CFO, chief financial officer, and Mikey is the chief of staff and I'm watching the minute Charlie was shot, he called me, he says, Dad, Charlie has been shot in the neck. Please call every pastor and pray. I said, okay, son. He's got his wits about him. He was just directing. He had blood all over him and ...

CANDACE OWENS: Two things I want you to remember here. You may have caught that, but he said I was watching and the minute Charlie got shot he called and Mikey McCoy says to his dad, Charlie's been shot, pray for him. He says the minute. Maybe he's being a little hyperbolic. We're going to find out. I would certainly like to find out. But he stops and says, I was watching. Watching what exactly? What

were you watching?  How would you remember that?  It's rubbing me the wrong way.  And I'm going to tell you why that's rubbing me the wrong way in a little bit.

But the bigger thing is that he says Mikey had blood all over him.  Except Mikey did not have blood anywhere near him because Mikey was behind the tent when Charlie got shot.  And Mikey in less than a second, that's something I find to be quite strange, he puts his phone to his ear and he begins a conversation.  So we're going to watch that clip in its entirety.  Mark is going to bring it in.

(Recording begins to play).

CANDACE OWENS:  So we decide to slow this clip down, and we're going to watch this clip slowed down so you can see that it is exactly 834 milliseconds from the time that you hear the shots.  That is how long it takes for Mikey McCoy to put the phone to his ear.  Now, why is that precise timing so important?  Because there's no dialing.  Mikey didn't have time to dial, okay?  You can't dial and put your phone to an ear in .834 seconds.  The next time that you're going to see Mikey McCoy, as we just showed you, is in just under two and a half seconds on the other side of the tent.  He's on a phone call.  So we can track Mikey.  But let's watch the clip again in

milliseconds so you really grasp how quickly this transpires.

(Recording begins to play).

CANDACE OWENS: So when this clip was brought ...

(Recording begins to play).

CANDACE OWENS: There we go, we're tracking that. Yeah, when the clip was brought to my attention, I obviously have a file. I have a big folder of files of every angle, and I decided to track Mikey from every angle available to see like maybe we just missed it and he did at some point put that phone down, dial a number, speed dial, hold down -- I don't know. Maybe we missed it. Because that seems -- that seems automatic, right? .834. That seems pretty quick. And, no, no, he doesn't do that. We even have him in front of Charlie's car when Charlie's car is -- when Charlie is brought to the car, the waiting car rather. He is still on the phone. And I can show you the clip of that. Take a look at this . Don't worry, we'll slow it down for you.

(Recording begins to play).

CANDACE OWENS: See him in the background with the backpack? That's Mikey McCoy. Okay. So what are we to make of that? The only logical

conclusion that I can come up with and many others, because I've pressed, I said play devil's advocate, I want you to advocate for Mikey McCoy. I want you to play lawyer, and you are representing your client Mikey McCoy. How did he do it this quickly? No one could win this game. The only logical conclusion that I could come up with was that Mikey was already on a phone call at 12:23 p.m. -- by 12:23 p.m. He was already on a phone call. So I said, let's go back a little earlier in the footage and see if we can find when he actually maybe dials onto the phone. Maybe we can see him pick up the phone and begin a call before the shot takes off. And then after beginning that call, if we're following this logic, that would mean he puts his phone down until Charlie gets shot. And we were able to find what we think could be that moment, and I can tell you that it is one minutes and 45 seconds approximately before that shot goes off. And we can watch that here.

(Recording begins to play).

CANDACE OWENS: You see Mikey is on his phone here and you're going to see he pulls it up, then he starts to cover his ear again. Now, that could be unrelated. Again, we're taking a guess here. That's what made the most sense to us because we

couldn't justify it in any other way. And I want to be clear, we're not here to make assumptions, okay? And we wouldn't have to make any assumptions if Turning Point USA could just tell the truth. They could just be open, and they could be honest about everything.

Okay. I obviously went out to both Mikey McCoy and Andrew Kolvet for a statement. I asked those two questions, hey, who were you on the phone with, what's going on here. No response. Weird. Because if that was me and I saw clips going viral and people were drawing conclusions from that clip thinking that I was already on the phone, thinking that my reaction was weird, I would instantly hit back. I'd say, here's my -- here's my call log. Do you want to know who I was on the phone with? 911 obviously. I was freaking out, freaking out. I called 911, I didn't know what I was doing. Here's my phone, here's my whole call log for that day. I don't know, I guess we live in a world where that doesn't make sense. I would have issued a statement to dispel any rumors, but they have not.

