------------------------------------------------------

**Candace Owens**
**Why Is Everyone Crashing Out Over**
**The Charlie Kirk Investigation?**
**Episode 262**

------------------------------------------------------

**November 10, 2025**

------------------------------------------------------

**Joy Kennedy, LCR, CCR**
**20th Judicial District**
**Nashville, Tennessee  37201**

Case 3:26-cv-00556    Document 31-2    Filed 08/06/26    Page 1 of 47 PageID #: 242

CANDACE OWENS: All right. You guys, happy Monday. And is everybody okay? I just want to check in to see if everybody is feeling okay because there are a lot of people online who are coming undone. What is it about the Charlie Kirk investigation? What is it about Charlie Kirk's assassination that is causing so much panic? They're saying I faked the text messages again, the ones I showed regarding Ben Shapiro. They got AI analysis. These are fake. They're sending experts, quote unquote, experts out to diagnose me and my show, and they've decided we're a cult.

Okay. Over the weekend Grok, literally the AI robot, crashed out. He crashed out. He couldn't keep up with the lies about me, and so then he stated, the robot on top of a trend, that Candace Owens has accused Marcus Hale of murdering Charlie Kirk this past October. I don't know what's going on. I'm just going to say that it's kind of weird how the only people that seem to believe the fed story are Zionists, and they demand that we accept the fed story. And their panic is making me think that we're getting closer to something, and that something is pretty big. And it's going to imply a lot of people. I don't know, today I'm going to tell you guys about a

particular person who is connected to Charlie Kirk and January 6th. So welcome back to Candace.

Okay. So something that I want to say right at the top here before we get further into the Charlie Kirk story and speaking about January 6th and how somehow that's connected, there's something I learned that's bothering me. I'm just going to put it out there and see if it bothers you as well. But I learned via tips that the feds immediately seized the footage at Timpanogos Hospital, okay? Timpanogos Hospital, remember this is the hospital that it was quite strange that they moved to take Charlie to because it was further and also less equipped than UV Hospital. It was like UV was a trauma 1 and Timpanogos was trauma 3. And a bunch of people said, very strange that they took him here. And then it got strange because we started hearing from other people that he was definitely at UV Hospital. It was very weird.

Anyways I would like to add to that by saying on the day that Charlie was shot, for whatever reason, you know, Kash Patel injects himself into it, the feds seized all of the footage at the hospital that Charlie was brought to, at Timpanogos. That doesn't make sense to me. Nothing makes sense to me

in this whole story, so this is just kind of the icing, you know, on the top here. Not even the icing on the top. But why would they move to seize that footage? How is that going to help their investigation? What's happening inside of Timpanogos? How is that going to help their investigation, their immediate boots on the ground investigation into who shot Charlie Kirk? They're on a manhunt. Why are they going, okay, let's at first grab the footage at Timpanogos? Does that make sense? Were you worried? Did a nurse call 911 and say, oh, a guy just ran in here with a gun and you need to seize the footage because that's going to help you track him down? If that didn't happen, why are you seizing that footage? I don't know.

With everything that is going on and I would say almost the lack of information that we have at Timpanogos, not a single person that captured them pulling up, nothing despite the fact that there were news cameras outside waiting oddly from like a New York news channel. We have not seen anything regarding -- that we can build in confidently on our time line that would let us know what time in particular Charlie arrived at the hospital. I feel like something is amiss if the feds moved to grab the

footage inside of the hospital immediately and outside of the hospital immediately. So just putting it out there. If you maybe were somebody who has footage and saw that black SUV pull up at the hospital, please get that to us at moretips@candaceowens.com because it's starting to bother me. Something there is starting to feel amiss. Everything is amiss.

Anyway there also happens to be another interesting constellation that's building here because, as I said at the top, there is something about this investigation into Charlie Kirk and who assassinated him that is causing extremely powerful people to panic, a network of powerful people. And by powerful people I mean the feds, okay? I don't know about you, but I'm starting to wonder if every major publicly traumatizing event may have actually just been organized by the feds. Rather than blaming themselves, the strategy that they always employ is to get out a narrative, a sloppy narrative like we saw this time with the Charlie Kirk assassination. That is one say that I will say is so amazing. The only thing that has been amazing about the Charlie Kirk assassination is that it has brought the left and the right together. What I mean by that is typically we're ready to take the fed slop. This time it was

the messages obviously. And they're like, oh, my dad's MAGA, he was MAGAing too hard. And the left was supposed to go, see, it's his dad's fault, MAGA is bad. And then the right was supposed to go, look, trans person bad. This time though we all went, this is too evil, it feels orchestrated, and do you guys always do this? Like is this what you guys do? That definitely now that I'm reflecting and I am including myself in this, that was kind of my old vibe, left or right, that was definitely the vibe of January 6th, right? We all took the bait. Just own it, okay? If you're a lefty, own it. You were like, MAGA is bad. If you're on the right, own it. We were like, the left is bad, they're overthrowing an election. We did it.

On January 6th, 2020, I can tell you where I was. I was nine months pregnant with my first child, and I was super MAGA at this time. I would have definitively gone to this Stop the Steal rally, but I was just too pregnant to go. And I was living in DC, so it was just down the street from me. And I reflect on that and I think, wow, that saved me because I could have been swept up in what happened on January 6th. I could have been there. We all know how the story goes. Trump hosts this speech, he has

this rally. And then afterward people, quote unquote, stormed the capitol, break through the barriers, and there's an insurrection and CNN is showing these clips and the footage. And it's funny for me especially because I was right up the road and -- as a resident of DC, literally living there. And I was thinking how strange it was. I was sitting on the couch with my husband, and we start getting all these phone calls like from my sisters and family members asking me if we're okay. And we didn't have the news on. And we were like, yeah, we're okay. It's strange that you're calling, we don't even hear any noise. And it was actually the first time that there was peace in DC, meaning it was the summer of BLM riots so it was strange that we never got called when people's cars were getting smashed and things were being burned to the ground. But suddenly we were getting phone calls because the media was there, you know, right there. MAGA has gone too far, and then they were showing all this footage and it was out of place, right?

