----------------------------------------------------------

**Candace Owens**
**What Did Charlie Kirk Discover Near The End?**
**Episode 264**

----------------------------------------------------------

**November 13, 2025**

----------------------------------------------------------

**Joy Kennedy, LCR, CCR**
**20th Judicial District**
**Nashville, Tennessee  37201**

CANDACE OWENS: All right. You guys, happy Thursday. Now, somebody sent me this throw-back clip from Charlie and I back when I had a show on PragerU. We were discussing the kind of allies that you need when bullets are flying at you. Take a listen.

(Recording begins to play).

You know, when you're in a foxhole, you want -- you want someone who is not going to tell you that there's no bullets being fired. You want just to say where the bullets are coming from.

Right. Yeah, that's exactly right.

Right? You know?

Yeah.

You don't want someone in the foxhole with you being like, well, want to get a hot dog --

Yeah.

-- maybe a burger, a smoothie. You want to say no, no, no. There's a machine gun nest over there --

Right.

-- there's mortar shells coming from there.

Right.

But here's what we're going to do to be able to get out.

Here's the plan of action to get out of

this.

Exactly.

Right.

And that's the type of friend that you want.  And you definitely don't want one that's going to run for the hills --

Right.

-- behind you and you're alone.

We've got those.

Yes.

We've had those.  We definitely know who our allies are.

CANDACE OWENS:  I am resisting making a comment about Mikey McCoy.  But, ladies and gentlemen, we are definitively in the foxhole right now, and we are learning who Charlie Kirk's real allies are and who his real allies were.  So welcome back to Candace.

Who were Charlie Kirk's real friends? That's what I want to know.  I just want to know who were his actual friends and his allies because somehow too many of them are trying to criminalize asking any questions.  Don't just ask questions, just accept the fed slop.  It seems a little bit ridiculous.

We should start, by the way, with Frank Turek.  Frank Turek, as a reminder, he is the pastor,

friend who was next to Charlie actually when he was assassinated. You remember he was wearing the white hat, he ducks down, he is one of the people that helped to get Charlie to the vehicle, he was at the hospital. Well, I just learned that Frank Turek was reacting to me. He went on CBN News recently, and here is what he had to say.

(Recording begins to play).

I have not followed Candace Owens closely. I know she was a good friend of Charlie years ago. In fact, when I first met Charlie, I said, you know, tell me a little bit about your ministry, you know, like what you do, you know, who -- who have you mentored. He mentioned Candace Owens. And Charlie would never speak ill of anybody privately unless he spoke to that person first and tried to correct them. So Charlie never said anything bad about Candace or anything, but I just find this idea that she's making all these suggestions without evidence very painful for people. It's okay to suggest, well, maybe this, maybe that. But as soon as you start launching accusations, TPUSA betrayed -- you know, betrayed Charlie. You know, I had a dream that Charlie told me this. That's not evidence. I mean, maybe she's -- maybe she's right, you know? It could be. Anything is possible. But

not everything has evidence behind them. And what people don't seem to understand -- and this is why I had my friend Detective J. Warner Wallace on my podcast two weeks after Charlie's martyrdom. People don't understand how prosecution works, how murder cases work. The prosecution rarely tells you anything they have much less everything they have.

CANDACE OWENS: Okay. So a couple of things I want to say here. First and foremost I am loving this repeat talking point of people who claim that they didn't watch all of the episodes, they don't have time to watch the episodes, they don't have time to go over the facts, yet all of them for some reason know that I said that I had a dream that Charlie was betrayed, right? That's how you know that you are in the midst of a propaganda spell. They have deliberate talking points. I mean, it's just a minute point in all of the evidence I have presented. I have second by second time lines. I have done minute by minute time lines. I have presented webs of people and their connections. I have presented a list of how many times we were lied to by Turning Point USA, but they don't know any of that. What they know is that on an episode Candace said that she had a dream, right?

Allie Stuckey just did this, too. She did

a video and was like, I don't -- I don't have these dreams. The idea here is this must all just be crazy rantings, every day Candace is up on this show like Miss Cleo from the 90s and just like predicting what she thinks happened. It's just a ridiculous way to try to (inaudible) the research that we have done.

Now, again, I don't know how you're able to comment if you have not watched what I said, but we are only interested in getting to the truth. So here's what I did, I personally invited Frank Turek onto the show because we legitimately want answers.

Now, to his second point that he is making there where he is trying to now say this is not how court cases work. We're not looking to have a conversation with the prosecution, okay? We've already decided that they -- that this entire investigation feels like a bad fed operation. We are looking for answers from his friends. You guys can just serve public interest here, okay? We should not pretend like somehow the case would be put at risk if Mikey McCoy shared his call logs. How is that going to impact the case? How is that -- if you answered questions about why Charlie wanted to put together the DOGE committee, how would that impact the case? We actually don't really care about the case because

we're not feeling like Tyler Robinson acted alone and he's the lone shooter. But we deeply care about whether or not and why his friends seem to have been lying to the public. Like we have found these lies. You can't undo that, and you guys refusing to respond to that -- we care about whether or not his friends betrayed him, okay? So dreams can give you some sort of intuition, and I certainly think that mine gave me a lot of intuition. But now we have the facts about that -- at least the claim that they're betraying him now, right, by not answering very simple questions and by lying to the public. So I would very much invite Frank Turek onto this show. I don't think we've ever covered Frank Turek. He hasn't really come up in this investigation. He hasn't been caught in any lies certainly. So I don't know why he would have an issue with coming onto the show to explain how prosecutions work.

And I can explain how friendships work. We knew, the public, we all knew who Charlie Kirk was as a human being, okay? Charlie Kirk has been assassinated, and what we are doing now is we are rejecting this idea that everyone who hit the stage at his memorial event can somehow now just be grandfathered into this organization, grandfathered

into our acceptance.  These individuals should no longer be questioned, they are friends of Charlie Kirk.  That's emotional manipulation.  They say they loved Charlie and so we should just trust the science and ignore the many lies that they have told us.

