```
        ----------------------------------------------------

                        Candace Owens
                 The Great Exodus From Utah?
            Where Did The "Egyptians" Go On 9/10?
                        Episode 267

        ----------------------------------------------------

                      November 18, 2025
```

Joy Kennedy, LCR, CCR
20th Judicial District
Nashville, Tennessee  37201

All right. You guys, happy Tuesday. Rob McCoy, America's pastor, remember Charlie told him, Charlie told me I was America's pastor. Well, it sure as heck seems that this American pastor travels to Israel a lot. A lot of these American pastors do. And he went there the other day to, of course, honor Charlie Kirk. We're going to talk about that. And I want to just say Zionists are confusing at best. They say Charlie was their bestest friend forever and ever. Yet for whatever reason they are deeply upset by this investigation. They are deeply upset that we revealed the license plate numbers associated with the Egyptian frequent fliers. Why do you think they're upset about that? I don't understand why would something like that upset them? It's almost like they know something that we don't. And we're going to figure out what that is. Welcome back to Candace.

So a couple of housekeeping items to start. My sister is an accountant . She hit me up this morning, and she told me that actually the filing deadline, if you filed for an extension which we can assume Turning Point did, was November 15th for this year. So their filing would have been due on Saturday, this last Saturday for Turning Point USA, and it is possible that they did file it on Saturday

and maybe it's being processed. It would have been late beginning yesterday when we covered it. So I just wanted to update you guys on that. And, of course, we will keep refreshing the IRS website and see whether or not that filing came through since the whole world wants to see it.

Anyways back to our Zionist friends, Israeli and American Zionists are deeply bothered about the Egyptian plane. They're not concerned in the way that you think they would be. You would think that they would be, oh, my gosh, thank you, Candace, we love Charlie so much, we're very concerned to learn that these Egyptian military planes were tracking Charlie Kirk and Erika Kirk for years. What can we do to help? Gosh, we're right next door to them. We did a lot to Egypt. We actually control a lot and we surveil a lot in that state, let us help you. Rather than concern is that we revealed the rental license plates. These are real tweets from some Zionists who got -- Eyal Yakobi who writes, this is what doxxing looks like, these are unparalleled levels of insanity. This is truly dangerous. Oh, it's dangerous? So basically what doxxing is, if you're not familiar with that term, is it's when you put private information up about an individual that can become identifiable. So

like if I published your private address and then somebody could go to your home and harm you, that's what they were accusing me of.

Arynne Wexler, now, this is the girl that was at the now infamous Hamptons retreat, she wrote this to back that up, Candace started her career by doxxing teenagers. Old habits die hard. That is just so weird, I just thought that she -- the Hamptons people would be on this Egyptian thing trying to help as best they could. But they're actually more concerned for these Egyptians who are renting a car and their forces. They don't even go here, like, why would this be identifying information? Are you concerned for like Hertz rent a car? What are you concerned about here? We're not clear.

Now, going back to what we've learned about this flight thus far I want to remind you that we have confirmed that this was a full flight over to Utah. This Egyptian flight, and I'm referring to BTT, SU-BTT, landed into Utah six days before Charlie Kirk's assassination. So we are looking at anywhere between 12 to 14, quote unquote, Egyptians that were on this flight and deplaned on September 4th, okay?

(Ad).

CANDACE OWENS: A high government source

actually reached out and made me aware -- and this is stunning actually that we missed this common sense. I should have figured this out all by myself. But there is such a thing as federal protocol. They told me -- this person in the state department confirmed that a foreign military jet actually can't just land on American soil without the federal government paying attention. It actually requires a federal escort, okay? Again, common sense. I don't know how we didn't think of this ourselves. Of course, if you're a military jet, you can't just fly into a foreign land and hop off the jet and be like, okay, bye, I'm just going to do whatever I want. Of course they're going to go, umm, hi, are you -- are we starting a war here, what's going on? So this person tells me that, of course, that cannot happen, the government is immediately aware that this military equipped plane is coming in. And an escort is provided because they want to know where they are going, what they are doing. So the question now is -- and maybe Kash Patel can help us answer this, just kidding you, we know he won't -- who were the federal agents that escorted these Egyptians off the plane, okay? Because they didn't just disappear into the ether. You guys knew you were coming in, and you watched them and you knew

what they were doing in Provo. And, by the way, while we're checking in on these unanswered questions has Turning Point mustered the courage to answer my yes or no, circle yes or circle no, as to whether or not these Egyptian jets were known to Charlie? Because like I said yesterday, it is highly plausible, highly likely that they were. He had a photographic memory and he loved planes. He loved learning about military planes. He would have recognized that that was circling around him a few times while he was on the road and circling around Erika.

Ladies and gentlemen, I want to make it very clear, yes, this is a conspiracy. It is a federal level conspiracy. It is likely an international conspiracy. Multiple countries seem to be involved, and I really hate to upset the Zionist crowd any further because I know I'm like your fav. But we now have identified a fifth verified rental plate that we can now add to the Egyptian mix. That's a total of five rental cars that were rented by Duncan Aviation that we can review.

