----------------------------------------------------------

**Candace Owens**
**The Past is Prologue:  Why Charlie Kirk Was Murdered**
**Episode 287**

----------------------------------------------------------

**January 8, 2026**

----------------------------------------------------------

**Joy Kennedy, LCR, CCR**
**20th Judicial District**
**Nashville, Tennessee  37201**

CANDACE OWENS: All right. You guys, happy Thursday. Sorry, I am running late. I was just doing so much research. I have so much to tell you all today, so we have to jump right into this because I actually have a horror story for you, an actual real life horror story for you. Someone called me last night and told me a very strange story about what happened to her back in the 90s at an Evangelical university.

But first we have to revisit Brian Harpole's story about how far in advance they typically plan security because someone has leaked me another glaring oddity in this security protocol. Let's jump right back in. Welcome back to Candace.

Do you know what I think? I think that whoever made the decision for Brian Harpole to sit down with Shawn Ryan made a terrible mistake, big PR mistake, PR nightmare. That's kind of been the story here, one long, bad PR decision after the next because the issue is Brian said too much. The internet is meticulous, the internet is clocking them every sentence. It's really easy to catch people in inconsistencies and then to keep replaying what they said about certain things, especially when they don't add up. So I would like to gently remind you all back

at home what Brian Harpole said about what typical preparations entail for Charlie Kirk events. Take a listen.

(Recording begins to play).

Let's move into the threat assessment and the preplanning for the event.

Absolutely.

How many days prior were you guys there?

We generally -- the permitting process and all that goes on behind the scenes. And then there's questionnaires that are filled out that -- we used to, there was a lot of busy work. And then so, you know, kind of like in the military what you did, we create forms that, hey, let's get this information up front.

Uh-huh.

So that we have a duplication process so that we can confirm it. And so we started our first before that one the 24th of the month prior. And so -- and that was with the hard conversations, meetings --

You started that on the 24th?

Uh-huh. Right.

That's two weeks early.

Well, it started before that with the intelligence gathering and all that. But the hard

conversations, the sharing of information, the conference calls, the data sheets. And we put that in a time line on an app so that this all goes up and every guy that's on that job can see all the intel that comes in. It's a decentralized command model for the company. And so anybody can make command decisions for the betterment of the client or the team. And so everything goes on that app. And so when I get it, they get it. And when -- whoever is gathering that intel, it gets it. There's no hold. There's no power hold on it. And so that first information came in on the 24th and then the information share starts where we're walking through, you know, everything that you need for a detail.

CANDACE OWENS: Everything that you need for a detail. Obviously elsewhere in the interview he describes this conversation that he had with the chief of police, he's upset about the chief of police not covering the rooftops because he feels that his team was on it. So on it, you're coordinating with whole police departments, you're discussing drones. Drones were not allowed. And so they just had to let that go. Well, interestingly enough I received a tip from someone that was directly involved with the planning of an event that Charlie Kirk was supposed to attend

the following day on September 11th, the day after his assassination. Charlie was slated to speak in Woodland Park, Colorado at the Charis Bible College. Okay. So that's in Woodland Park, Colorado, he was slated to speak there. And according to this person, after Charlie got assassinated, there was a bit of a panicked meeting that took place, which was headed by the chief of police. They decided to transform this event into a vigil, and they were panicked because believe it or not they had absolutely no security plan in place. They thought, how odd, we don't have a security plan in place. Now we better consider this, and we need to make sure that we have police officer involvement. Why didn't Dan Flood and Brian Harpole and Turning Point USA's security have any coordination with the police department up in Colorado if this is what they normally do and the way he over describes that and they get the plan and everybody gets access and starts to begin to speak and then we speak to the police, we do all of this stuff? We just didn't think to do that for the event that he had the next day? No police officer involvement scheduled, nothing? Suddenly they're panicked because they realize they don't have anything scheduled? Yeah. So the police chief apparently decided to take measures himself to

make sure that the vigil went off without a hitch.

(Ad).

CANDACE OWENS: That's what I mean when you lie a lot, when you're planning things you're not supposed to be planning, you don't think through every detail. Yeah, as in the next day. If you expected Charlie to make it to September 11th, you would have been communicating about what he was doing up at the Charis Bible College.

Anyways moving on to other news, I want to show you this working Excel sheet that I quickly put together today, so it is by no means perfect. But I was telling you that throughout this investigation I have noticed some recurring themes that have come up. (Inaudible) what all this means, I still don't know what all of it means, but I wanted to start jotting this down and putting it together so that it looks clean and we can just add another name every time a name comes up in any of these categories. This isn't how you're really supposed to use Microsoft Excel, but it's how I'm using it so that it looks neat. If you just look over here at the columns, these four themes that I'm identifying -- and I'm going to add more, Liberty University, Eastern Europe, trafficking and child sex abuse, and then in that final column

military.  These are just themes that I recognize keep coming up.

So Liberty University, very quickly going through this, Tyler Bowyer attended and he graduated, Erika Kirk attended and she graduated, Cabot Phillips attended and he graduated, Mikey McCoy was accepted into Liberty University but then he chose not to attend because he got the job at Turning Point USA instead and he went directly there after high school. It should be noted that his father, Rob McCoy, met Charlie Kirk via Jerry Fallwell, Jr.  He was the president of Liberty University until there was a sex scandal fallout.  Andrew Kolvet, I'll tell you what his connection is.  Andrew Kolvet was working PR for the KAIROS Company under Johnnie Moore.  Johnnie Moore was the lead pastor at Liberty University prior to then leaving Liberty University to start the PR firm. And Johnnie Moore is an important name for those of you who watched that Tucker Carlson had interviewed someone in the military.  He was speaking about what was happening in Gaza, how children were literally starving, how children were being shot at for fun. Bizarrely they decided that Johnnie Moore, Reverend Johnnie Moore -- is it Reverend Johnnie Moore?  I don't know.  He was somehow equipped to lead the Gaza

humanitarian fund, and he gets this role. Essentially you're going to distribute -- your organization, you're going to be the head of distributing the food to the children of Palestine, the families of Palestine. And obviously we know how that went. IDF (inaudible) were just killing them. And so he does a lot to say I have no idea why he got this position, it seems remarkably corrupt. Anyways I wanted to let you know who that Johnnie Moore was. He was just running PR. He's a PR guy like Andrew Kolvet, who was under him, and then Andrew Kolvet leaves KAIROS and decides to mint his own PR firm that's really just around Charlie Kirk really as his only client. I believe that's his only client at Turning Point USA. Then you have the Falkirk Center. I put that in the same category.

In case you don't know this, what happened was Jerry Fallwell, Jr. and Charlie Kirk decided to come together to establish the Falkirk Center. This was actually Turning Point USA -- the precursor to Turning Point USA, right? So he meets Rob McCoy, they start discussing, putting this together, the Falkirk Center and then Jerry Fallwell has this huge sex scandal. He's forced to step down. It's like this pool boy scandal. He's forced to step down from

Liberty University and now this project just -- they go, we can't go forward with this. This is hugely embarrassing to the university. This is now going to be a relic. By the way, at that time Erika Frantzve, because her and Charlie were not yet married, they were dating, she became a Falkirk fellow. They were kind of hitting the road together and working to make the Falkirk Center a thing. And so what happened after it fell apart is that they decided to instead create Turning Point Faith. That's important for you to know that, this origin in Liberty University because I'm going to tell you more in a bit.

