

-----------------------------------------------------------

**Shawn Ryan**
**Brian Harpole - Groundbreaking Evidence**
**From Charlie Kirk's Head of Security**
**Episode 254**

-----------------------------------------------------------

**November 17, 2025**

-----------------------------------------------------------

**Joy Kennedy, LCR, CCR**
**20th Judicial District**
**Nashville, Tennessee  37201**

SHAWN RYAN:  Brian Harpole, welcome to the show.  Thank you for coming to the show.

BRIAN HARPOLE:  It's a pleasure, Shawn.  Thank you for letting me be here.

SHAWN RYAN:  Thank you for coming, man.  So a very heavy interview today.  And so you were in charge of the security detail and the company when Charlie Kirk was assassinated exactly two months and one day ago?

BRIAN HARPOLE:  Yes, sir.

SHAWN RYAN:  And, you know, I've been really quiet about this matter because so many people are out there on it and it just -- it's a real shame, but it just got to be so much that I just did not trust my own eyes, ears, what I was reading, what I was watching.  And I think a lot of people sensationalized this.  And -- and that is a real fucking shame, and it makes it impossible to find the truth.

BRIAN HARPOLE:  It is.  And it's not a word but -- you said sensationalized but advantagelized (phonetic), take advantage of it.  It's almost like sickening.  It has been and really that's kind of what drove me to come here.

SHAWN RYAN:  Well, Brian, I know you and

your team are taking a lot of flak. And, you know, I just -- I commend you for the -- for the courage to come out and talk today on the show. And I just want you to know that -- you know, I'm not a combative interviewer. I do have some tough questions that will be at the end. The questions that I've seen all throughout the internet, questions that people have, questions that I have. Some of them may seen a little absurd, but I think it's important to just address all the major ones, at least all the ones that are on my radar. And -- and so I just once again want to thank you for coming.

BRIAN HARPOLE: Nothing -- if it's -- nothing is out of bounds except for something that may be covered in a NDA that I did for a specific incident for them. And so if that's true, I would just say that. But literally -- that's the big thing is it's -- I'm sitting here, but the team is here.

SHAWN RYAN: Okay.

BRIAN HARPOLE: And that's the big deal. And I'm representing them.

SHAWN RYAN: I want to -- and I also just want to say, you know, one, rest in peace to Charlie Kirk, and God bless his family. And number two, I've lost friends, and I'm familiar with those type of

scenarios.

BRIAN HARPOLE: Uh-huh.

SHAWN RYAN: And I just want to say that I'm really sorry for what you and your guys are going through with losing your friend.

BRIAN HARPOLE: Thank you.

SHAWN RYAN: And also with everything that's coming along with that so ...

BRIAN HARPOLE: Yes, sir.

SHAWN RYAN: But everybody starts off with an introduction here. Brian Harpole, a highly decorated law enforcement veteran who served as a police officer in Texas for 14 years. In 2008 you entered the private security world as operations manager for an elite Texas based security firm where you specialized in executive and personal protection. Now you are a global private security contractor and trainer running your own company, Integrity Security Solutions, across five continents. A graduate of Columbia College, you earned a master peace officer license from the State of Texas along with graduating from the International Law Enforcement School of Police Supervision in south -- in Southern Methodist University's CAPE intelligence program. Most importantly you were on the stage with Charlie Kirk as

the head of his contracted security detail on September 10th when he was assassinated.

It's been two months since this tragedy, and there are a lot of unanswered questions and people are starving for some answers. I know a lot of people are going to be very interested in what you have to say today, but I want -- I just kind of want to give it to you right now and give you the opportunity on why -- why you've decided to come out.

BRIAN HARPOLE: You hit it. It's -- there's so much out there, and there's so much out there that's not true. And I was talking to your staff earlier (inaudible). I'm older, right, and I have guys on my team or our team that are younger. And if the truth doesn't get out there, it could hurt their, you know, 20 more years of work. And that's not fair.

SHAWN RYAN: Yeah.

BRIAN HARPOLE: And these are stellar individuals.

SHAWN RYAN: Yeah.

BRIAN HARPOLE: These guys are stellar. And, you know, we've worked with just about every agency and police department across the nation and the larger government, you know, FBI, Secret Service, and

Case 3:26-cv-00556    Document 31-6    Filed 08/06/26    Page 5 of 132 PageID #: 454

I've got guys who will come up to me and say, where did you get your guys, where did you get these people. And the only response I've ever been able to make sense is I just tell them I prayed them in and they came in. You know, our selection process is unique, unparalleled.

SHAWN RYAN: We'll get into that.

BRIAN HARPOLE: Yeah.

SHAWN RYAN: So (inaudible) that cross on your jacket (inaudible) I thought it would -- I thought it would be good to start this episode with a prayer.

BRIAN HARPOLE: Absolutely.

SHAWN RYAN: Are you okay with that?

BRIAN HARPOLE: It's what we all should do.

SHAWN RYAN: All right. It's going to be super simple here. Jesus, I just want to thank you for having Brian here today, and we have just a couple of goals today with this interview that we ask that you be here with us in this interview. And we just want to bring some answers to unanswered questions (inaudible) today and avenge Brian's team of these accusations and conspiracies. And we basically just want to clear the air and get rid of the confusion, and we hope this helps. And we also just want to pray

for Charlie and his family, and we hope that this rise in political violence comes to an end real fast. Amen.

BRIAN HARPOLE: Amen.

(Ad).

BRIAN HARPOLE: Thank you.

SHAWN RYAN: My pleasure.

BRIAN HARPOLE: I believe in that. The power of prayer is unbelievable.

SHAWN RYAN: Me too.

BRIAN HARPOLE: I've received prayers from people from all over the world and texts, and I would tell them they're heard and felt and they are. They are.

SHAWN RYAN: Well, good then.

BRIAN HARPOLE: Yeah.

SHAWN RYAN: Well, we got a couple of things to get through.

BRIAN HARPOLE: Yes, sir.

SHAWN RYAN: This seems like -- I don't even want to give this to you, but everybody gets one so I've got to do it.

BRIAN HARPOLE: What's that?

SHAWN RYAN: But --

BRIAN HARPOLE: Oh, no.

SHAWN RYAN: Everybody gets a bag of gummy bears.

BRIAN HARPOLE: Absolutely. I -- I was looking forward to it for a couple of reasons. One, my fiancee loves this type of candy, and so I'll definitely share it with her.

SHAWN RYAN: Right.

BRIAN HARPOLE: And then -- they're known for that, and so I appreciate it. Thank you. Thank you very much.

SHAWN RYAN: You're welcome. You're welcome. And I have a Patreon account. It's a subscription account. They've been with me since the very beginning when I started this in the attic of my house. And it's turned into one hell of a community, and so one thing I do is I just offer them the opportunity to ask every guest a question. And so this is from Amber. What is your favorite memory with Charlie?

BRIAN HARPOLE: Man. It's odd. It was recently believe it or not. And it -- it kind of made me feel like I was just hanging out with him instead of working. And we were in Japan and we had finished -- I mean, it was like a back breaking tour of South Korea. We went to the DMZ and then did a lot

of stuff around there, and then we had went to Japan, Tokyo. He did some speeches. And a couple of us had went to a dinner afterwards, and Charlie just loved Japan. He was like, man, something -- we had a bet and we were playing a game that if we could find somebody in Japan taller than him. And so we were all -- we're already like on guard looking, scanning, but then you get this secondary thing behind you, like did -- are we going to find some guy that's as tall as this guy, which is absolutely hard to do. And then afterwards we went to dinner and we were -- he was just eating sushi, and we were laughing and having a good time. And it was a safe environment. So the access was controlled, and it was just these goofy things like you were sitting around a table in high school with a bunch of guys that you were cutting it up with. And I just remember he was like -- he really loved the sushi. And he was like, Brian, are you going to eat that . And I was like, no. And he just starts eating it off my plate. And I'm like, yeah, yeah. And he was just like, man, this is -- it was cool, you know. He had never been to Japan before, and he got to see some really cool stuff there. And he was just on a high about it, and so he was not Charlie Kirk. He was just a guy. And then so it was

a very cool experience.

SHAWN RYAN:  That's cool, man.

BRIAN HARPOLE:  It was.

SHAWN RYAN:  That's cool.

BRIAN HARPOLE:  Yeah.

SHAWN RYAN:  Well, Brian, like I said in the interview, I want to really clear the air with a lot of things.  And it's going to be some uncomfortable questions.  But, you know, I've thought a lot about how I would do this interview, and I think it is most similar to the Blackwater one that I've done.  And so one of the things -- you know, I'd like to talk a little bit about your background, your company, the training that's involved in your company. And then we'll get into some actions on and stuff. But, you know, I mean, this is just -- this is just so wild.  I mean, we've heard -- we've heard it was a right-wing nut, a left-wing nut, Israel, a trans person, a trans person's boyfriend.  I mean ...

(Ad).

SHAWN RYAN:  At the time there were compelling arguments for every one of those single avenues.  You know, and I think -- you know, there's a lot of people that don't believe that this Tyler Robinson kid is the shooter, but I just -- you know,

we'll dissect all of this stuff as we go on, and then at the end I want to ask what questions you have, you know, from somebody that was being there, somebody that had their hands -- the first ones to have their hands in the wound.

BRIAN HARPOLE: Uh-huh.

SHAWN RYAN: So let's start with -- you know, let's start with a little bit of your background in law enforcement and what qualified you to get into this type of --

BRIAN HARPOLE: Yeah, I came from a law enforcement family. My dad was a cop for 47 years, and he was a worker. He is still a worker. He was kind of like a role model for that. And so I was kind of hell bent when I was in my early 20s that that's not what I was going to do and then just kind of got gleaned into that, recruited into that. I did 14 years at that and kind of my area of specialty was I -- I had the ability to go out and find bad guys. And that was kind of what I did . Whether it was just, you know, seeing the physiological movements of people in crowds or even in cars and then the way they walk. And so you notice that, you recognize it and how you can look at the way they act when they see you or they're trying not for you to see them. And so you

can couple that and use that to make contact and conversation with people. And then you find a lot of bad guys. And so I kind of specialized in that and then also did emergency medicine. And so I had some really great mentors. Like I said, my dad, a guy named Jerry Vennum, Bill Waybourn, Keith Lane, just phenomenal mentors in law enforcement that just kind of took me under their wing and/or slapped me when I needed it. And we all need it sometimes.

SHAWN RYAN: Did you ever exchange gunfire?

BRIAN HARPOLE: I had been shot at and then shot guys, a lot of the times with non lethal shotgun rounds.

SHAWN RYAN: You have?

BRIAN HARPOLE: I have.

SHAWN RYAN: So you know what it's like to be shot at?

BRIAN HARPOLE: Sure, sure. We -- you feel it. I mean, I was close enough one time I remember a guy shot at me with a shotgun and you don't -- I remember that -- it kind of sounds weird, but you see it. I remember seeing his hair puff up because the gun was so -- the shotgun was so short.

SHAWN RYAN: Wow.

BRIAN HARPOLE: And so I remember seeing

the wadding come over my head.

SHAWN RYAN: No kidding.

BRIAN HARPOLE: Yeah. And so I was like, that means he missed, you know --

SHAWN RYAN: Yeah.

BRIAN HARPOLE: -- because the wadding is after the bullets. But --

SHAWN RYAN: Man, I got shot at with a shotgun one time.

BRIAN HARPOLE: Yeah.

SHAWN RYAN: In Yemen. And I thought a fucking kid was holding a sparkler out towards me.

BRIAN HARPOLE: Oh.

SHAWN RYAN: It turns out it was a shotgun.

BRIAN HARPOLE: You feel --

SHAWN RYAN: (Inaudible).

BRIAN HARPOLE: This guy was --

SHAWN RYAN: Luckily I was in an armored vehicle.

BRIAN HARPOLE: -- a little over 40 something feet away. And so you -- you know, you feel it. You feel the blast, right?

SHAWN RYAN: Yeah.

BRIAN HARPOLE: And so grace of God he missed. But the career, you know, kind of like I

said, had some really good guidance starting with my dad all the way up to these other mentors. And there was an expectation of work back then where you went out and produced and integritized (phonetic) work and you go out and find bad guys. And then when you did that, you kind of got a skill, developed a skill. We called it -- you know, you started sharpening your own sword. And then that kind of helped me transition over into this field where it's about prevention and seeing it before it happens, right? And so that was able to really help me in this field go out and work and even in austere places. And I've done some work on the private security side that makes law enforcement, the most dangerous stuff I did in law enforcement, pale in comparison.

SHAWN RYAN: Uh-huh.

BRIAN HARPOLE: We -- I worked cameras inside of cartel houses in Juarez.

SHAWN RYAN: Wow.

BRIAN HARPOLE: Yeah. And we were looking where kids were being trafficked. Like we went in to shop for children, and we were capturing that footage.

SHAWN RYAN: Shit.

BRIAN HARPOLE: And we got made inside. And then --

SHAWN RYAN:  That was as a civilian?

BRIAN HARPOLE:  Yeah.  Yeah.  Yeah.

SHAWN RYAN:  Wow.

BRIAN HARPOLE:  And then I did the same deal --

SHAWN RYAN:  Can I hear more about that?

BRIAN HARPOLE:  Sure, sure.

SHAWN RYAN:  You were -- you were on a civilian contract --

BRIAN HARPOLE:  Uh-huh.

SHAWN RYAN:  -- to go into cartel homes?

BRIAN HARPOLE:  Well, it was a NGO based out of Dallas that specializes in helping people that are trafficked.  And we were in El Paso working during the surge of people coming over to document that.  And I was providing security for the people that were reporting it.  And then I don't know how they came on the intel, but inside of Mexico in Juarez there was a hotel that they found out that where the kids get warehoused.  And so they were like this would be great footage.  And I was like, this is horrible, you know.  And so we -- we ended up going over and posed as shoppers basically.  And the guy gave us a tour, we went into this room.  It was about 50 feet long but only probably 10 feet wide.  And you can tell like

that it was just like bed, bed, bed, bed. And these guys were -- I guess that's where you go in and shop. I don't know. But nobody was in there. There weren't any children in there at the time. And then we went back downstairs, and we were in the lobby and kind of talking to the guy behind the desk. And you can tell he's like, I guess, the front for it. And I saw a guy look -- look through the window from outside and with his head he counted us like that. And then he picked up the phone, and he said that into the phone. And I told him, hey, man, we just got made.

SHAWN RYAN: Shit.

BRIAN HARPOLE: And so we ended up going out of Juarez at a secondary exfil location, and we ended up having to go out in New Mexico instead of Texas. And so just -- we got some great footage.

But then we did other ones where I went to Piedras Negras and wore a camera and showed how people would come back across and I don't want to say be harassed but be screened. You have to pay a fee to leave Mexico, and then you get checked when you come to the border, the middle of it, and then you get interdicted. Why were you there, what did you do, what did you eat. And then so I'm getting interviewed, but at the same time the camera crew was

filming literally hundreds of people just walking across unabated. And so you got to see both of those at the same time.

SHAWN RYAN: Wow.

BRIAN HARPOLE: Yeah. And things like that. Really good missions in South Africa doing things, same deal. And so there's good work to be done.

SHAWN RYAN: So you've got a lot of experience.

BRIAN HARPOLE: I mean, experiences. I have got experience through experiences.

SHAWN RYAN: Uh-huh.

BRIAN HARPOLE: And so -- and I've had -- it's really a gift, a luxury. And I'm happy to have it.

SHAWN RYAN: How long have you had your company?

BRIAN HARPOLE: We started Integrity three years ago, and we actually worked for another company prior to that with Charlie. And there was -- in 2022 is when we started it and started doing that. We worked for him for the other company prior to that. And there's some conjecture out there on the --

SHAWN RYAN: For Charlie?

BRIAN HARPOLE:  Yes, for Charlie and other accounts.

SHAWN RYAN:  How long have you been working for Charlie?

BRIAN HARPOLE:  Since I believe it's '18.