Here is what I want to say and I honestly -- I understand I'm preaching to the choir here. Everything about this is wrong. You know it,

and I know it.  I actually know it better than most because I helped to build that organization.  And that's why I am almost the perfect person to discern what is normal and what is abnormal in terms of what happened at that college campus event.  In fact, when I did my tribute to Charlie, this is unbelievable, remember just after he died I posted a video to my friend Charlie Kirk and I shared a clip of him at a college event and he and I were laughing.  And I'm going to show you that clip in a second.  And I said, I don't even know which college this is.  And I showed the clip because I didn't know what college it was.  And unbelievably it was UVU.  I kid you not.  Let's rewatch that clip.

(Recording begins to play).

If you aren't wealthy, white, and male Charlie Kirk is not your friend.  What do you think --

You're not my friend anymore.

Are we not friends?  Is that right?

(Inaudible) find out.  (Inaudible) find out.  A sign outside of a thing (inaudible) not my friend.

Yeah.  Go figure.

CANDACE OWENS:  That is unbelievable that of all the clips we picked that, and I had no idea it

was UVU. The point is that I hit college campuses with Charlie Kirk for six years. I don't believe that there was a single living, breathing person who has spoken at more college campuses alongside Charlie Kirk than me. So I knew that things were weird when I saw, first and foremost, the camera guy, the one who takes down the camera. Seeing him lingering alongside Charlie at the event flagged me as weird immediately, okay? That's why I reached out when people saw him taking down the camera. I said, what is this, why are you here? Literally why are you standing -- I've never at any college event ever in six years had that man sitting next to me at an event, okay? Sometimes he wasn't even there. Other times, of course, when you are an AV, your job is to be somewhere quiet, your job is to have on like headphones to make sure that audio is good. Maybe -- the idea that they're miking -- the person running a company is miking you up is completely absurd. I didn't like it. It felt new to me. You know, when I called him, things got pretty weird. He acknowledged that a lot of new stuff was happening on that day, and I inquired to him immediately about the subtle changes that I recognized. And the thing that struck me as wrong was that he lied to me. I don't know why he was lying to

me, but a lot of the things that he said didn't make sense. And I'm going to speak more thoroughly about what it was that he said because obviously I recorded the phone call. I, of course, asked him why he took down the cameras so quickly. I asked him to first and foremost simply show me the footage because that's all I wanted to do. I'm thinking again we're all going to get the band back together and solve this murder. It got weird, it got really weird. I said, I just want to like see the footage so I can debunk. I know that you don't want to put more footage out there, that's fine. But like show me the footage so I can debunk all these internet conspiracies that you were hiding something. I was not suspicious of Turning Point at all actually when I called. And I asked him again, like what's the reason, what's the reason for taking down the cameras quickly, why isn't the footage being released, let me see it. And he told me that, A, he had spoken only to Erika and the feds, regarding the footage that is. He specifically told me that, as I said earlier, he had secured that footage because he wanted to prevent Erika, as I told you, from having to relive that moment. And that made entirely no sense to me. I told you guys. Because we all can watch Charlie Kirk be murdered over and over and over and

over again, so how are you sparing any emotions here by taking down the bad footage? And then it made even less sense to me and appeared to me as a lie, once I saw the footage on FaceTime, when I realized that there was no blood on Charlie. It was the least traumatizing footage of all. Why be so secretive about it? He then told me that he needed to speak with Turning Point lawyers first to see about releasing the footage. I said, okay, fine. I wanted to take a couple of days off. And then we got back on the phone and I said, look, that's kind of a BS excuse too because you run your own company, and the footage is owned by you. He then said, okay, yeah, I do own the footage, I just wanted to coordinate, check, whatever. Okay. Kind of a lie number two-ish. Then he said something that really bothered me. He said, I don't know how to send the footage, like the file was too large. Oh, oh, I was born yesterday. So you run an entire AV company, and you don't know how to send footage? That didn't smell right to me. And then even more bizarre he told me -- and this is when I was extremely uncomfortable -- he said, after I offered, you can just use WeTransfer. He said, I don't want to just send the footage over the internet that's behind Charlie's head because I'm worried that Google might