Now, I knew instantly as a DC resident that the feds were involved because of the pipe bombs. That was it. I knew they were involved when I heard that pipe bombs were mysteriously dropped off the night before at the DNC headquarters, RNC

headquarters, and we just don't know who did that. Because I live there and, I mean, it's the capitol. So every square inch there's a camera. You just can't do that. You can't just get away from being a couple of blocks away from the White House and dropping off pipe bombs, right?

Anyways this weekend after five long years finally the person -- and I'll say allegedly because I guess we're going to have to wait for the feds to dispute this. But the person responsible for dropping off those pipe bombs was revealed to be a fed. More specifically, a 31-year-old woman and a United States capitol police officer named Shauni Ray Kerkhoff, right? A man named -- a reporter named Steve Baker deserves all of the credit on this amazing discovery, and I'm going to let you listen to Glenn Beck who is interviewing Steve Baker to tell you about how he came across this footage and how that went down.

(Recording begins to play).

When I stumbled on what I stumbled on, because as I said I've been pulling these threads for years and I pulled one last Wednesday, two weeks ago today rather. And when I pulled this thread, I was so shocked by what I saw I immediately took it to a source in one of the most important highest level

investigative federal agencies in the country. I immediately took it to our sources there, and I said you have to see this. After they looked at it for about two hours, the response that I got back was, holy F. And then the follow-up response was, she's one of us.

(Ad).

(Recording begins to play).

And when you find out the position, I mean, this is going to lead -- it's not just this one person. This now will implicate so many people at the highest levels that had to have known because of what happened after January 6th. I mean, it's -- I mean, how big does this net get?

CANDACE OWENS: How big does this net get. I'm feeling this way about the Charlie Kirk investigation. A lot of people are going to get swept up in this investigation, perhaps the same people that are going to get swept up in the January 6th. It's not going to be this left or right story, right? Now, much more is going to come out. I'm not here to cover all of January 6th and what they have been unpacking. More will come out in the coming days. What we do know is, like I said, this was a five-year investigation. It involved forensic analysis. CIA

spokeswoman Liz Lyons stated that Shauni Kerkhoff, the alleged person who dropped off these pipe bombs, worked in campus -- capitol police campus security. She lives in Alexandria, Virginia.  She is apparently now under the watch of law enforcement officers because The Blaze news editor in chief decided to pull up to her house to just kind of see if any action was happening at her home.  And then he instantly got stopped by local police before they allowed him to leave.  Now, surprise, surprise, I think it's always the feds.  And we might be being ruled by criminals. Like, I don't know, Jeffrey Epstein who?

(Recording begins to play).

Are you still talking about Jeffrey Epstein?

CANDACE OWENS:  We're still talking about Jeffrey Epstein, Trumpy.  Now, if we are allowed to follow this idea that the feds are behind major politically divisive events, then we have to ask ourselves who exactly was behind organizing the Stop the Steal rally event itself.  And interestingly enough on the, quote unquote, Republican side Christian Zionist pastors were heavily involved in not just influencing the public, right, understanding -- right away telling the public, the Republicans, that

we had to fight for justice. They went out immediately following the election results. One person was Lance Wallnau. Okay. I want you to remember this guy's name. Lance Wallnau. Immediately just three days after the election of 2020 on November 6th he publishes this onto his Facebook page, okay? It says, we're going to expose the fraud and Stop the Steal. The Lord our God is with us, and we were built for this battle. Be strong and courageous.

That's three days after he's saying Stop the Steal, be strong, be courageous. And Lance, who is a charismatic preacher, wasn't the only charismatic preacher or pastor that instantly threw their weight behind, quote unquote, stopping the steal. Actually four out of the six protest permits that were issued on January 6th were issued to independent charismatic Christian groups, okay? Fifteen of these pastors and leaders surrounded Trump at the White House leading up to the January 6th Stop the Steal rally, telling him that the war was not spiritual. So they're in his ear. This is spiritual, this is what you have to do, Mr. President. Okay. There's an article about that. The New Apostolic Reformation drove the January 6th riots. So why was it overlooked by the house select committee this person asks, okay? N-A-R, NAR, I've

brought this up to you before, Lance Wallnau is in this article, so is Sean Feuch. Are you thinking these names might sound familiar? Certainly Sean Feuch, I brought him up to you regarding TPUS Faith who started to lead these events that they were having. So who is Lance Wallnau? Well, he is one of these NAR preachers, like I said, who came up with their Seven Mountain Mandate, okay? Charlie began to become very interested in the Seven Mountain Mandate. I would say like he became mesmerized by the Seven Mountain Mandate, he became friends with Lance Wallnau. I'm going to let you listen to Lance himself describe this Seven Mountain Mandate in his own words.

(Ad).

(Recording begins to play).