(Ad).

CANDACE OWENS:  What exactly is TPUSA Faith?  Who is Rob McCoy?  Why is it that these Calvary Chapels have a long history of weird abuse and trafficking scandals that seemingly get swept under the rug, right?  Why is Rob McCoy adjacent to some of these scandals?  I'm going to give you just one, I think, big example here, okay?  This is a true story. I hope I'm saying his last name right.  Thomas Cimino was a man who was factually put away into prison for abuse, molesting, lewd conduct towards young girls by pretending, how he did this was he pretended that his cat was lost, okay?  I'm going to read you an e-mail that I received from one of his victims who is now an adult, but she was just an 8-year-old child back in 1995.  Here's what it reads in part, okay?

I was 8-years old living in Dana Point, California when Thomas approached my friend and I to help him find his cat.  He took us to a park behind my house and tried to molest me before I ran away.  I was

a key witness in his trial before he was sentenced to eight years in prison. He molested multiple girls between 1990 and 1995.

Now, you will notice I am not saying allegedly because he went to prison for this. So this is not -- I'm not risking defamation here. She's not lying. We looked into this. In 1990 Cimino was placed on probation for pleading no contest to lewd conduct involving children in Manhattan Beach. That's in Orange County. A few years later he apparently went on a tear to try to lure young girls in an entirely different county, okay? Let's read an article regarding that sentencing.

Here's the headline in the LA Times. This is from 1995 as you can see. The headline reads, child molester draws an eight-year term in prison. Thomas Michael Cimino, who tried to lure girls with a lost cat story, gets maximum sentence requested by the parents of three victims.

Listen to that, three victims, okay? The article goes on, it says, Thomas Michael Cimino, 31-years old, of San Juan Capistrano was convicted in May of molesting an 8-year-old girl and trying to lure a dozen others into sexual encounters by asking for help in finding his cat. Orange County Superior Court

Commissioner Richard M. Ronson (phonetic) imposed the maximum term after the parents of three victims rose in sadness and anger to seek a stern punishment. The father of a 7-year-old girl who alluded that Cimino said the cat ruse preyed on the girls' innocence. Cimino's lawyer said his client, who had previously maintained his innocence, was now admitting his guilt. Attorney Danny Davis sought a shorter six-year sentence arguing that the maximum term might harm any chance for needing psychological counseling and rehabilitation.

Cimino terrorized a Dana Point neighborhood for more than four months last year. Prosecutors said he approached young girls, lured them into secluded spots, such as a river bed and the basement of a house, by asking them to find his cat. The basement of a house. He was convicted of molestation, indecent exposure, and ten counts of child annoyance. In the molestation case Cimino grabbed the girl's hand and forced him to touch her -- forced her to touch him.

Now, I want you to remember that this happened across two counties, okay? I also want you to remember that we're speaking about 7-year olds and 8-year-olds, right? We're talking about 3rd graders, not toddlers whose memories might be iffy, who might

have difficulty communicating things, might not find the right words, might not be sure of themselves, but 8-year-olds who are fully in line mentally. Right? Imagine yourself at 8-years old in 3rd grade, I have every memory of being in 3rd grade, I have memory of traumas in 3rd grade when a cousin of mine died in a car accident. Despite his conviction, despite having spent years in prison for these crimes Rob McCoy, the pastor who makes my skin crawl, struck up thereafter and maintained a long friendship with Thomas Cimino across decades.

Now, that's not exactly a problem per se. Rehabilitation is a thing. The problem comes in when Rob then decides that Cimino should be involved in a Calvary Chapel church and more specifically that Cimino should have access to young children in a program called home fellowship, which put him inside the homes of children. And he almost got away with it until some mothers went online, remembered exactly what had happened, and raised hell about it in 2022. Now, in response to this being discovered Rob McCoy has not apologized. No, no, no, no, that's not how this works. Instead you are about to see Rob basically employ tactics of psychological gaslighting. Maybe he learned this from his father who did this for

Navy intelligence, right? But he is going to host Thomas Cimino for a podcast episode on the Bryce Eddy Show, he's going to vent his frustration at the people who are up in arms about the placement of this man in close confine with young children without people recognizing that, okay, this guy has literally spent eight years in prison for abuse. This is how Rob McCoy intros Thomas on his podcast. Take a listen.

(Ad).

(Recording begins to play).

I was so compelled because of the gossip and the slander of my friend who is going to join me that I wanted him to tell his story. So 20 years ago when we were over at Skyline the introduction was you walked in and you said I need to talk to you, and I've got to share with you. And you were just pretty blunt, you just laid it out there. And you said, this is -- this is what it is. You followed the procedures, you did what was required of you, and you and I have been friends, there's been no issues. It's remarkable how you've served this community. I personally made the call that they can make fun of us and they can claim whatever they want to claim, but I wanted your family protected so I pulled that I guess it was advertisement for the home fellowship, which we

do for all the home fellowships.

CANDACE OWENS: So he's upset and he goes on to talk about how people online don't know the full story, are digging stuff up, and like this guy's really a good guy. And I'm going to have Cimino actually explain what really happened that put him into prison. Let me know if you're buying this story that he's about to tell. Take a listen.

(Recording begins to play).

So this is like early 90s, the nice little beach community in Orange County, and I get accused of a crime that I did not commit. It's a falsely accused, it's an underage girl thing. And the premise of the case is there's a guy running around asking people about a lost cat. And this happens 15, 20 times over the course of six or eight months, and the whole town is getting in an uproar over it.

Yeah.

They bring this girl, and they film an interview. After I got involved in this whole thing, we didn't know this was part of the thing. They just spring this in trial. And it's this interview where the kid doesn't care what she's saying, she's not upset, she thinks she's waiting for her mom --

Yeah.