Also I want to thank the many of you who e-mailed us yesterday and informed me that I apparently do not know the difference between the letter N and the number nine. I think I just was

saying nine or N every time I was reading these plates, which means I'm probably not qualified to be home schooling my toddlers.  Anyways I was mixing that up, I'm not going to mix it up now.  These are our five plates as follows:  A white 2025 Toyota Camry.  This has an Arizona license plate, and that number is CWN, like Nancy, 9872, okay?

Our second plate is a silver 2025 Toyota RAV4.  That is a Utah license plate, and that number is T092ZS, okay?

The third vehicle that we have here is a white 2023 Toyota RAV4, another Utah license plate, the number is T912KM.

And we have a black 2025 Toyota 4Runner, Utah license plate.  And that plate is Z923DA.

And we can now present to you guys a fifth car, which we know was rented.  That is a gray or a silver 2025 Toyota 4Runner, Utah license plate number Z349AA.

Five vehicles, which were secured by Duncan Aviation.  Now, since I wasn't born yesterday, I feel pretty confident concluding that these 14 -- 12 to 14 Egyptians didn't drop into Provo, Utah in the six days leading up to Charlie Kirk's assassination to fix like a broken light on the plane, okay?  Again, my source

there is me not being born yesterday.  It's just not how it works.  You cannot just get something very quickly fixed in a couple of days and be on your way.  And like I said, they weren't even on the plane on the way out.  They waited for that anchor plane SU-BND, the other Egyptian military plane, to take them back home.  So what are we looking at here?  What exactly were these Egyptians with the federal escorts doing on the day of Charlie Kirk's assassination?  Well, in terms of some potentially interesting leads, someone -- many of you guys actually noted to us that the cars that were in the driveway in the now infamous footage of the alleged shooter, right, which was somehow distributed by TMZ, we don't know how that happened, should probably be investigated further because that's a lot of cars in the driveway.  And obviously every image that we have is blurred.  Okay.  It seems like we just can't get a clear image at all in this story.  And so we cannot -- it's impossible to discern anything, but it's therefore possible that some of those cars that we are looking at could be the rented vehicles, right?  Maybe the one parked on the right there is the Toyota RAV4.  Maybe the two that look similar, one that's dark, one that's lighter, could that be the gray and the black 4Runner?  I don't

know, but that could be compelling. That would be something that perhaps Joe Kent and Tulsi Gabbard, who are warring or at least that's what the press said, warring with the FBI or warring with Kash Patel could look into. Because these are -- this is Egyptian, okay? This is Egyptian.

And I also want to add here something that I have always suspected that makes perfect sense to me, which would be the reason that UVU has denied every request not just to release footage of the day of the assassination but also to release footage of the days leading up to the assassination. Why? I think it's because the footage that we have seen, right, was recorded before September 10th. I always felt that in my gut. I always felt it was distraction. The person in the staircase walking across the street in two different outfits. I just felt that some of this footage was recorded in the days leading up, okay? And now -- now that we know that those Egyptian planes came in six days before, six days before Charlie's assassination, it's possible that they could have staged some of that, which they eventually edited maybe a bit and released it to TMZ in that time frame.

What we do know factually and we don't have

to surmise is that there were eyewitness accounts. You may have lost -- obviously a lot of stuff came out immediately, but what got lost in the fold was that there were eyewitness accounts of people having seen someone on that roof in the week before the shooting. It just got buried in the press. There were students and allegedly a professor who reported seeing someone on the roof a week earlier. And I think we should try to track down these students. Of course, CNN, which ran this article, which I can show you here, didn't include their names. But here is the article, you can see it was published the day after the assassination and it reads, Utah Valley University student recalls seeing man walking on or near Losee Center roof twice in two weeks. And from that article it says, the student says that he last saw the person on the roof last Wednesday at noon, a week before the shooting. He told CNN that he reported his observations to the FBI tip line after the shooting, but he has not heard back. The student described the man as tall, skinny-ish white dude with dark hair. He had a backpack on and was wearing dark clothes. He added that the man was getting down at the courtyard area where Kirk's speaking engagement was later.

Okay. Now, here's what I did, I dug

through all of our e-mails once I realized this and went, okay, maybe there's something here. We should probably look a little further into this, let's leave no stone unturned. And I found actually that one of you guys had sent me a tip a while ago about this and you had capture to that recording. And I'm going to let you listen to this person's testimony. This is, by the way, taken on September 11th, so this is a day after the shooting. We didn't have much details a day after the shooting, and this individual is a student that is being interviewed by another student about what he observed in the aftermath. So I think it's about a three minute recording. Let's listen to this observation because it could be important.

(Ad).

(Recording begins to play).