Now, regarding Eastern Europe, remember that plane that sort of mysteriously -- people thought it turned off its transponder, they issued a statement they didn't turn off their transponder, it flew from Provo, Utah into Arizona and then he said we were just picking people up. Well, I'm putting that under because in investigating that I determined that, oh, interesting, they were formerly registered -- that plane, pardon me, was formerly registered in Romania back in 2013. The tail number was then YRNVY, it almost looks like Navy there, YRNVY. And then in 2015 -- from 2013 to 2015 that plane was registered in Romania. Interesting, okay. That doesn't necessarily

mean anything. I'm just telling you that this is when these things have come up. Obviously we know that Erika Kirk began the Romanian Angels project in late 2012, early 2013 through 2015. And obviously you have seen all the TikToks describing the scandal. And to explain that to you just to kind of separate the myth from the facts of this, I'll tell you what the facts are. The facts are that Lori Frantzve established the Everyday Heroes Foundation, which was supposed to help children in need. That was established in Arizona under Erika's mother's name, Lori Frantzve. What they decided to do, as charities do, is that they develop certain projects and certain missions and what spun out from Lori's charity was the Romanian Angels project. And they got this deal with the military. They worked with the military in Romania to help orphans, okay? Now, it is a fact that they worked with at that time Colonel Otto Busher. Colonel Otto Busher was then accused of running a brothel with young children, taking them onto the military base for himself, his sexual needs. A woman filed in Romania and said this is what's actually happening, these children are going onto the base and they're being prostituted to military men. So it was not -- there is no articles that say Erika Frantzve or Lori were

involved in this, but it is a fact that they were working on the Romanian project with Colonel Busher. They thanked him. And then Colonel Busher gets accused of running a Romanian brothel with Romanian children. Those are the facts of that.

In 2011 Tyler Bowyer also went to Romania to work with Romanian government. I am still trying to determine exactly what he was doing with them. I'll have more on that hopefully later.

In 2013 Tyler Bowyer posted a photo of himself with a Ukrainian orphan named Natalia. She doesn't -- he says in the post or his wife says in the post, current wife says in the post, that she doesn't speak English, Natalia. And he claims to be helping through an adoption agency program, helping her because he speaks Russian. I can show you that photo actually. We have that photo somewhere, Skylar. Can we pull up that photo of that post? Do you have that? Great. Here we go. Just so you guys know we're not making this up. This was posted by his wife. This is Natalia, she's 12-years old and she's an orphan from Ukraine. She's staying with my friend Aubrey and her family for the holidays through an adoption agency program. She does not speak English, so Tyler was able to go and talk with her in Russian for over an

hour tonight.  She was shy at first, but by the end of the visit she was hugging him and asked him not to leave.  It was a wonderful yet heartbreaking experience.  All at the same time it makes me so grateful for all that we have.  Thank you to the OBS report for letting us be a part of Natalia's stay.

Okay.  Next we have Turning Point USA obviously working with Pastor Greg Laurie despite Harvest Church being accused of trafficking children from Romania.  Okay.  Sure.  He says that's not true, that's not what we were doing.  People say, yeah, it's exactly what you were doing.  We don't know, we don't have a verdict on that because that's happening currently.

Andrew Kolvet's brother, Curtis, is currently stationed in Romania as a lieutenant colonel.  We have Tyler Bowyer who holds a degree in Russian studies and is fluent in Russian, which is similar to Astrid Tuminez, the president of UVU.  She also holds a degree in Russian studies and is fluent in Russian, and I should mention she's an orphaned child.  It might be relevant, it might not be relevant.  Who knows.

Rob McCoy, I don't know if you know this, but he adopted a 12-year-old girl named Natalia, she

now goes by Natasha, from Russia around 2006. Okay. So I don't know, these are just facts. I'm delivering the facts here.

Now, regarding trafficking, sex abuse (inaudible) KG, which is now currently owned by Derek and Shelaine Maxfield, they run Saprea, which is a child abuse charity. You know, they're helping children that have been abused, a sex abuse charity. And I told you guys about Colonel Otto Busher who was accused of running a brothel with Romanian children from 2011 to 2015 at a Romanian -- a military base in Romania I should say. Not a Romanian military base. An American military base in Romania. And, yes, he worked with Romanian Angels during that time period.

Civilian commander -- sorry, stationed at Fort Huachuca -- a civilian commander that was stationed at Fort Huachuca, David Frodsham, was charged with running a child sex abuse ring. And it's true TPUSA Faith works with Pastor Greg Laurie. As I told you, they are currently embroiled in a trafficking scandal.

George Zinn was arrested, and then it was determined that he had pornographic images, that's our decoy boy, of children on his phone. And as I told you, he told people at the hospital that he was

treated at that he would be paid if he did this. Now, he didn't know where the money was coming from, but all he had to do is jump up and down and say it was me, it was me.

Andrew Piskadlo, you might remember that name because early on pictures were circulating of him, and people thought that he could have been the shooter because he was wearing the suits actually and people thought he maybe had a weapon in his bag. It ended up being that he was photographing -- he was taking pictures, he was a photographer, not hired by Turning Point USA, but he has rang the alarm before on military Ukrainian sex trafficking that is happening in the United States. If you go through his Instagram, he has said this is what's happening. Currently they are trafficking children from Ukraine, and he did some investigation into that. So that came up when I was looking into him early on.

Obviously I have covered extensively Calvary Chapel church riddled with pastor abuse stories. I mean, it's -- it's a thing, okay? And then obviously we know Rob McCoy was trying to rehabilitate somebody who actually went to prison. He said he found the Lord and decided to put him into homes with children via Calvary Chapel. There's a lot

of rehabilitating people who have an issue with abusing children I would say at the Calvary Chapel church. It's problematic.

And I'm putting Glenn Beck and Tim Ballard's Operation Underground here. Actually I knew -- I learned about Operation Underground -- that was introduced to me by Marissa Streit over at PragerU. She asked me to interview Tim Ballard before he had to step down from the charity, which was a child trafficking charity dedicated to rescuing children from being trafficked in war torn areas. Glenn Beck was the initial investment as the story was told to me when I was at PragerU when I interviewed him. Obviously we know Glenn Beck has interviewed Erika Kirk. We know Glenn Beck -- also his children were there at UVU when Charlie Kirk was assassinated. He was one of the first people to speak out about that on the news on September 10th. And Tim Ballard's name strangely came up when we were looking into Phil Lyman and we learned that he paid Tim Ballard a visit in the days following the assassination, which was just -- Tim Ballard's name coming up was just interesting to me because I was like, oh, he runs also a child trafficking charity. Just a lot of that happening.

And also I should mention Derek and

Shelaine Maxfield who run this abuse charity. In their profile pictures they were wearing an Operation Underground shirt. So people are very passionate I would say about trafficking and putting together organizations to stop trafficking in this story.

Now, in terms of my military connection it is extensive. Like I said, this is by no means a definitive list. I put this together today. Andrew Kolvet's brother and cousin are captains in the military, Curtis Kolvet and Robert Kolvet. Rob McCoy's father, Roy Edgar McCoy, ran psychological operations for naval intelligence to shape public perception. His son Danny McCoy is currently in the military. And, yeah, he had a whole naval fleet named after him actually. So top dog, top dog.

We obviously know Erika Kirk has been open about the fact that her mother and her father do defense related military work. It's why she moved to Arizona in the first place because they had contracts with the DOD. And we know that her father has worked with Raytheon.

The Farnsworth family has extensive military connections. I will add more about that later, and we will cover that later because the Farnsworth -- Farnsworth family in general is

important to the story.

Dr. Frank Turek was a naval flight officer for eight years. His son, Frank Turek III, is a deputy officer -- deputy division chief, pardon me, at the joint chief of staff in DC. His other son, Spencer, is an Air Force vet. He was on the phone with I think he said both of his sons, FaceTiming with both of his sons, correct me if I'm wrong, maybe it's one of his sons he was FaceTiming with.

The HADES military plane, which we haven't discussed too much, but I promise we will get there, inexplicably flew this route around UVU on the day of the assassination just before and just after, which is interesting because that plane in particular has a lot to do with drones. Again, we'll get more into that in a future episode.