SHAWN RYAN:  Since '18?

BRIAN HARPOLE:  '18, yeah.

SHAWN RYAN:  So seven -- it had been seven years?

BRIAN HARPOLE:  Seven years.  Almost eight years, yeah.

SHAWN RYAN:  Wow.

BRIAN HARPOLE:  Yeah, so ...

SHAWN RYAN:  So when you started the company, did you take the -- is it the original detail that started in 2018?

BRIAN HARPOLE:  Pretty much the same guys.

SHAWN RYAN:  You guys have been together for a long time.

BRIAN HARPOLE:  Yeah, we're -- we've added obviously and lost a few.  You know, not -- a different company, we lost that company lead or that company for reasons that we couldn't stomach that were going on.

SHAWN RYAN:  Uh-huh.

BRIAN HARPOLE:  But that's why we started it, this company.  And that's why we named it Integrity.  You know, we name things and it's a we company.

SHAWN RYAN:  Tell me about the vetting process to get into your company.  What does it take to become a security contractor for Integrity?

BRIAN HARPOLE:  It's a --

SHAWN RYAN:  What are you looking for?

BRIAN HARPOLE:  Yeah, it's a weird -- for the industry it's kind of weird.  We have a group of guys that are from the original.  We call them the OG guys and so -- and then we have the add-ons that have come in.  And then so a guy that wants to come to work for us, he has to get sponsored in by one of those people that are already here.  And so -- you know, I'd like to come to work for you, and so somebody vouches for him.  And so then he comes to our training facility and we train -- if you're in town not working a detail, we train every Wednesday.  And so it's, you know, defensive tactics, emergency medicine, techniques, PSB techniques, firearms.  And so that's every Wednesday.  And so they come out and they train with us for an undescript amount of time.  Some guys it's a month and a half, two months.  Some guys it's

six, seven months. You know, there's no time line. And at the end of that time the team gets together, and they give them the thumbs up or thumbs down. If they get the thumbs up, then they start the vetting process of, you know, what did you do, are you a good dad, are you a good person, are you a -- were you a good previous employee. You just start the normal vetting process after that.

SHAWN RYAN: So you go through all of the skills?

BRIAN HARPOLE: It's not skills. We -- we have guys that come to us that the skills are not what they need to be. But we as a team can collectively teach that, but what we can't teach is if you're not a jackass.

SHAWN RYAN: Yeah.

BRIAN HARPOLE: Like can you work well with the team, can you think of people besides yourself. And sometimes that can't be taught, but sometimes it can.

SHAWN RYAN: Uh-huh.

BRIAN HARPOLE: But and so that's important. Those physical skills, the hard skills and the soft skills can be taught. And we have quite a collection of guys that do that.

SHAWN RYAN: Man, you know, we have some statements from your guys here. And I don't -- I don't know if you want me to read any names --

BRIAN HARPOLE: No, they said they're fine with it as long as it's just first names.

SHAWN RYAN: I mean, here's -- you know, Blake, combat proven marine. Pierce (phonetic), more talent than everyone -- I mean you have SEALs, world renowned jujitsu people, 22 years on SWAT, professional athletes with tactical careers, 22 years as a Navy SEAL, marine and 30 year cop and SWAT commander. I mean, these guys know what the fuck they're doing and they're not stranger to --

(Ad).

SHAWN RYAN: -- dangerous work.

BRIAN HARPOLE: No. And they come in with that, but we have a saying that says -- because they come in with that kind of pedigree and they're vouched in based on that a lot of the time. But we have a saying that your past achievements or affiliation are not equal to your current capability.

SHAWN RYAN: Uh-huh.

BRIAN HARPOLE: So that's why they still have to come show that they can do that stuff still and still have the hard set --

SHAWN RYAN:  Yeah.

BRIAN HARPOLE:  -- and still have the soft set to --

SHAWN RYAN:  Make sure your skills match your ego?

BRIAN HARPOLE:  Right, right.  And/or your resume.

SHAWN RYAN:  Yeah.

BRIAN HARPOLE:  And so it's a -- that also builds cohesiveness.  And I've never in my years as a cop or until we started this group, even at the prior company, we didn't have it, it was -- it was a weird relationship between the team and the guy who owned it.  But this one, we've got grown-ass men when we finish training telling each other they love them and then we leave.

SHAWN RYAN:  Nice.

BRIAN HARPOLE:  Yeah.

SHAWN RYAN:  I mean, what is the -- what does the ongoing training look like at Integrity?

BRIAN HARPOLE:  It's -- it's a mandatory. I mean, I -- the guys are required to do it by our written policy 40 hours a year.  And 20 of it has to be internally, and 20 of it has to be -- can be externally.  Most of the guys, I did the averages and

I sent in our training logs and we keep them electronically so that they're not -- they can see that they're time and date stamped with what we did and why we did it.  And most guys get around 200.  Some of the guys are getting 400 hours of training a year.

SHAWN RYAN:  Wow.

BRIAN HARPOLE:  Yeah.  And it's advanced level.  It's not sitting around like cop days where you're watching videos of, you know, how to get along better with people that don't think like you, you know.  It's real things that are applicable to what we're out there doing right now today and how we can raise to the next level.  And it's ongoing.  There's an expectation for it.  And we've lost guys because they didn't keep the hours.

SHAWN RYAN:  Uh-huh.

BRIAN HARPOLE:  And they were good -- they were good humans, I mean, good people that just time lines couldn't line up or, you know, things going on at home.  And so they had to get laid off or furloughed and told , hey, when you come back and start all over -- but the process started all over, you know.

SHAWN RYAN:  I would like to -- I would

like to -- I mean, we had a little conversation before we jumped in on the interview. And when you told me, you know, the process that you had developed, you know, to be vouched for to work for Integrity the actual training pipeline, the -- you know, all the guys on the detail have to give a thumbs up or a thumbs down, I mean, I think that's a phenomenal way to hire for a security firm. On top of that, I mean, the ongoing training, I mean, you had brought up medical when we were chatting upstairs. You had brought up obviously firearms training. I mean, you even -- you even brought up etiquette classes that you would bring people onto the range and ask them what fork they're going to use.

BRIAN HARPOLE: Yes.

SHAWN RYAN: So that -- so you are very, very detail oriented.

BRIAN HARPOLE: You have to be. You're in kind of a zero fail and, you know, we see that now of work here -- I used to -- I would tell guys that come in from the law enforcement side, it's like, man, back when we were cops if somebody got -- if something happened to them and they're in your beat, ten cars got stolen or, you know, 50 mailboxes got bashed, you went out and you were just like, sorry, and took the

report and you went back to work and you got paid the same.

SHAWN RYAN: Uh-huh.

BRIAN HARPOLE: In this industry if something happens, by no fault of your own even, like that, you're done, you know, with that client. And there are people in the woodwork that will come right back in and do it for cheaper probably.

SHAWN RYAN: Uh-huh. Uh-huh.

BRIAN HARPOLE: And so it has to be that mentality that we have to be that much better every single time you step on a job. You have to -- it's -- you know, people say 110 percent rule. I'm like, it is. It's 110 percent, but it's 110 percent of something that has to be to benefit the big picture. Not yourself. Everything, the whole job, the detail. And you get guys together and you put them through that mess to get on the team and you've developed something that can't be replicated. I mean, we vacation together, we Christmas party together.

SHAWN RYAN: It's a brotherhood.

BRIAN HARPOLE: It is. It is. And once -- once you -- there's another step to it, it's so close that once you've made it through those steps and you're on the team and then you still have to put that

kind of effort out and then -- and then once you put that effort out and have shown even on jobs that you -- you truly can think about everybody, the client, the team, the big picture, what we're believing in, then the team gets together and then they authorize them to get the tattoo. And they get to get a tattoo, you know, brothers in Christ for eternity.

SHAWN RYAN: Wow.

BRIAN HARPOLE: And so --

SHAWN RYAN: You guys are tight.

BRIAN HARPOLE: Yeah. It's -- it's where it should be.

SHAWN RYAN: You guys are tight.

(Ad).

SHAWN RYAN: When you're screening your employees or the guys -- I have to ask this question, I have to ask it.

BRIAN HARPOLE: Of course.

SHAWN RYAN: Do any of your guys have any ties to any foreign intelligence agencies, more specifically Mossad?

BRIAN HARPOLE: No. I've seen that and heard that. And, you know, I've been in 39 countries in this world, and I've never been to Israel. I'm a

firm Christian.  I ask our guys, are you believers. We have no ties to Israel or Mossad or any other one. We're Americans, period.  We believe in what we're afforded to do here, we believe in our system.  And to say that we're Mossad or attached to any type of foreign entity, it's one of those -- it's crap on its best day.

SHAWN RYAN:  Do you have anybody on your team that you think could be tied to an extreme political party who is planning assassinations?

BRIAN HARPOLE:  No.  One, we're in each other's business.  Where they have the time for it, I wouldn't know.

SHAWN RYAN:  Uh-huh.  Yeah, you had mentioned some of these guys are on the road 250 days a year --

BRIAN HARPOLE:  Yeah.

SHAWN RYAN:  -- with Charlie.

BRIAN HARPOLE:  Yeah, just working.  And it's not just that, it's -- I mean, a lot -- we do a team trip every year down to an undisclosed location. And some of the guys are there now.  Some of the guys left yesterday after that job ended.  I'll be going down the night before -- I mean, tomorrow.  So we know what each other does.  We know their kids' names and

their spouses. And it's like if they're doing it -- and they're not -- they wouldn't have time for us not to notice. And then the heart of these men, they're going to pour this out, we all -- you took an oath, I've taken an oath. Most of my guys have taken an oath. And it's different in the security industry. You know, you're not taking an oath for your client, but you are taking an oath to each other.

SHAWN RYAN: Uh-huh.

BRIAN HARPOLE: And so they wouldn't do that to the client, but they really wouldn't do it to me or to their coworker.

SHAWN RYAN: Uh-huh.

BRIAN HARPOLE: And so that's one of those things, it's like, no. If you know us, those allegations become even more idiotic.

SHAWN RYAN: Yeah. And you say this with 100 percent certainty?

BRIAN HARPOLE: To my death.

SHAWN RYAN: Roger that.

BRIAN HARPOLE: To my death.

SHAWN RYAN: Let's move into the threat assessment and the preplanning for the event.

BRIAN HARPOLE: Absolutely.

SHAWN RYAN: How many days prior were you

guys there?

BRIAN HARPOLE: We generally -- the permitting process and all that goes on behind the scenes. And then there's questionnaires that are filled out that -- we used to, there was a lot of busy work. And then so, you know, kind of like in the military what you did, we create forms that, hey, let's get this information up front.

SHAWN RYAN: Uh-huh.

BRIAN HARPOLE: So that we have a duplication process so that we can confirm it. And so we started our first before that one, the 24th of the month prior. And so that was with the hard conversations, meetings.

SHAWN RYAN: You started that on the 24th?

BRIAN HARPOLE: Uh-huh. Right. And we --

SHAWN RYAN: That's two weeks previous.

BRIAN HARPOLE: No, it started before that with the intelligence gathering and all that. But the hard conversations, the sharing of information, the conference calls, the data sheets. And we put that in a time line on an app. So this all goes up and every guy that's on that job can see all the intel that comes in. It's a decentralized command model for the company. And so anybody can make command decisions

for the betterment of the client or the team. And so everything goes on that app. And so when I get it, they get it. And when whoever is gathering that intel, it gets it. There's no hold. There's no power hold on it. And so that first information came in on the 24th and then the information share starts where we're walking through, you know, everything that you need for a detail. The side plan, point of contacts, emergency fall back locations, the hard rooms, arrival points, hospital, you name it, fire department, jurisdictional authorities, all that comes in on an intel sheet and gathered. And then it's in that quick reference app so any guy can get it at any time if they want to. And we can share it at any time. We can add people into it, take people out of it. And so we found also that we utilize that format and it shows that we do -- it can time stamp our due diligence also. And so that's why we use that as opposed to just, you know, sharing it back and forth or doing it on a whip-it pad. So we have that in real time, and so that starts then.

SHAWN RYAN: What kind of -- I mean, in the beginning when I was kind of looking into this before I realized I'm never going to find any answers, we've seen a lot of Charlie's friends, people littering the

media, you know, come out and say Charlie had very specific concerns about Israel and that his opinions were changing about Israel and that he had expressed concerns about this to various media personalities. You know, my question is: Is the man that owns the company that's in charge of his security detail and you are the head guy on his security detail, were there any concerns about that or any other organization, political party, foreign nation, did he express any of those concerns to you?

BRIAN HARPOLE: No. And we -- Dan worked for Turning Point as their security guy. And so Dan feeds down that to us to our contract to security, which is for Integrity.

SHAWN RYAN: Uh-huh.

BRIAN HARPOLE: And so nothing had ever come -- now, from -- from Dan from Charlie down to us about that. Now, at the same time you've got to look at the world we live in.

SHAWN RYAN: Uh-huh.

BRIAN HARPOLE: And that's a reality. It's a reality that it -- an organization, whether it be a hate group of any type, could want to hurt anybody. Not necessarily Israel. But we look at mathematics, too. And there's probabilities and possibilities,

right?  And I look at the probabilities.  The possibilities are infinite.  And the probabilities are that it's not.  The probabilities are the people that want to hurt him are the people that are there screaming things at him in front of us half the time.

SHAWN RYAN:  Uh-huh.

BRIAN HARPOLE:  And so we have to look at those probabilities and the mathematics.  We look at the possibilities, too.  And those possibilities, I'm sure, are out there, but we never got any detail or intel to show that, yeah, we should look into this deeper.

SHAWN RYAN:  I mean, it's just -- it is very interesting that if he was that concerned about foreign nations or opposite political affiliations, I mean, if he was that concerned, I don't know why that wouldn't have been disseminated down to the security detail.  I mean, I have a security detail.

BRIAN HARPOLE:  Uh-huh.

SHAWN RYAN:  And if I feel that there is a threat, even if it's just a feeling, that's the first people that I tell is my security detail.

BRIAN HARPOLE:  We looked at -- you know, we look at all that and you can go back and look at his speeches.  And Charlie was a -- an absolute

supporter of Israel. And then he would say -- and they would ask him why. And then so, you know, we're in those things and we're listening, but at the same time you're looking.

SHAWN RYAN: Uh-huh.

BRIAN HARPOLE: But you hear these things and you hear them -- and I can remember him saying, you know, he was a supporter of it because, one, a nation should be able to defend itself after they've been attacked. Two, Charlie was a devout Christian to the point that he gave his life for it. And he -- he referenced this and I heard him reference it where those places that are our holy land are being taken away from us and being able to visit and that you can't go there. And so that protection of Israel was important to him and those holy sites. And he had been there. And so he had talked about being there and how it changed his life. And so that's why those sites in that area was important for him to protect. Now, how you can derive Israeli hit men out of that, I have no idea.

SHAWN RYAN: Uh-huh.

BRIAN HARPOLE: But we have never received anything from the FBI, which they were pretty good about sharing information, Secret Service, because,

you know, through Charlie's circle. And we had never received anything from anybody that was credible that was saying that groups of that entity was a threat to him. We received other ones, other threats all the time.

SHAWN RYAN: Uh-huh.

BRIAN HARPOLE: They'll call. You know, they come in all the time. And so you've got to look at them. Are they First Amendment, or are they actual threats?

SHAWN RYAN: Uh-huh.

BRIAN HARPOLE: And so, you know, First Amendment threats would come in and these people are -- have disgusting -- they're like, Charlie, I can't wait until you come to, you know -- it was somewhere on the west coast, I can't remember what town it was, but I can't wait for you to come to this town so that -- I hope somebody shoots you in the head and we can pee in the hole.

SHAWN RYAN: What?

BRIAN HARPOLE: Yeah, yeah. It's like where do you -- where do you get this kind of stuff?

SHAWN RYAN: Man.