hack me.  I swear on everything I love that's what he told me.  He was afraid that Google was going to hack him.  So at this moment I got a little bit -- I looked at my team, I started snapping across the table, and I was like, I said to them literally, guilty of something.  I don't know, this is weird, what a stupid lie.  So I said to him, I said, let's just pretend that that does happen.  For whatever reason Sergey Brin is sitting around and he's going, I want to hack this person because I want to see footage behind Charlie's head.  He does it, whatever.  And then he gives the footage to Fox News, CNN, and they play it and what happens after that I said to him.  Oh, I know what happens after.  We all get to see Charlie Kirk die from a different angle?  We've seen him die from a thousand different angles.  Like what is actually changing if Google hacks you?  Weird.  A weird thing to say.  I also asked him who he was on the phone with after Charlie got shot.  And he told me -- and I kid you not -- he was on the phone with the ops that were back in Arizona watching.  And I said, what ops?  We don't have people back in Arizona watching when we do college campus events.  Is that something new?  He said, yes, it is new.  In fact, this was the first time we were doing it.  He said there were two people,

two ops, that were watching it back in Arizona.  And he told me that the reason that they were doing it was because, you know, Candace, he said, Charlie he was so ambitious and it wasn't fast enough, that it was all being livestreamed.  He wanted people to live cut the clips so that they could be the first people to get it on the internet.  He didn't want -- he was like, not even a second to be wasted.  So livestreaming so everybody can watch, but they were racing some people to get the clips out faster than anybody else because Charlie's ambitious.  Now, I got a little suspicious.  I'm sensing -- he could sense that I was now growing increasingly suspicious with every random thing that he was saying.  He sent me a video that I didn't ask for.  I wanted to see the footage.  He then sends me a video.  And I guess this was supposed to work as some sort of an alibi.  I don't know if he thought that I thought that he shot Charlie.  I certainly did not think that he was involved in pulling the trigger and killing Charlie Kirk.  I actually don't know why this video -- I don't know what this video could have done that he sent me other than to make me feel even more uncomfortable.  Because the video he sent me is quite shocking.  It's also the reason that I knew that Tyler Bowyer was lying when he tweeted this guy was

commanded by the police to take down the cameras. He's lying because I have every minute of what this guy was doing, thanks to him having sent it to me, okay? Every minute of what he was doing before he took those cameras down. And there are only four minutes, by the way, before he takes those cameras down.

So he's next to and he's in front of Mikey McCoy when Charlie gets shot. Now, to his credit he actually did see Charlie get shot. He saw like a split second, sees Charlie bleeding and runs and doesn't run very far. He just runs a couple of yards away. I should mention that the camera guy, he too was also brought into the company by Tyler Bowyer, okay? And if you have worked with Charlie for this long, over a decade, and you watch Charlie Kirk get shot, what do you do? What would you do? I'm asking you this question. What would you do? I say two things that are pretty common place, right? You choose between fight or flight. You run towards him or you run away. And you run away far because you don't know what's happening. Is it one shot? Are there multiple people? Are you being pursued? There's no way to process that. If you are going to be in flight, you should be sprinting and maybe

calling 911. That's what I would have done if I wanted to run away and not towards Charlie to make sure he's okay. But this second close friend of Charlie chose to run just a few yards away up to a grassy knoll to take out his phone. A couple of seconds later he takes out his phone, and he begins recording himself. It's a selfie video. He takes a video of himself. So let's watch that video.

(Recording begins to play).

They just shot Charlie. They just shot Charlie. They just shot Charlie. They just shot Charlie. He's dead. God help him.