Hi, I'm Lance Wallnau. I want to talk to you for a moment about this concept called the 7M Mandate. In reality it started with a conversation I had in the year 2000. I had been talking to Loren Cunningham who is the founder of Youth With A Mission. And Loren was sharing with me about a conversation he had had with Bill Bright. The two of them were visited actually by the Lord within the same 24 hours. And God spoke to them and said they had a message to give the other man. And the message was that there

are seven molders of culture or seven world kingdoms and that he who could take those kingdoms could take the harvest of nations. Now, this illustration, the way I see it -- I look at it this way, I see those seven molders of culture as being the religion mountain as a metaphor for something you've got to take or climb. Then we have education we could say. Family. These are in no particular order of importance. They all represent the forces that shape societies and nations. Government, media, art, which is the entertainment mountain, and business, which is where we have the economics mountain happening also. Now, these seven fields of influence are very powerful, so powerful, in fact, that he who occupies the top of those mountains can literally shape the agenda that forms nations. The foundation of the prosperity of nations is going to have to be the teaching of Jesus. The good news is you can do that covert, or you can do that overt. You can be, like I always say, you can actually be following that thing from Jehovah Rophe, Jehovah Nissi, Jehovah Tsidkenu, or Jehovah Sneaky. Because God has a way of getting into positions, companies, businesses, nations, and communities before the devil even knows what got in there because the gospel is bigger than just the

church mountain.  It's the gospel that covers the whole earth.

CANDACE OWENS:  So what he's describing there and what they believe is that there are new prophets, there are new apostles, they have the Seven Mountain Mandate.  And when he is speaking about covertly, he means that.  Okay.  This is a philosophy of infiltration.  He says, but before people even know, boom, he describes it as the devil.  But before people know, boom, everyone around them is actually working for a higher purpose.  Man, I got to say it kind of sort of reminds me of what happened to Charlie, right?  This is kind of where this is going.  Turning Point Faith, everywhere that I am investigating, Turning Point Faith keeps coming up.  These characters keep coming up, and there's a pattern that I'm noticing that a lot of these mainstream pastors and preachers actually come from high ranking military families.  High ranking military families that have been around for a long time, ties to the Navy, ties to the Air Force.  Frank Turek, Air Force.  Rob McCoy, we discussed about his background, his naval background, psychological operations.  They literally named like a fleet of ships after his father.  Like there was like the McCoy naval

something.  Lance Wallnau, he's no different.  He graduated from a military academy.  His father Carl Wallnau was a major in the United States Air Force.  Okay.  Wallnau served under General Patton after the war.  He then continued his adventures as a field engineer for Standard Oil, okay, building high pressure liquid propane installations throughout political revolutions in the world.  So he would go and do that in Haiti, in Cuba, Dominican Republic, places that I would argue that we cause a lot of drama in.  I'm just saying.  So Lance fits the pattern well.  And before I tell you how he is very connected to Turning Point USA Faith I do want to also be clear that Frank Turek stands out because he flat out acknowledged on one of his podcasts that NAR was a cult, actually darker than a cult.  Take a listen to what Frank Turek said about NAR.

(Recording begins to play).

Like technically a group in -- NAR stands for what again?

I'm sorry, The New Apostolic Reformation.

That's Bill Johnson out there in California, in Northern California.  We'll talk about him in a minute.  But word of faith movement.  They don't necessarily add, subtract, multiply, or divide,

but their hermeneutic, the way they interpret the scriptures, is aberrant.

Yes.

And they interpret the scriptures in such a way that their practice follows this aberrant theology that they have.

Uh-huh.

And they wind up doing things that are more new agey or more even occult like --

Yes.

-- than they are Christian.

(Ad).

CANDACE OWENS:  The occult.  And that is correct.  Now, Frank Turek, this didn't stop him.  It didn't make him go warn Charlie about this in any way as these people began to infiltrate his organization. And Lance Wallnau worked his way into Turning Point USA.

I had a phone call with someone, by the way, who is extremely close to this current administration, and they said completely offhandedly, we were not even really discussing Charlie.  But then they said, you know something that's really weird, I was at Charlie's memorial, she said, when did Turning Point become so faith focused?  She was like I

remember obviously Charlie always spoke about his Evangelical faith. She was like, but when you guys were running around starting all these Turning Point chapters, it was all about free markets and capitalism. And she was like, and I was at the rally and it was suddenly faith, faith, faith, pastor, pastor, pastor, pastor. And I said, you know, that is actually interesting. That is true that it just kind of started, and then it was almost the biggest thing about Turning Point. It's really interesting to consider that. Turning Point suddenly got superdy (phonetic) duper faithful with what I would say is an interesting cast of characters, the wrong characters. Okay. Rob McCoy leading that frontier as we know. What people don't know publicly is that Lance Wallnau was working with him, okay? He was intimately involved, and more importantly he was financially involved. Sources within Turning Point's faith department tell me that Lance was running the show behind the scenes through funding, that he put a ton of money into Turning Point USA Faith operations.

Now, I guess a better way for me to state this because I want to be super clear here is that Lance Wallnau, who is from a military family and who is saying that he believes in infiltration as a means

to climb mountains and overtake society, however he just described that, right, was privately directing large sums of money into Turning Point Faith. Okay. He's friends with Rob McCow (phonetic) -- Rob McCoy and he eventually did tour stops with Turning Point Faith. And he knew Charlie. He said Charlie was his friend. I think truly as a society that we need to start focusing our attention, independently, village crazy lady, I told you about Mel on X, she's been doing great work on this, but you need to start investigating this faith military constellation. We can call it the militant faith pipeline because it's getting a little much for me. I mean, I told you guys you start looking at that and you wonder about other events that have happened in the past, right?