-- in the dentist office. And then they just keep asking her leading question after leading question, and the kid is not giving them what they want. Eventually they get her to say that there was some inappropriate touching on that. She sort of says it, sort of denies it, but that's all they need. Now they can go out and arrest somebody, and they obviously don't care who they arrest. And the cops had lined up like 16 different guys of a certain look or whatever. And some of us, I was one of them, were under surveillance and so they had pictures of us. And they got enough people to say that looks like the guy, so they went and got me. And they come over to my place with a search -- they bring me -- in a search warrant over to my place, and they have 17 specific items that they're looking for. They get 11 of them, which sounds kind of bad until you read what it is. I get arrested. So they throw me in jail, and the next day you're supposed to get a hearing for bail.

Let's -- let's pause for a second.

Yeah.

So they throw you in jail and the next day you get a hearing for bail.

They're nice enough to do it on --

How long ago was this?

Like 28 years.  28 years ago.

Yeah.

Yeah.

28 years ago.  All right.  Go ahead.

So they -- them just saying some of these details because this whole thing is a total sham.  My lawyer comes to me and goes, they say they have footprints and forensic evidence, footprints and a palm print of yours that they lifted from a scene and they want to cut a deal with you, and they want to see if you want to do a plea bargain before we get to a pretrial hearing.  The jury goes, comes back guilty, unbelievably guilty and I wind up doing -- they give me an eight-year sentence.  I didn't have a record so you get -- I did four years and change.  So I did 1,536 days for a crime that I didn't commit.

It actually gets worse.  So you get an appeals process, and there's a free process.  So they take the three main issues they can find that are breaking the law or violating your rights, and they submit it.  So the appellate court reads it and they say, yes, we agree, they broke the law twice on the three points and they violated your rights.  But we don't see how that affected the outcome of the case, dismissed.  Wife divorced me right before I got out.

So it's my ex-wife's best friend and she goes, Tom, I got to talk to you. You got convicted and you went away, and your wife was dating your lawyer. And I'm like, dating the public defender, how do you know this. And she goes, she told me. So what incentive does the lawyer have to get me acquitted when he's after my wife, and he gets her?

(Ad).

CANDACE OWENS: So it's just all one big conspiracy that involved two counties, neighborhoods filled with parents and children, a witness who still to this day remembers and e-mailed me to remind me about this, people who posted and said this is absurd and brought it forward into Rob's church and said it's absurd that you are allowing him to be around youth despite his record. Also his ex-wife and the appellate court. Everyone. Everyone just wanted to get this conviction. Despite the fact that the cops, as he said, found a footprint, a palm print, plus 11 out of 17 items that they were looking for in his home. You are free to pursue that conversation in its entirety. Like we're trying to include as much as we can for the sake of this podcast not going too long. It's just incredible, okay? The person who took the stand still remembers and e-mailed me, but somehow

he's the victim and Rob wants that to come across. He's annoyed that this has come up, right? Well, that becomes even more interesting when put into the context of the fact that Calvary Chapel, full stop, has a long history of claims of intentionally putting pedophiles in positions of power, giving them access to children. I'm not talking about institutions get big, okay? Like right now if you even looked within public schools you could find tons of instances, especially of like these young female teachers that go after high school kids, right? I'm talking about how would you feel if you kept learning that it was the principal at a school, it kept being the principal of a school. This is by no means an exhaustive list just to be clear, but I'm just going to tell you like a few of these, right? (Inaudible) Calvary Chapel in Pompano Beach, the founder was a pastor named Rob Coy, not McCoy. To be clear Rob Coy who was a former Las Vegas casino entertainment director turned religious leader for one of Florida's biggest megachurches. Then he got accused of molesting a 4-year-old girl.

Calvary Chapel of the Woodlands, in 2024 the lead pastor was arrested after a sting operation into online sex abuse against children. Calvary Chapel carried -- the lead pastor resigned amid

allegations of incest with his own son, bullying, drug addiction, and the misuse of funds.

Calvary Chapel in Orange County, the lead pastor named Mission Viejo was convicted of abusing two girls.

Calvary Chapel Solid Rock, that's in Minnesota, Jason James Taylor was the lead pastor. It's on the border of Wisconsin by the way. He was among six people who were arrested following a solicitation of minors. It was a sting operation that was led by Minnesota's human trafficking investigator task force.

Then in Santa Ana, California there's a fellowship of Calvary Chapels, which includes Idaho, the North Country Chapel in Post Falls, Idaho, they're currently being sued by victims who accused the church of intentionally concealing a known sexual predator in their midst. They knew his history, they hired him anyways. Anthony Iglesias. And he's currently serving time. He was found guilty, in Idaho State Correctional Facility for his crimes.

The lawsuit alleges that when the victims' parents went to the lead pastor, Reverend Robert Davis, to discuss their son's sexual abuse Davis acknowledged to them -- and, again, this is what their

lawsuit is alleging -- that he knew of Iglesias' history and he stated words to the effect of, yeah, we knew, that's why we pulled him out of Thailand.

Now, Thailand, by the way, was some orphanage program that they were running, orphanages everywhere. For some reason these churches are getting involved in orphanages, and then there's a lot of these abuse scandals.

Now, there's also the former Calvary Chapel pastor in Virginia who pled guilty to child sex abuse. The former Calvary pastor's name was Doug DeAndrea, he is currently serving time in jail in Virginia on multiple charges related to child sex abuse.

There's the Calvary Chapel in Fort Lauderdale, in 2019, this is not the lead pastor but an employee who was arrested after authorities say they found numerous downloaded images and videos of child pornography on his home computer.

There is the Calvary Chapel in North Thurston, Oregon, and this one is a doozie, okay? The lead pastor, this guy Jeffrey Kian Zizz, he confessed to sexual misconduct, which involved his three daughters over a period of two years. The incestuous abuse started when the daughter was 11. He went to prison for 11 months. And then when he got out, he

murdered an 80-year old and poured concrete -- 82-year old and then he was supposed to be her handyman and then he murdered her and poured concrete over her body to hide the body, okay?