Do you think it was last Tuesday or last Wednesday? And recount the first time meeting him and recount the second time meeting him, what you remember. Do you remember like what time of day it was?

Mid afternoon, like -- yeah, I guess I don't remember the exact day. I know at least the second time was last week on a Tuesday or Wednesday.

Yeah. So last Tuesday and Wednesday. But

they were on separate days?

They were separate days.

Okay.

It may have been both last week, Tuesday and Wednesday. One of them might have been like the week before, a Thursday or something. But, yeah, like I said, it wasn't memorable or significant enough at the moment --

Yeah.

-- for me to really remember.

What did he look like?

Skinny, tall-ish white guy, had a like baseball cap on or some kind of hat, I think. He had a backpack.

Okay.

Dark hair, I think.

Dark hair. Was he dressed in like dark clothing? Do you remember?

Yeah, he was.

He was, okay. Was it like black or ...

Something -- something dark.

Was it similar to what was seen in the pictures?

Yeah, for sure. And that's kind of why I, you know, thought of that when I saw the pictures.

Okay.

Yeah, I guess I -- I don't think I remember enough to really definitively say that the guy I saw is the guy in the pictures.

Right.

I just know I saw a guy wandering around on the roof, and the guy that I saw in the pictures looks similar.

But it was the same roof of the same building?

Yes. Well, I don't know exactly because it's the -- the computer science building has its own concourse that connects to the Losee Center.

Yeah.

My bet would be that that's how the shooter got onto the Losee Center because that's one of the few ways I know of. I guess there's also a ladder on the other side.

As in that's how he got on yesterday or last week?

Oh, the last time I saw it, and he came off of there but --

Okay. And you said he like jumped over the fence?

Yeah, there's kind of a railing around.

There's just like concourse sticking out from the CS building that people are actually supposed to be allowed to walk on.

Okay.

And he walked over that railing and started wandering around the ledge.

Oh, okay. And facing which way?

He was totally looking out in the direction of like that fountain courtyard and out this way. The first time I thought it was a little weird but didn't think much of it, decided not to say anything especially because another -- a guy -- another guy walked back. I think it was a professor. I know I've seen him around a lot more. And he comes from below and he shouts up at the guy, I guess, like are you okay. The guy up there says, yeah, yeah, I'm doing fine. And the professor says, okay, and walks away. And I kept walking because I had work to do. I didn't really --

And that was the first or second time?

That was the first time.

And then what about the second time?

The second time I saw him do the same thing. He hopped the railing, started wandering around.

Was he dressed in the same clothing?

Similar.

Okay.

I -- I don't remember enough to say whether --

And it was the same guy?

It was definitely the same guy.  That was two times.

CANDACE OWENS:  Okay.  So we were able to figure out who this student was.  I don't know why CNN declined to publish his name.  But obviously we figured out who this student was, and I'm going to chase down this lead.  And I want to open up that possibility because it is a possibility that the stairwell photo and the footage that we have seen of the shooter was actually recorded before the assassination.  Of course, that's a possibility in the absence of quite literally anything verifiable that the feds have given us.  Everything is therefore a possibility.  So I want to also open this up because I don't want to just hear it from one student or CNN.  I want to hear it from more students, right?  That would be something that you would remember.  We keep talking about what happened on 9-10.  What about in the days leading up to 9-10?  What about 9-6, right?  9-7, 9-8,

9-9? If you are a student and you saw someone up on the rooftop in the days or in the week leading up to the assassination, we want to hear from you. Moretips@candaceowens.com. Because every time I have tried to chase down the leads regarding the rooftop I am brought to a military person, and I just don't know that any of that actually took place on the day. And I think that's why they won't release anymore footage. There should be multiple angles, right? If this all happened on 9-10, there would have been multiple angles and they sure as hell would have released it -- released it in the middle of a manhunt. When you thought that he could kill other people, you would have released more footage. And they're not doing that, which means they're hiding something. And that something they could be hiding could be nothing. It could be nothing that happened on that rooftop. Also I want to add on here that regarding the white RAV4, we got a lot of e-mails from the public that have noted that there appears to be what might be a RAV4 in every available footage that we have -- that we have been provided by of the shooter. So we've only seen four pieces of footage of the alleged shooter. One, of course, of him walking in front of -- I think this was the house that Phil Lyman was at. Yes, that's

what we just discussed. That sure as heck could be a white RAV4. The second piece of footage being the TMZ released footage of somebody else in the neighborhood of him walking. Yep, that sure as heck could also be a RAV4. Footage number three is the footage of the alleged shooter pulling out in the parking lot, which was provided by Ryan Matta that he chased down. Yep, that also could be a RAV4. And also, of course, the footage where he allegedly jumps off the rooftop, many of you said it looked like there was a RAV4 pulling up. Look, yes, all of it's possible. Is it also possible that these are -- this is just a coincidence? Yes, it could be a coincidence. It also could be a conspiracy. We have to explore every lead because the feds are not. They are implicated in this cover-up. And this is how investigations work. You chase down theories, you posit theories, you chase down those theories, and you are open to being proven wrong. So that's what we have for you guys.