And, of course, the doctors, Dr. Lee Trotter, did his residency at an Air Force base, and he also has his pilot's license. The Utah medical examiner, Dr. Deirdre Amaro, is a major.

Butch Hibbs, we have Jack Hibbs, their father Butch, Sr., military background. And I suspect Butch Hibbs also perhaps is involved in the military himself. We are looking for something a bit more concrete on that.

Now, I wanted to present that to you because I want to focus on building that so you can see these themes recurring, but today we're going to talk more about Liberty University because I received a very interesting set of tips about Liberty University. Particularly yesterday I was contacted by someone -- well, actually I should say I spoke to someone yesterday. I was contacted by them many times via e-mail pleading for me to call. She was pleading for me to call her. It wasn't really clear to me as to why. There seemed to be a panic. She was seemingly triggered by a video regarding Trump pageantry, okay? The video in question is not controversial, and she has no connection to the person in the video, which was Erika Kirk simply discussing how she got involved with the Trump pageant world hence why I was not exactly seeing the big picture. She doesn't know Erika, she had nothing to say about how Erika knew Trump pageants, but her speaking about it was triggering for her. Anyways after a lot of back forth I decided to just call her, I had some time yesterday, to see why Trump pageantry in general was so triggering to her. And she began to tell me a story that was quite unbelievable at first until I did some research. This woman, whose identity I'm going

to protect at this moment, was a young teenager in the 90s. And she had landed herself in a bit of trouble. She wound up with a probation officer, and she also got pregnant and they essentially told her, hey, you know, you're either going to get your life together, sort of this ultimatum, we could send you to juvie or you could go away and we'll give you an opportunity here. There's this amazing new program that's being run out of Liberty University, which helps troubled teens, which you are a troubled teen. She was 13 at this time. So obviously they made the decision for her to take the option. It's like when a judge says, hey, you can go to rehab or you can go to prison. Obviously I'm going to go to rehab. So she chose to go down to Lynchburg, Virginia while she was pregnant to live in a house with other troubled girls who were being helped through a program that was known as the Godparent program. It still is a thing today. Effectively they help these young women who are struggling with various other things but particularly with her and the women that she was sharing rooms with, their pregnancy journey. And they offer to help place their children into adoptive Christian homes should they choose not to keep their children. Sounds nice enough. That seems like, you know, the Christian

spirit, pro-life and don't have an abortion, instead we can have a home for your child to be raised in. But things got pretty weird after that. And I want you to listen to what she told me in this conversation, which I recorded. And, yes, I have her permission to share this conversation. I am sorry if this sounds, you know, not too clear. We tried to make it as clear as possible. And, yeah, let's just roll it. It's going to be quite long, but it's very important. Take a listen.

(Ad).

(Recording begins to play).

When (inaudible) home, which is what took me in -- in 90 -- in '94. They used to lock us in our room. 24 hours a day we were locked in our room. We weren't allowed visitors. We weren't allowed people at our home. I didn't have no visitors because I didn't have no family there, of course. (Inaudible) shaking. I didn't have no family there, so I didn't have nobody. They used to take weird pictures of us.

How old were you?

I'm sorry, go ahead.

How old were you?

I was -- I had to be 13, 14.

Okay. And who -- who took pictures --

I was born in '79.

Who took pictures of you?

Fallwell, Sr. Senior. And then (bleep) his face looked familiar, but he looked older now. You're talking 30 years ago, you know.

Uh-huh. But like Jerry Fallwell, Sr. was the one actually taking the photos?

Yeah, they -- I remember him and his wife there, but another thing weird about it is I never thought about like what happened the night -- in the night -- the morning I delivered my baby everything was weird. And I think about it now, it's all weird to me. But then it wasn't because I'm only 13, 14-years old.

Right.

I made -- I made mistakes. I mean, I totally turned my life around. I have four kids now and two grandbabies. But, you know, I ...

I want to go back to -- so what was weird about that night that you gave birth?

Oh, gosh. The night before -- okay, so they have a mother, a house -- a live-in mother, 24 hours. I called there like a month and a half ago --

Uh-huh.

-- two months ago. This is what's weird, I

called but (inaudible) because this is the deal, Erika came up with Trump and you have to get invited and I was like how in the world did I get invited. And to this day I still don't know how I -- (inaudible) invited to that and what pictures they had of me.

Interesting.

Now I'm shaking again.

Okay. Okay. So you had the baby and what was weird about that night?

Okay. The night before they -- okay, like I said, they have house mothers and I -- I can't remember details, but I remember them doing -- you know, putting the -- listening to my heartbeat pretty much and looking at -- you know, doing the ultrasound.

Uh-huh.

Okay. To this day I've had, you know, four other kids, plenty of ultrasounds so I know what they were doing was funny to me because everything was fine that night and then they moved me, which was weird. They moved me to another room by myself.

Okay.

At that time I had had another girl with me. There's all these girls, different girls there. Some of them don't even speak English, okay?

How old are -- sorry, how many girls live

in that house?

Back then there was about like between 12 and 15 in one house.  But you're talking anywhere from age 12 to like 21-years old, you know.

Uh-huh.

(Inaudible) the youngest but ...

And some of them didn't speak English?

Yeah, there was a couple of girls, you know, they didn't speak English.  But we weren't allowed to -- that's another thing, we weren't allowed to like talk to the other girls.  We were only allowed -- like certain girls were on one certain side of the hallway.  Certain girls were on the other certain side of the hallway.  And we had to either call collect or use quarters.

Okay.  Uh-huh.

Like on a pay phone, you know.

Uh-huh.

They didn't allow us to use the regular phones.

Uh-huh.

They treated us like slaves.  But the next morning it's like they knew something was going to happen to my baby or something because the next morning I all the sudden didn't have a heartbeat, and

I had to go in.  But the strange thing about it is their daughter -- this is another thing I thought about.  Their daughter is a high doctor at the liberty -- or at some university, some hospital in Lynchburg, Virginia.

Okay.

And back then, if I remember correctly, their daughter was like one of the house mothers.

Okay.

And I'm wondering if their daughter was like my nurse or --

Yeah.

-- (inaudible) lady gave me something.

Right.

Because the thing is they coerced us to give up the baby because they got money for the adoption.  It was some kind of adoption ring.  I didn't know nothing about it.

Okay.

But my thing was the fact I kept telling them, no, I wanted to keep my baby because I had a 3-year-old nephew and I had took care of him.  I thought I could mother.

Uh-huh.

It wasn't for me, okay?

Uh-huh.

Honestly I was too young.

Okay.

But still I have questions because now I keep seeing stuff and I'm like why are these -- all these videos coming up on my feeds for no reason, you know.

Can I ask you a question?

Sure.

Are you saying that you miscarried the baby?

Yeah. But I was further along. And they kept telling me I had to hurry up and make up my mind and make up my decision because I'm running out of time, I have to hurry it up. And then like why do I have to hurry it up.

Hurry what up? Hurry what up?

Decide if I want to adopt the baby out.

Okay.

They kept showing me folders of people's faces. Would you like your baby to be with this person --

Uh-huh.

-- or would you like to go raise your baby (inaudible) on the streets or ...

Okay. And then here's a question for you.

Sure.

How far along were you when you miscarried?

You know, I was asking my mom that, and truthfully I have called down there to find myself, to find dates out, and I can't even find myself actually in their system. That's another thing that's weird.

That's very (inaudible).

I called -- I called down there this past few weeks just to find out information on myself. I even called my old probation officer, which he called me back last night. He was actually telling me information, and he told me, you know, back then I wasn't a bad kid, I just skipped school because I stayed home and slept in.

Uh-huh.

My mom got in trouble for it. I went in juvie for it, I'm sorry.