BRIAN HARPOLE: And so where do you -- where do you -- what are you benefiting from it,

right?  And so am I going to -- am I going to spend an exorbitant amount of time with the possibility that I don't have any tangible intel on and haven't received any or am I going to put my eggs into this basket that's a probability right here?

SHAWN RYAN:  Uh-huh.

BRIAN HARPOLE:  You know, and so it's probable.  These people were doing it with bomb threats routinely.  Physical, you know, threats to person.  And so you've got to look at all these things and work those angles.  Dan did that meticulously, and he shared that information with us.  And so it -- if that came in, we got it.  And we never got anything that -- no Mossad or nothing that was -- never, not once.

SHAWN RYAN:  Did anybody -- I mean, you know, I've interviewed a lot of war fighters.  I'm a war fighter.  A lot of times somebody on the team will have some type of a feeling or a premonition, you know, hey, we shouldn't be here right now or something is about to happen, I don't have a good feeling about this.  Did anybody on your team or Charlie, anybody, express any concerns about that day?

BRIAN HARPOLE:  On that day -- for us personally when you walk in -- you know, we talked

about work-up, right? So we start the back work-up. And then we're a little different also as far as our guys don't get to just show up. The team goes out, and we physically build all of our prevention model. So they don't show up and just see it. They physically build it, and we walk through it with each other and we make sure things are done right. And so our guys are pulling by cracks and putting them together, and they're putting tape up and they're looking at places all around the bubble that our area of responsibility is. And so, you know, they're looking around thinking, God, this is horrible. You know, we're at -- it's a beautiful amphitheater there at UVU, but, you know, you're -- you're a tactician. If you're somewhere and you're covered from an elevated position from 180 degrees, it's horrible.

SHAWN RYAN: Uh-huh.

BRIAN HARPOLE: And that's where we were. But that's come out, why would they have it there. This is ignorance, you know, it's a security fail. And I'm like, well, one, that's where they told us we had to have it. We weren't optioned out anywhere else.

SHAWN RYAN: Uh-huh.

BRIAN HARPOLE: There's a permit you have

to get and the school says, no, this is where you have to have it. We don't get to argue with them. You know, we don't get to say no but ...

That's it. This is where you put -- this is where you have to do it. And then secondarily Charlie liked it. There weren't -- it wasn't ticketing. You didn't have gates. People, regular people, showed up. And we had spoke to them about it before. And it was like, man, this is getting dangerous, you know. And his response was, I know. And so it's like but if you ticketed and you make people jump through the hoops to come in or pay or go through magnetometers, then the people with opposing views don't show up and then there's no conversation. And when there's more conversation, there's more division.

SHAWN RYAN: Mmm.

BRIAN HARPOLE: And his goal was to have less division through conversation. And so the easiest way to get that was to open it up. And so that's not the first -- I mean, UVU was an open air, but we did it in San Francisco where we had a street takeover and people trying to climb over fences. And, you know, our primary and secondary exfil got compromised, and so it was bad.

SHAWN RYAN: Wow.

BRIAN HARPOLE: And so we've had New Mexico where we had no law enforcement assistance and -- not last year but the year before. And we ended up just physically fighting our way out of there. And so it's like, we get it, the risk. But his response and his -- you know, his mentality was that this is worth it, we're making gains here.

SHAWN RYAN: In your coordination with UVU, I mean, did they offer any assistance, anything at all?

BRIAN HARPOLE: Yeah.

SHAWN RYAN: Did you ask them for anything?

BRIAN HARPOLE: Absolutely. So we come in and we start looking at things immediately like where's our -- where are our risks? You know, what's a risk assessment when we come in? That's why we get there, that's why we start doing the advance so early. We walk it, you know, we build it ourselves. And -- and so initially we have -- I spent thousands of dollars on drones last year and got the guys licenses. But if the area lies in the Provo, Utah air space, I can't fly it. That's a 107B. We can't break the rules, right? And then you have secondary restrictions, probably due to heavy foot traffic for

the school, but I can't go in and break the rules. There's laws for a reason. And then -- and so now the school could have flown drones, the PD, but they didn't have them, right? And then -- and then so but Orem PD has a drone unit, active and professional. And that police department, I will tell you right now is awesome. They are -- they get it. They were there, they helped both on the soft side and the hard side. And so I started asking questions like, do you guys have a drone unit? Yeah, yeah, yeah. Good, good. Do you have a MOU or a mutual aid agreement with the school? They were like, yeah. I said, did they call you and ask for assistance? No. I'm like, why wouldn't you call? And so that's one. I can't go in and break the law. I can't make my guys break the law. I can't go in and do something that would jeopardize their --

SHAWN RYAN: Do you have any idea why they would say no? I mean, did they -- did they -- was this malicious? Was this being malicious towards Charlie?

BRIAN HARPOLE: I don't really (inaudible) one. I would say, did you ask. Did you ask this awesome PD that would probably help you in a heartbeat that you have a MOU with, did you even ask them. And

the answer was from them, we didn't get asked.  We didn't get asked.  And so table to drones, which would have been awesome, absolutely, (inaudible) them but I can't break the law to do it.  We're out there not only protecting physically, but I have to protect a reputation of the client also.  And that's a whole separate thing of protection.  So the drones would have been awesome, but I can't break the law.  They could have used them.  They chose not to.  And you've got over watch, you know.  Yeah, snipers on roofs.  I've got guys that are qualified.  That's their career.  But this is not a state department job.  I don't have an ITAR, and this isn't Iraq.

SHAWN RYAN:  Uh-huh.

BRIAN HARPOLE:  This is Utah.  I can't go in and set up, you know, observation points with snipers.  That's against the law.  I can't break federal and state law to do what we need to accomplish.  So that's their job.  Our job is the close protection bubble.  And there's a saying on this.  And there's areas of responsibility, and we cut up the areas of responsibility in this -- in this pre-meet, you know, when we start doing the advance.  We've got this, you've got this.  And so, you know, they have that over watch capability, and they have an

MOU for SWAT for that through Orem not utilized.  I don't know why.  That's a question for them to ask.  Why didn't you call, why didn't you ask for assistance especially when this crowd grew and grew and grew.  I mean, good police tactics, if you're out and you have six guys that show up and all the sudden this thing goes from 1,500 to 2,000 to 3,000 people, hey, we need some help.

SHAWN RYAN:  Uh-huh.

BRIAN HARPOLE:  Swallow your pride or whatever it is, we need some help.  I took 12 guys there.  I had double the amount of people there that the PD had.  And we're only responsible for the first 30 meters and movement in and advance in and receiving and out.  And we had 12 guys.  They gave me six for the rest of the campus.

SHAWN RYAN:  Geez.

BRIAN HARPOLE:  Yeah.  That's not the question for me to say why didn't they.  That's the question for them.  And so there was that one, the sight.  It wasn't up to us.  Two drones.  I can't break the law to do something I want to do otherwise I'd have showed up with an APC.

SHAWN RYAN:  Well, with the drones, I mean, you were in coordination with the local police

department, correct?

BRIAN HARPOLE: Local -- no. The UVU has jurisdictional authority. It's their campus. Orem is the outside city. They weren't there because they hadn't asked. They hadn't been asked to come. And we can't ask them to come. I can't call Orem PD and say, hey, man, send me ten guys. I can't do that. I don't have the authority to do that or the budget. But the city -- I mean, the school PD has an MOU or a mutual aid agreement with them. Why not just call them and say, can you guys send us ten guys over here for over watch, all that. And I say that only because we had previously talked about areas of responsibility.

SHAWN RYAN: Uh-huh.

BRIAN HARPOLE: And then the areas of responsibility and I had -- and our guys all have not only an area of responsibility, but there's a job in a job. So you have your area, and you have a job for that area. But then you also know the guy's area and job next to you in case he goes down or something, you have to backfill him. And then we have the bubble around the protectee. And mathematically 2,000 people are in front of you. Where is, mathematically, the threat coming from?

SHAWN RYAN: The front.

BRIAN HARPOLE:  Right.  And so we're looking for walkups, you know, people walk up and sitting down a package and walking away, displaying a firearm, everything from throwing balloons full of piss to muriatic acid.  We've had all kind of stuff thrown on us over the years.  And so there's a reason why those things are set up that way, and there's a reason why those guys that day were set up around there.  Every guy has a job.  Every guy has a detail.  Every guy knows the guy's job next to him.  And so we have that set.  And then we -- other people have areas of responsibility.  Well, the -- the Monday before the event we were still working through the arrival.  And so we have concerns with rooftops.  It's -- I mean --

SHAWN RYAN:  Uh-huh.

BRIAN HARPOLE:  We've got a location we're not keen with.  We know what our responsibility is.  We know what our statutory authority is.  We know that we can't go up and set up our -- our guys in sniper observer positions.  It's not going to be allowed.  And so we have some correspondence with the chief of the school on that day, on Monday before Charlie was killed.  And why this hasn't come out and why he won't stand up like a man and admit this I don't know.  But he's watching a bunch of men lose their careers, and

he's okay with it.

On the Monday before this correspondence went to Chief Long.

Hello, Chief Long, I received this message today from the student group. There is a student roof access pretty close to where CK will be set up at the Utah Valley, the Sorensen Center. It has a couple of staircases that go up to walkways on the roofs.

He comes back -- for edification the Sorensen was the building in front of the Losee Center.

So and he comes back and says, you want access to the roof?

And I come back and said, I was told students have access above us. If this is true, it would be nice to either have it controlled access or allow one of my guys to be there as well if possible.

He comes back and his last correspondence was, I got you covered.

(Ad).

BRIAN HARPOLE: What else am I to do when a command level person from an accredited police department says I've got this area?

SHAWN RYAN: Geez. Have you been in -- who was that?

BRIAN HARPOLE:  That was the chief of police for the UVU Police Department.  We've called him.  He's never called us back.

SHAWN RYAN:  Holy shit.  Does he have a name?

BRIAN HARPOLE:  Chief Long.

SHAWN RYAN:  Chief Long.

BRIAN HARPOLE:  And I didn't know if it said deputy in that or not because in the -- in the correspondence -- or in his stuff on the website it says Deputy Chief Long, but we just called him Chief Long.  So it's like, yeah, I got guys that are ten times more qualified than what he could have produced for us probably.

SHAWN RYAN:  So literally all they had to do was post anybody at that stairwell?

BRIAN HARPOLE:  Stairwell, roof.

SHAWN RYAN:  Or put a drone up or --

BRIAN HARPOLE:  Or let us.

SHAWN RYAN:  Let you do your job.

BRIAN HARPOLE:  Or let us.  You know, we -- we -- we -- our team is built.

SHAWN RYAN:  Would it be okay if we put that --

BRIAN HARPOLE:  Sure.

SHAWN RYAN:  -- shot of that text?

BRIAN HARPOLE:  Absolutely.

SHAWN RYAN:  For everybody to see.

BRIAN HARPOLE:  Absolutely.

SHAWN RYAN:  So they know it's real.

BRIAN HARPOLE:  Absolutely.  And do a FOIA for his phone.

SHAWN RYAN:  That's a good idea.

BRIAN HARPOLE:  Do a FOIA.  Do a FOIA for his phone, and have those records put out so everybody can see them.  Do a FOIA for the communications for days leading up to it.  Do it.  And the truth is like a lion.  If you set it free, it will fight for itself.

SHAWN RYAN:  One of my favorite sayings. Last question before we take a break.  I just want to ask were you understaffed or -- I mean, was anybody sick?  Did you have what you needed?

BRIAN HARPOLE:  Yeah, we usually had been --

SHAWN RYAN:  This was the same as every other event?

BRIAN HARPOLE:  No, no.  We upped it.

SHAWN RYAN:  You upped it?

BRIAN HARPOLE:  Yeah, we upped it.  We usually would run eight to nine depending on how many

movements and how much movement inside. And so based on no articulable threat but just the current world situation for prior to that day we upped the manpower to 12. And then we had actually a 13 there that came in the dry party. And so, yeah, we upped it based on nothing because it was like, all right, we're in kind of a place where we don't want to be, we're expecting a big crowd, it's the first one. We don't want to get behind the eight ball. The security industry, it's a prevention industry, not a response industry. It is a response industry, but it should be a prevention industry. So we're there in the prevention model. And so you can see if you pull a schematic up the placement I put for our guys and on that date, thank goodness, we had them because where the tent was that Charlie was under, there's a giant walkway above him. And when we were doing the walk that morning, one of the things that didn't come out in our advance was there was giant rocks that they use for architectural design all around there. And so we're seeing these rocks on the ground. And it's like, oh, people can come by and pick up these rocks and then throw them down on us and throw them down on Charlie. And so we did a temporary criminal trespass zone right above him on that bridge walkway so that people couldn't come in

it and throw rocks down on him. And so -- but the problem is that we had to get PD units in here to take that area of responsibility. And we told them, hey, just like out there we need you here to have oversight coverage because, one, it's a tape line. It's not a hard, you know --

SHAWN RYAN: Yeah.

BRIAN HARPOLE: -- wall or anything and so you need statutory authority under Utah law to say, hey, you can't come in or you can be arrested. And so the PD came and did that. And then we had one, Scott, that did a hellacious job on making sure they stayed there and did their job. And so thank goodness we brought extra people.

SHAWN RYAN: Uh-huh.

BRIAN HARPOLE: And so we upped our manpower for that one. Due diligence was done. You know, we had -- it's weird in this security industry. I get calls all the time and they're like, hey, we want to run a security detail and we want, you know, ten guys that are former SEALs and operators and SWAT guys and we want up armoreds and this and this. And I'm like, all right, you know, here's what it's going to cost. And they'll call back, all right, we want one guy and a Toyota Sienna. And so it's -- budget is

a factor.

SHAWN RYAN: Yeah.

BRIAN HARPOLE: And we eat a lot of money every year based on, you know, hey, last minute non approval people, but let's bring them in just to save our asses.

SHAWN RYAN: Uh-huh.

BRIAN HARPOLE: And that's a regular thing. And so, yeah, we had -- we had people for our assignment. And our assignment and our people's assignment was carried out meticulously. I mean, you had Dan next to Charlie, and Dan's only job is exfil. And you can see when Charlie got shot within two seconds Dan had his hands on him to push him down to the ground. And then if you break it down forensically, like within five seconds I was on top of Charlie. And then you saw our team actually doing exactly -- falling back on top of him and collapsing back on top of him. Not radio coms came out. It's not needed. They all know their jobs.

SHAWN RYAN: Let's take -- let's take a quick break. And when we come back, we'll get into actions on.

BRIAN HARPOLE: Okay.

SHAWN RYAN: (Inaudible).

(Ad).

SHAWN RYAN:  All right.  Brian, we're back from the break.  We're getting ready to cover time line and security during the event and actions on. And so could you -- could you walk me through the security set up for the event?

BRIAN HARPOLE:  Sure.

SHAWN RYAN:  Who was placed where, what you guys were seeing.

BRIAN HARPOLE:  Yeah, so we come in and we start -- we look at set up in the mornings.  And like I said earlier, the guys are all part of it.  So there's intimate knowledge.  Every guy has intimate knowledge of the setup.  So we come in and we do the placement of where Charlie is going to speak from, and that's kind of like the ground zero.  And then we build out from that.  And people who are in the security industry, you know, you have this thing called the concentric circle of security theory, right?  And it doesn't have to be a circle.  It could be a line or a moving box or however you want to work it.  And you have zones.  And you have a permeable zone, a semi-permeable zone, and a non-permeable zone. And so you can -- you can come in on the fly and set up these zones and then -- and so we come in and we

set this up.  So Charlie's tent was on that right in the middle and then we start -- so you want to start at the very back.  And so we started with a non-permeable zone, but it was -- it was one of those ones where it's mainly visible and it's just tape across this arrival section.  And all it is is caution tape, but it's just to keep good people good.  That's it.  And we know that.  And so but at -- so that's just to let people, the foot traffic out that we know people won't come in there.  So that if somebody is doing something bad, they stick out.

SHAWN RYAN:  Uh-huh.