CANDACE OWENS: That's the first time it was announced actually that Charlie Kirk was dead. It's kind of weird. Go ahead, watch your breath. Hit rewind, watch it again. Watch it over and over again like I did because you're probably thinking out loud, what the F did I just watch, what's going on? What were Charlie's closest friends and allies and the people that were going to carry on the torch doing? Oh, picking up phone calls that they were already on and filming themselves and prematurely announcing when not a single person could have known that Charlie Kirk is dead. Less than a minute declared dead. No instinct to run towards him, no instinct to run

further away, maybe because you've got to backtrack and go get the cameras. A minute after this ends is when he goes and gets the cameras, okay? Rather let me record me and my reaction, which doesn't actually feel to me to be too distraught, okay? In fact, if -- this is one of those videos that made me so upset that I was like mad at other people. Do you know, like I was like mad at Savannah. I saw Mikey McCoy's reaction, and now I'm looking at this guy's reaction. Like Savannah, like one of the homies, I guess assassinated, you film yourself? I get assassinated, you're talking about my succession plans a couple of days later. You're lying about little things about me?

Everything Turning Point is doing is wrong, and you know it's wrong. You know it's wrong deep down. I want to say this because there has been a lot of reading in between the lines. It's strange to me. I think I'm a very direct person, I say what I mean, and I do not want people to mistake what's happening right now or to wrongly assume my intentions here. So allow me to be very explicit, okay? I want war with all of you, okay? All of you. And there's a reason, and I'm going to get to that reason in a little bit. I want war with all of you. So write your articles,

issue your statements, e-mail the White House, reach out for comment, okay? Say whatever it is you want to say about me. I want war with all of you. Because I know, I know this isn't right. And there's no way you are going to convince me and the rest of the world that all of this is normal. We're not just going to keep on going and jump into a succession plan. We're going to figure out what the hell happened on September 10th first. And I'm going to tell you guys, Charlie had a vision. We'll get to that after a few ads.

(Ad).

CANDACE OWENS: Now it's time to share private messages. You know what's so funny to me is, I don't know, I feel like they are now steeped in psychology for toddlers. It's so obvious what's coming down the pipeline. Oh, it's not appropriate to share private messages unless we do it. Unless we do it. Unless we're up on stage talking about private conversations and making stuff up that definitely didn't happen. I think it was actually Pastor McCoy's speech, Charlie wanted me to lead the next movement. Charlie told me, I'm America's pastor he said. Yeah, I'm sure he did. I'm sure he did. I'm sure he called you America's pastor. And so, yeah, I will be doing

whatever I want to do until the truth is told about what happened on 9-10.

We should start with Josh Hammer, by the way, because he really has now become the king of defying no stereotypes where we last left off obviously. He is now infamous for just being such a deceitful little creature. The text message exchange, Josh Hammer, caught, hand in the cookie jar. I'm talking way in the cookie jar. No other way to say it, right? Charlie gets killed, he on the same day starts pushing his book. Charlie's last words were buy my book, buy Josh Hammer's book. The night before, oh, he never even flinched on Israel. He loved Israel so much. And then I just waited because we're fishing now. And I knew they would do this. I knew liars have to lie fast and first. And he did, he lied. He lied over and over and over again about his (inaudible) Israel. When he got caught, you would think that he would have a shred of decency. You would think he would have a shred of humility. You would think he would apologize for lying about Charlie's position on Israel. But he didn't. He just sort of doubled down. He sort of Israeled down if you will. And it sort of gave me an idea for a little miniseries, a little recurring miniseries that I'll

probably have on this show, an HBO miniseries by the way, executively produced by me.  I want to show it to you guys now.  It's a trailer that we put together.  I sure hope you guys like it.  Take a listen.

(Recording begins to play).

How Charlie Kirk was actually feeling about the pressure he was receiving from pro Israel Zionist donors to Turning Point USA.

Charlie definitely was not someone who liked to be bullied by donors as we saw in those text messages.

Their Jewish donors to TPUSA played into the worst stereotypes of Jewish people.

Charlie writes Jewish donors play into all of the stereotypes.  I cannot and will not be bullied like this.

A few moments later.

Yeah, I'm talking to lawyers.  I think -- I'm a lawyer with my background.  (Inaudible) federal appeals judge.  I know a thing or two about the United States constitutional law.  I think that we have a potentially serious case here for defamation, and I'm very much speaking with lawyers.  We're going to see what happens.

CANDACE OWENS:  Well done, Joshy.  Well

Case 3:26-cv-00556    Document 31-1    Filed 08/06/26    Page 24 of 42 PageID #: 223

done. Very good Joshy. You tried your best to curb your Zionism. I know it's hard, but do your best. Too funny.