There were a ton of conspiracies following October 1st, 2017, when the Las Vegas shooting happened. Largest mass shooting in American history. And it was almost instantly covered up. 58 people were murdered. More than 600 others were injured and they told us that it was just a lone shooter, Stephen Paddock, some crazy guy who acted alone. Conspiracy theorists said it was a military operation, and there was a ton of evidence to support that, okay? Fast forward a year later on November 7th of 2018 -- and

there's almost this like Las Vegas shooting hangover that happens in Thousand Oaks, California. Oddly about 40 people who were at the Las Vegas shooting were all at the Borderline Bar one night when a marine whose family knows Rob McCoy well, Rob McCoy is friends with that marine, decides to -- that marine's mother decides to storm into a bar and conduct a mass shooting. And a victim of that bar shooting was a 27-year-old Navy veteran who had survived the Las Vegas shooting. So it just makes me wonder was he a victim or was he a target, right? We have to start asking these questions. This is a headline from the BBC regarding the Las Vegas shooting -- I'm sorry, the Thousand Oaks shooting at the Borderline Bar & Grill, the Las Vegas shooting survivor being among the dead. We're not getting answers to any of these questions, and they're telling everybody that these are just conspiracies. Always a conspiracy when you start questioning these fed narratives.

One survivor said that the group of them were meeting up for a second time in about a year, having I guess like a little Las Vegas reunion. And that's why they were all there. The point being is following this, a month after this, Rob McCoy then gets elected mayor of -- of Thousand Oaks. He's mayor

for a year. And I'm just starting to ask a lot of questions about what is happening here, who is funding these groups, who is funding these pastors, who is funding these churches. We're getting a lot of weird stories about these churches that are coming out. I shared something over the weekend about Romanian sex trafficking on my X feed that is involving one of these churches, one of these big churches out in California. And I'm saying it's time to start prodding the narrative because I'm thinking that perhaps Faith has been hijacked. And like I said, we are going to have some explosive stuff for you on Wednesday that we have discovered about this Charlie case. The faith element is compelling, and I am not convinced that these people that stand on stages and tell you to stop following Tucker Carlson are working on behalf of the Lord, okay? I don't think that that's the case. I think these people that are telling you that you are not allowed to question Israel or you're going to go to hell are not working on behalf of God. I think that they worship specific people with military ties. In fact, they are just following orders. But there's a picture here that's emerging that we should not ignore. So we will pause there before we get into some of these bizarre

Case 3:26-cv-00556    Document 31-2    Filed 08/06/26    Page 20 of 47 PageID #: 261

responses that I've been going through, militant responses that I've been going through on X from Christian Zionists. We'll be right back.

(Ad).

CANDACE OWENS: So there is definitely something going on here with these megachurches and these megapastors, and what I was just referring to in the monologue was in California where a lot of these churches, megachurches, are. There's been another megachurch pastor that was accused of trafficking children. Okay. Of trafficking children from Romania of all places. And that former megachurch pastor, I'm going to give you his name here, Paul Havsgaard, right, a missionary. Again, this element of missionary, going around the world on these missions. Something is just stinking to high heaven. I would like to press my finger here. And I don't particularly love the reaction that we're seeing from Christian Zionists right now. I don't even know how to describe what is happening over in Christian Zionist land. It is wacky. It is definitively exceptional. I've never seen it. There's anger, there's tears, there's frustration, there's fatigue, there's defeat and, of course, there's biblical scripture, right? When my show hit number one

globally last week, it was just an all out virtual war.

Seth Dillon from the Babylon Bees who did this is hilarious. He obviously just tweets a verse trying to make it seem like, again, this is what they do, Christian Zionists, they will find a verse to be petty and like use scripture to justify who they really -- they want to insult me or Tucker Carlson. What do you benefit if you gain the whole world but lose your own soul? Okay. Like that's not -- like that is -- are you out of your mind? Actually I didn't sell my soul, right? All of you guys did. I had to literally build from scratch because I was rejected everywhere plus cancelled. You shut down, you went after my sponsors, you e-mailed people, you got me banned from Australia. I actually did the exact opposite. I didn't sell my soul, and I said what was right about what was happening in Gaza. So there's that.

Joel Berry who also is at the Babylon Bees, real funny guys, wrote this: In the last year Candace and Tucker have given our side nothing but demoralization, division, confusion, and conflict. Their impact on the right has been devastating. They've made us weaker, and they've won nothing except

clicks and ad revenue for themselves. Pathetic.

Strange, I've never been on the same side as Joel Berry. I just want to clarify that. I am never on the side of people that cheer on kids being killed and churches being bombed and insinuate, as he did, that even the Christians in Gaza aren't really human beings, that they're all supporting Hamas, which is basically justifying a genocide, right? Justification of genocide. I have never been on your side. Then there were these compounding lies, okay? Obviously last week we watched Ben press Megyn on stage. Very strange to see him do something like that, to see him just lie and try to pressure her with the lie. And it was also on the day that it was announced that this podcast was number one globally. I responded on my show with the truth, showed you screenshots of what Charlie had said, told you honestly that he had kind of prevented Charlie from coming up. And that was certainly how Charlie felt.

And then some guy named Frank McCormick on X started circulating. And then, of course, it instantly made a trend that I forged the text messages, that I just made them up and I was just going to be so risky and throw these text messages up and just lie as if I wasn't going to get debunked

quickly. Anyways this is what he wrote on there: Candace Owens recently posted what she claims are more text messages from Charlie Kirk. He asked GPT to analyze. Look at this next one, if you want to skip over to the next, he analyzed the bubble design, the profile placement, the header layout, font, spacing, color balance, and he discovered that these were digitally fabricated. Bro, you didn't have to do any of that. You could have just asked me to show you the messages. I show messages on this show. Like I'm happy to show you guys this live. So just to give you the receipts here -- wait, Skylar, can you tell me in my ear what did the message even say because I can look it up. Just give me like a sentence.