Again, we're not even scratching the surface here. This is by no means a definitive list. I could go on and on. But I have to tell you that this does not feel organic to me, okay? Yes, institutions are corruptible and churches are corruptible, but this feels to me like something a bit more sinister and a bit more organized. It makes me think of the notorious guy -- you know, I've covered this in the past. That's why I did not cover the Diddy case. Everyone thought he was insane. Remember, he shot up the Trump Miami Doral. He didn't kill anyone. But then when he sat down, he said the feds are running a cartel operation. And when people get into trouble, this is what he alleged before anybody knew anything about Diddy, he said I was one of Diddy's sex slaves. And he said, I was Diddy and Cassie's sex slave. Cassie then verified on the stand that she knew who this man was and that he had been invited to these parties. And he said, the feds, you get into trouble and then suddenly you want to stay out of prison, you're now working for us. And he said

that they were, he was alleging, that they run drugs, right?  That they blackmail certain people and they run drugs.  Something that Kanye also said, an episode that's virtually impossible to find online because it was during his cancellation, that he knew -- again, this was before Diddy got into trouble -- that Diddy had been blackmailed by the feds and that part of his deal was he had to keep certain other people in line like Kanye.  So this theme is kind of coming up.

When you start to see people who have been not just accused of crimes but convicted of crimes and they wind up in positions of power or in positions of extreme wealth, I think it's pretty fair for us to ask questions about how that is happening.

And now flipping back from the Diddy insinuations here, flipping back to Rob McCoy, that's not the only scandal he's been involved in.  He's been involved in a few scandals, right?  There was also a Potter's Field scandal.  And this is kind of really relevant to leading up to what he's doing now with Turning Point USA I would say.  It's very relevant.  Potter's Field is an area up in Whitefish, Montana.  And the Calvary church association funded a ministry, which came to be known as Potter's Field Ministries, right?  Up there they have a hunting ground, they have

a camp for kids, they have a student program known as Ignite. They even have like a burger chain. Like a lot of money was flowing up there. And in 2019 the ministry came under a scandal with reports of financial abuse, psychological abuse, essentially the Calvary Chapel church members were funding the ministry believing that money was going to help and feed and clothe children in Uganda, in Cambodia, in Costa Rica, and Guatemala. But apparently it wasn't actually going there, okay? They thought their money was going to train students, that we're going to become missionaries worldwide. But no one really exactly knew where the money was going. And this is interesting because they specifically ran a student program called Ignite. And one of those students wound up blowing the whistle on what she alleges was intentional financial fraud. That then student's name was Kenzie Kinney. Okay. She handled Potter's Field's finances. And here is what she said verbatim about how this not for profit would pretend that they were feeding tons of kids worldwide, but actually they were having her engage in fraudulent activity. Allegedly, allegedly.

She said, quote, this would be a very high guesstimate of how many kids were actually in this

program.  I would say maybe like 500, and that would be between all five countries, Kinney said.  Kinney added that the Rozells, that's the family that was running this program, would show videos with hundreds of children being fed during their presentations in order to solicit donations from Calvary church members but that those images were from infrequent larger pastor conferences.  She remembered working with about 20 kids on a weekly basis during her time in the program.  She also said that Potter's Field workers were told to photo shop old letters from kids in the program with the altered letters being sent out to donors.  She said, quote, we would also have to cut off the dates so they wouldn't know how old the photos were.  And we'd just photocopy hundreds of them and then just trifold them all and mail them out because we mail out these little things like thanks again for your support and here is, you know, a thing from your prayer child.  They wrote you a letter.

Amidst the scandal Potter's Field's ministry announced that they were shutting down.  They shut down in 2019, and they brought in Pastor Rob McCoy as a CFO to help steer the ship of their finances.  And by steering the ship I mean that the money was transferred into his church.  That was done

above board. They notified the people that that was what was going to happen with the finances.

But it becomes increasingly interesting when I keep insisting to you guys that there was something about Turning Point USA Faith that to me reads like an infiltration of sorts, okay? That is what it looks like to me, something dramatically changed, the organization that was about free markets and capitalism suddenly became faith, faith, faith, faith, faith, faith, faith, faith. And you have these pastors, and they feel sleazy to me. They just do, okay? They're not honest. We have caught Rob McCoy in multiple lies, so I don't ship him as a person that you would want stewarding your faith. And when you add in the fact that Calvary Chapel was the chief offender, okay, these churches when they were all getting on stage for Operation Mocking-Pastor where they were all saying the same thing about me and Tucker Carlson, they were the number one offenders. I am not kidding. You start to ask yourself, what is guiding the Calvary Chapel, right? What is behind this? Do you really think this was all just accidental, their obsession with Christian Zionism, Jack Hibbs among them. We mentioned him yesterday, his brother Butch Hibbs who was just everywhere.

Before and after Charlie's assassination there's like footage of him, which I don't think we have for today. I think we did pull it, but I didn't ask you to pull it for right now. And you ask yourself -- I got e-mails from people saying that Pastor Hibbs, Jack Hibbs, has gone like mask down, he seems to be coming undone. He's hosting 5:00 a.m. calls against me and Tucker Carlson, and they're realizing, am I in a church or did I sign up for something completely different.

The history, the CIA implications of who exactly started the Calvary Chapel, which kind of became the offshoot of the hippies movement, Chuck Smith is his name, CIA character that was close to him. The implications here, when you look at all of the military characters that are involved, really have me asking a lot of questions. You want to know who was also asking a lot of questions? Charlie Kirk was asking a lot of questions towards the end of his life, right? He was asking questions, hitting hard about Jeffrey Epstein on his show. He was exasperated at one point saying basically I've covered this, I'm upset about this. And you could sense that from high up he was being told to stop speaking about Jeffrey Epstein, and he was pushing back on that. He then

tells Tucker Carlson to go max against Jeffrey Epstein.