Also we're going to have a major, major, major scoop tomorrow about what's happening on the inside of Turning Point USA. I just want to triple, quadruple confirm, but we need to focus our attention on each and every plane that arrived in the aftermath of Charlie being shot, the planes that took off and

arrived. I brought up one plane to you. We were able to determine that that plane that departed Scottsdale at 8:00 local time and landed at about 10:00 a.m. local time into Provo was owned by a Turning Point USA donor, TW Lewis. Actually Turning Point USA is featured on TW Lewis' foundation website as something -- you know, as something they found. I would like to know who was on that plane. That's interesting to me. If you know who was on that plane and you are a Turning Point insider or maybe you were working in Scottsdale on that day at a terminal, we're looking for a plane, again, that took off at about 8:00 a.m. I want to know who was on that plane. That is of interest to me. Because it wasn't Charlie. And they got into Provo just ahead of the assassination. And it has to be somebody big. I don't think the students are flying around on private planes. It would be great if that foundation, TW Lewis Foundation, could help us out. I don't think they will. For some reason we keep coming up against a wall from Charlie's friends. But we want to hear from you, moretips@candaceowens.com.

Okay. We're going to be right back because Turning Point is dropping receipts kind of, a little bit. We're going to talk about Blake Neff who dropped

a receipt, Brian Harpole, the security, who dropped a receipt right after a few of our sponsors.

(Ad).

CANDACE OWENS: Well, Turning Point USA is finally dropping some receipts, kind of not really, but it's more than we've received thus far, which is nothing, so it's something. And it's not at all what we were asking for, but, again, I want to be optimistic so at least it's something.

First up, many of you guys (inaudible) regarding Brian Harpole, an interview that he did with Shawn Ryan. Now, Brian Harpole is one of Charlie Kirk's long term security members, team members. Now, the day of the assassination you'll recognize he's the guy that had the black strap. I don't know if we have a photo. He had a bag across him. And he was standing to the front right of Charlie kind of looking out at the audience. You're going to see him in a second. He is the one who then runs over to Charlie. And, again, you recognize him because he kind of has that small -- it's supposed to be a medical bag over him. I have not watched this interview in its entirety, but from what I have seen thus far it is just not that convincing. For one Brian offers up that the lack security on the rooftop can actually be

attributed to the UVU police chief, Jeff Long. Here is what he had to say.

(Recording begins to play).

On the Monday before this correspondence went to Chief Long.

Hello, Chief Long, I received this message today from the student group. There is a student roof access pretty close to where CK will be set up at the Utah Valley, the Sorensen Center. It has a couple of staircases that go up to walkways on the roofs.

He comes back -- for edification the Sorensen was the building in front of the Losee Center.

So and he comes back and says, you want access to the roof?

And I come back and said, I was told students have access above us. If this is true, it would be nice to either have it controlled access or allow one of my guys to be there as well if possible.

He comes back and his last correspondence was, I got you covered.

What else am I to do when a command level person from an accredited police department says, I've got this area?

Geez.

CANDACE OWENS: Please, please, pick me. Okay. You know when you're like in school and you've got to hold your hand up because you really want your teacher to see you? I -- I have an answer for what else you could have done. You could have followed up because it's your job, and Charlie paid you millions of dollars not to pass the buck. No. Also you asked the police chief an either-or question. And I'm just kind of like trying to understand the basic construct of sentences. He said, gotcha covered. What does that mean? It was an either-or question. Either provide us access or get somebody up there. Gotcha covered means what? No follow-up? That's it? Millions and millions of dollars on his security annually and he had just said, hey, a student told us that there's a rooftop and it would be good if we could have access to it or if one of your guys could secure. Gotcha covered. That's it. That's what Charlie was paying for? That's obviously absurd. That is not an answer that should be accepted by anyone. I am not blown away by that. I'm not going, oh, this is UVU's fault, okay?

By the way Jeff Long also has a very extensive military career. I obviously have been very clear that I believe that this was a military level

assassination. Everyone on the ground that day, every witness for some reason -- this is not a military academy, but everybody that we can speak to that's somehow involved has an extensive military background. I'm not interested in Jeff Long's participation in this, but Brian Harpole sort of laments the fact that he won't speak up and people are losing their jobs. On the basis of that answer you should all be fired. On the basis of that answer you didn't have it within you to go, let me follow up and make sure that's been secured because that's my job, let me walk the path and see. The fact that a student told you and you didn't know that -- shouldn't you have told the student -- shouldn't you have said to the student, hey, we're looking at a map because it's amazing, it's 2025 and there's this thing called Google Maps so we're actually looking at a map and we see where Charlie is going to sit and we're wondering about this roof, could you let us know how we're supposed to access that. Why is the student and the chief leading the charge and not you when you are paid for executive level security? It is an unacceptable answer.