Uh-huh. Wait but -- I just want to stick to the story of the -- just to stay focused.

Okay. Go ahead.

You don't know how pregnant you were when you had a miscarriage?

Well, I can tell you I was probably -- well, I had -- they had to induce the labor.

Okay.

I had to deliver, so that tells you I was over three, four months.

Yeah.

I was over ...

(Ad).

CANDACE OWENS: So let me tell you what is really interesting about this particular conversation. Well, Liberty University is involved and you hear -- she broke down crying several times throughout the conversation. There was obviously real pain there. And what's really interesting is that she told me thereafter that while she can pull all of her court records Liberty University is sort of like, you know, it's all electronic now, you're talking about the 90s, we can't find you. We can't find you? You had a baby in a house when you were 13-years old and we can't find you? By the way, where is the baby buried? I asked that question to her. And she said what happened after she gave birth was they told her -- they called her mom and said that she's got to go. I said, how do you know the baby was dead. You're telling me they moved you into a room and they induced labor after you said I don't want to give up my child. They induce labor -- they told you, a child yourself,

that there was no heartbeat mysteriously right after you made the decision that you didn't want to give up your child for adoption. You felt like you were being pressured. Now there's no heartbeat, they induce labor, you never see your son? She said she had a son. She never saw anything. They tell your mom she's got to pick you up ASAP. That's what she goes on to tell me. Because they didn't want the other young women to be traumatized learning that she had a miscarriage. So in the middle of the night her mom drives up and gets her, picks her up. Funeral? Is there a headstone? What happens when there's a induced labor at Liberty University? This is -- this is unbelievable.

Now, why she was triggered when she heard Erika speaking about Trump pageantry? I connected that dot for you, is because Erika had said, you know, you have to submit your pictures. Well, she goes back home, she's still a teenager, and two years later she gets an invite to join Trump pageant world. But she doesn't know how they got her picture. She doesn't know how they got her picture. She wasn't taking pictures. She wasn't trying to be in pageant world. And so that's what triggered her and went, wait a second, how did they get my picture, why were they

taking these weird pictures. She never said that they were sexual by the way. I'm sure they probably said to her at the time at that house like so that we can submit your picture to the Christian adoptive families, whatever it is. But it sort of clicked with her that that's kind of odd that I got this invitation to join Trump pageant world.

Now, for those of you who have followed our Epstein series, we spoke about this. Xavier Poussard showed that this was one of his mechanisms, Jeffrey Epstein, Israel's guy, would go find organizations where there were tons of young women that were coming through, and he would pump money into them like Victoria's Secret and maybe some trafficking happened, right? By the way the history of pageantry for those of you who don't know is child sex trafficking. It's the carnies, it's PT Barnum & Bailey in America. What was going on at carnivals historically speaking was very dark stuff, very dark stuff. Anyways in case you aren't believing this story because you know what happens next, they do the Mitch Snow thing, oh, she's crazy, she's making this up, it's all an illusion. Well, the good thing is that there's actually an entire podcast series that is currently investigating this Godparent program at Liberty University, and

these women have done incredible work.  So much work that it actually got picked up locally in Virginia by ABC News.  Take a listen.

(Recording begins to play).

The Liberty Godparent Home, a place for young single pregnant women, is defending itself against allegations of coercion and manipulation.

A new podcast called Liberty Lost alleges some of the young women felt pressured to place their children for adoption.  ABC 13's Rachel Branning investigates.

The Liberty Godparent Home is tucked away on Liberty Mountain Drive.  The maternity home was founded by Jerry Fallwell, Sr. in the 80s as part of a pro-life ministry at Thomas Road Baptist Church.  Now it's the focal point of the podcast Liberty Lost.

What inspired you to investigate this in the first place?

For the last two years I've been investigating the maternity home after connecting with several residents who went through the home as pregnant teenage girls, both in the 1990s and in 2008.

One of those residents, Abby Johnson, at 16 she got pregnant.

Finding out I was pregnant was traumatic

and shocking and not something I had any preparation for mentally, socially, emotionally.

Her parents sent her across the country to Liberty Godparent Home with the promise of a scholarship to Liberty University after all was said and done.

I really can't describe the sense of abandonment and fear and disassociation that you experience when your family abandons you all the while calling it something like good for you and like this is a plan.

Johnson says she wanted to keep her son, however, she felt the home already made the decision to go the adoption route.

Did you ever really feel like you had a choice?

No. I felt that I was put in really terrifying moments of being given an opportunity to explain to an adult that had a different opinion of how I thought I could pull it off.

The Godparent home declined my request for an interview but sent a statement saying in part, quote, our staff and volunteers work tirelessly in this ministry and have built a reputation of being a trusted voice and ministry resource in the community.

They have treated every individual who has sought assistance with compassion and integrity.

Did you feel supported in any way by the people within the home?

No, I felt endlessly put off.

Raphael says in theory maternity homes are a good thing.

These women should have been supported and provided with real options to keep and parent their children if that's what they wanted to do.

But she says the Godparent home shouldn't have ties to an adoption agency. According to city records the Godparent home and the Family Life Services Adoption Agency share an address. Thomas Road Baptist Church founded Family Life Services according to their website. I reached out to them multiple times for comment about the allegations in the podcast. And we just want to make sure we're sharing all sides of this story. But I haven't heard back. Johnson and Raphael say for them speaking out is the path forward.

Help people feel like they have a voice, that they're not forgotten.

I also reached out to the Godparent home. I asked if they could put me in contact with residents

who have had a positive experience in the home, but at this point I haven't gotten a response. Back to you.

(Ad).

CANDACE OWENS: I would imagine that I would respond that and I would say, yeah, tons of people had a positive experience. And, again, the woman that I spoke to you can see -- she was there when it was Jerry Fallwell, Sr., who we're going to speak about in a little bit because I'm going to connect even more dots for you. You know what I want to say is we all felt for some reason spiritually sick watching AmFest, right? Tim Dillon did such a good job of saying this feels like something else, like they just keep saying that this is about God and this is about the Lord and this is about -- almost like they were trying to turn Charlie into a messianic figure. And yet we felt darkness there. We felt darkness, we felt like this was actually about money. We felt like we were being deluded. We felt like it was a Las Vegas convention. And I had been speaking throughout the last year, even before Charlie Kirk got assassinated, I dedicated a lot of time to this podcast to speak to you about this veneer of Christianity. Operation Mocking-Pastor we termed it. And we really start -- saw -- started to ratchet that

up after Charlie Kirk's assassination. These influencers, oh, this is the Lord, this is what the Lord would want. Yeah, we're going to talk more about that, and I'm going to tell you more about the founding of Liberty University right after a brief break.

(Ad).

CANDACE OWENS: So back to Liberty University. Now, I have been signaling to you guys, like I said, that there is something very wrong with these megachurches in America. Very wrong with almost what I would term Christian, Inc. These Christian influencers, suddenly they look like they're glitching a bit, right? Something happened in the last year and we're like, oh, I used to kind of like you and now you seem to be glitching inside of this matrix. You're telling us it's right here in the Bible. You seem overly invested in narratives. Suddenly this is beginning to feel like, well, a psychological operation that's being orchestrated by Israel. Because you sort of missed it, if your whole brand is Christianity but you decide to stay mum on the atrocities that Israel is committing in Gaza, this probably isn't really about Christianity, is it? The Bible is pretty clear. Thou shall not kill. Children

especially. If I could -- if I could offer addendum, children especially, innocent souls. And yet they're remarkably mum on the issue of Charlie Kirk. They had more ire for Candace Owens investigating it than they did for the FBI. No interest, shut it down, right? Shut it down. How dare you say he's Catholic. That's what's wrong with this, you saying anything about Catholicism is wrong. Glitch, glitch. Oh, Josh Hammer's lying? Let me tell you he's a wonderful human being. Glitch, glitch. I'm sorry, lying. Shouldn't you just be able to call a spade a spade? No, they can't because they represent something else.