BRIAN HARPOLE:  And then -- and then inside that zone we place our vehicles.  And you can kind of see it on the aerial or you can see it when you see the footage -- we put those vehicles behind Charlie where he's speaking for a reason that day.  It's called CPTED, crime prevention through environmental design.  The worry was that somebody would come down that same driveway and just run us -- run him over from the back or run us -- run people over.  So you stack those vehicles so that --

SHAWN RYAN:  Uh-huh.

BRIAN HARPOLE:  -- the vehicles are being used kind of like big hescos or something.

SHAWN RYAN:  Barricades.

BRIAN HARPOLE:  Yeah, barricades.  And so that people can't get to him that way.  And then -- and then we -- and then we start -- technically that's, you know, semipermeable.  We still cover it.  It's like eight people could walk through there, but they have to be knowns.  And then (inaudible) hard bike racks.  So hard bike racks then come all the way across the back, and they're linked together and so -- and so those bike racks keep people from coming out unless they're vetted.  And that's where you -- you would start the non-permeable zone.  And then we put a guy there, and he physically is there to watch that.  And his job, if that's his area of responsibility, he's back cover.  He's making sure people aren't coming up from behind us.  He's making sure that the right people can come in and out that didn't have to be back there.  And we're not talking about a large area.  We 're talking an area that's maybe 100 feet across, maybe more.  And then there was also a police officer back there.  We didn't request him to be there.  But he showed up and so we're like, hey, we might as well utilize you.  And so he just held the position on the far left side.  And then you've got where the tent is.  And this is kind of where it gets

into the meat and potatoes of it because the number one rule of protection detail work is evade and escape.  It is.  If we can evade or escape any threat without having to confront it, it's a win.

SHAWN RYAN:  Uh-huh.

BRIAN HARPOLE:  I told you that time about getting shot at with a shotgun.  I was pissed because I didn't get to shoot the guy back.  And I went back to the PD and I'm throwing shit or whatever and my sergeant said, hey, man, you won.  You didn't get shot at -- or you didn't get shot.  He's in jail.  You won.  Well, that's kind of the way you have to look at that stuff in protection work.

SHAWN RYAN:  Uh-huh.

BRIAN HARPOLE:  It's like, hey, let's evade and escape.  So things were set up that way.  And so you have where Charlie sits, and you have a guy right next to him.  And that person is solely responsible for in times of need pushing and moving him and getting him out of that line of fire or that -- those actions, you know, escape and evade, throwing him into that exfil vehicle that's parked right behind where we're at.  And then you'll see we ran two double barricades.  And those barricades were presidential style barricades.  They're hooked in, the same kind

you see the Secret Service use. And so we have an outer layer. And that first layer is just to let everybody know, hey, you can't cross this. And they're physically -- you know, it keeps them from pushing over them. And if somebody comes over the top of them, you can see it just from the mere elevation change. And then we create a secondary row of them with a gap in the middle of it. And that gap in the middle, though we didn't like it -- he liked that because that was able to show, hey, there's nothing between us. Right? There's nothing between us. Let's carry out this conversation. But so I have two guys that are at that gap. They come up, and one of them is a measure of a man who has physical capabilities that are incredible. And then the one on the right side is a jujitsu guy, world renowned professor. And so their job is if somebody tries to press through that gap or get close to him, then they're going to hold them up. And then just off their flanks are two other guys, Blake and Blake. And those guys' sole job is to control access into that alley. And also if somebody tries to breach the integrity of those two guys, they're there to apply violence so that they can hold that --

SHAWN RYAN: Uh-huh.

BRIAN HARPOLE: -- and we won't weaken our stance. So those jobs are a response to apply violence on those people that are trying to weaken our stance. And then they're also access control into that little alley we've created. That alley creates a secondary gap, but it also allows us to vet people, make sure -- you can't bring packages in. No water bottles, you know, check for protrusions, all that. So when they come through there, they're the gatekeeper there.

All right. So on that one side he comes in, he makes sure and then they come down, they pass us off to the next guy and he comes up to the microphone and speaks. And then when he's done, he goes out the other side and that guy makes sure he moves on and then that guy Blake on the other side makes sure he goes all the way out. And so they -- they had -- those guys are dual roled where -- if these guys have problems, they're going in to apply violence so that we don't lose any integrity of our protection so we can facilitate escape. And then they're also gatekeepers.

SHAWN RYAN: Uh-huh.

BRIAN HARPOLE: And then you get deeper in the crowd, and there's the guys that what they're

looking for is walkups, the guys that are walking up close.

SHAWN RYAN: They're in the crowd.

BRIAN HARPOLE: They're in the crowd. They're --

SHAWN RYAN: Plain clothes?

BRIAN HARPOLE: Yeah, they wear plain clothes, they're working in the crowd. And Rick is over there, Rick's job is to watch what's going on here and then turn and apply and look at the line. And you won't -- you look for things like military-age males that aren't having social contact with other people.

SHAWN RYAN: Uh-huh.

BRIAN HARPOLE: Right? So they're up there, but there's no looking around, there's no talking, they got prey gaze on -- on -- on the guy who is talking. No blinking. So there's a hard prey gaze, no blinking or when you get closer excessive blinking. And so that's a good tell right there of a pre-incident indicator of violence. These guys are out there doing that. All of them are doing it in real time. And so -- and you're looking for that.

SHAWN RYAN: How many of those guys were there?

BRIAN HARPOLE:  We had -- in that right so far we've gone through one, two, three, four, five, six.

SHAWN RYAN:  Five.  Six.

BRIAN HARPOLE:  And so then we've got those guys out in the crowd.  We've got Scott working it over on the flank to make sure people from above are not throwing rocks down on people.  Chris is over there with them.  You've got Justin and Alex holding that hard line.  You've got response to violence guys right here.  You've got intel gather guy out here and making sure there's no walkups and/or people that would walk up and physically want to apply violence in close proximity.  And then you start getting -- we had to rotate some guys because we had people coming in and exactly doing that, started pushing up signs, started chanting, started creating distraction and making problems.  So we pushed a couple of guys over just to keep an eye on that.  And those are guys that are doing direct reporting.  So they're the ones that are saying, hey, it's 14 of them or, you know, they're just doing signs.  So they're giving us real intel in real time.  And these are also the guys that they're working the outfield.  These guys are -- they're out there for a reason.  These are seasoned guys.  These

are 30-year cops that -- not cops that are just in there checking boxes. These are guys that went to work every day, and they're like my job is to catch bad guys. How do you catch bad guys? By doing work. They're work finders. And so that's why I put them out there because they know how to go out and find work. They're not going to wait for work to come to them because it's too late then.

An example of that was before it's even over with -- I mean, before it even started we put those guys out in the crowd, and they're walking around. Presence patrol, gathering information. And we saw some guys that were standing up in one -- not in the Sorensen Center or the Losee but another area. And it was a guy that was in his 40s that looked like -- he obviously wasn't a student or he was too old to be a student. He had a backpack, no socialization, wasn't talking to other people. And so we went up and did contact and conversation. Hey, what's going on, you know, what brought you here today. And then we did that several times. And then we turned all that information over to the FBI.

SHAWN RYAN: Is that the guy that was -- is this the guy that stood up -- okay, we'll get to that.

BRIAN HARPOLE: We'll get to that. And so

those guys are in real time out in the crowd because that's our area of responsibility reporting real time intel to us.

SHAWN RYAN: So you guys -- you got -- if I were to -- if I had a schematic of the venue right now, which we'll put one up, I mean, you have this entire venue broken into zones?

BRIAN HARPOLE: Zones. Areas of responsibility.

SHAWN RYAN: You have people scanning -- different people scanning. Every zone is covered from scanning. And not only do you not have -- not only do you just not have scanning you also have actual plain clothes security professionals within the crowd.

BRIAN HARPOLE: We're all dressed like --

SHAWN RYAN: Uh-huh.

BRIAN HARPOLE: We're just wearing regular clothes. We're not wearing suits.

SHAWN RYAN: Yeah, I guess I meant detached from the detail.

BRIAN HARPOLE: Yeah, right.

SHAWN RYAN: Nobody really knows that they're in the security --

BRIAN HARPOLE: They look it. They're not --

SHAWN RYAN:  Yeah.

BRIAN HARPOLE:  You know, they all have the look, right?

SHAWN RYAN:  Uh-huh.

BRIAN HARPOLE:  But they're not college kids.

SHAWN RYAN:  Yeah.

BRIAN HARPOLE:  They're all tasked with an active responsibility for that area of responsibility. And then they overlap.

SHAWN RYAN:  Uh-huh.

BRIAN HARPOLE:  So those areas of responsibility overlap.  They don't go 200 meters out. Because there's a saying that -- and these guys, I always talk to them about it.  We train to it.  It is you have your area of responsibility.  But if you're looking out all over this, you're not going to see anything.  You've got to look at less so you can see more.

SHAWN RYAN:  Uh-huh.

BRIAN HARPOLE:  And so you pare down what you're looking at and you pare down through that area of responsibility so you can see the things that are going on.  And once that's clear you move to the next one.  But if you're just looking out at the

mountainside, all you're going to see is the mountainside.

SHAWN RYAN: And the rooftops were supposed to be covered from the police drug free zones.

BRIAN HARPOLE: PD said --

SHAWN RYAN: PD said?

BRIAN HARPOLE: -- I got you covered.

SHAWN RYAN: I've got you covered.

BRIAN HARPOLE: Uh-huh.

SHAWN RYAN: And so that zone was dropped.

BRIAN HARPOLE: Yes. Yeah. And so that's the assignment of our team.

SHAWN RYAN: Uh-huh.

BRIAN HARPOLE: You know, personal security detail is just that. Personal. Our mathematics are -- there's 3,000 people within 50 meters, right? And so we are working that. And then we -- and then you have that, but you also have the guys that are inside that bubble. And then I'm off to the right of it. And my area right there is command control. It's, hey, man, we're looking a little weak over here or a guy is reporting in and I need assistance over here or, hey, can you see this, I can't see that. And so we're working in real time on coms for that and/or helping fill in a spot if somebody gets out of hand.

I don't run over and jump on Blake and help Blake because I know Blake is a big boy and he can handle himself. I go back and fill in where Blake just left so that we're not leaving something open to go address a threat, you know. And so -- unless it's something catastrophic obviously.

And then you saw in the video where something catastrophic happens, there's no chatter needed. There's no talk to be needed. Every guy has done that. We've practiced that. And there was a radio personality, I won't even say his name because he's not worth it, but he came out and was like, look at this, these guys are like a football team. You can tell they were zipping and zapping, you can tell they rehearsed this. You can tell this was staged. And I'm like -- they didn't even hesitate and he's sitting there just cracking us because our guys didn't run around like chickens with their head cut off.

SHAWN RYAN: Uh-huh.

BRIAN HARPOLE: And I was like, yeah, we practiced.

SHAWN RYAN: How it's supposed to be.

BRIAN HARPOLE: When we train, we have iterations, whether it's PT or medical or shooting. And the guy that finishes last -- because everything

is a competition because that breeds near perfection. The guy that finishes last, he has to get carried by the team to the next iteration. And how do we carry them? The same way we carried Charlie. So that's been done literally hundreds of times. And so you don't need to talk about what you need to do when you know what you need to do.

SHAWN RYAN: Was there anything strange, anything stand out, anything at all or did this just -- you know, once you guys were in place, once the event had started, Charlie was speaking, was there anything that seemed out of place at all?

BRIAN HARPOLE: Well, we do the arrival, and we were supposed to do a meet-and-greet when he first arrived.

SHAWN RYAN: Uh-huh.

BRIAN HARPOLE: That meet-and-greet was in a hard room.

SHAWN RYAN: Okay.

BRIAN HARPOLE: But the time line was a little off, so he decided -- or they radioed to us, hey, meet-and-greet is going to be off. And so we're going to run in and use the rest room real quick and then we're going to go straight to the tent. And so that was -- that was a call off, but that's one of

those things.  It's not abnormal, we're used to that.

SHAWN RYAN:  Uh-huh.

BRIAN HARPOLE:  But it doesn't change the plan other than we're going to a known, somebody is going to receive him over there, everything is clear, which it was.  So we had a guy back by the rest rooms to receive him.  I had the door to pop it open.  He walks in and goes, hey, Brian, did you get any sleep.  Because we just got back from that South Korea/Japan.  I said, a little bit.  And the last thing he ever said to me was it's going to be a good day.  He said, good.  I said, a little bit.  And he said, good, it's going to be a good day.

SHAWN RYAN:  Yeah.

BRIAN HARPOLE:  And so we -- we used the rest room, and then we did a couple of meet-and-greets with some kids that were student volunteers just by the tape.  You know, and so we did a hard line to keep people from walking up, and then we proceeded right to the tent.  And so he starts throwing out the hats, which is a thing of his.

SHAWN RYAN:  Uh-huh.

BRIAN HARPOLE:  Guys are already in place at that time.  We're coms, we're calling in, hey, walking up.  You know, five seconds, ten seconds.

64

They come up, the crowd reacts, and then everybody goes to looking in their area of responsibility for, you know, walkups, guns, people throwing things, stuff like that. And that would be the area right in front of him.

SHAWN RYAN: And with the -- just one more thing to cover. The evacuation routes, I mean, we had already covered you guys had been there -- you had had a presence there for two weeks prior to the event. Do you have the routes to all the venues, more specifically the hospital? Do you have multiple routes to the hospital?

BRIAN HARPOLE: Yeah, so what we do on that one is -- we're not there for two weeks, you know, but we start working that for two weeks. And that all gets plugged in, you know, where are we going. And the one that we went to was the closest one, but it was a level 3. Yeah, we knew that. The next closest one was another seven minutes away. We're going to the closest one.

SHAWN RYAN: Yeah.

BRIAN HARPOLE: And we beelined it to there. And I'll get into how we got there and what we did on the way in a minute. But, yeah, all that's plugged in, you know, all that information. And it's

known.  And then we have a -- when we have a guy that -- even that route is predone, even though that's known, we still have a guy in there that's calling it out in real time on that right side.  I mean, he's nav.  And that nav is important, you know, because the guy that's driving is driving and we needed -- Justin, the expert, drove that day like, man, yeah, incredible.  And so, yeah, all that's known beforehand.  And so when people said, oh, you should have had an ambulance there.  It's like, well, one, I can't make the City put an ambulance there.

SHAWN RYAN:  Uh-huh.

BRIAN HARPOLE:  Now, there is a Utah law that says for mass gatherings like that a Utah law says that for mass gatherings a health officer needs to be assigned.  I don't assign them.  The PD does, whoever does.  And then it says -- in that law it says they may determine where an ambulance is on standby. And I'm like, okay.  Well, they did have standby UTB medical there.  But I can't make them make that, right?

SHAWN RYAN:  Uh-huh.

BRIAN HARPOLE:  And the first rule of emergency medicine, when an EMT goes -- because I've done this.  If you don't walk into the room when

you're doing your skills portion and say, hey, is the scene safe, they fail you and you're done.

SHAWN RYAN: Uh-huh.

BRIAN HARPOLE: All right. And so those medics that were around, that buggy, were nowhere to be found. Why? Because they're taking cover like everybody else.

SHAWN RYAN: Uh-huh.

BRIAN HARPOLE: And so -- and the type of wound that we had, it's not a wait until the ambulance gets there.

SHAWN RYAN: Yeah.

BRIAN HARPOLE: And I'll talk about that and what the doc said in transport and all that. So all that was known, and all that's done in the work-up.

SHAWN RYAN: So looking at hindsight here through the security footage, I mean, it came out that, you know, the shooter went unnoticed at 11:50 a.m. in the grassy area. 12:02 p.m. near the Losee Center and then at 12:23 p.m. when the shot was fired approximately 142 yards away. What was -- you know, what was your immediate response?

BRIAN HARPOLE: I'll address the shooter in the time line first. Because like you know what I

want to know?  I want to know when he got on the roof.

SHAWN RYAN:  Uh-huh.