Also I want to shout out John Miller on X. He made me laugh. I mean, I was really laughing when I saw his tweet about Josh Hammer threatening to sue me. He just wrote this, and it said it all. He said, they really trying to make us believe this is the good guy LMAO. I mean, come on. Yeah, I mean, he just looks like a bond super villain. That's just what he looks like. And by the way, that's a lot of words to say what I always say. We don't know know, but we know. And, Josh Hammer, yeah, we know. You're not the good guy, okay? You have to believe in your gut. I keep telling you guys over and over again, your gut matters more, right? Your subconscious picks up on things before your conscious does, which brings me to dreams by the way. Because before I went on break many people were triggered because I discussed on a previous show a dream that I had, a very vivid dream whereupon Charlie told me that he had been betrayed. And so he's been betrayed, that's it. That's -- there's a lot I could say here if I had known that me discussing my dreams were going to trigger so many people. I would have started every other show like

Martin Luther King, Jr., I had a dream, I had a dream, I had a dream. And like I said, this one was clear. Charlie told me that he was betrayed. He actually said more than that actually. But we're fishing, right? So let's be patient. What I want you guys to know about Charlie is he also used to dream very vividly. Because we traveled together so much he would wake up, we would text, and he would tell me about those vivid dreams. And we talked about a lot of things as you do when you get to know somebody. We talked about the spiritual realm, we talked about religion, our faith, most importantly what our life's purpose was.

And there was this period in April where Charlie kept insisting to me over and over again that he was going to die young. In fact, he told me that Turning Point USA was going to be the death of him. And I'm going to allow you to read his words. And it's funny how this came about because when I was in Wyoming I went outside, I was writing, like physically needed to write, to put pen to paper and to pray. And I was sitting (inaudible) mountains. And right when I concluded my prayer, I opened my eyes and I saw a massive bald eagle. And it just made me feel like peace. It's one of those moments where you just are

in nature, you see something beautiful, and it makes you feel at peace. And then I felt the need to start going through messages and conversations between me and Charlie. And sure enough, I stumbled upon many messages of him telling me how he would die. I'm going to show you some of those messages now, a particular set of messages that were written on April 6th, 2018, just a couple of weeks before Kanye tweeted, I love the way Candace Owens thinks, which is relevant because a lot of things changed after that tweet. And it's relevant because Charlie sensed that something big was about to happen. And I think that is what the something big was. I also want to say obviously I am not making up these messages, okay? Turning Point -- actually Mikey McCoy has access to all of Charlie Kirk's messages. They can tell you that these ones are real. Here is what he wrote. We were, again, talking about Kanye. Charlie wrote to me, you're going to be the iron lady of America. He had such a political vision for me. I never wanted that sort of a thing. I see it so freaking clearly. I might be Moses though, I might not see this whole thing through LMAO. If that is the case, be my David. I said, dude, you haven't even realized your power yet, you're so young. That's what I was thinking. He

said, if I tell you the true prophesy that I know in my gut, it's really sad.  But I hope it's wrong.  He went on to say, anyway I am not sure if I will live to see the end of this revolution.  I believe you were the piece that God meant me to meet that will finish the fight.  Since the beginning of TPUSA, I knew in my gut that I might get wiped out at any time.  I cannot explain it, but I dream about it all the time.  Like all the time.  Anyway that's depressing convo for another time LMAO.  I said, that's weird, more of a fear manifestation than an actualization.  He said, I'm not really afraid of it, but I'm just telling you what I know to be true.  And he told me that.  He told me that.  I don't know why, Charlie knew he was going to die young.  And I don't know, I just felt like I needed to share that because it is in part why the moment that Charlie got shot I just knew he was betrayed spiritually.  In the same way that Charlie knew that he was going to die young I knew that this was a part of something bigger.  And so I wanted to say to you guys, to the people that betrayed Charlie, I would recommend that you come clean, okay?  I would recommend that you come clean because Charlie said some other things.  And I look at these things now and I think, wow, it's almost prophetic, right?  It's