(Inaudible).

CANDACE OWENS: Okay, keep going.

(Inaudible).

CANDACE OWENS: Okay. Hold on. That's not populating because of the way that it's spaced. Can you give me the sentence after that?

(Inaudible).

CANDACE OWENS: There we go. That will work. We just have to treat him like noise. Are there typos in that? Here we go, I found it. Here we go, a little bit of typos, there we go. Okay. Here

we go, guys.  Just to show you this, I just looked it up in my phone.  These are not made up text messages.  You probably want to see the date here and see the time sliding.  We did not make up these messages, okay?  Iron sharpens iron.  It's not a dominance partnership.  Each hand washes the other.  It is what Christ talked about as true partnership, reliant yet separate.  None other dominant.  Of course, there are struggles and disagreements, but each side gets stronger and sharper because of the other.  This is us describing our partnership.  These are just real.  Like what an absolute nonsense to think that I would make up text messages, like it's just nonsense.  I don't even know what would be the point of that?  What would be the point of that, okay?  I was very clear at the beginning of this entire thing, no fakeness and no gayness.  You know, I asked that if you, you know, didn't get along with Charlie, you don't think that you can just drop a million dollars and then rewrite history, okay?  You might have money.  We have truth.  That's what's on our side.

Also to build upon that I saw a clip of Allie Stuckey, who I very much like, I've been clear with -- I very much like Allie Stuckey.  I'm very surprised she's working with Alyssa Cordova.  But

she's also in very rare form. I don't know what's driving that, and she kind of I guess -- I don't know when this live was taken, presumably over the last week, I just saw it circulating, said to people that we shouldn't be asking these questions about the Charlie Kirk assassination. Anyways I'm not going to put words in her mouth. Listen to Allie Stuckey.

(Recording begins to play).

I'm just really tired of some of y'all not thinking. I really am. You say that you're seeking truth and asking questions, but you're actually just outsourcing your critical thinking in your question asking to someone else. And you're never really asking questions. You're never saying, does that make sense or what could be the other side of that story or what is the alternative explanation for that or are these two things actually connected by evidence or does it just sound compelling. This is not a Netflix series. It's not an Agatha Christie novel. You're not watching a who-done-it movie. These are people's real lives. And if you are implicating a real person in a murder plot, you better be 100 percent sure that it is true and backed by hard evidence. Think. Turn on your brain. The thoughts we think and the words we say not only affect real people's lives, but they

carry weight in eternity.  We are responsible for these things.  I really take that seriously.  But you should, too.  Look, y'all, I don't even want -- I've just been wrestling with this so much over the past few weeks.  I don't want the drama.  I don't have the time and the energy that it takes to go through -- to make all of these claims, first, is incredible.  But then to go through and debunk all of these claims, I don't have that time, I don't have that energy, I don't have that capacity.  I don't.

(Ad).

CANDACE OWENS:  Look, Allie, I just think she should take a break.  I genuinely didn't even know she was going through it like this.  Like I didn't -- I don't think we asked her for any assistance at all actually.  I did all the work, and people sent me stuff and then we put together a time line.  And here's what I want to say because you're saying it's real life.  It was Charlie's real life, Allie.  That was Charlie's real life when you saw him sitting there and he got shot.  That was his real life.  So I feel like that's the part you're missing because you're so worried about the surrounding cast of characters who have been literally caught lying.  They lied.  That's why we're here, okay?  We didn't just randomly pluck

people up from obscurity, okay? These are people who said, he had blood on him, he's amazing. He was so amazing, but he walked away from Charlie as he was bleeding out. His real life, that was his real life, okay? So that's what's on the line right here is he's not here anymore. Maybe you're not worried about him, but I am. I'm actually worried, and I want to know what happened to Charlie Kirk, okay? And why I feel like you and so many Christian Zionists just kind of want to turn him into a ghost, like, you know, Charlie the friendly ghost and are not interested at all.

And if you're looking for real life Agatha Christie stuff, in real life people's necks don't stop .30-06 bullets. In real life, that's all I'm saying. In real life when you spend millions of dollars on security, on your security detail, they don't have you sitting like a sitting duck and forget to have an ambulance behind you. In real life I worked for Turning Point USA, and I know what does not make sense in terms of the time line of how this event came together. And in real life, if somebody suspects you in a murder for any reason whatsoever and you can put something out publicly that will clarify a fact that isn't correct if you say it's not correct, you would do that. You wouldn't hide. In four seconds I would

say, oh, the reason why I was on the phone with so-and-so had nothing to do with anything. So people are following their instincts because they should. I just want to remind you because it bothers me that that was Charlie's real life, okay? That was Charlie's real life, Allie. All right. Move on from that. I see you're stressed out. I'm stressed out, too, to be honest with you. We're not the only people that are stressed out because apparently Grok is stressed out because it can't keep up with the lies that are being spread about me so he had some sort of a software crash out. This was him being like, I'm tired, I'm tired and sitting in his car. I'm just going to show you what Grok said at the top here. No, I want the Grok headline, Candace Owens accuses Turning Point USA of Charlie Kirk assassination role. And then it says Candace Owens alleged Turning Point USA orchestrated the October 15th, 2025, assassination of its founder Charlie Kirk in Phoenix, Arizona by former volunteer Marcus Hale who police say acted alone with no evidence. Ben Shapiro publicly condemned Owens' claims as evil. Yeah, it's just none of this is real. Like you guys are exhausting, not just Allie Stuckey, you're exhausting Grok so many lies are being made up about me. If you don't have

time to look at the facts to see what we've come up with and that's fine, but you're not required to interject here. I just want everybody to know that, Grok, Allie, everyone, you are not required to take part in this and we're not stopping, okay? And I just sense, I just sense that we're getting close. And when I tell you on Wednesday what we discovered about those Egyptian military planes, I think some more people are going to be on the run.