For whatever reason this guy, similar to these characters, had a history. He had been convicted, and yet he was still welcomed into every circle. He still is welcome into every circle. You guys still talking about Jeffrey Epstein? We're now getting these e-mails, and it only further implicates this administration in an astounding cover-up. All of this again, the truest victims being the children, okay? We are a nation that is ruled by perverts. We are. We just are. And we're not the only nation by the way. We're not the only nation. I would almost say the entire web of western civilization seems to be ruled by perverts. That's the common thread between my investigations into Brigitte Macron and her strange relationship -- his strange relationship with Emmanuel Macron, the fed level cover-up, which includes a never before seen lawsuit, which is just meant to be propagandist to make people think there's nothing here, which lets you know that everything is here. You start to peel the layer of the onion into our Epstein series that we have done, and it looks like they created Hollywood and fashion and movies as a means to traffic individuals, right? No one would

blink twice if you're trafficking individuals, a bunch of women come in and they're in part of a fashion campaign, a part of fashion shows. Jeffrey Epstein had his financial tentacles involved in modeling agencies, right? He was involved in the movie agencies, anywhere that you could cast people that's where his tentacles were. And I'm not feeling good about these churches. I've got to tell you that right now. I'm not feeling good about all the Christian zios (phonetic), Christian zios that they are sending out to defend to say don't look anywhere, don't pay attention to anything Candace is saying. I know she's presenting facts, but let's just focus on her dream. Try to make her look like a crazy person. Something very sinister is going on, and I am telling you the Charlie Kirk case is like the undoing of everything.

We are really starting to wake up to how things work, and I think that Charlie did not appreciate exactly how things were working. Not just in the Epstein case, right, not just in Israel and its long arm across the world. I told you Charlie was hitting at the Ukraine stuff. That was a part of my time line. That's when you really start to see Turning Point Faith ratchet up is when Charlie is going day in and day out speaking about what goes on

in Ukraine, speaking about the trafficking of kids in Ukraine. He's just tweeting every day about that stuff. And then Turning Point Faith seems to just kind of take off like in a way that I've never seen, right? All of these characters who have very shady backgrounds including Sean Feuch. There's like an article from September 30th talking about the mismanagement of funds, accusing him of the mismanagement of funds. All of a sudden we're supposed to go, oh, well, you know, this is clearly a church mission so if you don't, you know, support Turning Point Faith, especially given this terrible thing -- this terrible thing that they're going through, these were his real friends, then there's something wrong with you. You're not Godly, right? It's Godly to accept the fed narrative. It's Godly to suspend your rational thinking and to just assume that all of these churches, which have way too many military men, who come from a long line of powerful military families, they really are just about the mission, right? They're all just really good people that bad things continue to happen to. I don't like it, you guys. I don't like it at all. This reeks. It's all coming together right now. You're starting to see. Now we know what exactly, which I'm going to

Case 3:26-cv-00556   Document 31-3   Filed 08/06/26   Page 28 of 50 PageID #: 316

get into more detail tomorrow, the Trump administration seems to have been hiding these e-mails.  They're not good, okay?  They are completely indefensible.  But I already told you I was done with MAGA at the moment he looked us in the face and he said, what files.  Right?  Are we still talking about Jeffrey Epstein?  Pam Bondi said it was a Democrat hoax.  No, I think the entire nation has been hoaxed by Republicans and Democrats, and there are pervert elitist at the top.  That's my suspicion.  We'll take a quick break and come back in a second.

(Ad).

CANDACE OWENS:  Christian Zionism is heretical.  I don't know what they are protecting.  But if you don't see that it has gone mask down, the people who won't even speak about Bibi Netanyahu's crimes against humanity, he's being tried for crimes against humanity, all somehow have the energy to come for Candace Owens, right?  To come for Candace Owens and to try to paint her as a crazy person because she had a dream, and I'm sticking with the dream.  I'm sticking with the dream.  Charlie was betrayed.  He continued to be betrayed every single day including by these same Christian Zionists that he platformed throughout his entire career who apparently don't have

a single question about any of the BS that we've heard.

I also want to say, you guys, I know that I promised you we would discuss the Egyptian planes. What we have discovered is actually so big that I had to go through the proper channels to get this information to government first, and that was very tricky because I don't know who we can trust in government, right? It kind of feels like the government is implicated in trying to stop us from getting the truth about what happened on that day, so I had to be very careful and I had to kind of back wheel and deal and try to figure out who the good guys were. And long story short, we're pausing that until tomorrow because I wanted to give some people a little bit more time on that. So I will have that for you tomorrow.

Another element of this, by the way, as we talk about the -- I don't know, what is very clearly a psychological operation, they all have the same talking points, they're all using different emotionally manipulative tactics. Oh, you can't question this because like, you know, he has a widow and kids and it would be so harmful to try to figure out who killed him. Just like on its face that is

such a nonsense -- first and foremost whenever there is a murder full stop, the first people that you should be questioning is like is there a financial incentive. Is there a financial incentive? Yes. This is an $80 million company. Did people close to him -- did he have friends that were jealous? Was he in any fights? This is such a normal quest. It is completely normal. Does anybody watch ID TV? Like it's like -- come on, what are we talking about, right? This is such a normal thing to consider. And they are trying to pretend that that natural encouraging is just not palatable right now. We just need you guys to buy a T-shirt. We need you to buy a freedom T-shirt and just keep this organization going even though it seems to have a lot of very questionable characters involved. It's a bit ridiculous. I am very awake to and I think you guys are as well to the psychological tactics. And I've often discussed how in America it is the media that intentionally fosters this sort of a culture. And in some regard it's a Judas culture, right? There is a psychology that has manifested where people are encouraged to sell out their friends and even their family members in order to spare or advance themselves or to advance their careers. That's today's version

in my view of the 30 pieces of silver, right?  That's what you see playing out on the world stage when someone tries to struggle session a person into making a statement against one of their friends.  Candace, you're better than Kanye, you have your whole life ahead of you, you'll have more of a future if you just say this one thing.  Call him Adolf Hitler, call him anti-Semite.  No thank you.  I said no.  Charlie, Candace is heading into a direction that's only going to hinder you, we demand as donors that you do not let her speak at AmFest.  She's a bad -- you've got to make a statement against her.  Charlie said no.  Megyn Kelly, it's your career or it's Tucker Carlson.  You decide, right?  I'm your friend, I just want to help you.  Tucker Carlson, he's really going a bad way. She said no.  This is how it goes.  It just made me so happy yesterday, totally just was hyped, especially I think we all think this way when you see this psychology employed and someone just completely annihilates it immediately.  And Tucker did just that yesterday.  We see yesterday when the clip went live he completely embarrassed this English reporter who was effectively playing this game with him, asking Tucker to condemn me live on his show.  Take a listen to this awesome clip.