Look, I've worked with Brian, nice guy. That's a ridiculous answer. He should be fired. And I'm going to guess he's not going to be, but he should

be fired.  Of course, he should be fired.

Elsewhere in the interview he responds to the question of why he didn't at least have drone coverage on that day since they have flown drones, many drones, at TPUSA events in the past.  Here's his answer to that.

(Recording begins to play).

In your coordination with UVU, I mean, did they offer any assistance, anything at all?

Yeah.

Did you ask them of anything?

Absolutely.  So we come in and we start looking at things immediately like where's our -- where are our risks?  You know, what's a risk assessment when we come in?  That's why we get there, that's why we start doing the advance so early.  We walk it, you know, we build it ourselves.  And -- and so initially we have -- I spent thousands of dollars on drones last year and got the guys licenses.  But if the area lies in the Provo, Utah air space, I can't fly it.  That's a 107B.  We can't break the rules, right?  And then you have secondary restrictions, probably due to heavy foot traffic for the school, but I can't go in and break the rules.  There's laws for a reason.  And then -- and so now the school could have

flown drones, the PD, but they didn't have them, right?  And then -- and then so but Orem PD has a drone unit, active and professional.  And that police department, I will tell you right now is awesome. They are -- they get it.  They were there, they helped both on the soft side and the hard side.  And so I started asking questions like, do you guys have a drone unit?  Yeah, yeah, yeah.  Good, good.  Do you have a MOU or a mutual aid agreement with the school? They were like, yeah.  I said, did they call you and ask for assistance?  No.  I'm like, why wouldn't you call?

(Ad).

CANDACE OWENS:  I think that's your job. Like am I crazy, or is that his job?  Isn't his job to call and to see things through if Charlie is paying him for executive level security?  Like is this how these assassinations happen?  Is that what's happening even like at the White House level with the Thomas Crooks thing?  Is that what happened, like Secret Service just called locally in Pennsylvania and was like, hey, that looks like trouble up there, could you maybe get a guy up there or let me know or if like whatever.  And then they were just like, yeah, sure, gotcha.  And they just figured it was accomplished?  I

don't accept any of that. You shouldn't accept any of that. Nor do I find him to be convincing, right? The vibe I'm getting from that interview is dishonesty. Okay. I'd like to see more of your conversation, not -- this screenshot doesn't move anything other than that you started a conversation about the rooftop, that you were aware there was an open rooftop and didn't follow up in some measure. And so it's a little bit ridiculous to be passing the buck. So thank you for the receipt that wasn't actually a receipt.

Next up we have Blake Neff. Obviously you guys will recall Blake Neff was the Turning Point USA employee that was standing directly next to supercalifragilisticexpialidocious, Mikey McCoy, when the shots rang out. And he, like Neff, has similarly decided to drop a receipt, this happened I think actually last week, of his actions on that day. Now, to jog your memory he offered up a pretty strong defense of the magnificent Mikey McCoy who he says had a quivering lip. And I'm going to let you listen to Blake's account of that day, again, as a reminder before we get to his receipts. Take a listen.

(Recording begins to play).

The shooting occurs. I am next to Mikey.

Both of us hear a loud crack. We both turn, we both see Charlie who has been shot. Both of us I think at about the same time realize that that means there is a shooter who is on the scene. And, you know, you just hear the crack, so you don't know did it come from far away, did it come from close, is there a mass shooter unfolding right now. So I and him both had the reaction of let's get out of here before we are both shot. That is not us abandoning Charlie. Charlie had a security team. They all leapt immediately into action, and they got Charlie out of there, which is what their job was to do. My job was not to get in the way and screw this up because like I had to be a hero. That was not my job. I remember even running past -- both of us going past the -- you know, the SUV that we came in on and me thinking should I get in that car and then thinking, no, that's a really stupid thing to do. And then I kept going. So I was not with Mikey -- or I don't remember being with him. I think I was ahead of him as we left. And we get out, and I run for it, can't have been more than 15 or 20 seconds and then I realize there hasn't been another shot. So the shooter has likely been detained or stopped or something, not in immediate danger. I pause, I look around me, and I see Mikey -- and I see

Mikey there. And I'll never -- truthfully I will never forget what I saw because I've seen Mikey almost every day for the past two years. I know his personality very well. He's a very bubbly guy. He's a very happy guy almost all of the time. And I'll never forget what I saw because it was clear in the moment he was profoundly freaked out. What I'll always remember is the way his lip was quivering, which I had never seen before and you very rarely see from someone that -- he was -- he was freaking out. And then I think he literally said to me -- I might be imagining this, but I think what he literally said was -- he was looking around and then he says, I need to call Erika. And then he takes his phone, and he begins calling Erika. And I don't want to disclose how that call --

Yeah.