Now, I want to be clear, I have spoken at Liberty University multiple times and I promise you I never thought once to look up their origins story. I was just so excited that there was a Christian university in general and they were remarkable to me when I spoke there, and I wasn't looking, I guess, for anything deeper. I didn't see how I was also being manipulated in various ways early on in my political career. So color me surprised to learn that Liberty University was once failing, and then it received a ton of funding. Honestly the story of how it came to be the university that it is today is quite interesting. Someone e-mailed me and they wrote, I

quote, hi, Candace, I'm currently reading the Israel lobby by John Mearsheimer. And in the book it talks about how the Israeli government gave Jerry Fallwell Liberty University's founder, Jerry Fallwell, Sr., a $2 million jet in 1979. Adjust it for inflation, that's like $10 million. And that was to gain support from Evangelicals in America. I figured it would be helpful for your deep dive of Israel buying Evangelicals, end quote.

So that's interesting. That tip does seem like something I should explore. It probably is helpful. And it's true. Jerry Fallwell, Sr. had a rather radical conversion to Christianity when Israel became a nation in 1948. Now, prior to that, this is according to The Washington Post, he came from a family that definitely had some issues. His daddy, a man named Carey Hezekiah was a drunk and he was a bootlegger. He was a bootlegger and he was a drunk, and he got into a fight with his brother once -- this is literally his brother, his name was Garland, and he shot him dead. And to be even clearer here, his dad wasn't just a bootlegger. Carey was not just a bootlegger, he was also a smuggler and a trafficker. Okay. So he pretended like he was just a business owner that was running a string of gas stations

ostensibly, but in reality he was using his fuel trucks to smuggle bootleg whiskey into America during the time of prohibition.  It's giving Trogneux Liquors, you know, as we're sort of getting into Season 2 of Becoming Brigitte.  I'm like, wow, a lot of people were smuggling things into America.  Anyways I keep telling you guys that the people that rule over us, the people that have these huge platforms, they are not smarter than us, they're just more corrupt than us.  They'll do anything to maintain their power. And they really are the heirs of gangsters.

(Ad).

CANDACE OWENS:  Back to Carey.  After he shot his brother dead, he became a rather nasty alcoholic.  His employee one time, this is a true story as documented by Rolling Stone, his employee stayed home sick one day so Fallwell got mad and he decided to catch the man's cat that he loved and he killed the cat and then he cooked the cat and then he delivered the remains of the cat to the employee's house for lunch.  Yeah.  That's why I went with the thumbnail title Don't F with Cats because now we have to find Charlie Kirk's murderer, for those of you who watched that series.

Now, according to Forbes he also once threw

a man into a bear cage after he had an argument with him at one of his restaurants. So, yeah, he had a colorful background indeed. Like I said, these people are gangsters. In 1948, the very year that Israel became a nation, Carey Hezekiah died from cirrhosis of the liver, and his son Jerry Fallwell, Sr. had an immediate radical conversion to Christianity. Bootlegging, trafficking, smuggling be damned because his business was now going to be the church, ministering. He became a televangelist, and he established Lynchburg College in 1971, which would eventually change its name to Liberty University, Liberty University that we know today. And, yes, it is true in 1979 Jerry Fallwell, Sr. was gifted a Learjet from the founder of the Likud party. The then prime minister of Israel Menachem Begin. Now, that's pretty nice of Israel, but I'm always wondering, in exchange for what? Like in exchange for what? Because that kind of reminds me about how Bibi Netanyahu wanted to take Turning Point to the -- Turning Point USA to the next level. He offered to take Turning Point USA to the next level. Charlie Kirk said no. But apparently nobody in the mainstream media is interested in answering the question as to why he wanted to take Turning Point USA to the next

level.  What does Israel have to do with young Evangelicals, a young Evangelical organization?  Also how?  That's my other big question.  How exactly was he planning to get that money to Turning Point USA.  I'm assuming he wasn't going to write like a blank check from the Likud party.  Surely he was going to accomplish that through other people and their organizations because Israel never gets their hands dirty if they can avoid it.  That's the lesson of yesterday by the way.  You employ Christians to do your dirty work.

I got another clue from a different e-mail tip that I received regarding Liberty University.  It reads, hi, Candace, I have some links that might be important for you in your investigation regarding connections between the Iran-Contra scandal and Liberty University.

Now, to remind you the Iran-Contra scandal was a trafficking scandal that involved our government, the CIA, of course the Mossad.  Jeffrey Epstein was involved in the Iran-Contra scandal if the Mossad is to be believed.  That's how they first brought him in running weapons through South America.  And the CIA and the Mossad got caught involving --  they were trying to control what was happening in

South America and, yeah, they were arming people to take over countries. That's kind of what our CIA does. Anyways the reason how this involves Liberty University is that during the Iran-Contra scandal, as the e-mail goes on, a man named Sun Myung Moon, a North Korean Evangelical cult leader, assisted the CIA in its so called anti-communist effort, that's how they billed what they were doing during the Iran-Contra scandal in Central America. He used his logistics network through the churches to aid the contras through his Unification Church he connected -- and their connected organizations like CAUSA. And he also ran PR for the Reagan administration regarding US's involvement in Central America through his newspaper The Washington Times. Okay. So what's important is that Sun Myung Moon later would bail Liberty University out. The person in the e-mail said roughly the amount was 20 to 40 million dollars in the mid 1990s.

Now, I find it extremely interesting -- I mean, I'm sorry, this person wrote to me, I find it extremely interesting that the same Evangelical cult leader who worked with federal agencies and profited from the Iran-Contra scandal also financially rescued Liberty University. Now, Liberty University might be

connected to the drug smuggling military base, he's referring to Fort Huachuca, that was the reason he sent the e-mail discussing Fort Huachuca. Interesting indeed I would say because you've got a story about the feds smuggling, Christianity, Israel, South Korea. Did all that actually happen? Yeah, it did actually happen. The Washington Post did a fantastic article breaking down what became known as the Moon cult in an article that they published in 1997 as that cult was beginning to fade or I guess their power was beginning to fade here in America. And it's stunning because if you close your eyes and imagine, you start to see Turning Point USA and Turning Point USA Faith, everything that I've been describing. I kept saying from the very beginning what went wrong in that Turning Point USA was this faith push. I have been telling you and I'm going to show you that these Egyptian planes -- I've showed you in part -- were tracking Turning Point USA Faith, these pastors, okay? What's going on with these, quote unquote, Egyptian planes? It happened to look like they were going into Gaza actually. So I'm going to read you parts of this article regarding the Reverend Sun Moon, his Unification Church. He declared himself, just so you know, a Messiah. So when we start to see how it feels

like they were trying to establish Charlie as a messianic figure and it's all become somehow about money, they don't actually care about Charlie, it's like how much money can we make. We're going to put the tent up, we're going to make people -- just here's the bloody mike, we're putting it in a thing. It feels, like I said, a seance. I want you to imagine that as I tell you about what Sun Moon's Unification Church establish -- accomplished in America rather. And, yes, attached to the Iran-Contra affair and Israel and pumping money into Liberty University.

Okay. Now, it tells us that their Unification Church was faltering as a religion in the United States but still remains a robust diverse business. Again, this is 1997, especially in the Washington area where the movement controls more than 300 million in commercial, political, and cultural enterprises. It tells us that the organizations owned or sponsored by Moon and his inner circle of Korean and American followers holds properties stretching from Prince George to Fairfax County according to corporate property and court records. This vast and bewildering multinational could be called Moon, Inc. It is a sprawling collection of churches, non-profit foundations and for profit holding companies. In the

Washington area the Unification Church's investment is an important cog in a global machine that Moon uses to boost his credibility, spread his spiritual doctrine, and win political influence according to current and former church members.  As the unification movement evolved from selling roses on street corners to acquiring control of a nationwide cable channel the nation's capitol became the epicenter of Moon's US holdings.  Those include The Washington Times -- The Washington Times newspaper, a video production firm, a stately old church once the pride of the Mormons along 16th Street Northwest.  Washington area property owned by the church, its affiliated companies or senior church officials is worth more than $200 million according to property and corporate records.