BRIAN HARPOLE:  Because we're shooters where it's easy because we have a range and our guys do it as a sense of pride.  Even though we know we work on all this other stuff more, the shooting we work on because of a sense of pride.  And so you look at things like that.  And that shooting position, three meters to the right and ten meters to the left there was no shot.  And so I want to know when that guy got on the roof.

SHAWN RYAN:  Let's put the visual of what that looks like on the screen right now.

BRIAN HARPOLE:  We took that shot before.

SHAWN RYAN:  Really.

BRIAN HARPOLE:  We always do.  We sit down in the space, and we take the shot and send it back to Charlie so he can see what he's going to see.  And that's a routine thing that we do.

SHAWN RYAN:  That's a good idea.

BRIAN HARPOLE:  Yeah, it's mental preparation.

SHAWN RYAN:  Uh-huh.  So here 's a visual of what you guys --

BRIAN HARPOLE:  Correct.

SHAWN RYAN: -- were able to see.

BRIAN HARPOLE: Yep. And so here's my question, and hopefully it will come out in time line, right? We've all seen the pictures of the guy when he came on through the staircase.

SHAWN RYAN: Uh-huh.

BRIAN HARPOLE: It's like, okay, there's a difference between a guy walking up and getting on a roof and a guy walking up and getting on a roof -- did he run over to a known position? What you're doing there tactically is you're working a loophole. You guys did that on a roof. You bang a hole through when -- you know, and then you step back and you put another hole and you shoot through that hole and then opportunity comes through. This is a big loophole. And so you're telling me you just ran up onto a roof, plopped yourself down in a position that was in a loophole?

SHAWN RYAN: Can you describe that loophole again real quick just now that we have the visual of (inaudible)?

BRIAN HARPOLE: You get up on this Sorensen Center -- I mean, not Sorensen Center, Losee Center that's behind the Sorensen Center. And so from where we're sitting or we're standing we can't see it.

SHAWN RYAN: Uh-huh.

BRIAN HARPOLE: One, it's not an area of responsibility, so that's why we're not looking there. First of all, we're looking at threats right in front of us. You see how many threats do you have in front of you right here?

SHAWN RYAN: About --

BRIAN HARPOLE: 3,000.

SHAWN RYAN: -- 3000.

BRIAN HARPOLE: Right. And so that's what we're looking at. And then it's kind of like you can be in front of an 18,000 foot mountain and there's a 36,000 foot mountain behind it, you're not going to see it.

SHAWN RYAN: Uh-huh.

BRIAN HARPOLE: And so we have to be cognizant of that. And then if he would have stopped just a little bit to the right, he wouldn't have been able to see it because the Sorensen Center would have been in the way.

SHAWN RYAN: I mean, you can -- it's a very specific point.

BRIAN HARPOLE: Spot.

SHAWN RYAN: It's not just -- which is what I thought. I thought it was just climb on the roof

and you've got the vantage point (inaudible) --

BRIAN HARPOLE: So you're telling me there's enough blind-ass luck that you ran up there, didn't crawl, you didn't -- you didn't -- he didn't get up there like the secondary guy that tried to shoot Trump where he was bogged down in the weeds for a while.

SHAWN RYAN: Uh-huh.

BRIAN HARPOLE: This was a boom on, boom run two, boom take the shot. And it's like did you get all of that off --

SHAWN RYAN: It had to have been rehearsed. To find that -- to find that, which I believe you said this is basically -- did you say seven foot -- seven foot vantage point basically he had?

BRIAN HARPOLE: I'd have to --

SHAWN RYAN: It's small. It's small, it's small. Here's the visual. Who gives a fuck. It's a small, small area.

BRIAN HARPOLE: Uh-huh. It's not something --

SHAWN RYAN: You would have to search for that. You would have to search for that vantage point if you didn't know. So it would be great to see the footage, maybe it's out there, of him running straight

to the point or did he search around looking for it?

BRIAN HARPOLE: That's exactly what I want to know. Do we have --

SHAWN RYAN: It would be great if that chief of police would have put their fucking drone up.

BRIAN HARPOLE: We'd have had it or I would have flown that drone up his ass if we could have had one. So it -- that's -- those are questions I have. Those are tactical questions. I mean, we -- we make our guys do that kind of stuff all the time. Yeah, no, you're going to run 300 yards, you're going to jump over this wall, you're going to come home, you're going to take this shot with -- ours is about 35 foot declination at 200 yards. And you see guys that are even trained --

SHAWN RYAN: Uh-huh.

BRIAN HARPOLE: (Inaudible) every once in a while. And if you're like, oh, that's an easy whip at 142, I'm like, yeah, the shot itself. But you're talking about old men that shoot stuff off sandbags. You and I both know under duress accurate shots are different.

SHAWN RYAN: Uh-huh, uh-huh. It's not a -- 142 yards is not a difficult shot with a magnifying optic.

BRIAN HARPOLE:  Not at all.

SHAWN RYAN:  It becomes more difficult when you're winded, when you're climbing, when you're running, when you are nervous --

BRIAN HARPOLE:  Visual noise all in front of you.

SHAWN RYAN:  -- (inaudible) take a life, when you're wondering if anybody else is seeing you.  There's a lot of induced stress.

BRIAN HARPOLE:  Uh-huh.

SHAWN RYAN:  And, you know, that is one of -- you know, we're looking at this thing right now, this first person view of what it looked like from under the tent.  And, I mean, I don't know how long he was in that gap for, but it didn't sound like it was very long.  And you have 3,000 other threats that you're looking at, the roof top supposedly being covered by the police, maybe it would have been a good idea to confirm that the police had the drones up.  But, I mean, you are talking to the chief of police.  You would think that he would have the fucking drones up.

BRIAN HARPOLE:  Well, we -- we -- there were no drones, but then somebody earlier that day flew a drone up.

SHAWN RYAN: Correct.

BRIAN HARPOLE: Yeah.

SHAWN RYAN: So actually you probably wouldn't have confirmed because there are drones up.

BRIAN HARPOLE: We didn't know where it came from. And we're like, what's the deal with this. Now, it's not uncommon for the video team to throw a drone up and then take a quick shot. You know, we've had that before. Now, their drones are different because they use those little bitty ones.

SHAWN RYAN: Uh-huh.

BRIAN HARPOLE: And so they're not covered under the requirements.

SHAWN RYAN: Uh-huh.

BRIAN HARPOLE: And so it's like -- again, yeah, you're right, we -- do I need to call a grown-ass man and say, hey, are you doing your job? Do I need to do that?

SHAWN RYAN: You shouldn't.

BRIAN HARPOLE: And, you know, this is -- you know, it's ...

SHAWN RYAN: Especially a man in that position.

BRIAN HARPOLE: And it's like, hey, man, I'm not a fan, but Bill Belichick won for a reason.

He told his people, hey, do your job.  And, hey, if you don't want to do your job, that's fine, do the job you said you were going to do.

SHAWN RYAN:  Uh-huh.

BRIAN HARPOLE:  How about that one?  So that's kind of where our guys are set up on there.  And then I was to Charlie's right.

SHAWN RYAN:  There were a lot of -- there's a lot of chatter on the internet about hand and arm signals, you know, from the security team.

BRIAN HARPOLE:  Yeah.

SHAWN RYAN:  There's been concerns about it from my own personnel that work here.  I've worked security details, done a lot of sniper work.

BRIAN HARPOLE:  Did you ever use hand and arm signals?

SHAWN RYAN:  I used hand and arm signals every single time on every detail everywhere I went.  And, you know, one of the rumors was, oh, you know, he's got the ball cap, he did the ball cap wiggle, that's the Marine Corps sniper.  I've done a lot of sniper operations.  Nobody wears ball caps.

BRIAN HARPOLE:  So you're --

SHAWN RYAN:  So ...

BRIAN HARPOLE:  That was my lead question.

Do you ever use hand signals.  And it's like, yes.

SHAWN RYAN:  Right.

BRIAN HARPOLE:  Were your hand signals --

SHAWN RYAN:  Again, you had already established I'm just -- I'm going to cover for you.

BRIAN HARPOLE:  Yeah.

SHAWN RYAN:  Because that -- this is a rumor that I just fucking hate.

BRIAN HARPOLE:  I know it.

SHAWN RYAN:  Because that is what it takes. You can't be on the radio all the time because you're tying the net up.  We've already established that you had other security professionals within the crowd that you're trying to communicate with and that's how you do it.  That is how you do it.

BRIAN HARPOLE:  Well, I'll speak to this one.  You're using hand signals or if you were to use hand signals and those are an option, especially like under NVG or things like that.  One, are those hand signals normal ones that you would see during normal gesticulation, are those definitive hand signals.

SHAWN RYAN:  Uh-huh.

BRIAN HARPOLE:  They're definitive so that they can't be confused with a guy scratching his ass.

SHAWN RYAN:  Uh-huh.

BRIAN HARPOLE:  And so that's the first one.  The second one is that hand signal -- when a bubble team is there, we're not using hand signals.  It's not for details, absolutely.  Why?  Because you can see that.  Are we looking around at each other looking for hand signals?

SHAWN RYAN:  Uh-huh.

BRIAN HARPOLE:  We're looking at in the front in our area of responsibility.  If we needed to relay a message, then we would, hey, (inaudible) on coms and/or we're notorious for if I need to get somebody's attention on the team, I'm not going to sit there and use a hand signal if he's in my line of sight.  I'm just going to go like that, he's going to look up and I'm going to go (indicating).

SHAWN RYAN:  Uh-huh.

BRIAN HARPOLE:  And so if I -- if I -- if I looked up and did a hand signal on the team and did that or that, he's going to look at me like, so what do you want me to do then.

SHAWN RYAN:  Uh-huh.

BRIAN HARPOLE:  All right.  So for that, that's not good communication.  It has to be definitive, it has to be necessary.

SHAWN RYAN:  It could be an acknowledgment.

BRIAN HARPOLE:  Absolutely.  Yeah.  Received.

SHAWN RYAN:  Get me out of here.

BRIAN HARPOLE:  Yep.  Absolutely, yeah.  And what you're doing there is deliberate.  Yeah, these are deliberate.

SHAWN RYAN:  You know.

BRIAN HARPOLE:  Yeah.  So, no, we don't use hand signals on that one.  We didn't use hand signals that day.  We've never used hand signals other than the general ones.  Here, two people, here.  You know, none of that was done.  None of that was done.  You had Frank Turek and people messing with him because he adjusted his hat.  It's like, okay, substantiate -- all right, so he touched his hat?  There were a line of people in the front and all the other people that also did all kind of things before that.

SHAWN RYAN:  Uh-huh.

BRIAN HARPOLE:  It's like everybody is subject to that.  I get it.  Man, I'm a -- I'm not a conspiracy theory guy, but I do believe that there -- there are things out there bigger than you and I that are in operations.

SHAWN RYAN:  Uh-huh.

BRIAN HARPOLE:  It's a fact.  I also am a

huge believer in the First Amendment. And so these people that are out there saying all this -- back up. Why is the First Amendment so, so important? Because back in the day when our founding fathers said, men, why do we need this amendment first? Because a voice is an arms for people that don't have arms. That's what it was for. A collective or a single voice could be powerful to a hierarchy of people that can't be conquered with an arm. So we have to have this voice, and we have to protect this voice at all costs. And they said -- they wanted us to have that. And that's why they put it first. And it should be used as a shield. Well, nowadays with the media and now social media that right is being used as a sword. In the sword of public opinion. It's like, hey, well, let's just put a bunch of lies out there and claim First Amendment, and we can say whatever we want. And it's like , when does that stop? And literally whatever you want. You've seen some of the idiocy out there. Palm gun, exploding microphone, hand signals. It's like it doesn't even have to be true, and it doesn't matter.

SHAWN RYAN: Uh-huh.

BRIAN HARPOLE: And so you're just using that First Amendment as a sword and not a shield. And

we've got to step back at that and look at it. I was talking to your guys earlier, and I was like, at some point you put those people in the way back machine. And the way back machine is you take them to 1985. And when people said something that was untrue about you or your family and they said something bad about you that other people heard, you split their lip.

SHAWN RYAN: There was a consequence.

BRIAN HARPOLE: An immediate consequence. Not a consequence that comes through a lawsuit three and a half years later. An immediate consequence so that a level of respect is gained. And then also if you do this again, I'll see you next time as well. At some point some people need to be put in the way back machine.

SHAWN RYAN: Uh-huh. Definitely not going to disagree with you on that one.

So let's talk about the immediate response. Let's get back to that.

BRIAN HARPOLE: Yeah.

(Ad).

SHAWN RYAN: Could you tell it was gunfire?

BRIAN HARPOLE: Yes.

SHAWN RYAN: How could you tell?

BRIAN HARPOLE: I've been around gunfire my

whole life.  That's the first one.  And so -- and there's a -- there's a different type of gunfire, right?  We were at Berkeley last night and you -- you heard somebody decided to pop off a bunch -- and they were loud, like six or seven M80s at a time.  And people started panicking and running.  And one of my guys, look, I said, that's not gunfire.  It's a different sound.  You have an attribution of sound.  And so you're used to it.  And having a range and so you're around it, you even get to like, well, that was a rifle, that was a pistol, that's a big boy rifle, that's subsonic.  I mean, you can PID all of those with your ear.  You know, I'm no sniper, but you're out there hanging out with those guys and you get that sniper's ear pretty quick because they say, oh, hear that?  That's what that is.

And so I've got my back to Charlie about, I don't know, less than ten meters off to his right.  And my area of responsibility just -- we had a big -- a lot of people coming up some staircases there, and it was starting to fill in.  And so I was watching that, and I remember I heard the gunfire and then -- I don't know if you heard this, but I heard that bullet slap him.  And so -- so you hear two sounds actually.  And so you hear the actual shot, and then you hear the

bullet hit him in the neck.  Like you hear it.  And so in my head I had an attribution to that.  Oh, I know what that is.  And so I turned and at the -- when I turned, I started running.  That's when Dan grabbed him.  I mean, this is a live fire event.  Everybody thinks in hindsight, well, this is a one shot assassination.

SHAWN RYAN:  No.

BRIAN HARPOLE:  In our heads there's --

SHAWN RYAN:  You don't know what that is.

BRIAN HARPOLE:  There's fire, there's fire.  There's more to come, right?  And so Dan grabs Charlie and then --

SHAWN RYAN:  Who is Dan?

BRIAN HARPOLE:  Dan was the guy standing right next to Charlie when he got shot on the stage.  And then I was to the right of Dan.

SHAWN RYAN:  Okay.

BRIAN HARPOLE:  And so he grabs him and then I turn and see him start to the ground.  But then I'm just thinking gunfire, and he's leading to the ground.  Because I'm on his right.  Well, he was shot right here in the left of his neck.  And so I jump down on top of Charlie to cover him because where we're at it's concealment at best.  It's a tabling

with cloth on it, so it's not hard cover. And so guys -- our guys start piling back in and they're down putting a human shield around him, but it's still just concealment. It's not cover. And so I initially dove down on top of him and just was on him almost face to face. And then when I was doing that, I went down and I could see the wound. And so I immediately shoved my hand into the wound to stop the bleeding, just trying to find the pressure. And it was coming out still. And I'm on top of him like close. You know, it's still coming out enough that I guess it squirted through my fingers, and I could taste it on my lips. And so I was like, man, this is a bad wound, right? And so I was just pushing that. And I don't know at that time -- I know when you look at the clock I was on him within five seconds and had my hands in him. And I don't know when I put the first piece of medical on him. It was sometime after that. Because I carry it right here, that's why you carry it on you.

SHAWN RYAN: Uh-huh.

BRIAN HARPOLE: You've got to have it there. But then I remember pulling back away and thinking, damn, this is bad, it's coming out. And I don't remember saying this, but the guys told me and you can kind of see it on the video, I said, prep the

car.  And you see the two guys take off.  And that car is prepped in position, but I mean doors are open --

SHAWN RYAN:  Yeah.