almost prophesy.  And I can tell you that this is a story that will have a happy ending, a tragedy that will have a happy ending.  The world is going to learn the truth about this.  They are.  I would recommend that you come clean.  There are lines in the sand that are being drawn right now between good and evil.  Many of you have picked the evil side.  You podcasters, people that make videos, people that are taking money, telling people don't look over there, I would recommend you stop doing that.  You don't have to listen to me.  You probably won't listen to me. (Inaudible) betray Charlie you probably won't come clean likely because you're scared now.  You should be scared.  But you're the wrong kind of scared, okay? Fear of God is the beginning of wisdom.  There is more, this is not it.  I'm aware of that, that's why I've chosen to be on the side of goodness and truth no matter what the cost is.  I've picked my side.  I don't care about any of you.  I can't wait to read your articles after this, okay?  That's breakfast for me.  That inspires me now.  I can't wait to read your looney tweets.  I can't wait for you to lie about things that I've said.  I cannot wait.  Because you know what, on a hike that Charlie and I were on in Wyoming one time we were discussing the death penalty.

Like he was asking, what's (inaudible) death penalty. And I told him, I've always been against it. And typically that's a theological conversation. Christians go back and forth on it, do you have a right to take a life. I'm on the side that, no, we don't have a right to take a life. But my position on it isn't even entirely theological. I said to Charlie, the reason I'm against it is because death is easy. You're here and then you're not. It's like falling asleep, right? You're here one second and then you're not. Think about passing out or fainting. People that commit grave evil and we're giving them death, that's it? Yeah, I always say they deserve more than that. And for people that are involved and many people that are involved in this, not the lone shooter, at different stages people that are involved with it know things that are watching this maybe in an office cubicle and know things, I want you to know that if you choose not to come clean you are about to become very famous. Okay? I am talking like through the ages famous, the kind of fame that most people cannot even comprehend. I cannot comprehend that level of fame. Like I'm talking about the level of fame that can kill a name. You know what I mean? Like nobody names their kid Judas anymore. Nobody

names their kid Adolf anymore.  I'm talking about that level of fame.  Infamy.  So I'd come clean.  I think there's a way out for you if you come clean and you get with God.

Anyways I would like to say something in finality to the many of you who would like to shut me up who have been trying very hard to shut me up, you know what, I think I'm going to go ahead and be Charlie's David.  I'm not going to stop talking about Charlie Kirk's death.  In fact, instead of trying to make me shut up you should do something else.  I think your time would be better spent trying to stop the sun from rising.  You would have more success if you spent your time trying to stop the sun from rising than trying to get me to shut up about who killed Charlie Kirk.  Because he knew he was going to die, and he knew that I was going to be the person that had the spine to stand up for him.  What he didn't know, I don't think he knew, was that millions of people around the world who maybe don't have a microphone, okay, who maybe don't have a podcast, who maybe can't write articles for The Daily Mail are standing by him, are staying on the side of goodness.  And we are going to see this thing out.  And like I said, there will be justice.  Not the fake kind, not the Tyler Robinson

kind. Actual justice.

I'll take a brief break here, and then I will get to some of your comments.

(Ad).

CANDACE OWENS: Well, I'm hearing that Ian Carroll is in the chat. Ian Carroll, thank you. It should not be you and James Lee and Ryan Matta, who I didn't even know before this, who is not letting this go, going -- you guys didn't even know Charlie Kirk. It shouldn't be you, it shouldn't be you guys, it shouldn't be Zeb Boykin doing ballistics. I'm missing the name, we'll get to that later this week, of the guy who went over the Google searches. It should not be all of these people, but I'm glad it is. I think the decentralization of it all is actually what makes this so powerful. I'm glad you guys know.

By the way, getting to a couple of things, we did run out of the new tumbler, but we restocked it. So we don't know know, but we know. We have that back up in stock. We just added that today. And finally for those of you guys who preordered the book, Make Him A Sandwich is out, why real women don't need fake feminism. It is so amazing (inaudible) this book.

Also I want to tell you, they said, you

know, you're supposed to go out when you do a book and ask people to write something nice about you like Candace is amazing and I love her, da, da, da, Ian Carroll or something. And I just thought it would be so much more fun to go on the internet and to look at all the comments that have been said by famous people about me.