Anyways the oddest response came from Mark Levin who has been kind of psychopathically obsessed with destroying Tucker Carlson for years now. He was very happy when Tucker Carlson got fired from Fox News. They don't seem to be friends. And regarding Mark Levin, if a person was actually like you should move to Israel because it would make you happy -- happier, if that was a person, that would be Mark Levin, okay?

Turning Point USA, credit to them, said we are not canceling Tucker Carlson despite the peer pressure, despite them sending out every queen and pawn on the board to make that happen. They said he's still speaking. And not only is he speaking but why don't -- why don't you debate. Mark Levin debate Tucker Carlson on stage. And this is how Mark Levin

responded. It's incredible. I'm actually going to roll the whole thing. It's about two and a half minutes, but I want you guys to listen to him.

(Recording begins to play).

I got a very strange text this morning from Tucker Carlson. 10:16 a.m., I'll read it to you verbatim.

Good morning he writes to me, the leadership at Turning Point has asked me to debate you at their event in Scottsdale in December. I'm happy to do it, and I hope you'll agree as well. Beyond the personal insults, which I'll try to keep to a minimum, there are real and important ideological differences between us. And I bet the country would benefit from an extended conversation about them. So, again, I hope you'll accept. Let me know. Thanks.

(Ad).

(Recording begins to play).

The guy is desperate. He's taken a hit on his podcast. He's fighting like hell for his career. He's fighting like hell for his reputation. People are awakening to what scum he actually is. And he thinks I'm going to platform him? He thinks I'm going to help him kick up his podcast ratings? What would Charlie say? What would Rush say? (Inaudible) any

rational response, hear this.  I wrote him the following:  My family and I want nothing to do with you, what you've become, your vile liables against my faith, millions of Christians, and in my view what you seek to do to our country.  There's nothing to debate. You're a Nazi promoter.  You're the modern day David Duke.  I debate people with whom I disagree for a living who are a lot smarter than you but for whom I have some respect.  I'm also disappointed in TPUSA that continues to platform you.  It's not about free speech.  You can be heard by millions regardless. Some unsolicited advice, stop long enough to remember who you used to be and what you used to stand for.

So as expected, knee jerk, for the record I'm strongly anti Nazi.  Does he sound that way to you, America?  Oh, you're going to hear more.  But that's hardly the point.  This seems like the perfect opportunity to rebut what you consider evil ideas and then do it to my face like a man.  I'd think you'd jump at the chance assuming you believe your positions are defensible.  I'm offering the marketplace of ideas you often talk about.  Is it possible you can't really defend, for example, what Israel has done to civilians in Gaza?

I said, there you go, you're not feared,

you're despised.

Well, you're a coward.  And if you change your mind, I'm here.  Thanks.

You little bastard, you attack my -- my stepson?  You didn't do that face to face, did you?  You stabbed him in the back while he's serving President Trump on his second tour while he's in safe rooms with ballistic missiles passing over his head.  You little bastard.  Nobody is afraid of you.  I'd rather debate a skunk than you.

CANDACE OWENS:  Is he good?  Is everybody okay?  Like what?  This would be your opportunity to reveal Tucker Carlson to the world since you say, like, that he's a fraud and he's lying and all of this stuff.  Why wouldn't you ready accept that debate?  Why are you so focused on canceling him?  And LOL to you saying that you don't want to platform Tucker Carlson.  Yeah, you know what, I decided on this podcast I'm not going to platform Taylor Swift.  Yeah, I'm not going to platform her.  So if she ever wants to come to this podcast, I will not platform -- are you this delusion -- you cannot be that delusional.  You cannot be that delusional.  What are you saying?  Something is happening.  I'm telling you guys, this is like a full Zionist crash out since Charlie died, and

I just feel like they sent a very real threat to the little matrix that they established. And so much so that I'm actually proud to announce that I have finally caught the final Pokemon ball. I've long said that. In terms of the names I get called in the media I feel like I'm playing Pokemon. I've just got to catch every single ball. When they try to cancel you, that's what they do. They call you all sorts of things, anti-Semitic, I've been called a self-hating black person, I've been called a homophobe, I've been called a transphobe, I've been called crazy, I've been diagnosed as suffering from post partum depression or post partum psychosis, post partum depression. And I didn't think there was anything left for me to grab, but it's here. It's final. I've now won the game. And they are calling me a cult leader. Yeah, so because I survived all of their attacks and have focused my energy on what I wanted to build and not on who I wanted to destroy they have decided that that's because I'm leading a cult. Now, when I think of a cult, I typically think of people who say like, oh, you're going to get into heaven if you defend Bibi Netanyahu, right? It says it right here in the Bible. And if you don't unfollow Candace Owens, you won't go to heaven. That to me is cult language, promising

people that their souls are somehow tied to following your instructions. I'm just trying to figure out who killed Charlie Kirk, okay? That's all. I want to know who killed my friend.

Well, Keri Smith, who is the host of the podcast Deprogrammed with Keri Smith says that she was formerly of a cult mind set. She's an expert on this. And she has now watched ten episodes of this show. She watched the Charlie Kirk series, and she has determined that if you are interested in what I have to say and what I am uncovering about Charlie Kirk's assassination, then you, you and home, are in a cult. Take it away, Keri.