(Recording begins to play).

You friend, Candace Owens, has been putting out some pretty wacko stuff I would say, would be my opinion, on the death of Charlie. It's not helpful, is it, that, you know, at that time of an incredible national upheaval and obviously personal and familial family tragedy to have someone like that picking apart the argument and suggesting that there are darker forces at play here, that the US government would have a hand in covering up. It just -- can you see why people get upset by that and would like you perhaps to sort of distance yourself from that sort of thing?

Pretty funny. So am I going to attack Candace Owens because you think --

I'm not asking you to -- I'm not asking you to attack her.

I'm probably not going to do that, Harry.

No, but --

I'm not -- I'm going to give you the benefit of the doubt as a foreigner of not understanding our politics, but the whole ritual of you know this person, this person said something I don't like in order to be a good person you must denounce this person, obviously I'm never going to -- I would die before I played along with that. I don't

know anyone who is saying that who has the moral authority to compel me. I don't know anyone saying that who has any moral authority at all. And I would say broadly, not about Candace, comma, whom I love comma, but about all people getting to the truth is the most important thing. I've devoted my life to it. I haven't always done a very good job at all, but it still remains to this day my animating motive. I want to know what the truth is. Again, I don't always get there often. I usually don't get there. But I want to be the guy who cares what's true. A. B, if you're telling me that because the US government or some law enforcement agency issues a statement that doesn't even make sense that I'm required somehow morally to accept that and not ask any questions, like, can you hear yourself? What are you saying?

(Ad).

CANDACE OWENS: It's just perfection. It's just literal perfection. What are you doing? Stop trying to gaslight us. You are a part of exactly what we need to defeat. You are part of the establishment, this organ of people who use psychological tactics to try to make us think we are crazy for not accepting something that just makes no rational sense. This is just a bad time, and this is a wacko. Wacko Jackco,

everybody's crazy when you start questioning the feds. Suddenly they want to call you crazy. And Tucker just annihilates it instantly. He's like, get out of here. I don't know where you're from. I assume you're a foreigner and you think this is how things work in America and we're just going to accept the fed slop because that's what we should do as polite citizens. No, get out of here. We want to know who killed Charlie Kirk because this story seems pretty dark, it seems pretty deep. And everyone that should be using their platforms to try to get to the bottom of what happened to him and asking similar questions is instead calling out Candace Owens and waiting for her to make a mistake so they can try to delegitamatize (phonetic) every effort that she is making to get to the bottom of this thing. It just reeks. It reeks to high heavy. And so I just -- I absolutely adore Tucker for that. I adore him for just standing up for me. And obviously he's seasoned, so he sees right through it in the same way that I do. But that is the way forward. That is the way forward when people are trying this on you, trying to manipulate you, using Bible verses like Allie did after she just seated so much -- essentially fundamentally called me a liar in her own way about various things and is now pretending

she's like an injured bird because I responded and I responded nicely. But suddenly trying to tell it's not biblical for you to pry into what's happened to the Charlie Kirk assassination case, this is just not biblical. Yeah, it's complete nonsense.

She did a video yesterday, I don't get dreams like Candace. We see what you're doing. It's petty. Now you're being petty Betty. If you want to get involved and look into this case, do it. If you don't, step aside. You are not required to respond to Candace Owens' content. That's actually not a requirement. You can keep doing your content and telling people that what you do is biblical while you ignore the glaring obvious crimes of Israel, which you refuse to ever denounce your support for. You know what I'm not doing? I'm not killing tens of thousands of children in Palestine and trying to legitimatize it to my audience by telling them that somehow this is what -- this is what God wants because it's right here in the Bible. I don't know that. So I'm going to be done addressing her, but I just wanted to say that these are all manipulative tactics, some of them more evil than others. But that's what's happening right now.

And we're not -- we have to just stay

Case 3:26-cv-00556    Document 31-3    Filed 08/06/26    Page 36 of 50 PageID #: 324

focused on solving what happened to Charlie Kirk. And the feds are not helping. Maybe because Kash Patel is busy crying over his girlfriend. He really needs to believe that she likes him for him. I don't believe that. I actually don't believe -- don't accept that Alex (sic) Wilkins, who comes from a family of Freemasons and who's got a spotty background, nobody knows what she was doing in Switzerland, just loves him for him and was in the right place at the right time. By the way, I should mention Alex's -- Alexis Wilkins is her name? Alexis Wilkins, she's also a member of the Calvary Chapel church in California at Chino Hills.

Also the Babylon Bee guy, I can't think of his name right now, is also involved in Calvary Chapel. We've got to look into this Calvary Chapel thing. It's getting interesting. It just is getting interesting.

Irrespective of that, the lawsuit, filing a lawsuit to convince yourself or backing your life partner as she files a lawsuit because somebody made a joke because that's what Elijah Schaffer's lawsuit is about. It's a joke. And in the lawsuit they talk about his anti-Israel rhetoric. Who cares. He doesn't go there. He can speak trash about Israel if

he wants to.  In fact, I encourage him to do that.