-- unfolded. But he did that -- this -- you know, your mind extends all of this, but that is happening within a minute of all of this occurring. I remember he calls Erika. I around the same time I pull out my phone, and I call my mom just to say, Mom, there's been a shooting, you're going to see it on the news, I'm okay. You know, pray for me, I've got to go. I remember that call. And around the time I put

that phone away and then he immediately calls his dad. He calls Rob McCoy and he says, Dad, someone shot Charlie, you need to call all of your pastor friends. Charlie was hit, we need everyone to pray right now. And that's what he told him. And I guess it's very disgusting for me as someone who witnessed this who saw Mikey hugely distressed and then step up in the moment because after that call was over I saw Mikey like get total mastery of himself, that he realized he had to step up in this situation.

Mmm.

And he -- from that point he was like --

CANDACE OWENS: Okay. You can come out of this. Yeah, he's a general, we know he's amazing, we love him, he's just the most magnificent thing I've ever seen. It's stunning, it's brave, it's everything. It's every adjective I ever knew and more. What's interesting there is that Blake Neff then had a back forth with somebody on X . And I want to be clear I actually don't think Blake Neff is in on the corruption here. I don't know why. I've just never gotten that vibe. I think he believes what he's saying. And like I said, he is telling the truth as far as I can tell. Vibe check, right? But what's interesting is he allows us to now date or rather put

some time markers here on how long the phone call was between Mikey and Erika, right? Because he drops a receipt on -- he's having a back forth spat with somebody on X a few days ago, a week ago, I don't remember, and he decides to drop his call log with his mom or rather a screenshot of the call that he had with his mom. Now, remember Blake is in Arizona now, so this is going to say 11:24. It's supposed to be obviously 12:24 Utah time. We can show you that. You can see he calls his mom, and the call is 45 seconds long and the call begins at 11:24. So the story that he tells us is he's running for 20 or 30 seconds or however long he said there, not long. He stops, he catches his breath, he sees Mikey, Mikey's got a quivering lip, Mikey looks at him and he says, I've got to call Erika. And he says Mikey calls Erika, and then I call my mom. And when he terminates the phone call with his mom, he says Mikey then called his dad, right? That's the next thing that happens. That's a very short phone call, right? That allows us to at least get a sense of how this ran because he's now confirming he called her first. Charlie was shot at 12:23, right? So these are back-to-back phone calls. It actually -- if it happened this quickly with this receipt, it's possible that Rob McCoy didn't think he

was the first person that was called.  Because Rob McCoy is getting called at 12:24 or 12:25.  This is all happening within two minutes, right?  These phone calls are flying within two minutes, right?  That means when he terminates that call, it's what 12 -- when you start a phone call, Mark, you can chime in here to mansplain if you know the answer, when you're looking at his screenshot there, is that telling us when the call began or when the call terminated?

MARK:  It's when the call is initiated.

CANDACE OWENS:  When the call is initiated.  So it's possible 45 seconds later he's now into 12:25, and now Mikey is calling his dad.  That's very interesting.  That's just another data point that we at least have there.

Moving on to the pastor, America's pastor, Rob McCoy, I just think in general -- by the way, I want to give a shout out to Calvary Chapel because I knew nothing about Calvary Chapel before this investigation.  These pastors are doing the absolute most.  I have never seen such an obvious and naked propagandist campaign in my life than me exploring the Calvary Chapel church movement.

So America's pastor, Rob McCoy, was in Jerusalem on November 16th apparently, a couple of

days ago.  He was at an event.  It was built as a celebration of the life of Charlie Kirk.  And what better way to celebrate the life of Charlie Kirk than to take questions from the audience about you guessed it, Tucker Carlson and Candace Owens.  Take it away Israel.

(Ad).

(Recording begins to play).

We see people like Tucker Carlson and Candace Owens and these people are essentially trying to hijack the Christian message and spread an anti-Israel message in the name of Christianity and they're perverting this Judeo-Christian brotherhood and ethic by essentially promoting Jew hatred but putting a Christian label on it.  What can we do to push back, and what can the church do to be able to just completely repudiate that kind of dishonesty and perversion of what Judeo-Christian values truly are?

That's a great question.  We've gotten into this situation with that generation of young people because they have all been raised by Caesar, and we're wondering why they become Romans.  We have abdicated our public school system to secularism, and it's that red green revolution where you take away with secularism the moral foundation and then you come in

with, whether it be Islam or ethnonationalism because we've gone through critical race theory, diversity equity and inclusion, we've taken white males and put them at the bottom of the totem pole. We've mocked them and embraced the stupidity. And now we're upset that they feel as though they've been, you know, relegated to obscurity and now they're signing on with these awful directions in life.