A lot of property.  I was telling you Turning Point is getting into real estate.  That's very interesting they're getting into real estate according to a tip that I have because they're going to teach young conservatives how to buy houses, I'm sure.  Tyler Bowyer leading the charge.

Washington will be the focus of the worldwide unification movement this week as Moon sponsored organizations are going to hold the series of academic conferences and the World Sports and

Culture Festival culminating Saturday with a mass wedding at RFK Stadium. The South Korean self-declared Messiah has grown increasingly vehement within the unification movement. Moon's spiritual and business ventures are viewed as a part of a unified whole, quote, ideas without the money to back them up are just dreams, end quote, said Richard Rubenstein, the, president of the movement controlled University of Bridgeport. The corporate section is understood to be the engine that funds the mission of the church.

I am telling you this is like almost verbatim if you were to read statements about Turning Point USA and their spin offs, we need the money to do the work. This is what -- it's going to be the 501(c)(3) to 501(c)(4) and Turning Point action. It's all going to come together.

It goes on to tell us that since the 1970s Moon has gained his highest profile in this country not with his church but with the Times, the 100,000 circulation daily that competes with The Washington Post. But the paper has become an established voice of conservative America. Beyond the times Moon affiliated entities are linked by a complex web of interlocking directorships and nurtured by a seemingly endless flow of cash from the far east. That has

enabled them to buy new businesses and even help to bail out Reverend Jerry Fallwell's foundering Liberty University. Again, this is 1997.

Executives of unification related entities have acknowledged that money from Japan and Korea are fueling their US operations. But the magnitude and the mechanism of those payments as well as their exact sources have eluded investigators on three continents over the past three decades.

Let me slow that down for you. So you're telling me we have a faith based organization with a political arm that is stretched into Evangelical churches that's working with Israel and helping the CIA traffic arms at one point through churches in the presence of their church? And now you're telling me that when they started looking into where this money was coming from, it's actually eluding them how the money is coming from Japan and Korea. And wasn't that Charlie's last trip? Bizarrely he went to Korea. We're going to get to that. And then after he went to Korea and met with the pastor, that pastor got arrested. Again, we're going to get to that. And then after he went to Korea, he went to Japan. I'm just saying the past is seeming like it's a bit prologue. Why was Charlie going to build up -- what

does Charlie Kirk have to do with Korea?  Turning Point Faith pushing you into Korea?  A lot going on in South Korea by the way.  Like LOL I saw this article about how they suddenly established a Holocaust museum.  I was like, there goes the neighborhood.  Do we have that article?  Yeah, South Korean Christian Zionists open the country's first Holocaust museum.  I should add that to my time line because there goes the neighborhood.  We're coming.  You can't question anything.  We're going to call you Hitler.  Sorry, South Korea.  You're so cooked, okay?

Anyways jumping back into this -- into this article before I show you what happened when Charlie went to Korea and the pastor then got arrested, it tells us that Moon, Inc. -- sorry let me flip this, wrong side.  Moon's business -- Moon's businesses exist for several purposes.  Church leaders and critics agree to employ members, to gain influence in industries that Moon considers crucial, and to support Moon's spiritual and political agenda.  Sometimes that support is direct as when Moon's non-profit organizations contribute to conservative political and social causes with financial donations, staff, and publicity.  And sometimes it's indirect as when Moon sponsored groups stage academic, religious, and

cultural conferences inviting professors, clergy, media executives, and other opinion shapers to meetings all expenses paid.

Oh, that reminds me of Turning Point USA Faith. I told you they were embarking on this pastor summit. We're going to bring all of these Christian Zionist influencers for training. They had a pastor summit led by Rob McCoy, as I showed you that, Sean Feuch, they were going to lead this up, pumping in money. This is what was growing Turning Point Faith, which was spun out of Liberty University. So this feels especially relevant.

It goes on to say that they'll have a conference on the essence of religious founders. This is a guy who was an ex-Catholic priest. His name was Borderlin (phonetic). He says, quote, they'll have a conference on the essence of religious founders like Buddha, Jesus. And then Moon gets a room full of academics to sit there, he gets his picture taken with them, he gets credibility, they get to have their conference, it's all very messy, end quote. Borderlin like many people who have received some of Moon's generous bounty has never been able to figure out the blizzard of organizations that make up Moon, Inc. He says, quote, my money is never from the church itself.

It's always the international something or another.

That's interesting because when we started looking into Operation Mocking-Pastor we had that lead that it was coming from one of these fellowship -- international fellowships of whatever, ICJF, I don't remember what it was. The point is like there's all these international fellowship of Christians and Jews and they're pumping money with an explicit purpose. In fact, you'll be very proud to know that when I worked at The Daily Wire they used to bring me companies like ad reads. And they brought me the International Fellowship of Christians and Jews to read ads for. So I said to my producer at the time, I said, well, what is this actually. Let's pull it up. Okay. Because I was allowed to decline an ad read if I had a moral -- if I felt like I was morally averse to it. And so I pulled up the website, and it was basically here's what you Christians can do for Jews. And I said, this doesn't feel like a fellowship, so no. I'm a Christian. We've got to get to work, we have tons of issues. If they're not telling us what they're going to do in the Congo or how they're going to help with what's going on all around the world, Armenia, so why would I just like read ads for it? There's something going on with their organization by

the way.  They've got their hands in a lot.  Anyways that's how they were doing this.  They were paying this guy, but it wasn't actually coming from Moon, Moon's church.  It was coming from international something or another.  That's how you hide the money.

It goes on to read, on one corridor the International Coalition for Religious Freedom, the group that Borderlin said signs his checks these days, shares suites with the Martial Arts Federation for World Peace and a company called Washington Times Aviation.  The only person in the suite on a recent visit was a Korean man who spoke little English saying I am martial arts federation, I work for father.

Okay.

(Ad).

CANDACE OWENS:  It then tells us that Moon's Washington enterprises range from a ballet academy to an architectural molding company to magazines.  They said, quote, the idea was that we'd be like Disney controlling all kinds of media working on behalf of God.

Always, always.

Paquet (phonetic) whose job gave him access to financial information about several church related businesses said he believed that virtually none of the

unification's US operations is profitable.

You have all of these businesses and none of them are profitable?  Where is the money coming from?  How does that work actually?  And isn't it starting to sound like the Seven Mountain Mandate?  These pastors, we've got to have an interest in culturally here and there, we've got to be everywhere and Turning Point is going to help us get there.

That's very interesting.  Where is the money coming from, and where is it going was one of Charlie Kirk's last questions before he was assassinated.  He established DOGE to determine that answer.

They decided to investigate Moon organization in 1978.  In 1978 a congressional investigation into the Moon organization concluded that, quote, the Unification Church and numerous other religious and secular organizations headed by Sun Moon constitute essentially one international organization that moved money freely among its entities.  SEC filings show that the Cash for Nostalgia, that's one of their companies, comes through a chain of companies that lead to the Unification Church International.  It's a vertically integrated operation that is common in Moon's empire.  He goes on to tell us -- this is my

favorite quotation because it's just so megachurch vibes, like you know, you find $300,000 behind a sink or a toilet.  It tells us, quote, Rev Moon sent bags of cash, big fat bags, stacks and stacks of hundreds from Korea and Japan to Manhattan Center, the church's recording studio in New York City.  Paquet said, whenever we asked where that money was coming from, the answer was that it came from the father.