BRIAN HARPOLE:  -- the whole deal.  And so -- and so we're doing pressure control there and it's a carotid artery so you can't put a tourniquet on it obviously.  And then in my head, I'm like, you know, pack, pressure, pray, man.  That's what you can do for that wound.  But then so I'm on top and I told the guys, we've got to exfil.  We're all out here in the open.  We're trying to give wound care.  We've got to get off this X, right?  But I just said, we're exfilling.  And so we got up, I think it was like 15, 16 seconds from the time the shot happened until the time we were picking him up and --

SHAWN RYAN:  15 to 16 seconds?

BRIAN HARPOLE:  That's what it was, yeah. And so --

SHAWN RYAN:  That's fast.

BRIAN HARPOLE:  It -- this is horrible but --

SHAWN RYAN:  It's fast to get an initial assessment, plug a hole, pick him up, move him.

BRIAN HARPOLE:  Yeah.  And so it's just like, dang.  And it's some horrible realities of it

too that like I told the guys this and I haven't --
you -- when I jumped down on him, he had doll's eyes.
And I was like, man, these are wounds incompatible
with life.

SHAWN RYAN:  You knew.

BRIAN HARPOLE:  Yeah.

SHAWN RYAN:  You want to take a break?

BRIAN HARPOLE:  Yeah.

SHAWN RYAN:  Let's take a break.  You want
a minute?

BRIAN HARPOLE:  Yeah.

SHAWN RYAN:  Okay.

(Ad).

BRIAN HARPOLE:  Sorry about that, man.

SHAWN RYAN:  Dude.

BRIAN HARPOLE:  Yeah.  Yeah, yeah.

SHAWN RYAN:  It's fine.

BRIAN HARPOLE:  It's mainly the -- it's
going through your head, like I said, I was like, man,
this is a bad wound, it's not compatible with life.
And that's an old medical phrase that you use for
reporting later.

SHAWN RYAN:  I mean, I hate to get graphic
but that's --

BRIAN HARPOLE:  Yeah.  No, no, I --

Case 3:26-cv-00556    Document 31-6    Filed 08/06/26    Page 85 of 132 PageID #: 534

SHAWN RYAN:  -- how you do it.

BRIAN HARPOLE:  Absolutely.

SHAWN RYAN:  I remember --

BRIAN HARPOLE:  Yeah.

SHAWN RYAN:  -- the eye thump.

BRIAN HARPOLE:  Yeah.

SHAWN RYAN:  And so if there's no movement after you thump the eye, then it's done.

BRIAN HARPOLE:  Same, same.  And so at the time -- I mean, I broke down just then, but some of my friends had told me -- I didn't -- I didn't weep a tear after that for like three weeks.  Not -- you know, it's like, hey, man.  And I was like, yeah, there's a time for that.  You know, these guys need -- the guys I'm with, we've seen a lot of effects of violence:  Messed up kids, guys that stick things into kids and just horrible people, right?  And you compartmentalize that junk, right, so that you can -- you've got a job to do.  And then sometimes those things, when you open that box, they come out, right?  And that was one of them.  So, you know, I'm sure it's good for me at some point.

So we get back to that.  So I'm down on him and I -- I don't know if when it sprayed me in the face it caused me to flinch back or what, but then

sometime around then I said, hey, prep the car. And you see two of the guys just take off towards the car. And then Gibby (phonetic) and Rick and Dan and me, we -- I said, let's exfil him out, you know. And so we get up, and the time line on that is like 15, 16 seconds, something like that where you can see we're prepping. But the problem is direct pressure, right? So when you're in a medical deal and you've been in -- I've had these before on major accidents and GSWs when you show up on calls. You can't give direct pressure and move, right, and exfil. And you can't -- you have to -- you have to have counters like giving CPR. You can't give people CPR like that. You have to have something. So I was like, hey, okay, well, let's just get in the car.

SHAWN RYAN: You can't --

BRIAN HARPOLE: Yeah, but then it's like --

SHAWN RYAN: You can't apply direct pressure to move either --

BRIAN HARPOLE: Yes.

SHAWN RYAN: -- because it's the neck and there goes the air way.

BRIAN HARPOLE: Right. And so --

SHAWN RYAN: It's just a -- it's damn near the worst --

BRIAN HARPOLE: And then --

SHAWN RYAN: -- place.

BRIAN HARPOLE: And you don't give First Aid when it's raining on you still, right? It's first shot, second shot, how many more is coming in. So, you know. And so I was like, hey, let's just call for exfil. So I called for exfil and said, hey, let's go. The guys had prepped the car. So we're carrying. We trained officer down I don't know how many times or, you know, person down. And we were carrying and you can see it on the video where it breaks off at the perfect time. He goes around to the other side, jumps in, we do the drag. You don't try to shove the guy in. Half the team pushes in, the other half team drags from the other side. There's no coms for that. We just knew. He knew that's what we needed to do. We've done that, he's done that. We've got careers built on doing that real time and in training . And so guys weren't helping. Justin gets in. He knows his job is to drive. You know, that's his job. Dan jumps in, he knows he's nav. And so we're back there, we pull him across. Frank Turek just jumps in the back. And so he's a known. So I was like, it's Frank, but I'm not going to fight him on it. Frank is there because Frank is hurting, you know. It's like

it's one of those things where you have dead kids on calls and you're not supposed to let the crime scene be contaminated, but I'm not going to deny a parent the ability to come in and say good-bye to their child. And Frank has many times said that Charlie felt like he was his son. I'm not going to deny him that. All this is running. And so we get in. Charlie was a big man, long. We kind of laugh about it now. But we get him in, but the door is not going to close. We know that. And I just said, go. And we didn't even attempt to close it. I told Justin, go, go, go. So he takes off. Dan has already got the route done. We know that because we've done it. And so we take off in direct action. We get out, out onto the main road and we're in a slick SUV, no live sirens. And so we're breaking our own intersections, we're cutting our own traffic . We're doing everything ourselves. Justin is driving. I mean, it's -- it's -- he's a trained driver. I mean, that's what our guys go to driving school for, just for that. It's expensive, it costs a lot, but it's a need. So it paid off because he drove like a champion. Dan is up in there calling out right lefts, the next turn, you know, 200 meters left so he knows exactly where he's going. Rick and I are in the back. And this is

where it gets, you know, not funny but you look back on it now. Rick pulls Charlie across, and then I'm working off my kit. And you always -- when you build a kit out like that, you build it to where the stuff you need the soonest or most important is on the outside, right?

SHAWN RYAN: Uh-huh.

BRIAN HARPOLE: And so all the bleed control is right there in front. So I'm just working out of the kit right there. And so I'm just, you know, packing, pressure, repack. It gets saturated, you know, take it out. You just keep packing on top of it. The problem is we're going down the road and Charlie is so tall that his leg, his left leg is down in the door and the door won't close. And so I'm on my knees with the door open with my butt hanging out of the side, and I'm on my knees doing the medical. And Justin is driving, you know, we're going 60, 80, 100. And Rick has me across the kit and my shirt so that I can use both hands to do the medical on.

SHAWN RYAN: Geez. And so you don't fall out of the fucking car.

BRIAN HARPOLE: So I don't fall out. And I just look at him and I don't need to say, you got me? He's got me. I know he's got me. Rick is a brother.

He's got the tattoo. And so I was like, he's got me. And so I just -- I'm just working medical. And Frank is praying out loud. Rick is praying out loud.

SHAWN RYAN: Does he have a pulse at this point?

BRIAN HARPOLE: So --

SHAWN RYAN: I mean, there's no way.

BRIAN HARPOLE: In a situation like that, I'm not going to stop and take pulse.

SHAWN RYAN: Yeah, I didn't know if somebody else had one.

BRIAN HARPOLE: No. And so I had the Sp02 monitor there. I've got all the stuff for it. I could have put it on, but it's irrelevant.

SHAWN RYAN: Uh-huh.

BRIAN HARPOLE: It's irrelevant to treating that wound, right?

SHAWN RYAN: Uh-huh.

BRIAN HARPOLE: And so I've got to stop that bleeding. That's my primary thing.

SHAWN RYAN: Uh-huh.

BRIAN HARPOLE: And so whether he had -- whether he had a pulse then, it's unknown. The body is an amazing thing that can do things even when it's technically, you know, destroyed. And so my concern

is bleed control.  And so I'm just -- Rick has got me. Justin is driving.  The world is coming by.  I'm working.  I end up putting about 36 feet of dressing in him.  And then four four by fours and then two hemostatic four by fours.

SHAWN RYAN:  Geez.

BRIAN HARPOLE:  And then just pressuring the whole time.  So you're adding pressure as much as you can get, pressure, adding, pressure.  And so we are heading to the hospital.  You know, it's a known. We're heading there, breaking intersections.  We picked up a tail from PD somewhere along the way.  And I know some audio came in about that.  And I think they thought it was a secondary person that had been shot, you know.  And but we didn't know if it was an active shooter.  You know, everybody says, oh, you should have treated him there and not moved him, stopped the bleeding.  I'm like, well, yeah -- same way.  I was like, man, no.  That's not -- medicine doesn't happen on the X.  You know, nothing happens. If somebody shoots at you, you get off the X, right? And so we didn't have cover.

SHAWN RYAN:  Just for anybody that's listening that is rule number one, law enforcement, military, security, anything.  Get off the X.

BRIAN HARPOLE: Yeah.

SHAWN RYAN: More rounds are coming in.

BRIAN HARPOLE: Yeah. And so we get to the hospital. Actually we make it to the hospital through the traffic. We've got a full wound pack in. We get out, and we carry in to the door. Once we make it into the door we see a gurney on the left-hand side we put him on a gurney and then I wheel him into a room. I start giving the patient information to the staff there. I end up getting on top of him and cutting the shirt that he had on off, that white freedom shirt. And so I cut it off so they could get to him so that -- I didn't articulate this to them, but I wanted to get that stuff off so they could put a defibrillator on him. And so -- and then started talking about pushing drugs. I was back and forth with them on drugs and defibrillator. And so then, you know, once you get that shirt cut off and moved out of the way, you know, there's enough medical professionals in there. And so I just wanted to get out of their way. And so I got out of their way and walked out of the room and stood outside the room and held guard on the outside door of the room so nobody else could come in there.

SHAWN RYAN: Covered in Charlie's blood.

BRIAN HARPOLE:  Yeah, I had it all over my face.  My -- Rick and I had it all over our arms.  From back here down was just covered.  And, yeah, it was -- yeah, I feel bad for the hospital staff because we showed up looking like that, and they didn't know we were coming.  Even though we had called 911, but I don't know what happened that -- so we show up and the guys have got blood all over their face and carrying a guy with blood solid on my pants and shoes.  And so then I just stood out there.  And then finally this lady -- I feel horrible, she came up to me and she said, hey, come with me.  And she took me in a room and physically washed my face and my hands and stuff.  The nurse that was there at the hospital.  I was like, man, what humanity.

SHAWN RYAN:  Man.

BRIAN HARPOLE:  So it's -- there was a -- you saw a lot of beautiful things, a lot of beautiful things.  Rick was -- Rick was there.  Same thing with him.  He's going through the same thing.  He's covered in it.  And Justin is there and Dan was there.  And everybody has got this look of bewilderment like, hey.  And so I told Justin, I said, check on the men and call your kids because I was worried about them.  Because when we left, our guys went back into the

crowd because they didn't know -- because everybody was on the ground.  So those guys that were still there, they went back in the crowd searching for other victims.

SHAWN RYAN:  No kidding.

BRIAN HARPOLE:  Yeah.  Because they didn't know because everybody was just laying there frozen. And so once we got out of there they went back in and started searching for other victims and people that had been shot.  And so I -- I didn't know their status.  And it was horrible, compoundingly horrible. When I jumped down on top of Charlie, my phone came out of right here.  And so, of course, I just left it. I didn't even know it came out.  So I get to the hospital and I don't have the ability to call my children and tell them I'm okay or my parents or my fiancee.  And when I travel abroad in the OCONUS job I do I have a work-up.  It's all the numbers and everything, and I had it hidden so I can call.  But OCONUS job.  And I mean, I can still remember numbers from when I was in high school, my friends.  But I just don't remember numbers nowadays.

SHAWN RYAN:  Uh-huh.

BRIAN HARPOLE:  And so I couldn't call them.  And so they're at home just suffering because I

can't call them.

(Ad).

SHAWN RYAN:  Damn, man.

BRIAN HARPOLE:  So I was like, man, I can do better than that.  So finally I got a hold of my ex-wife and then said, hey -- it was from somebody else's phone.  I think Facebook Messenger or something.  I can't remember what it was, but it was like, hey, we'll figure this out.  And then I said, hey, I'm going to call, answer the phone.  And my daughter answered the phone.  And she had already gone to her house waiting to hear something.  And so there's always a concern in her voice, but I said, hey, I'm good.  I'm fine.  I'll call you when I get a chance.  So I started asking for check-ins for the guys who were still at the scene.  Like, hey, everybody okay?  Read me in.  Do we have other victims?  What's going on?  And they got retasked. That same chief of police came out and said, hey, y'all hold this crime scene and help us look for other clues .  And I'm like, that's a no-no, but they did it.  And so they -- they were back there, and then they were just trying to figure things out.  They were there for a while.

SHAWN RYAN:  Man.  Yeah.

BRIAN HARPOLE: So it was chaotic. But, you know, you find -- chaotic situations you find ways to control it inside that situation, right?

SHAWN RYAN: Uh-huh.

BRIAN HARPOLE: And they did a good job at that.

SHAWN RYAN: You know, there's been a lot of rumors going around about there was no autopsy, none of that. Was there an autopsy?

BRIAN HARPOLE: There was. And I can speak to that. Personally I can speak to that. One, for those people saying that, do a FOIA. Do a FOIA to the medical examiner's office to Utah County. Get off your lazy ass and do a FOIA. They may not give you the autopsy information right now, but they'll certainly tell you, yeah, there was an autopsy. That's the first one.

The second one was the OR doc -- well, your question earlier about a pulse, we'll get back to that. And so they end up working him in the room. And they end up taking him to the OR because they got a pulse.

SHAWN RYAN: They did get a pulse?

BRIAN HARPOLE: They did get a pulse. But Charlie is a healthy man. He was very cognizant of

his health, and he was a strong guy.

SHAWN RYAN: They had a pulse? Hold on. How long had it been since the shot to the hospital.

BRIAN HARPOLE: I have no idea.

SHAWN RYAN: I mean, that is a jugular shot.

BRIAN HARPOLE: You can be dead. The central nervous system. You've got a strong heart, right? And that's what the OR doc told me.

SHAWN RYAN: Okay.

BRIAN HARPOLE: He said that's what it was.

SHAWN RYAN: Holy shit.

BRIAN HARPOLE: Yeah. So I have no way of -- I'm not a doctor. I just know what he told me, you know. And so we go to that -- I'm sorry, what was your question again?

SHAWN RYAN: We were talking about the autopsy.

BRIAN HARPOLE: Oh, the autopsy. And so once they came down and said he didn't make it and he talked about -- he said, if he had been shot in the OR, I wouldn't have been able to save him. And I was like -- he was just kind of confirming things I already knew. And so -- and so I don't know how long -- I don't know what the time line was, but I

want to say -- I can't remember who it was, but I knew. I was like, we're not going to turn this into some JFK. I specifically asked one of the doctors, I don't know -- I remember what she looked like. Dark skinned, like dark hair, probably 35, 40-years old. I said, how long until we can get in an autopsy. And I remember her saying a day, day and a half. And I was like (inaudible expression). And so, I mean, she's the boss of that. That's just information. And so I remember -- I was like, man, that's a long time. We need to get this autopsy done and done right so that there's not some conspiracy. I mean, just starting to think forward to that. And so I remember I was standing next to the chief of staff, and the Vice President called. And the Vice President asked him, what do you need. And then he looked at me and said, what do we need. And I said, we need an autopsy now. So for those people that are saying there wasn't one done, go away. It was done. It was done. Do a FOIA. Yeah. Get the report when it comes out. It was done. It was done. Yeah. And the -- the OR doc released statements regarding and there has been statements regarding the bullet and the travel. Oh, there should have been a blow out and -- there wasn't -- there wasn't an exit wound. There wasn't one. I was

checking for that in the ride. Yeah. And so people are like it's completely impossible. And I was like, man, I've seen bullets do weirder things on people. And so all I know is what I saw.