So we've got Cardi B who wrote a review. She said, I honestly feel sorry for you, which is a review of my character over the years.

Candace Owens is a fraud from Lance Bass.

Ireland Baldwin wrote, the most disgusting, hateful, cancerous human being I've ever come across.

And that's amazing considering Alec Baldwin is her father.

Roseanne Barr wrote, monster. If I see this B-I-T-C-H, I'll knock her the F out.

Keeping it classy.

Eminem wrote, dirt bag in a skirt.

I don't even think I wear that many skirts, so that's impressive.

Jojo Siwa, (inaudible) Candace and I do not F with each other.

I would have you on my show any time, I always tell you that. And I love that you look like

you're a lot happier than you were a few years ago.

Ben Shapiro, notoriously on that table said, her faux sophistication has been ridiculous, so I'm keeping it faux sophisticate.

And Chrissy Teigen wrote, go the F away already, you dumb soulless pandering (inaudible).

Thank you, Chrissy.

Thank you for all of the people that supported this. You guys can go to makehimasandwich.com if you would like to support me. And this is an amazing book. I wrote every word of it. It's the first time that we took it out of a publishing house, which feels amazing, because I think that's the future as well. Decentralization, publish your own books because the publishers also have a lot of power in changing history. And so I wanted to say that.

Getting into some of your comments here, Ian Carroll writes, fishing takes time, you've got to set the bait. So good to have you back, Candace.

Oh, I spent time setting a lot of bait. A lot of bait has been set, and we'll see, see what we get.

Amanda writes, this is sick. Thank you, Candace, for always sharing the truth. God bless you.

Thank you Amanda.

Kiki Mack (phonetic) writes, Candace, thank you so much for helping remove the wool from my eyes and bringing me back to church. Never stop fighting for truth. You are setting an amazing example for girls in the future. We love you, sister. Christ is king.

Thank you so much, Kiki. And I do think women are a big part of this. I think we were kind of -- we get to this in this book, but the feminist movement to know where that comes from, there's a chapter called Beyond the Pale. The pale of settlement of Russia who brought over that feminist movement, it's good for you to know where that came from because I think we all were doing feminism, I was when I was younger, like I'm a feminist, thinking it was like girl power, Spice Girls. And it was never that, never ever that. I'm all right. I hate to be morbid, but God truly saved you by removing you from DW. I'm so grateful that you're in a most port by God all mighty. (Inaudible) I don't know what that says. It was a dark time, but in hindsight it's clearly what was happening. Actually I think it all started with Kanye tweeting me. I think handlers were sent out to manage -- to first and foremost break apart me and

Charlie and then to manage us.  And I'll speak more about that this week, but I spoke to my husband about it and I can see it so clearly now what happened.

And those messages between me and Charlie leading up to that week that he tweeted us, it was actually Scott Adams says -- did a video that I'll never forget when that happened and he said -- like it ripped a hole for the universe, this tweet, and it was never supposed to happen.  I'm going to dig that up, find it, and speak more about what my experience was where I do genuinely believe that handlers were sent out.  And I got lucky that I had this overwhelming spiritual feeling that I needed to go to the UK and met my husband.  I think I was actually saved by finding my husband, which was not accounted for.

Joshua Steeds (phonetic) writes, Tyler Robinson appearing in court today via Zoom without having to show his face surely isn't helping any of the theories out there.  It's good to have you back. Yeah.

Yeah.  Like, I mean, come on.  It's like na na na boo boo at this point.  But don't worry, I'm sure no one at Turning Point will think that's weird. They're just like it's opened, it's closed, and we're so happy that one lone shooter who got Charlie is

being caught.  These people just have no shame.
Nobody here has any shame, and that's a problem.

Ivana Malono (phonetic) writes, keep up the great work, stand by your friend, reminding us that this isn't just a personal struggle but a spiritual war.

Yes, it is.

In a world where money and greed are taking over people's lives thank you for helping us to stay grounded in God's truth.

Yes, it is worth losing money as I did.  It is worth losing fake friends as I did to stand up for the truth.  And I'm just ready for war with these people.  Like all of it.  Ban together, you know. Send your best warriors because all they ever do is lie and smear and delude and take away and deplatform. And you're not winning anymore.