(Ad).

I do think it's a cult. I think she is exhibiting several cult tactics. She's demonstrating several different tactics. I think she's using manipulative language and a lot of cluster bee personality disorder behavior. I think that it's easy to observe that, but apparently it's not easy for some people I guess. And I'm assuming maybe that's because they haven't been through that before with someone. Maybe they haven't experienced it before. And so this is not an episode for people who are in that cult. It's not an episode for people who are just hanging on

every word and following it. And I've interacted with quite a few of you, and I'm not trying to convince you. You're obviously not going to be happy with this episode and call me all kinds of names. I've been over the weekend called every kind of -- a Jew, a Jew lover, I'm getting paid 7,000, why don't I go suck blah, blah, blah. Like just terrible very angry things. And that's okay. This isn't for you. This is an episode for normies who are trying to figure out what's happening because like a lot of us they used to put a lot of trust in Candace Owens and some of these other influential figures and they're like, what is happening, what happened to her.

CANDACE OWENS: So what happened to me was that I -- I saw Charlie Kirk get shot in the throat. But I do want to -- can you just bring her up for a second without playing it? I can't be the only person that's really stressed out by how she's organizing those books. Like that is like -- that is -- uh-uh. I don't like the way those books are at all. That's really stressing me out. So she's lucky I'm not nine months pregnant because this would not fly. I would be organizing that. Like why the different levels? Anyways she's queen of diagnosing this I guess. Cluster bee personality now. What I will say is this

is -- if you go back, any fed operation, COVID, whenever you don't follow the federal narrative, if you don't listen to the government, they always diagnose you with Machiavellian, what do they call it, like the dark triad of traits, Machiavellian, narcissistic, and they say that you're in a cult. If you don't wear a mask, save lives, they did the same exact stuff. You can go back, literally go back. This is their final stage of we're not getting people to behave and listen to us, so we're going to diagnose them. And she listed all of the reasons, the signs that I was in a cult and -- about seven of them. One of them is forced teaming. She says that I use inclusive language like us, us, we, we. We will solve this. Again, what is it about they and we? What is it about plurality that stresses these people out so much? These are just words. I do think we are going to solve this. I say we because all of the information I have is thanks to the tips line. So we're all kind of in this together trying to put the pieces together to figure out who killed Charlie. Yeah.

She also says that I repeat myself constantly, that I use sarcasm. And I would say that this is sounding a lot like my toddlers who could be

in a cult.  Now that I'm thinking about it, she might be right because they are laughing, they are sarcastic, they definitely have used terms like we and us when they address me and their father.  And they repeat themselves the whole time.  The whole time.  So stay tuned.

And then my favorite part is that she says like we have a phrase.  And it's if you don't know know -- we don't know know, but we know.  And she says that's somehow cult -- I don't know, it's a part of the cult stuff.  So I guess I'm the cult that will tell you to think for yourself and to trust your gut.  And if something seems like it's wrong, it's because it probably is wrong.  And the government telling you to violate that, to ignore your senses, to believe something that is just truly unbelievable, like a .30-06 got stopped by Charlie's neck because of a miracle, yeah, trust yourself.  That is kind of the goal here is to let people stop committing to government group think, which is how they control us all and also make us hate each other.  It is just a fact that the greatest threat to government and what this is really about is the left and the right coming together.  Right?  This is like the thing that they have to prevent, and this is why I am now number one

in who they are attacking.  I'm talking about the military industrial complex, which has been ruling our nation for a very long time.  I'm encouraging people to read books, to learn about the history of psychology and why they do these sorts of things like diagnose you.  I'm telling people that they should home school their kids, right, so they don't end up like us.  When I say like us, committed to one side or the other, convinced that we have things figured out when we're shouting at each other and not looking at the real power apparatus that sits behind.  So to that extent I do understand why Tucker and I have become threat number one, showing that you can survive outside their matrix, not taking money, not taking the money.  That makes you fearful to speak out and surviving it.  But beyond that, yeah, no, I really would not say that we are leading a cult.  But we're not getting rid of this first off.  We don't know know, but we know.  Okay?  And it's a fact, and we are going to solve the Charlie Kirk murder.  So we'll take a quick break, and then I'll read some of your comments.

(Ad).

CANDACE OWENS:  All right.  Top comment from Friday's episode, think before you type, rut row.

Case 3:26-cv-00556    Document 31-2    Filed 08/06/26    Page 39 of 47 PageID #: 280

Ben Shapiro was all for Candace Owens keeping it real with the black community until she started keeping it real with Israel.

And that, my friend, is a fact. And here's the thing, I don't care who you are. I'm an equal opportunity offender. If you're being stupid and what you're saying doesn't make sense, I'm going to call it out. Whether you're -- there's nothing that's going to protect you. Being a woman is not going to protect you, being black, being Jewish, none of it's -- it's just not going to work (inaudible) politics. And right now it is just the case that Zionists are being a little cray cray. A lot of cray cray. Very cray cray and kind of dangerous.

Also -- let me tell you, by the way, one of the things that she mentioned as the sign of a cult was me reading comments at the end. Obviously you guys pay for me to read these comments, and you guys compliment me, which is very kind. And so she said that me reading your comments is a cult leader tactic. But I'm going to keep reading these comments.

US flagpole guy writes, we love you Candace, we pray for you and your family and for truth. Fight, fight, fight. Thank you so much for that donation.