Anyways obviously this has backfired, the lawsuit.  People are now making jokes, they're making songs.  And I adore Tim Dillon, he's very funny.  He's very much into the humor.  And he decided to look into this lawsuit and to see if there was something there.  He was particularly interested in why Kash called her a sensational singer.  That felt emotional, unnecessarily emotional.  Anyways take it away Tim Dillon.

(Recording begins to play).

Can we get any of her music up?  Or will we get a copyright strike from the FBI?  If we play Kash Patel's girlfriend's country music, will we get a copyright strike from the feds?  Because I'm curious, by the way, if, if she's a country music sensation.  I would just like to know that.  I would like to know that.  I would like to be -- I think if we just play a little bit it will be okay.

(Ad).

(Recording begins to play).

Israel.  They're like, no, no, hold on.  You didn't get the lyrics?  You didn't get the lyrics.  Tel Aviv, I've been in Tel Aviv.  It's such a pretty city.  I love Tel Aviv.  Israel is for me.  I love

Kash Patel, Indians don't smell. That's stereotype. I'm just a country star, I met him at a bar. I'm not a Mossad plant, why would you say that? Why would you say that? There's lots of files in the office, it's impossible to say which one is Jeffrey's. Let it go.

She releases a song.

Let it go because we're proud Americans, we're concerned with our families, we don't need to see no files. Mind your own business, mind your own business.

CANDACE OWENS: I mean, put it on Spotify, put it on iTunes, I want to download it. It feels this way. It feels like that is the country song right now. We're proud Americans, we don't need to see no files. All we get is fed slop every day. All day. Yes, I am -- I'll record that with you, Tim. I will -- I will -- you and I will drop a country song because it's -- it will just be called fed slop, and then we'll get sued. You're already -- Tim Dillon is already included in my lawsuit with Brigitte Macron. Apparently the President of France watches Tim Dillon, and we talked about the Brigitte case and so he was drafted in there anyways. I'm looking forward to them putting Tim Dillon under oath. I don't know about the rest of you. Obviously that's what America needs.

This will be the only thing -- the only thing that we have good going for us at this moment would be Tim Dillon under oath. And I strongly advise that Elijah Schaffer puts him under oath as well now that he's making these kinds of jokes. It's -- I mean, Kash Patel should sue -- obviously sue Tim Dillon. I would totally support that if you'd like me to testify. Kash, give me -- give me a call. Absolutely amazing.

All right. You guys, we are going to take a brief break, and then I'm going to come back and answer some of your comments and questions.

(Ad).

CANDACE OWENS: There's something really funny about Tim's dance, too. It's like it's good. I think we definitely have to drop something. We've just got to get in the studio, Tim. We've just got to get in the studio and see what we come up with.

I'm telling you guys we have some new merch. By the way, I love this one. And we also have a Black Friday sale. Can you pull up the new -- yes. So you're telling me everything is fake and gay. It's fantastic. Look at that crew neck. You know you want that. Go to candaceowens.com. We're also having a Black Friday sale. You can use code black 20, and you'll get 20 percent off store wide. But that does

not include books.  But it runs all the way through Cyber Monday, so do not miss out on that.  Yeah, you're telling me everything is fake and gay.  You can also get that mug, get that in a mug.  Fantastic.

Top three comments from yesterday's episode, Tara observer writes, the question is why are so many Jewish donors interested in funding a Christian organization?

Oh, yeah, kind of a good question.  That's like a very relevant question, why millions of dollars from just one person, Bob Schulman?  Why are you so interested in funding -- if you really love Christianity that much, wouldn't you just be a Christian?  That seems interesting for sure.  That's a good question.

Lobogray (phonetic) writes, just want you to know, Candace, that I'm 74 and I survived about a thousand hours of combat missions as a scout helicopter, door gunner in Vietnam in 1970, but your courage humbles me.  God bless you for the example that you're giving our younger generations about how to be an American and even just a decent human being. I'm praying constantly for you.  Please be safe and watch your six.

Thank you for your service.  The Vietnam

War, particularly, I'm not going to rant, it's Henry Kissinger's war. And the truth about that, it's always been a war against Christians. And I'm not going to rant about that because it's not book club. I'm going to rant about that now next week in the book club. So there's that. But thank you. Too many -- too many of our men, good Christian men, have been killed and the narratives that we have been told are completely untrue.

Think before you type writes, it's easier to fool people than to convince them that they have been fooled.

Mark Twain. That is very true. But I think people are now realizing -- we are all realizing we have been fooled.

Today's comments. We have Jennifer who writes I finished Make Him A Sandwich today. Candace speaks with clarity and courage reminding women that choosing faith, family, and traditional values is nothing to be ashamed of. Her message feels honest, empowering, and much needed. I highly recommend it. Thank you, Candace. Go max.

I love go max, I love it so much. And I do want to put it on like a T-shirt, but then they're going to say like, oh, she's trying to grift off of

his death even though everyone else sold T-shirts. And so I feel like I shouldn't do that, but I do love it. It's just so Charlie. It's so Charlie to say go max.

Thank you for reading the book. Honestly I love it. I think you guys are going to love it. Obviously I love it because I wrote it, but it's really fun. It's a fun read. It starts with Cardi B and ends with Cardi B. So, of course, it's going to be fun if it starts with Cardi B and ends with Cardi B. You can buy that at makehimasandwich.com. Even though it says it's available for preorder, it will ship because. We're already -- we've already shipped out preorders. So there's that, makehimasandwich.com.

Key writes -- oh, I just read that. Oh, no, this is a different comment. I finished Make Him a Sandwich, and it is a must read for all. I am saving this book for when my daughter is old enough to read it, and I'm going to save up for a signed copy. Keep writing, Candace. I can't wait for you to publish more.

There was more that I wanted to add into the book, but things got crazy when I got fired and I couldn't find time and -- but it is a fun read.

Corey Henry writes, Ye was and is smarter

than people know.  You know, but you know know.