CANDACE OWENS: So it's interesting to think about them discussing how we need to be re-educated again, kind of like the Robert Maxwell campaign, like we had to have the Holocaust education. And I want you to imagine a world where Calvary Chapel churches get to decide how we're educated because somebody sent me an actual magazine that they have. Again, I'm new to the Calvary Chapel thing that's happening. I knew they were behind a lot of the attacks against me and Tucker Carlson this year, but I hadn't realized how, like I said, naked and propagandist this is. This is this month's issue of Calvary Chapel magazine. Apparently they have their own magazine, and this is not parody. This is Judeo-Christianity. This is the cover of Calvary Chapel magazine from this month and it says, stand with Israel. It tells a story of surfer to shepherd.

I guess that's somebody's story. And then you have their subtitle, I guess we're going to be able to read this article in there, why Jews are hated. You go to your church on Sunday and this is what they are handing out. Now, the person sent me this, then showed me what was inside, which was even more amazing. Here we go. Here we are learning about Christianity. Oh, actually it's a photo of IDF soldiers wearing yamakas coming home, and it has a quotation here that said, God began to paint a prophetic portrait of the Messiah. I just want to know how this happened I guess. I don't know, I was asleep. I didn't know this was going on. I didn't understand that this is -- they have so many megachurches everywhere, everywhere across America. And they basically exist to convince Christians to worship the IDF. I just find that to be quite strange. Let me know if I'm out of pocket here and you really think that this is not propagandist and that you're learning Christ's message when you light up and you get handed stuff like this. I don't know, I just feel like that for me is something that we need to talk about more because it's pretty obvious what happened here.

And, of course, Bibi Netanyahu, who was

involved in the Calvary Chapel churches, we're going to get to that tomorrow, his relationship with Bob Coy, not to be confused with Pastor Rob McCoy, but Bob Coy, the one from Fort Lauderdale who got into a little bit of a scandal with sexual abuse. Again, we'll get into that tomorrow.

Before we get into comments -- when we get into comments rather, I'm going to tell you -- finally answer that question, that lingering question where I told you I would find out what was the name of the donor that similarly freaked out and spazzed out when Charlie let Tucker Carlson speak on stage and took a million dollars away from Charlie. I'm going to tell you who that donor was in just after a few more sponsors.

(Ad).

CANDACE OWENS: So we all know, of course, that Charlie's dear friends, the Zionists and the donors who loved Charlie, lost their ish at the Turning Point USA SAS event last July when Tucker Carlson hit the stage. And Charlie told Tucker Carlson to go max. Tucker Carlson went max. And by max I mean just said like basic American principles, like we shouldn't be worshipping Israel, that the Epstein files should be released, and that obviously

our relationship is not America first with Israel. And that caused a donor meltdown. It was like a last straw. We have showed you the data points, we have showed you the time line. That's where things start to get a little dicey with Charlie. And I think it's very relevant. Anyways I had mentioned to you that there was -- because everybody's miked up. I told you all this was miked up. Obviously Megyn Kelly happened to have that footage, but they have that footage with like full clarity of exactly what Charlie said to Tucker Carlson. And they have the footage of the donors who freaked out, at least the audio of the donor who freaked out. I told you about a woman who yelled and took away a million dollars because of the Tucker Carlson speech. That woman was Joyce Chernick. Joyce Chernick is married to Aubrey Chernick. He's a software tech billionaire guy. They fund a variety of pro-Israel causes through the David Horowitz foundation. So that was another donor who went bye bye Charlie, how dare you let Tucker Carlson say things.

Also reminding you guys if you'd like to support us, Make Him A Sandwich is available. You can go to makehimasandwich.com. If you'd like to pick up a regular copy we also have live -- we have signed

copies at candaceowens.com. We also have new merch on the websites plus our Black Friday sale is active. You can use code black 20 for 20 percent. That's store wide. It does not include books. And that runs through to Cyber Monday, so do not miss out.

And I'll remind you that book club this week is going to be on Thursday. I don't know if I even told you guys that. I think we sent out an e-mail, but I'm telling you this for the first time on the show that we bumped it to 6:00 o'clock Eastern on Thursday. So no book club tonight. We'll have it at 6:00 p.m. Eastern on Thursday.

Top comment from yesterday's episode is from Abby Sloan, she writes, I don't think they realize that if Candace had an audience of one she would still be doing this investigation.

Amen. Yes, I would still be doing this investigation. And sometimes these investigations do have to be done with an audience of one. Definitely a lot of times in the past before people were more dialed in to the fact that there is something tremendously evil going on in this country and our feds are not interested in discovering that evil because they are a part of the evil. I think we all accept that. Not just in this country, worldwide.

Right?  There's something about the Charlie Kirk assassination that we spiritually already recognize has international implications.  That's very clear. And it will become more clear in the coming weeks as I continue to roll out information.  We don't do everything very quickly because this is a game of cat and mouse, and we need to know where the snakes are. We need to know where the rats are on the ship, and there are a lot of them.  And we are getting closer.