Okay.  I think we're good on that.  I'm sure it did.

The wealth of Unification's worldwide economic empire remains a closely guarded secret. Lawrence Zilliox, a private investigator who has studied the church for more than a decade has concluded from church documents that the Unification Church International, the main holding company for Moon's US businesses, exceeded $500 million in the mid 1980s.

Man, who took Moon, Inc. to the next level?

But the church's wealth has always been centered in Asia.  A detailed analysis by the Far Eastern Economic Review in 1990 valued the church's land holdings in South Korea alone at more than one billion.  In recent years though several of the Korea companies have lost money causing business experts

there to wonder, like their counterparts in America, where the money comes from.

Charlie Kirk, where is the money coming from and where is it going to?  Charlie Kirk is in Korea, he's in Japan, and he's being told that he's there for reasons that have to do with the Christian faith being suppressed.  I don't think that's why they had him there to be honest with you.  I don't think that's why they pushed for Charlie to go to Korea and to Tokyo.

The longstanding explanation as to where the money comes from -- where the money was going to, it is Japan, not Korea that provides the bulk of the church's wealth, as much as 70 percent church observers estimate.

They can't get to the bottom of that.  I don't know.  I don't know the answer to that.

Yet despite years of such legal and financial troubles the unification movement continues to pump hundreds of millions of dollars into existing businesses and new ventures all around the world.

It's just a bottomless pit of money. Nobody knows where it's coming from.

According to business analysts and academics who study the church Moon's most ambitious

foray into the political process in recent years was the American Freedom Coalition, a conservative group that built popular support for Colonel Oliver L. North during the Iran-Contra probe in addition to about $5 million unificationists provided the personnel that gave the coalition its grass roots strength former church members said.

Awe, yes, of course, you've got to build. You've got to be able to help the colonels. You've got to have a military angle here. And so that has been their most ambitious building, something that actually helped the Iran-Contra, the people that were implicated.

It tells us also in 1995 the Women's Federation made another donation. That's another arm of his church. A donation that illustrates how Moon supports his fellow conservatives. He gave $3.5 million grants to the Christian Heritage Foundation, which later brought a portion of Liberty University's debt rescuing Reverend Jerry Fallwell's Lynchburg, Virginia religious school from the brink of bankruptcy. The post has learned of more recent and direct financial support from Moon to Fallwell. Last year New World Communications, which is a parent company of the money losing Washington Times, lent

$400,000 into Liberty at a six percent interest according to the promissory note.

So the point of all of this is that to get money it's a web. It's a financial web that took one investigator ten years to still not figure out how all of this money is happening. And that's what it feels like Turning Point USA has become, a very complex financial web where money is coming in and money is going out, and every dollar is being spent. And money is going back to certain people, and there are kickbacks. And it feels like very sophisticated money laundering when I read what happened with Moon, Inc. And I compare it to what seems to be happening at Turning Point USA. It feels like the company grew bigger than Charlie Kirk, and then they were ready to go to the next level. Like maybe they were presented with an opportunity to become Moon, Inc., and maybe Charlie said no. Maybe.

Anyways back to Korea, yeah, Charlie's last trip, he went to go meet with a pastor and Charlie -- the way it was pitched to Charlie was that they were suffering -- Christians were suffering in Korea. But because they want to get engaged into politics and like, you know, Christians want to vote what Christians are concerned about. But, again, I don't

think that's why the McCoys were pushing for Charlie to go to Korea because, you know, they just got a Holocaust museum. I don't think much Holocaust stuff happened in Korea. It feels like maybe Korea is getting infiltrated like America got infiltrated. I mean, you can guess how many -- how extensive the infiltration is by guessing how extensive the Holocaust education is is what I would say. That's kind of the lesson that I'm looking back and I'm going, that's kind of weird, we didn't learn about this in school. We had to learn about that. Yeah. You have to establish yourself as the ultimate victims before you do the ultimate oppressing vibes. I don't know. Anyways I'll let you read about -- or rather see.

This is the headline from The Korea Herald how a Pro-Yoon pastor was arrested for breaking election law. He was arrested on September 9th. Now, to remind you Charlie was there on the 4th and the 5th for the Build Up Korea conference. So days later he got arrested. And the rhetoric that he was using is interesting. It's very interesting. Take a look at this news clip.

I'm sorry, Skylar.

(Recording begins to play).

Turning to overseas we've been following the case of South Korean pastor, Hyun-bo Sun. His imprisonment has raised concerns about religious freedom in South Korea. The case recently gained more attention when his son Chance (phonetic) spoke in Arizona at Turning Point USA's AmFest. Asia correspondent Lucille Talusan spoke with him following that appearance.

Where he spoke about his father's case. Pastor Hyun-bo Sun remains jailed in South Korea on election fraud charges and has drawn attention from the Korean administration for his stance on biblical truths.

So firstly I would like to thank CBN News for covering my father's use when it was mostly needed. And that's when I believe a lot of Christians in the States especially starting to pick up my father's story. I think this is a great opportunity for Americans themselves to be able to realize what's at stake and what we are to do as brothers and sisters in Christ.

As a show of support, the organization advocates for faith and freedom, has launched a petition for a fair legal process in (inaudible) Sun's case. Support from Americans is also growing. That

includes the late Charlie Kirk who met Pastor Sun (inaudible) at the conference.

My father was able to share what's happening in Korea recently especially to the Christian leaders, including himself and also the possibility that my father would get -- could get arrested. And, in fact, my father got arrested two days after he met Charlie. Charlie made sure that he will use his platform and his voice to let the whole world and America know that this is happening in South Korea. And this was important for him because it was an example, what would happen if you don't speak for biblical truth.

CANDACE OWENS: So just so you know why was he arrested? Well, he was accused of violating a public official election act and a local education autonomy act. Prior to attending a court hearing on Monday for -- on a warrant for his arrest the conservative pastor participated in a protest that was held by Christian groups in which he said that the state is, quote, the same as Hitler and the Nazis, end quote. And his arrest would be a confirmation of his claim according to this article. He shouted the words that Lee Jae-yong has to die for Korea to live.

They're fighting Nazis, guys. Everybody

everywhere is fighting Nazis at all times. It's just the only thing that's ever happened in the history of the world was these Nazis. And obviously if you don't allow this museum to come in and allow Christians to have a leg here, Christians, well, then obviously the Holocaust is going to happen again. I think it's pretty sound. This all feels right to me. If I had to today give you my best guess as to why Charlie Kirk was assassinated, it's because an offer came to him to become the next Moon to turn Turning Point, which is already a $100 million organization, into a multibillion dollar organization like in real estates and purchasing businesses and doing all sorts of things working with the military and the top politics in the world. And you just turn the other way, don't ask questions about where the money is coming from or how you're getting the money, just keep things afloat and keep poisoning the minds of the youth and keep saying that you're doing all of this in the name of the Lord because, you know, why not. If Moon could traffic -- help the CIA traffic in the name of the Lord, why couldn't Charlie Kirk's organization do that? What the hell was Charlie Kirk doing in Korea, okay? This is my best guess. I think this is what Charlie Kirk said no to. I think this is what Charlie

Kirk turned down. And I would imagine that if you're his lieutenants and you're thinking this is a lot of money, a big payday, you might betray him. You might betray him for that. So that's all I have for you today. It's a very long episode but a very important episode to see how all of this comes together. We're going to take a break before I read some of your questions.

(Ad).