SHAWN RYAN: Uh-huh.

BRIAN HARPOLE: There wasn't an exit wound. And so I know there was an autopsy done. One, because we requested it. They were there. And the second one was the local SO, and I believe it was the State police, they did the body transfer that night through the either ME's office or funeral home to the ME that night and took him there. So for them to say that somebody broke the rules or Turning Point didn't follow the rules, that's lies. It's conjecture and it's lies. All that is people wanting -- people look at themselves.

SHAWN RYAN: Yeah.

BRIAN HARPOLE: It happened.

SHAWN RYAN: Do you think that the entry wound looked like an exit wound?

BRIAN HARPOLE: No. It was an entry wound.

SHAWN RYAN: Why do you say that?

BRIAN HARPOLE: So, one, there wasn't an exit wound because I remember rolling his head over and cleaning it so I could see if there was an exit

wound. And then I was having to open the wound up some to get more in packing. If you've ever done an exit wound, it's not that hard. It's a lot bigger.

SHAWN RYAN: Uh-huh.

BRIAN HARPOLE: And so you can feel it when you -- you know the rule of thumb on that one is you don't want to make it bigger, but you've got to keep packing it in there. And so, yeah, I've heard and seen them all. Like there was a guy that said, you know, that the mike blew up and it was a bomb.

SHAWN RYAN: Yeah, we were -- I was going to wait. Yeah, there is a -- there is a guy online that is saying that the microphone may have had some type of explosive projectile inside of it.

BRIAN HARPOLE: So it wrapped around the neck and created a hole.

SHAWN RYAN: That's the thing that I couldn't -- I just couldn't wrap my head around either is the accuracy of what would have to take place from an explosion to actually hit you in the neck. But then other people are saying that there was maybe -- that maybe the explosion killed him. And, in fact, there's actually some -- some camera footage that somebody has done some type of assessment on. But, I mean, you cut his shirt off.

BRIAN HARPOLE:  Right.

SHAWN RYAN:  Did you see any burn marks --

BRIAN HARPOLE:  So that's my --

SHAWN RYAN:  -- did you see any indication of any type of explosion?

BRIAN HARPOLE:  Back it up even further to that.  You've been around explosives and stuff like that.  It's like, what do you have when you have that?  They had that down to like frames, right?  Where was the flash?

SHAWN RYAN:  Mmm.

BRIAN HARPOLE:  If that was an explosion, where was the flash?

SHAWN RYAN:  Uh-huh.

BRIAN HARPOLE:  You have oxygen exchange to create the explosion.  Where was the flash?

SHAWN RYAN:  Uh-huh.

BRIAN HARPOLE:  Where was the char?

SHAWN RYAN:  Uh-huh.

BRIAN HARPOLE:  It didn't exist.

SHAWN RYAN:  Do you know if his equipment is assessed before it's put on?

BRIAN HARPOLE:  Yeah.  It's actually held up there.  That company that is a contract -- subcontracting company for them, they hold that all up

there because, you know, and they're around it almost guarding it because people will steal it.

SHAWN RYAN:  Uh-huh.

BRIAN HARPOLE:  And so -- and it's inside the non-permissible zone.

SHAWN RYAN:  Okay.

BRIAN HARPOLE:  So nobody has access to it. It's set up in there.  Even the boxes are kept in there.  And so it's inside that.  And so it's on them. They walk up and actually pin it on him.  So that system is integretized (phonetic).

SHAWN RYAN:  (Inaudible).

BRIAN HARPOLE:  And, again, it's a reach. Go all the way back to where's the explosion.  You've got frame by frame.

SHAWN RYAN:  I'm -- you know, when that theory came out, I -- I mean, I don't think it -- I don't think it's necessarily out of the question.  I mean, we know about the pagers.

BRIAN HARPOLE:  Absolutely.

SHAWN RYAN:  You know, but, you know, I mean, the way I looked at it was he was wearing a loose fitting T-shirt --

BRIAN HARPOLE:  Uh-huh.

SHAWN RYAN:  -- that had I believe the Rode

mike with the magnet --

BRIAN HARPOLE:  Uh-huh.

SHAWN RYAN:  -- you know, strapped onto his shirt.

BRIAN HARPOLE:  On the other side.

SHAWN RYAN:  Yeah.

BRIAN HARPOLE:  From the (inaudible).

SHAWN RYAN:  He's moving around and so that -- you know, that microphone -- if it was a projectile, it would have had to have been pointed at the exact same spot, which would have been impossible to do with a loose shirt.

BRIAN HARPOLE:  Right.

SHAWN RYAN:  You know, and so -- and then the -- the -- I mean, the -- there would have been an entry wound.

BRIAN HARPOLE:  Uh-huh.

SHAWN RYAN:  It wouldn't have gone to the other side of the neck.  You know, and then -- you know, there was a, oh, well, it was a trigger man, you know, with a device to initiate the blast.  But still though, I mean, to have him moving around like this and his shirt -- his loose shirt to have a piece of weight while he's moving around, I mean, you just -- you could not --

BRIAN HARPOLE:  Probability --

SHAWN RYAN:  It would be a coincidence for it to actually happen the way that it did.

BRIAN HARPOLE:  Yeah.

SHAWN RYAN:  It would be a coincidence.

BRIAN HARPOLE:  Uh-huh.

SHAWN RYAN:  It would not be -- I don't think you could chalk that up to skill unless -- unless the explosion is what killed him.  But what you're saying, no flash, no blast.

BRIAN HARPOLE:  No char.

SHAWN RYAN:  No char, no burn marks, no nothing.

BRIAN HARPOLE:  That's a real --

SHAWN RYAN:  (Inaudible) shirt off you would have seen it.

BRIAN HARPOLE:  Yeah, that's a real time C2.  You know, you've seen explosions.

SHAWN RYAN:  I've seen a lot of explosions.

BRIAN HARPOLE:  And so you have those attributions.  Where's the attribution to the explosion inside those frames?

SHAWN RYAN:  Uh-huh.

BRIAN HARPOLE:  It doesn't exist.  It doesn't exist.

SHAWN RYAN:  Uh-huh.

BRIAN HARPOLE:  (Inaudible) make something into nothing.  And so I'm -- I'm not saying that we shouldn't look at things.  By all means --

SHAWN RYAN:  Yeah.

BRIAN HARPOLE:  -- we should.  I mean, we look at people and press and history of the United States, how valuable they've been, and I applaud these guys that are out there humping and working and want to have the truth.  But don't say you're searching for the truth when you're lying to get it.

SHAWN RYAN:  Uh-huh.

BRIAN HARPOLE:  And that's what's happening.  Because you're not searching for the truth, you're searching for clicks.

SHAWN RYAN:  I think that the people posting these -- I don't know, you know what I mean.  I have mixed feelings.  I think some people are legitimately just trying to figure it out.  I think that there are other people that are very obviously making a living off -- off of -- off sensationalizing this.

BRIAN HARPOLE:  Yeah.

SHAWN RYAN:  But -- but, you know, I mean, in -- I think we live in a time where people don't,

including myself, don't know where to find the truth. They don't know who to believe. They are starting not to even believe their own eyes.

BRIAN HARPOLE: And do you blame them?

SHAWN RYAN: No, I don't.

BRIAN HARPOLE: Not at all. Me either.

SHAWN RYAN: I don't, I don't. We have zero faith in any of these institutions.

BRIAN HARPOLE: None. You think about this, there is a guy out there and he has a company called Paramount Tactical, and his name is Gary. And Gary took an ass whipping online because he went out there and said -- and he did exactly what we're talking about right now. And people whipped his ass for telling the truth.

SHAWN RYAN: Uh-huh.

BRIAN HARPOLE: Because he bucked the system.

SHAWN RYAN: Uh-huh.

BRIAN HARPOLE: He said, no, look at this. And he broke it down from a professional standpoint because he has a background in it and a probability standpoint. And I hadn't talked to him, and he was like 95 percent right. Even on the medical stuff. And it's like -- but then he took an ass whipping

online for it, and I sat and watched it from afar. So people get chastised for telling the truth. And then you've got -- like you said, who do you believe? I mean, our media, they -- big poll, they polled our people in the United States and how many of you believe the media. And it said 70 percent of them don't believe a word that comes out of the media's mouth. And I'm like, well, let's look at this. If a baker makes bread every day and 70 percent of his product tastes like crap, how long is he going to be in business? And then why do we keep letting these people be in business? And then so that's the big media. You think that's worse online? And then who is to blame? The idiot that's lying or the big Facebook, Instagram, and Xes that are making money off it online? And then they're monetizing the lie, too. It's kind of like back in the day you had The National Enquirer that made money off lying. They sold the little cheap papers. All these guys are and these things are our version of The National Enquirer. They're monetizing that lie.

SHAWN RYAN: Uh-huh.

BRIAN HARPOLE: And, man, guys, you're losing the value of how important that is. You could be the Watergate guy that breaks the truth, but you're

taking that away from people.

SHAWN RYAN: Uh-huh.

BRIAN HARPOLE: It's like, be the one that tells the truth. Be the Paramount Tactical that's willing to take a whipping to tell the truth.

(Ad).

SHAWN RYAN: I think, you know, I've talked about this a lot recently. But, you know, I think you have to be willing to poke holes in your own story.

BRIAN HARPOLE: Uh-huh.

SHAWN RYAN: You can poke holes in everybody else's story, and that's fine. But you also have to be able to poke holes in your own story.

BRIAN HARPOLE: That's a great way to put it.

SHAWN RYAN: You know, you should be poking holes in your own story. If you are really a truth seeker, you should be poking holes --

BRIAN HARPOLE: Uh-huh.

SHAWN RYAN: -- in your own story along with everybody else's.

BRIAN HARPOLE: But where's the oversight to do that?

SHAWN RYAN: It's gone.

BRIAN HARPOLE: You put a couple of guys in

the way back machine and you make it done quick.

SHAWN RYAN: That's true. That's true. You know, you were -- something that I forgot to bring up with the -- the hand and arm signal type stuff is that it looked -- you know, there was a lot of chatter on the internet that you took I believe it was a female that handed you some -- something.

BRIAN HARPOLE: Handed me something?

SHAWN RYAN: On camera. I believe it was you.

BRIAN HARPOLE: Umm.

SHAWN RYAN: Did anybody hand you anything?

BRIAN HARPOLE: No, no. The only -- the only thing that, you know, I did I remember before Charlie was shot in my area I saw a little American flag on the ground and people were just walking around it like it was nothing. And I just walked over and picked it up and put it in my pocket. And that's the only thing that -- you know, nothing -- there was some stuff about the guys that said that -- and the FBI called on that, like, hey, I forget which one, you can see one of them do a hand motion to another. Did you hand something off? And they were like, no, there wasn't a hand-off. There wasn't a key exchanged. Maybe he reached back here at one point and like

adjusted his radio because when he jumped over the table, you know, it partially came loose or something. But -- and I asked all the guys, did you guys exchange anything. And they were like, no. And then you can break down the video. Break it down to the point -- you're saying that you saw their hands. What got exchanged?

SHAWN RYAN: Uh-huh.

BRIAN HARPOLE: There's nothing that got exchanged. Nothing.

SHAWN RYAN: Is there a -- do we have that footage, Jeremy? Could you pull that up real quick? There it is.

BRIAN HARPOLE: That's Chrissy (phonetic). Those are mints.

SHAWN RYAN: That's -- that's -- she works there?

BRIAN HARPOLE: She works there.

SHAWN RYAN: Those are mints?

BRIAN HARPOLE: Breath mints.

SHAWN RYAN: Okay.

BRIAN HARPOLE: Yeah, I put them in my pocket. She had -- she walks around and hands -- she hands out the -- she's an angel. She takes care of us. She makes sure that we're hydrated. She buys

the -- you know, the stuff to put in the sodium --

SHAWN RYAN:  Electrolytes.

BRIAN HARPOLE:  Electrolytes to put in the drinks.  She walks around and gives us mints, checks on us.  Her husband, Angel, does the same thing.  And so, yeah, that's who that is.  Yeah.  Not uncommon.  Yeah.

SHAWN RYAN:  There was a man on the team who after he was shot, I believe he was on the security team, runs towards the vehicles, hangs out outside the vehicle and takes I believe it was a TikTok selfie video.  Do you know who this is?

BRIAN HARPOLE:  Uh-uh.

SHAWN RYAN:  Can you pull this up, Jeremy?

BRIAN HARPOLE:  Is it the one where he said Charlie just got shot?

SHAWN RYAN:  Yeah.

BRIAN HARPOLE:  Yeah, he's with the audio-visual team.  Yeah, it's a company that they contract to shoot the footage.  It's also the one -- he's the guy that went up and --

SHAWN RYAN:  There he is right here.

BRIAN HARPOLE:  Yeah.

(Recording begins to play).

BRIAN HARPOLE:  I couldn't tell you.  Yeah,

he's the one that -- if you see him, he's the one that's running the cameras.

SHAWN RYAN:  Okay.

BRIAN HARPOLE:  Yeah, yeah.  He's the audio-visual team guy that's running the cameras. He's also the one that they said that he was hiding footage or whatever.  He turned over all that footage to the FBI so ...

SHAWN RYAN:  He did -- so this is also the guy that -- or was that a security guy?  If you look after the event somebody goes to the camera that was behind Charlie, pulls the camera down --

BRIAN HARPOLE:  Same guy.

SHAWN RYAN:  -- looks like he pulls the SD card out.

BRIAN HARPOLE:  Same guy.

SHAWN RYAN:  That footage is in the hands of the FBI?

BRIAN HARPOLE:  Correct.

SHAWN RYAN:  It wasn't deleted, wasn't erased.

BRIAN HARPOLE:  He actually works for the company called VI.  And they do -- they're contract AV video people.  It's not a security guy.  He works for the security -- for the V I video company.

SHAWN RYAN: Okay.

BRIAN HARPOLE: Yeah. And so I don't -- I don't understand and it's not for me to try to understand that part, the getting on the phone.

SHAWN RYAN: Uh-huh.

BRIAN HARPOLE: I don't understand that. And you see that a lot nowadays. Tragic things happen --

SHAWN RYAN: Yeah.

BRIAN HARPOLE: -- shootouts and people pull their phones out instead of running. And so I don't understand that. That's for him to explain, not me. I know he doesn't work for us, but I also know from seeing some of the stuff that he's the same guy that took down the cameras. And people are like, what's going on here.

SHAWN RYAN: Uh-huh.

BRIAN HARPOLE: You know, and I'm like, that's a legitimate ask. That's a legitimate ask.

SHAWN RYAN: I think that, too. I don't think that's --

BRIAN HARPOLE: That's a legitimate ask. And where did that go? And he was interviewed and asked and answered by FBI, and that was all turned over because I asked that question.

SHAWN RYAN: These are the -- these are the questions that are running rampant on the internet, by the way. So here's --

BRIAN HARPOLE: No, no.

SHAWN RYAN: I'm just going to do a quick fire here. Did you see any signs of internal leaks or betrayals within TPUSA or the security team that have facilitated the attack?

BRIAN HARPOLE: No, no. I don't -- here's my deal, that's our job, right? And so if they have some stuff going on inside corporate headquarters, that would be unknown to us anyway. And then we're the contractor, security contractor, which is our team. And then so that direction comes from Dan, and then it comes to us. And nothing, nothing that would make me believe that, hey, something is afoot here. So sometimes I wish -- no not wish. It's like, hey, if that was happening, that would be an easier attribution. But I would say this, hey, if you're going to make that claim, you better be able to back it up with the truth. Because we're talking about allegations that you're making that people are in conspiracy or part of a murder.