And something I want to say that's also so amazing is I didn't have to fight hard this time for people to believe me.  And, I don't know, I just know that somewhere Charlie -- Charlie's energy, they tried to almost like capture it very quickly.  The one thing they can't do, right, they can't create.  They aren't the life force.  These people are not the life force. They can only steal, they can threaten, they can

pressure, but they can't create it.

I feel now, as I was reflecting on things, that they all were trying to bottle up Charlie's energy, and Charlie sent his energy where it needed to be. I barely defended myself as they came out, attacked, lied. She didn't even speak to him since 2017. She didn't know Charlie. She hasn't seen him. They just lied and lied and lied, and nobody from Turning Point defended me and said like, that's a lie and what she's saying is true. And the public not for a single second didn't take it. The amount of money that was spent on telling those lies, and I barely had to defend myself. And you guys knew that I was telling the truth, and I think that's incredible. That truly is a testament to God and is a testament to truth. And as Ian Carroll said when I had him on my show, the truth doesn't need to be repeated over and over again. It's the power of the frequency of truth, right? It takes a lot of little lies. That's why the lie demands the truth shuts up. It's the reason they pass speech laws. They need people to be quiet. Because when you start speaking the truth, it becomes more powerful. I truly believe that, and I'm calling upon everyone to do that more often. Like just speak the truth even if you're fearful of the consequence.

Because the bigger consequence is not being right with God when you pass.

Tim Morgan writes, we need investigation for Charlie, we love you, God bless, thank you so much.

Katelyn writes, my brother HM passed away in 2021. He often spoke about how he knew he was not going to live past 40 years. He was saying this when he was in his 20s, and he was 41.

Yeah, Charlie said a lot more. He said a lot more. And I'm going to keep it close because I do think a part of it was prophesy now. I really do believe that. And I'm going to see this thing to the end.

David Foster wrote, I didn't even know Charlie, and I was more shook up seeing the footage than the camera guy seemed in the selfie video. He wasn't even shaking. My hands were shaking, and I was at home. It just does not add up.

It doesn't add up, and we've got to stop accepting this excuse of like, well, what would you do. I do know what I would do, okay? In that situation you either run far and you don't record yourself, right? Or you go run towards your friend and you help. In fact, the only person as Ian Carroll

pointed out in one of his videos and you should sign up for -- subscribe for Ian Carroll's channel as well. He pointed out that like the only person who was acting right was Frank Turek. Like the first thing you do is get down, right, because you don't know if there's going to be another shot. How was Mikey McCoy confidant enough to stay standing and walking. Nobody knows. You don't know where the shot is coming from. You don't see him get shot. The first thing you would do is drop to the ground. That's like the first normal thing to do is to get low, make sure you're safe. And then Frank Turek kind of crawls back towards Charlie and then tries to like see him to the car. Like all of that feels normal to me, okay? They're always trying to make us see things through the exception. Well, there was this one time at band camp (inaudible) exceptionally someone fires shots and someone was just really calm and walking away. And I'm like, yeah, I've seen Men in Black. That's not the person you should trust in this scenario is all I'm saying.

Buyon (phobetic) writes, come back, Candace. Everyone needs -- welcome back, Candace, pardon, everyone needs a friend like you who would fight with such fire for justice. I am so glad you

are on the case.  I can see that you would reveal the truth for us.  We don't know know, but we know has become my favorite phrase.

Look, Charlie didn't know know that he was going to die young from the moment that he started Turning Point as he said, but he knew.  And he was right.  So go with your gut.  Believe in your dreams, right?  And when people try to mock you and tell you not to listen to it, not to trust your gut, know that those people are working for the devil literally.  Okay?  They want you to think of this life as it, and this life is not it.  So get right with God and tell the truth, and we'll see you guys tomorrow.

*    *    *    *    *

I the undersigned, Joy Beth Kennedy, court reporter for the State of Tennessee, do hereby certify the foregoing transcript is an accurate reflection of the contents of the recorded podcast and was transcribed to the best of my ability.

I further certify that I am neither attorney for, nor related to the parties to this cause and furthermore that I am not a relative of any attorney or counsel of the parties hereto or financially interested in the action.

_____*Joy Beth Kennedy*_____
Joy Beth Kennedy, LCR, CCR