Stephanie writes, Charlie knew that you would have the strength of iron against their fighting words when the battleground was set. You are truly an armor bearer. Be my David.

Yeah, they've cited that as well. And I was like, I just shared Charlie's messages and he knew he was going to die. And that is actually in retrospect incredibly compelling, and I wish I had -- I mean, I guess there's nothing else -- there's nothing I could have done. There's really nothing I could have done. I have to remind myself of that.

Zamut (phonetic) writes, Candace number one worldwide. Secret sauce, she speaks to us not at us.

Yeah, we're just trying to figure out what's going on. And we know that what they're telling us is going on is definitely not what's going on. And my requirement is pretty easy. Are you interested? They're asking you to be an idiot. Just be an idiot. It's just -- this narrative regarding Charlie Kirk is just -- I've never seen any situation where they didn't present a shred of proof for their narrative. Not a shred of proof. They won't show us a clear picture of Tyler Robinson on that day despite all the cameras. That would do a lot. If they just dropped one clear image, right, we would be like, oh,

at least he was on campus. Like at least we can get there. Nothing. They're just like trust us 1,000 percent and we're going to make -- the physics is totally -- everything is impossible, but just trust us. We're asking for such little -- if you actually go back and appreciate how the story has unfolded, we are basically saying we would have taken the bare minimum and maybe accepted some of this narrative. They're giving us nothing and telling us to swallow it whole. We just can't do that, okay? We just cannot do that.

Mickey Shaw writes, we love you Candace.

Well, you know what, go tell that to cult lady. She's going to be really upset about that.

Aries girl writes, seven -- seven million -- oh, Seven Mountain Mandate you're referring to makes me think of Satan tempting Christ and a quote from Elder Ephraim, the person who limits his mind to the name of Christ, the hour of death, the beauty of paradise, and the love of God will purge it of every demonic contemplation.

The note here is Ephraim was a revered Greek orthodox hieromonk. Does that say hieromonk? Yeah, I'm not that familiar with that either. And the Greek orthodox Archdiocese of America. Okay. That's

very interesting.  What I will say is it's giving cult to say you can infiltrate in the name of the Lord, which means deceptive, right?  You can be deceptive in the name of the Lord.  It doesn't make me feel good knowing that he was putting money into Turning Point USA Faith.  And like I said, we are going to have some explosive revelations on Wednesday that's going to make you rethink everything.  And Turning Point Faith keeps coming up in this investigation.  I think money was being interjected and I don't think -- I think when Charlie raised his head and realized something was wrong and that's why he established DOGE, he made some real enemies.  Charlie was too brilliant to just ask a question.  We would have arrived at the answer very quickly.  He learned very quickly, he processed information very quickly.  And to the extent that he was paying attention he would have found out.  That is -- that's just a fact.  It is not a small thing.  They tried to reduce it.  It's not a small thing that Charlie suddenly was wondering about where the money was coming from and where it was going to.

On that note, later on this week we'll be having a guest join us that will speak on Friday about Turning Point's finances, and that's going to paint a big picture.  It's going to make a lot of sense why

some people are freaking out about this investigation, pretending to be his friend, coming up with ridiculously stupid conclusions about how I betrayed him or I lied when I said I didn't give a single interview regarding Charlie. I was in a true stage of grief. I didn't offer a single interview.

Well, Alex Clark figured out -- she rumbled to me that I spoke to CNN. And I had already scheduled CNN for my book promo, and we kept the interview. On September 27th or something. And she was like, well, she lied, she spoke to CNN. That interview was supposed to be exclusively about my book promotion, my background, what brought me to this moment. And actually Elle Reeve did not even get to my book at all. She didn't mention my book at all, which is quite something in retrospect by the end because she was trying to hammer me not on the Charlie stuff, but she was trying to hammer me so much on Zionism, you know, Israel. It's kind of what she wanted to speak about. And then Brigitte Macron is what she wanted to speak about.

Anyways, speaking of this book, I loved seeing this online, Make Him A Sandwich, somebody in Serbia got the book and her husband fake signed it. He forged my signature and he wrote to her, I can't

read her name, dear Kiki (phonetic), please make me a sandwich. And I can't read that, something, something and then he signs it himself. He signs it XOXO, Candace. I love this idea of men fake signing my book to try to get their wives to do stuff. So I had to pull that out. That's all the way from Belgrade, Serbia. I reached out to her, and we're now going to send her a free signed copy because it made me giggle so much this morning.

And if you guys would like to get your copy, you can go to makehimasandwich.com. This book is doing fantastic, and we're really excited about that. So, yeah, (inaudible) have for you guys, thank you for supporting me. Twitter is crazy, X is crazy. I don't know why, but there's a Zionist picture that is emerging in the story. It's a faith picture. Be weary of the influencers who are trying to struggle session you into believing that actually recognizing that what they are telling us makes virtually zero sense is somehow a sin. I would say this isn't an Agatha Christie novel. Real life is actually better than an Agatha Christie novel. I'm realizing there's so much corruption that is happening, and we are now in a time of tremendous revelation. So if you are working for the side of darkness, you are probably

right about now on notice.  We'll see you guys on Wednesday.

                           *   *   *   *   *

I the undersigned, Joy Beth Kennedy, court reporter for the State of Tennessee, do hereby certify the foregoing transcript is an accurate reflection of the contents of the recorded podcast and was transcribed to the best of my ability.

I further certify that I am neither attorney for, nor related to the parties to this cause and furthermore that I am not a relative of any attorney or counsel of the parties hereto or financially interested in the action.

____*Joy Beth Kennedy*____
Joy Beth Kennedy, LCR, CCR