I do know.  He is not the best at communicating what he is saying, but I always find myself suddenly going backwards and going, oh, I think Kanye was trying to tell us that.  We just couldn't hear him or appreciate it because his style -- if he communicates it musically, most people understand it. But if he communicates it just on a hot mike, it never comes across I think the way that he intends it.

Modern realty writes, has anyone reviewed what the security guards hand off after Charlie goes down?  It seems strange that their first action is taking something from him and passing it around.  Can we look into exactly what they removed and why?  It just looks so coordinated and no blood stop.

So we actually did look really close on clear footage, and it looks like they're handing something off but they actually don't.  They're kind of like hitting each other as if they're trying to coordinate.  I mean, me and Mark looked at it very slow because I thought I saw the same thing.  And then when we watched it from different angles, they don't actually do that.  What's compelling is when you can't see them when they're on the ground.  It's just not clear to me what they are doing there.  And, of

course, we know they then put down pavers almost immediately and releveled that area. So I do find that to be quite shady. I don't know what -- what they were doing.

Mint juleps writes, who was the lady donor that yelled at Charlie after one of the TPUSA shows? Was it Miriam Adelson?

No, it was not her. She's trying to remove Senator Massey. No, Miriam Adelson is way too high up to have been that person on the ground. It was somebody else. I actually need to refresh myself on her last name because it's saved in my phone so I don't want to misfire on that. Ask me again tomorrow. Okay. You don't have to pay to ask me again tomorrow.

But, Skylar, put a note to ask me again tomorrow so that this person does not have to give again.

Bub writes -- and thank you for giving. Bub writes, no more party loyalist next election. Vote for the one not taking AIPAC money. Get the Zionists out of our government.

Yeah, I agree because they're evil, and they're involved in something that I think spans around the entire world. And it looks very ugly to me. And those people that still support them, you're

like evil by proxy to me at this point.

Black swan revelations writes, love Candace's videos, keep up the great work.

Mid runner writes, did you see Elle Reeves attempting at interviewing Tim Dillon? It was like a cool uncle trying to impart common sense to his radicalized niece who just came back from her first semester at Berkeley.

I hope they release that full interview because she was really something, very patronizing, eyes always closed, the voice alone was very frustrating. And I was not in the mood because Charlie had just died, and we basically kept the interview because we had -- obviously we had set up the interview before Charlie died, and I just really did not like that young woman. Very patronizing.

Tim Hester writes, please wish Tim a happy birthday. You and I often exchanged tweets back in 2011, 2012. I loved your smarts and wit. Now my ex-liberal husband is your self-proclaimed number one fan. Thanks for converting him. Keep out shining the fake and gay.

Happy birthday, Tim. I hope you have a fantastic day and I'm so glad that you are now on -- in our cult. As we've learned, we are actually a cult

because we're thinking for ourselves.

Nicole Howlett (phonetic) writes, imagine going to church and your pastor is bad mouthing Candace Owens.  Switch churches, how embarrassing.  We love you, Candace.  Thank you for caring so much for Charlie and not stopping until we know what's happening.

Look, Pastor Hibbs is committed.  I mean, 5:00 a.m. calls is crazy, right?  Like I am not setting my alarm at 5:00 a.m. to host a, quote unquote, prior whatever, warrior thing.  That's actually just about how you shouldn't listen to Candace Owens and Tucker Carlson.  That's committed. You've got to give him a little bit of credit for the 5:00 a.m. phone call.  That's all I'll say.

Mama Diaz writes, the Calvary Chapel I would watch online had a pastor that said if you have a Bible that has a map that shows Palestine, burn the Bible.  I could feel his hate through the screen.  It was the last time I watched a sermon of his.

Yeah, I think it's interesting.  I think it started hippy movements.  Yeah, that sounds about right.  The 60s was a hell of a time as we learned in my book club reading CHAOS.  And then they killed JFK, and suddenly the Calvary church is born.  And you've

Case 3:26-cv-00556    Document 31-3    Filed 08/06/26    Page 47 of 50 PageID #: 335

got all of these military men who are now, what, LBJ's military men and they're really focused on Israel? I'm just saying. I know we're not allowed to ask questions. Sue me. Sue me for asking questions. We're not allowed to unless you have the facts in front of you because I'm sure Israel is just going to come to us and say here's how we did it, here's the map of how we did it. Until they do that, don't ask any questions about what they're doing around the world. It's not appropriate. It's also anti-Semitic. I read it on the internet.

Silicon Valley writes, hi, Candace, thank you for your great reporting, better than the FBI. Your research inspired parts of my new historical thriller novel, black vault fiction for your book club?

I am not familiar with that thriller. Our book club, we are right now not reading any fiction. Oh, I guess you're saying it's not fiction? I'm not sure if it's fiction. No, it does say fiction. We're not doing any fiction right now because it turns out that real life is way more complicated and more interesting than fiction books that I've read. Like we are -- how could I think Harry Potter and The Lord of the Rings was good? Look at what's going on right

now.  We've got some real evil people that are trying to come together.  And I do think they're getting exposed.  That's why I'm hopeful every single day, and I'm willing to take all of these figurative bullets from the foxhole.  So I've always had Charlie's back, he's always had mine.  I'm not going to stop doing that.  I don't care who makes a video.  I don't care if they hold up a Bible when they do it and blaspheme. I'm not letting this go.  I'm going to ask actually every question until we start getting answers, and I sure as hell do not trust the people that are running Turning Point Faith under the guise of Christianity trying to make the rest of the world shut up about what happened on 9-10.

So anyways, you guys, thank you for the support.  We'll see you tomorrow.

*    *    *    *    *

I the undersigned, Joy Beth Kennedy, court

reporter for the State of Tennessee, do hereby certify the foregoing transcript is an accurate reflection of the contents of the recorded podcast and was transcribed to the best of my ability.

I further certify that I am neither attorney for, nor related to the parties to this cause and furthermore that I am not a relative of any attorney or counsel of the parties hereto or financially interested in the action.

_____Joy Beth Kennedy_____

Joy Beth Kennedy, LCR, CCR