I think I can confirm to you guys that there is mass panic over this show.  I guess they thought they were going to get away with it.  They were hoping that they had successfully fostered this ADHD culture of people are just unable to pay attention to anything, right, not even like a Netflix show can they pay attention to long term.  So they were hoping, okay, we're going to do this thing at the Staples Center and then move on from it.  And actually it turns out the world is focused, and they're locked in.  And the feds are not going to get away with it. That is what I can say, they are not going to get away with it this time.

Okay.  Getting into your comments today, Jennifer writes, it's official, I am a conspiracy theorist.  Ask questions, seek the truth.  Thank you,

Case 3:26-cv-00556    Document 31-4    Filed 08/06/26    Page 37 of 43 PageID #: 375

Candace. We don't know know, but we know.

Why follow Erika? Who was on the planes? We're being lied to. I don't like it. I am glad that CK has you to ask the right questions and get some answers.

Yeah, I saw you guys, and a lot of you guys in the chat asking why these particular planes were following Erika. I have an indication as to why. Of course, I want to thoroughly vet that to make sure that I ask the right people to confirm the things that we are looking at. But an indication as to why that may have been.

Just common sensing it writes, Rep Massey, green, any Republican or Democrat representative that is watching, please, put forth a bill to end foreign and domestic lobbying. It's the only way we have a shot at a government that is not put forward in big corps -- big corporation interests before ours.

Yes, you are correct. Don't forget that when JFK tried to put an end to that -- well, I guess rather put an end to the Israel exception that we now have by making them sign up and -- FARA, to follow the FARA, they shot him. Who is they? Who is they? I don't know, but it ended up being reversed. So we should not accept that. We should not accept lobbying

full stop, but we certainly shouldn't accept this sort of Israel exception, which is they do not have to certify anything under FARA.

Obsessed sports writes, if the planes are truly from the Egyptian government, would that mean their passengers and cargo would have diplomatic immunity and allow them to do illicit activities, espionage, weapons, trafficking, (inaudible) without much oversight?

You are on the right track. Certainly there are a lot of implications with why this plane would be allowed in and the federal government would escort it and then everyone would play dumb when Candace mentioned this flight being on the ground. It's interesting. Definitely more questions than answers, but we will have answers for you guys.

Kayla Farris (phonetic) writes, several people said there was a lot of vehicles at the home of the alleged shooter around the week before the shooting, right?

That's another tip. You are correct. And I should explore that.

They all said it was strange because they never had company over.

You are absolutely correct, and I can try

to hunt that down and see what I come up with for you guys tomorrow.

Renee writes, talk to the neighbors, they were complaining about many cars parked at that residence, possibly Ring cameras will show the footage of those vehicles.

I would imagine Kash has taken everything. They were making sure they had secured everything under the guise of trying to discover who murdered Charlie. Obviously they were cleaning things up, but we can try. If you guys have footage, that would be great. Again, we want to see the days leading up. So relevant time frame would be from 9-4 up until 9-10, looking for these vehicles, these five vehicles that we have now shown you.

Elle Hodges writes, I find it insane how influencers, Tim Pool, were speaking up against you regarding Turning Point USA and you no longer being invited to AmFest. Apparently he said something hurtful, and they said he can't go. Weird.

I am not following what Tim Pool has been saying. I know that he was kind of -- he always kind of throws shade about me investigating things. I did see a clip on X that -- when we started this investigation of him saying people were doing it for

clicks, which is just -- I have no response to that. I can't think of more things that were done for clicks and for money than selling T-shirts of what he died in, making $70 million. I have not sold anything with Charlie's face or Charlie's name. I have kept up my job, which was always investigating as I've been doing this entire year, the last two years.

Authentically magnetic writes, wild how Candace stays ten steps ahead while everyone else is still reacting to yesterday's news.

And I can't win with these people. They say I have no proof and I present proof and they accuse me of doxxing. They say I have no proof and then I drop the text messages and they're like, how dare you share the private text messages. They're just lying. They are lying and I am telling the truth. That's it. That's what's happening right now.

Twins versus twins writes, can we get a book that is not signed.

Yes. Makehimasandwich.com has the unsigned books. Makehimasandwich.com has the unsigned books. I hope that helps you out.

And you guys, thank you. Again, we're working on a very, very big lead tomorrow that I believe that we should be able to present tomorrow as

we begin to sort through all of the planes that were flying on that day.  Who was on each plane is now very relevant as we take a look at this picture of why this SU-BND jet might have been transponding without moving at Duncan Aviation.  So stay tuned, and we'll see you tomorrow.

*   *   *   *   *

I the undersigned, Joy Beth Kennedy, court reporter for the State of Tennessee, do hereby certify the foregoing transcript is an accurate reflection of the contents of the recorded podcast and was transcribed to the best of my ability.

I further certify that I am neither attorney for, nor related to the parties to this cause and furthermore that I am not a relative of any attorney or counsel of the parties hereto or financially interested in the action.

*Joy Beth Kennedy*

Joy Beth Kennedy, LCR, CCR