CANDACE OWENS: I hope it's obvious to you now that they infiltrated the Christian faith. It's very apparent to me they infiltrated Christian organizations and we are -- we've been under the spell of a psychological operation. That is what happened here. These people are not pastors. These people are soldiers. These people are not influencers, these people are soldiers. And the war is on us. The war is for your mind. And you can recognize this very simply, right? You cannot be a Christian and ignore what's happening in Gaza. You can't just pretend that that's okay. You cannot be a Christian and not pursue truth or try to demonize those who pursue it. I think that's self-evident, right? And, yeah, I hope that this episode has woken a lot of people up. I hope people have been awakened to how severely all of us

have been manipulated, myself included. I will never unsee this, and it is a cancer. It really is a cancer.

If you'd like to support us, our independent work because we are not receiving money from Moon, Inc., we do have new merch on the website. Small team but I feel like we're the little engine that could here. You can buy a hard copy autographed bundle now available at our shop, both of my books, Make Him A Sandwich and Blackout hand signed by me. You can also be sure to check out our Spanish, Portuguese, and French channels now, link in the description.

I'll read our top comment from yesterday's episode. Somebody wrote -- this is really funny. Ben Shapiro is the type of guy that wakes you up to tell you that he's going to sleep.

Absolutely hilarious. Yeah, they're doing more releasing content on my old Instagram channel. It is bonkers, it really is. But they are also just not relevant anymore.

Vera black designs writes, hey, Candace, so Dan Flood's hand signals and the guy in brown in the front row that pulled his sleeves at the exact time that Charlie's life was taken, do you think there was

something there or was it a coincidence?

I don't believe it was a coincidence. You're referring to Rick Cutler. Yes, he has a very complicated history. We haven't even gone into him and his history at the DOD, his family's history. Listen, at the end of the day I feel strongly that an operation to assassinate Charlie Kirk took place on that day and people are implicated. That's -- the how we're still working on. I think we've discovered the why. It makes -- the whole story makes sense, what was going on, Charlie, the DOGE, the offer from Bibi Netanyahu, the weird possession that overtook Christian Zionists to tell you that investigating this would be completely wrong. I feel like Moon, Inc. passed his prologue on that one.

Jennifer K 8033 writes, Candace, have you seen or watched the work that Jon Bray has done regarding his theory on Charlie. It is pretty compelling. I pray for you and your family. Stay safe and thank you for apologizing to the midget horse.

I'm sorry to the midget horse again. Out of control. I was out of control. But Ben is still fake and gay.

Yes, I have seen Jon Bray and the work that

he's doing. I find it to be very compelling as well. And I have been communicating with him behind the scenes. There's so much happening and there are so many rabbit holes to go under. And, again, that's under the category of the how. Until I feel totally certain about how it was accomplished I don't want to produce a theory because I'm under so much -- if I say one thing and I get one thing wrong, then they suddenly pretend, oh, my God, (inaudible) been debunked. The why I feel certain about. I suggested that it was trafficking when I started looking at the route with the Egyptian planes and how they were tracking Turning Point USA Faith and pastors for years. And this sort of infiltration and overtaking of Turning Point USA that this faith -- Faith just came on very suddenly. Like that's not what we were doing. Charlie and I were going around talking about free markets and capitalism. I blinked and suddenly it was -- everything was about the Lord and everybody is talking about the Lord. But spiritually you're like, this doesn't feel like this is about truth or honesty or Jesus Christ at all actually. It actually feels like you're being controlled by people who hate Jesus Christ actually. That's just the vibe that I get.

This person writes, look into Paul E. Vallely. I did already. Retired Army intel officer. He co-wrote the book MindWar (sic) with Michael Aquino who was an Army intel psychological operations officer and an avowed Satanist. Because Paul Vallely is also on the advisory board of Turning Point USA. Well, it doesn't matter as long as you've got a big enough check as we've learned. Who cares if he worships Satan, okay? They're doing the kind of Christianity that can be bought clearly. And, yes, that is true by the way because I have looked into that.

B James --

Actually I should add that, Skylar, so make a note to military connections here because I do believe that he has some connection to Fort Huachuca as well, as we dive back into that.

B James writes, hi, Candace, my girlfriend and I listen to you every episode while we are at work, and then we talk about it when we get home. It would mean the world to her if you could just say a quick hello to Christian.

Hi, Christian. I hope we didn't misspell your name. Is it Christina because it could have been Christina and you could have just misfired there. Whether you are Christian or you are Christina or you

are a Christian Christina I would like to say hello to you and thank you guys for watching the episode every day. I really appreciate that.

All of you, I appreciate you all so much. I loved yesterday seeing Maggie's Instagram blow up. That was awesome. She deserved that. I love that for her. Making the difficult decision at the time but making the right decision. You should always be rewarded for that.

Free our speech writes, Turning Point USA, nothing to see here.

Yeah, never anything to see but pyrotechnics.

Living for his glory daily writes, this is why you have to look at Farris and Dan Wilks. It explains another reason for Ben Shapiro's push against you and the push to get into Turning Point. I'm just a mom who is not blind to the lies anymore. Sending my research tonight.

That's funny you say that because I had a dream. It was so clear. I promise you. You can actually fact check this with village crazy lady, my girl Mel over on X, because I woke my husband up, it was after Ben first attacked me. I was like, that's weird, (inaudible). I had another vivid dream, the

dream was so vivid, it was like if you've ever seen Harry Potter and like when they have the chess board scene and they're having a wizard war, but they're using -- they're playing a game of chess, it was basically a game of chess and Ben was one of the pieces. And what I saw in this dream or how I felt, you know, because there was no words in this, is that he was being sent out. And I woke up at -- (inaudible) at 4:00 in the morning and I said, I just had a dream that we have to look into the Wilks brothers. It was so weird, that Ben, the reason he's sending out -- that he's being sent out is because the Wilks brothers are freaking out about something. Swear to you. Mel, village crazy lady, can show you the text. Because I then woke up and I messaged -- I woke up and I got started and Mel messaged me, and she said something about the Seven Mountain Mandate and then she mentioned the Wilks brothers. And I was like, that is so crazy that you are messaging me this because I had a dream at 4:00 a.m., they were not on my mind at all. I don't actually really know anything about them. It's not like they've ever been a part of The Daily Wire operations or anything, but they do fund PragerU, they do fund turning -- sorry, I said Turning Point. They do fund PragerU, and they do fund

The Daily Wire. And they are not, you know, Evangelical Christians. They fund the megachurches, they started Rob McCoy's church. Actually they funded it. So that was interesting, which is what she was telling me. And I looked into it, and all that is true. Anyways (inaudible) my dreams before everyone starts freaking out. But I'm still going to talk about my dreams especially when they're that vivid and I have never dreamed more vividly and more precisely than since Charlie Kirk has been assassinated. It's unbelievable. Like it's -- it was disturbing me in the weeks after his death how vivid the dreams were, how I was being woken up from my sleep. I imagine this is exactly what Charlie was going through in 2018 when he was having visions that he was going to die. That's kind of what's happening to me now about different things that have happened in this investigation or, you know, things that were happening with Charlie. Anyways for whatever that's worth.

And just reminding you guys before we sign off that we have a two hour book club tomorrow. We will not have an episode, but we will have a two hour book club because we're going back to not doing Friday episodes unless we do an occasional thing that we toss you. And that's to make up for the book club that we

missed at the end of last year.  So it will be at 4:00 o'clock p.m. Eastern.  If you have not signed up to the book club, you should.  We get to get much deeper into these topics, and you can do that by just going to candaceowens.com.  Beyond that, you guys, we will see you on Monday.

*    *    *    *    *

I the undersigned, Joy Beth Kennedy, court reporter for the State of Tennessee, do hereby certify the foregoing transcript is an accurate reflection of the contents of the recorded podcast and was transcribed to the best of my ability.

I further certify that I am neither attorney for, nor related to the parties to this cause and furthermore that I am not a relative of any attorney or counsel of the parties hereto or financially interested in the action.

----Joy Beth Kennedy---

Joy Beth Kennedy, LCR, CCR