SHAWN RYAN: Uh-huh.

BRIAN HARPOLE: We're not talking about

cheating in a video game or a hand of cards.

SHAWN RYAN:  Yeah.

BRIAN HARPOLE:  And so if -- if somebody were to say one of my guys or an employee, hey, you were part of this murder and you helped conspire, then I would say I need you to tell me why you said that right now.  A definitive (inaudible).  Not it's a possibility.

SHAWN RYAN:  Yeah.

BRIAN HARPOLE:  And if you do, let me hear it.  But it better be the truth.  And if it's not, there's consequences.

SHAWN RYAN:  Yeah.

BRIAN HARPOLE:  And so -- and that's -- that's why there's punishments for stuff like that involved.  Do I have faith in the system?  I've seen a lot of guilty people walk free because they had money.  And so I know the system is broken.  But you've been around the world.  Every time I come home from some place bad I'm like, dang, we've got it good.

SHAWN RYAN:  Yeah.

BRIAN HARPOLE:  And so, no, I didn't see anything to make it lead that that came from the inside.

SHAWN RYAN:  Okay.

BRIAN HARPOLE:  No.

SHAWN RYAN:  Why do you believe that the security footage has not been released publicly?

BRIAN HARPOLE:  Well --

SHAWN RYAN:  I mean, obviously the FBI is in control of the internet.

BRIAN HARPOLE:  I'm with them on that.

SHAWN RYAN:  You are?

BRIAN HARPOLE:  Absolutely.  Absolutely.  I'm with them on that.  Man, that video footage or really good video footage is the truth or as close as we have.  And so they came back with that gag order to the counsel so they can information share because the judge said there's a volume of evidence, right?  Voluminous I think is what he said.  And then like, okay, because we want to protect his right to a fair trial, and we don't want to taint a potential jury.  Okay.  I get that.  But if -- is there not a balance to that?  It's like I'm not asking you to produce the footage but maybe give us something to -- we investigated this claim and then we found this.

SHAWN RYAN:  Uh-huh.

BRIAN HARPOLE:  And make them put their name on that.  I'm with them on that.  Give us some information.  It's like you go to public information

officer school to be a cop and they tell you, hey, don't go out there and go this happened, we'll let you know when we figure it out.

SHAWN RYAN: Uh-huh.

BRIAN HARPOLE: Because then you're just like, well, are you capable? Do you know what you're doing? Are you hiding something from us?

SHAWN RYAN: Yeah.

BRIAN HARPOLE: So what do you do? You go out there, even if you can't release the details of it and you go, hey, this happened, we heard this and this is attribution that makes us lead to believe that it was directed crime and not a random crime. So what you're doing is you're letting people, okay, this is starting to make sense. Give us something.

SHAWN RYAN: Yeah.

BRIAN HARPOLE: Give us something.

SHAWN RYAN: I mean, this just comes from institutions hiding things forever.

BRIAN HARPOLE: And has it happened?

SHAWN RYAN: I mean, you know, maybe had they, I don't know, released the Epstein files, maybe there would be a little bit of trust in the institution.

BRIAN HARPOLE: Brother, unfortunately I

could go on for --

SHAWN RYAN:  Yeah.

BRIAN HARPOLE:  -- a long time about that. It needs to be released.

SHAWN RYAN:  Yeah.

BRIAN HARPOLE:  Charlie wanted it released. That's not my opinion.

SHAWN RYAN:  Yeah.

BRIAN HARPOLE:  Watch the videos.

SHAWN RYAN:  Yeah.

BRIAN HARPOLE:  Release them.

SHAWN RYAN:  Yeah.  That wasn't -- my point wasn't, you know -- I mean, I want them to release them, too.  My point wasn't getting into it.  I'm just saying like this is -- this is the shit that causes distrust in the institutions.

BRIAN HARPOLE:  Of all institutions.

SHAWN RYAN:  It gets worse and it gets worse and it gets worse.  And if you want to rebuild the fucking trust in the institutions, then you open up transparency and you stop fucking hiding shit from the American people.

BRIAN HARPOLE:  100 percent.

SHAWN RYAN:  That's how the fuck you do it. This isn't rocket science.  This isn't fucking brain

surgery. This is just transparency. That's it.

BRIAN HARPOLE: And this is my response. You got -- I've got a team here that are done. And if you had opened that up -- and if you had opened that up at least a little bit, six, eight, nine weeks ago, these guys wouldn't have suffered.

SHAWN RYAN: Yeah.

BRIAN HARPOLE: We've been doxxed. Our credit cards have been stolen. Our children's and parents' names have been released online, wedding plans, home addresses, phone numbers. It's like throw us a bone.

SHAWN RYAN: Yeah.

BRIAN HARPOLE: Don't let us sit out here and suffer for you when all you've got to do is produce something to quench the thirst of these people. And you're right, you're creating distrust.

SHAWN RYAN: Yeah.

BRIAN HARPOLE: And you're hiding behind, well, we have to make sure that we don't taint a jury for this guy. You know, and I have questions about that, too. I have questions about that. And we talked about that earlier. Where's his call logs, his phone hits? Who did he talk to two days, four days, eight days beforehand?

SHAWN RYAN: Why do you think that they tore up and paved over the crime scene so quickly?

BRIAN HARPOLE: I have been asked that at least ten times. And I said, I don't understand the exigency of why they did that. And here's my question, too. March your ass up to the school, have you march your ass up to the school or will you march your ass up to that school tomorrow and file a FOIA and say, hey, you're a public institution, I want the request and the plans that were made to tear that up and when those requests and plans happened. Because that didn't -- you're not going to request that or you shouldn't request that overnight and have that done. That had to probably go through a budget request, had to be approved. There should be a time line and paperwork for that.

SHAWN RYAN: Uh-huh.

BRIAN HARPOLE: You should be able to get that through FOIA. And so do it. Make them -- make them tell us why that they tore that up before it was even cold. I want to know because it came back on us that we had some trap door and they're covering up the trap door and we had a guy hiding in there.

SHAWN RYAN: Okay. That's actually my next question. I didn't hear about there was somebody

hiding in the trap door.

BRIAN HARPOLE: A gun was hiding or something.

SHAWN RYAN: I've heard there was a trap door or something. Was there a trap door and a tunnel system?

BRIAN HARPOLE: No.

SHAWN RYAN: There was not.

BRIAN HARPOLE: No. So, school, why did you tear it up? Why did you tear it up? What was the exigency to tear up something that still people would -- did you not think that through? Hey, this might -- we might want to put a hold on that. This might induce questions to us.

SHAWN RYAN: Uh-huh.

BRIAN HARPOLE: And it didn't. Nobody went back and asked questions to the school or said, hey, let's do a FOIA and do some back digging on that that's not protected under this evidentiary gag order.

SHAWN RYAN: Uh-huh.

BRIAN HARPOLE: No, let's just blame the security team because that's the easy way. Go do the FOIA.

SHAWN RYAN: You know, I mean, back to the exit wound thing, you know, I mean, because we're

talking about the tearing up of the crime scene and everybody is wanting them to find the bullet. I mean, if the bullet hit any bone at all, there is no bullet. It's just fragmentation.

BRIAN HARPOLE: Great point. And that was discussed already.

SHAWN RYAN: Yeah. There was no exit wound. In the autop- -- in the autopsy though there should be -- I mean, if there was no exit wound, then there should be fragmentation of -- the bullet would have fragmented into who knows how many pieces.

BRIAN HARPOLE: The doctor -- again, this is not a non-disclosure violation, but the doctor told us, came out there and told us, and then they also told chief of staff. So the bullet came in and hit the vertebra. So it came in and then tore up everything in the wound cavity, hit the vertebra, crushed it, shattered it, turned, crushed the second one, turned, kept going down all the way I think to they said C6.

SHAWN RYAN: Holy shit.

BRIAN HARPOLE: Yeah. It's like, why not put that info out? Why not put it out? And then --

SHAWN RYAN: Why wouldn't they put that out?

BRIAN HARPOLE:  It would do me a favor. Don't make me do it.  It's not my job.  And so then it got to here, and you're exactly right.  And then hit I think six and then fragged.  So explanation 101.  What are you hiding?  Yeah, it's like I'm sitting back here when people are saying we bombed him or there's -- I'm like, hey, if somebody from an official capacity would just release that, I don't see how that could jeopardize a fair trial for a guy and/r somebody call the doctor.  Somebody just call him.

(Ad).

SHAWN RYAN:  This guy George Zinn, are you familiar with this guy?

BRIAN HARPOLE:  Is he the one that said --

SHAWN RYAN:  He is the performance immediately after the shooting.  I believe he was saying that he had the sheerers (phonetic), also a witness to 911, called to the bomb threat in Salt Lake City Marathon.  I mean, he seems to show up at a lot of --

BRIAN HARPOLE:  Yeah.

SHAWN RYAN:  -- historic crises.

BRIAN HARPOLE:  Right.  And then gets arrested and then later gets arrested for child porn after that.

SHAWN RYAN:  Uh-huh.

BRIAN HARPOLE:  And so that was a weird deal because that came to us at the hospital.  Hey, they have somebody in custody.  And I'm like, awesome.  And then -- and then our guys helped hold that perimeter area while they were arresting him.  And I want to say they held onto some gear or something.  I would have to double check with them.  But they were there assisting the police for that because they're still in there holding the crime scene.  Yeah, man, so how did this guy get there?  And they did the search warrant on his house and they released it.  And it's like, hey, dump his phone and release that, too.

SHAWN RYAN:  Uh-huh.

BRIAN HARPOLE:  Dump the tower information and release that, too.  I want to see who he was talking to two, three, four, five days beforehand.  I want to see what towers hit.  Yeah, I want to see that.  Yeah, I want to know who is this guy and why is he around --

SHAWN RYAN:  All these things.

BRIAN HARPOLE:  -- all these things.

SHAWN RYAN:  What questions do you have?

BRIAN HARPOLE:  You know --

SHAWN RYAN:  You had some good questions

about Robinson.

BRIAN HARPOLE: Yeah. I want to know -- I want to know who this kid is. I don't want to know that he had -- something that feeds the narrative of hate and division, that he was -- his boyfriend was trans or whatever and that they had text back and forth. I want to know, all right, where did he work. And then who were his coworkers and did they interview his coworkers. And then I want to see his phone logs and the towers that it hit. I want to interview his friends. Did he have any help? They said, oh, well, we had DNA on the rifle. I want all that information. That's a good tie, right?

Now, from the judicial standpoint I can understand why they're saying we don't want to put all this information out because the judge said it may taint a potential jury because they're going to seek the death penalty. And I'm like from a book standpoint I understand that. But you've got a lot of people out there wondering, hey, did this guy do it by himself? And then you throw my wonder on there and it's like, wow, so he just -- the rooftop was clear and then he jumped up on it, acquired a shooting position, took the shot. That shooting position was a loophole. If it had been five meters this way, it

wouldn't have happened.  And then can we go through his phone or his computer and find a Google Earth overhead that he was looking at it days, weeks, months before?  Did he access that before?  Because obviously it's a problem because that's how we came up on the information that it's easily accessed and how we gave it to the chief to say, hey, Chief, you got this, right?  I got you covered.  So that's information we need to know.  I want to know about this kid.  I want to know if somebody helped him.  Is he a Patsy?  Was there a group of people?

SHAWN RYAN:  What's a Patsy?

BRIAN HARPOLE:  Is he taking the blame for other people.

SHAWN RYAN:  Uh-huh.

BRIAN HARPOLE:  Or is he -- is -- is he part -- is he a lone wolf?  But then we all thought Timothy McVeigh was a lone wolf, too, right?

SHAWN RYAN:  Uh-huh.

BRIAN HARPOLE:  And then we come to find out, no, people knew about it.  He had assistance, even if it was assistance of we knew you were going to do something and then we didn't say something.  So, yeah, I have questions to him.  I have questions and this is horrible because I'm a father, I have

questions to his father.

SHAWN RYAN: Aren't they -- aren't they saying that he took the rifle apart with a flat head screwdriver?

BRIAN HARPOLE: That's a big one I want to know. And it's like I know there's footage out there, and I don't know what to believe and how it got down. It's like all right how did -- I want to know that. How did the rifle get from the roof to where they found it? That's a big one. How did the rifle get from the shooting position all the way back across to where they found it?

SHAWN RYAN: And then it was reassembled when they found it.

BRIAN HARPOLE: I don't think that it ever was disassembled. Even --

SHAWN RYAN: I'm not buying that shit.

BRIAN HARPOLE: -- an AR platform, think about it, you know what I mean? Pin, pin, break.

SHAWN RYAN: Yeah.

BRIAN HARPOLE: Pull. It's going to take a bit. That's a bolt gun.

SHAWN RYAN: Uh-huh. That's what I'm getting at.

BRIAN HARPOLE: Right. It's not going to

happen.

SHAWN RYAN: They probably should have been a little bit more descriptive on -- about that (inaudible) shooters.

BRIAN HARPOLE: I want to know about that. Yeah.

SHAWN RYAN: (Inaudible) enthusiasts.

BRIAN HARPOLE: Yeah, yeah. I look at that and then -- and I look at a lot of things that are going on at Turning Point because I saw -- man, I've seen people say that Erika was involved in it. His wife. I've done a lot of death notifications where I had to tell kids that their parents were dead or parents that their kids were dead and I know what pain looks and sounds like. I wake up screaming sometimes thinking of kids' faces. The words that came out of her mouth and how they came out when she walked in that room and saw him, you don't want to hear that. She's a victim. That's her husband. And now people without any proof are saying that she was a part of killing him. Come on, man. And then not having anything to substantiate it with, that's what makes me lose faith in people and that we allow it and that platforms allow it. It goes against everything that we are. And if we're going to allow that, what else

are we going to allow? When you hear that kind of pain come from somebody and see it and I can only imagine the pain she's feeling now by having to hear people say that she was a part of it. Those are lies. And so -- so -- and so we have that organization, got this huge power vacuum going on now. I'm sure it's affecting it. It's affected me. And so that's -- that's an organization with a lot of great people in it doing good things, you know. And so where do we draw the line to people making allegations of bad behavior? It's a huge question. I mean, could you imagine? Think of this for a second. You've lost friends. And could you imagine somebody reporting that one of your friends, his wife was responsible for their death? What would you want to do to them?

SHAWN RYAN: Yeah.

BRIAN HARPOLE: And it's like, man, is this -- we're better than this. We should be better than this. And we're not. And people are bitching about the leaders that we have. And I was like, we get the leaders we deserve.

SHAWN RYAN: That's a good point.

BRIAN HARPOLE: And we don't deserve very much right now. On each side. On each side. Both sides. We get the leaders we deserve. If we want to

hold them accountable, we should hold ourself accountable.

SHAWN RYAN:  Yep.  Are there any other questions you have?

BRIAN HARPOLE:  No, I just -- I mean, I appreciate you -- you letting me come on.  When I got that phone call, I was like, wow.  I mean, I -- I've seen the people that have come here and -- Don Graves, he sat here, right?  Eddie Penney, Ben Carson.  It's like, man, I don't deserve this.  So ...

SHAWN RYAN:  There's a lot of humility in this room, man.

BRIAN HARPOLE:  There should be.  I'm thankful for that.

SHAWN RYAN:  You deserve to be here just like everybody else.  Good bless you, brother.

BRIAN HARPOLE:  Thank you.

SHAWN RYAN:  Thank you.

                *   *   *   *   *

I the undersigned, Joy Beth Kennedy, court reporter for the State of Tennessee, do hereby certify the foregoing transcript is an accurate reflection of the contents of the recorded hearing and was transcribed to the best of my ability.

I further certify that I am neither attorney for, nor related to the parties to this cause and furthermore that I am not a relative of any attorney or counsel of the parties hereto or financially interested in the action.

_____*Joy Beth Kennedy*___

Joy Beth Kennedy, LCR, CCR