----------------------------------------------------------

Gary Melton
Brian Harpole Interview:
Charlie Kirk - What Really Happened

----------------------------------------------------------

November 25, 2025

----------------------------------------------------------

Joy Kennedy, LCR, CCR
20th Judicial District
Nashville, Tennessee  37201

GARY MELTON: Well, Brian you made it.

BRIAN HARPOLE: I made it. Thank you.

GARY MELTON: Hey, man, I really appreciate you coming out here and taking the time to fly out here, and I'm really interested for everybody to hear your story.

I guess real quick what we'll do is just a quick introduction of you. For people that don't know you, Brian Harpole served as a police officer in Texas for 14 years. During his career Brian was assigned to many different areas including patrol, tactical unit, criminal and narcotic interdiction, bicycle unit, training and administration. While assigned to these units Brian received over 25 accommodations for exemplary service to include recognition for valor, meritorious service, meritorious conduct, life saving, and officer of the year.

In 2008 -- no, I'll stop right there because I kind of want to hear how you kind of got into the security world. And, you know, we'll just kind of take it from there.

BRIAN HARPOLE: Yeah.

GARY MELTON: As far as your career goes, anything that I didn't cover right there let us know and just kind of introduce yourself to the public --

BRIAN HARPOLE:  Sure.

GARY MELTON:  -- from kind of that standpoint.

BRIAN HARPOLE:  Yeah.  And first I would like to say thank you for having me.  I -- the way I got here and it's kind of a good story and so I wanted to share it, a couple of my guys actually from the team came to me after the assassination and watched some of the videos you had been putting up.  And -- and we had grown accustomed at that point to just being obliterated with lies.  And they came to me and they were like, hey -- or they were sending it to me and they were saying, hey, look at this, this guy is like really out there trying to find the facts.

GARY MELTON:  Uh-huh.

BRIAN HARPOLE:  And so we watched it.  And then -- and so they -- they were like, wow, this is -- this is close.  I mean, like the closest anybody has got, the closest to the truth.

And then my fiancee actually she -- during this whole thing she developed a thing where everything that came on the internet she would look at it because she didn't want me looking at it.  So she basically ran the hard guard and saw all the ugly stuff.  And if it was really bad, she would bring it

to me. She would say, hey, I think you need to watch this. But then she brought me your stuff. And she was like, man, this guy, you know, she said, he's really trying to put the right stuff out there, the truth.

GARY MELTON: Yeah.

BRIAN HARPOLE: And so -- and she was like, you need to call him, you need to call him. And I was like, okay. And at the time, you know, I'm literally 20, 22 hours a day just trying to do everything. And she was on me, like you need to call him, did you call Gary, did you call him. And I was like, no, no. And finally, I mean, I sat down -- I think she texted you.

GARY MELTON: Uh-huh. She did.

BRIAN HARPOLE: And so she sat me down on the end of the bed, and she said call him right now. And then -- she goes, this behavior that's true like this deserves that. And so that's how we got there.

GARY MELTON: Well, I appreciate that. Yeah, you know, one of the things -- we'll kind of hit some of these, too. But what I -- the reality is that people were taking this information vacuum and things they couldn't see. And we'll get into like for instance, you know, you guys behind the table working on Charlie.

BRIAN HARPOLE: Uh-huh.

GARY MELTON: And that void of information they're filling it in with the most horrific -- and, look, I said it at the time of the video, I'll say it now, I don't know exactly what you were doing. But what -- I had a pretty good idea of what was taking place behind there. And I think the story deserved some balance, right? It's okay for people to go out there and speculate and, you know, I think there's some -- when you start accusing people of some of the horrific things that you and your men have been accused of without at least giving some balance and saying, okay, this is what could be happening but also here's another option and you need to weigh both of that information. And what I was seeing was a channelization (phonetic) of information that was just nothing but demonization, character assassination, and convicting you guys in the public eye of things that to me of like -- I feel like I'm watching a different video than everybody else that's saying these things. And I think that, number one, that's the American way to do this, like that's the moral, ethical way to do this and saying, hey, look, let's find if we want to highlight some things that maybe should be investigated or, hey, I'm suspicious of this person or

this person. But to go from, hey, I don't have any information to filling that information with just, hey, they're guilty of murder, conspiracy, assassination, it's just -- it's actually disappointing to see Americans in general do it but especially when we have very prominent social media people out there doing it too. It's -- it's -- you know, it is what it is. And one of the things I'll tell you, you know, when you called me, man, I got to be honest with you, number one, you know how you talk to somebody on the phone and then you kind of have this expectation? Of course, I watched a lot of video of you. Like it was -- it was -- you're a different person talking to you in person than you were on the phone. And I could tell you were just -- you were -- I don't know. I don't want to say broken.

BRIAN HARPOLE: I was going to say beaten.

GARY MELTON: Yeah. Like you were clearly -- you had clearly had enough.

BRIAN HARPOLE: Uh-huh.

GARY MELTON: And, you know, I mean, I just heard the pain in your voice. And, you know, we had a great discussion last night. We went out to eat, you, me and my wife. And, you know, when you're talking to me and you're telling me about your family and, you

know, we weren't even talking about any of this. And like all this stuff as I'm sitting here talking to you, all the stuff that I've heard said about you flashing through my mind and seeing the reality of who you are as a person and thinking about your family and your kids, you know, I -- that was when I got up to use the rest room. I was about to start crying. And I feel emotional about it now. I don't think people understand the human fallout of some of the things that have been said about you, your team, and everything else.

And, you know, we'll get into that for sure. But what I do want to do is I want to start this out on a high note. I did get you some gifts, and I got one for your fiancee as well. It's just a shirt.

BRIAN HARPOLE: Man. That's not necessary, thank you. But I will wear it proudly.

GARY MELTON: But given your line of work and I've done a lot of traveling, these two products are things that I literally use every single day. We carry them. And I just want to give these to you. This is an Eberlestock Flex bag.

BRIAN HARPOLE: Yeah, yeah.

GARY MELTON: It's a great personal carry

bag, conceal carry off body.  It allows you to keep med gear in it.  And I don't know if I'd bet my life on it, but it is a level 3A panel in there as well.

BRIAN HARPOLE:  Really?

GARY MELTON:  Yeah.

BRIAN HARPOLE:  Wow.

GARY MELTON:  So it gives you some (inaudible) --

BRIAN HARPOLE:  That's cool.

GARY MELTON:  -- protection.  And one of my favorite items I've carried all over the world --

BRIAN HARPOLE:  Oh, wow.

GARY MELTON:  -- this is a Karambit, High Desert Karambit.

BRIAN HARPOLE:  Thank you.

GARY MELTON:  And hopefully, you know, when you're out there doing God's work and traveling, you know, hopefully that will serve you well and you'll think about us.

BRIAN HARPOLE:  That will become my every day carry.

GARY MELTON:  There you go.

BRIAN HARPOLE:  Man, thank you.

GARY MELTON:  No problem.

BRIAN HARPOLE:  Thank you very much.

GARY MELTON: One of the things I kind of wanted to just kind of throw some context into the beginning of this interview is we have definitely lost faith in our American institutions. We have lost faith in the media because of all the lies we've been exposed to. And, look, government conspiracies absolutely are real. We saw that with COVID 19, we saw that with January 6th, I think to some degree at least it felt like a cover-up from July 13th, the assassination -- the attempted assassination of President Trump. And, you know, going back in history our government has lied to us time and time again. And there's many factual things that we can point to and say, hey, this is why we don't trust the government. And I completely get it. And then the media is even worse. You know, they omit information, they -- it's -- they're pushing an agenda and give you just the information that they want you to see so that you believe the agenda that they're trying to fulfill. And, you know, there's this -- there's this big call. And one of the things I wanted to get in here and start talking about current events and politics was because of a complete lack of trust in the media and these government institutions. And there's no doubt that all of those entities lie. But what we're seeing

is a lot of the social media and these folks that are claiming to be these citizen journalists are out fake newsing the fake news.  And what I wanted to kind of go through to set the context in, almost establish a historical record on this, is let's talk about the media sourced lies that we've seen from the beginning of this.  The first thing that came out was Tyler Robinson was a right winger.  It was also said that the event was only advertised two days prior to September 9th.  So only an insider would have time to plan for that.  The truth is TPUSA announced this event on August 27th and on that day or shortly thereafter it was announced it was going to be held in the UVU courtyard.  I've also heard from locals at UVU and in Orem that there was buzz about it and people knew about that event and where it was going to be held even long before there.  So there was a good two weeks, week and a half advance of people knowing about where this event was going to be held.  And the other thing about that is like there's not a lot of space at UVU.

BRIAN HARPOLE:  Yeah.

GARY MELTON:  You know, there's kind of only one place where they're going to be.  I believe the Sorensen Center can hold like about 1,000 people

in an indoor venue?

BRIAN HARPOLE: Uh-huh.

GARY MELTON: So if you know that event is being held at UVU, it's not -- you don't have to be Sherlock Holmes to figure out where it's going to be held in the courtyard and then obviously you can look at that courtyard and say, hmm, I wonder where they're going to put the main speaker. It's pretty obvious.

BRIAN HARPOLE: And you're right to that. I kind of likened it once to if you took an overhead at Thermopylae, you know, where it was going to go down.

GARY MELTON: Yeah.

BRIAN HARPOLE: And so, yeah, it's where we were going to be.

GARY MELTON: Yeah.

BRIAN HARPOLE: You know, so ...

GARY MELTON: It was also said right at the beginning there was no access to the roof, and it has to be an inside or professional hit. I was shocked to see at UVU you can walk right up to -- and really from the courtyard area you basically have a covered and concealed way to get up there. I mean, it's easy access and all you have to do is jump the railing.

Some other things we heard right off the

beginning, and we'll talk more about him specifically, but Rick Cutler used a palm gun to kill Charlie. An iPhone gun from someone in the crowd killed Charlie. TPUSA had a camera gun behind him and that's what killed Charlie. Exploding microphone or exploding cross is what killed him. There was an assassin in the trap door beneath the table. Both of those utility hatches were far to the left, were exposed to the public the entire time throughout that event. That was ridiculous. They said there was a shooter that looked like a bush on the balcony of the Brendan Fevola Building at Charlie's 4:00 o'clock. Not plausible due to the visibility of everyone that is going there. One of the things I immediately noticed was everything is so much closer than it looks on TV. Like the idea that somebody would be up on that balcony that is like a hundred feet away and people not see them, I mean, it's just -- it's insane. There was a shooter on the roof of the Brendan Fevola Building at Charlie's 4:00 o'clock. There was no line of sight to that spot. We've proven that. The wound that we see is an exit wound and that Charlie was actually shot from the rear. Charlie faked his death and what we see is a hologram. That's been going around. Also that he faked his death and that was all

special effects. The FBI footage was AI because people disappear behind trees. I proved that was not true at UVU. They said Tyler Robinson was never at UVU. Both of his parents identified him through surveillance footage at UVU, and there was a lot of other evidence that proves that he was there. We heard that the landscaping work was done by Matt Robinson, Tyler's father. That was not true. That is a lie. That there were flying drones that no one could see that shot and killed Charlie and was using some sort of IR laser to target him. You, the security team -- another lie was that you, the security team, drove him to the hospital that was further away to intentionally delay his treatment. That takes a quick Google search. It's not true. Charlie was taken to the Timpanogos Regional Hospital, which had a level 3 trauma rating and was a five to eight minutes drive depending on time of day. The next nearest one that had a trauma rating was Utah Valley Hospital, which had a level two trauma rating, but it was a 10 to 12 minute drive depending on the time of day. It was said that there was no autopsy and, you know, there was no medical examiner's report. That was a lie. Everyone said there was no blood on any of you after you were treating Charlie. I posted

pictures, and I had a whole video on that and said that was a lie.

You know, all of these -- and I could list 20 more. But all of these are lies. And not a single one of these lies were put forward by the government. This was all generated by social media, and I think there's lots of different reasons for it. I do think we are in the middle of some sort of psychological operation. I think people both -- foreign adversaries are capitalizing on this moment, and they're exploiting people's distrust of our government. And I do think there's political and other ideological entities that are planting these seeds and pushing this for more division here in the United States within the conservative party and just creating chaos. I don't think they care to be honest, whether you're conservative or left. And I think we end up being manipulated on all sides of the political aisle by these agendas that use our own biases and -- and our own vulnerabilities because of what we believe.

BRIAN HARPOLE: I agree. And this didn't happen overnight.

GARY MELTON: No.

BRIAN HARPOLE: So if you go back, I kind of -- I came from a law enforcement family and

remember, you know, my dad just going to work, right? And then -- and then so it's like, well, I never -- and maybe he hid it well. But I never remember him talking about -- which he didn't talk about business at home. But, you know, like what the media is saying or what people are chattering about because we didn't have online back then. Access.

GARY MELTON: Right.

BRIAN HARPOLE: And then but -- and then I enter into this in the early 90s, and it didn't exist. But I watched it progress.

GARY MELTON: Right.

BRIAN HARPOLE: And then through a law enforcement career into the private security career and you see things that it's like the boiling pot syndrome, right, where it kind of happens and then people are like, yeah, it's not me though or it doesn't affect us. And then -- and then we're just surrounded by it now where people -- you have to worry about perception.

GARY MELTON: Yeah.

BRIAN HARPOLE: And I talked to the guys about that a lot, that we have to make sure -- our operational -- our operational procedures and tactics obviously, we're there to protect the client. But I

tell them all the time, you know, we're also out there to protect their reputation. So if you say something bad or you look bad or you have something that brings a derogatory look towards your client, it's just bad.

GARY MELTON: Right.

BRIAN HARPOLE: And the people out there are going to run with it. And so there's that out there now that -- and there's no way to control it. It's like a forest fire of stupid that has no ability to be put out. And we won't. And to the point of the Constitution and the First Amendment, you fall for it.

GARY MELTON: Uh-huh.

BRIAN HARPOLE: So I believe in it. And so but these people are just abusing and abusing that. And so we're in this -- we're literally in a boil pot now, and it's boiling around us. And so how are we going to fix it? And there's an insatiable thirst for information, and I don't blame people for that.

GARY MELTON: Right.

BRIAN HARPOLE: We have been lied to by our government.

GARY MELTON: Uh-huh.

BRIAN HARPOLE: I was talking to a (inaudible) dinner last night, I was talking to one of my buddies from Canada. And we were just kind of

chatting back and forth. And he -- how do we get -- how did we get here? And we have been lied to. We've been lied to about things that it's unbelievable. And our government.

GARY MELTON: Yeah.

BRIAN HARPOLE: And he and I traveled the world together and go to places and do kind of sketchy things for adventure. And a lot of the time the only difference between these third world countries' leaders and our leaders are the brand of the suit that they're wearing. They're stealing.

GARY MELTON: Yeah.

BRIAN HARPOLE: So are they. They're lying. So are they. You know, and so the acquisition of money and power, what's the difference between them and us?

GARY MELTON: We're smarter at figuring out how to do it legally.

BRIAN HARPOLE: Legally.

GARY MELTON: It's still just as corrupt, and we're doing the exact same things.

BRIAN HARPOLE: And then we sit back and watch it. And so -- and that's something, like I said, that's a progression. And, you know, we had it at local levels, and you saw that. But now it's like

this is a global level because it's the internet. It's the worldwide web. And you're right, why would you not, if you're a foreign adversary of the United States, feed that narrative.

GARY MELTON: Yeah.

BRIAN HARPOLE: You know, one of the things that came to me and was kind of disheartening was -- it was a guy who -- a government official, retired, had some really good insight for me on this. And he said, you've got to know that you're on the radar for the Chinese and the Russians now. They've got a full work-up for you. Why would -- I'm nobody. You're somebody, you're a pry bar. You're a catalyst. And he said, they have a full work-up on you now. You're not such a big deal at home. But when you travel abroad, it could be valuable. Man.

GARY MELTON: Yeah. You know, and that's the thing, you know, our enemies are looking for long game. And this is one of the things, you know, to teach people security, situational awareness. And part of that was, you know, their electronic footprint. And we have Russia, China, and all these other state sponsored elements. They're monitoring all of these people that have government ties and everything else. And just like people like you,

you're saying, hey, I'm nobody, why would they be monitoring me.  You're nobody today, but five years from now you could have direct access to people.  You could be running for office.  You could be somewhere in a position of power, and they're thinking about that.  And they're figuring out ways to exploit you in the future.  And that's -- you know, like these types of things that are taking place are so much more strategic and so much more engineered than people realize.  And that's the thing that I just hope people can take away from this.  Yeah, the government lies, but we have to be just as suspicious of all these other sources of information.  And when you're constantly getting from that source of information they're proven wrong, proven wrong, proven wrong and or they jump from one thing to another, like, you know, some of these -- some different social media outlets out there have pushed these exact -- like four or five of these and these are all mutually exclusive theories, right?  And when they're pushing four or five of these at the same time or they're jumping from one to the next to the next to the next, you know, hopefully -- and, you know, the reality is some people are out there just looking for clicks.  They want something sensational, salacious.  And then I think

there's a much more sophisticated side of that that we're being fed as well.

(Ad).

BRIAN HARPOLE:  I agree.  And so here's my question to the big platforms, the leaders, the owners of the big platforms, it's like, you know this is going on.

GARY MELTON:  Yeah.

BRIAN HARPOLE:  And then you're complicit in it.  And you're complicit in it to the fact that you know where it comes from.  And you just let it.

GARY MELTON:  Yeah.

BRIAN HARPOLE:  And so -- and why are you letting it?  Well, obviously money.  They're monetizing that stuff, you know.  And so at what point does somebody step in and go, hey, you can't do this.

GARY MELTON:  The last thing that I want is, you know, YouTube or any of these platforms to, I don't know, sensor more than they do.  With that being said I think this comes back to an American principle of personal responsibility.  Because if you -- if your argument is, look, I have to step up and report this stuff because the government is corrupt and they're not telling the truth or mainstream media is not telling the truth, you can't combat lies with lies.

And, you know, the answer is we hold ourselves to a higher standard of ethics of honesty and make sure that, you know, it's okay for us to -- it's okay for us to editorialize and to, you know, say what we think is going on. But we need to make sure that is very clear when we do that and separate fact from speculation. And it's like, here's the facts, here's how I interpret them, just so you know this is how I do this. I'm a great example of this. Like when I first saw Charlie was shot, I genuinely thought that he had some sort of ballistic plate. What I saw was that, you know, it looked like he was shot in the chest and we had a deflection. And I -- but I made it very clear, like, hey, I'm speculating on this. Even when I was talking about what you guys were doing behind the table, I said, hey, look, I don't know what's going on behind the table. I'm speculating on this. But I think it's important to have this counter-narrative, and I was definitely wrong on one of those. And as soon as I had information, I was like, hey, I just want you guys to know there's additional information to come out, I think I'm wrong on this. And finally I was able to confirm through you once you started talking. That's one of the first questions I asked you was -- you know, was Charlie --

because I want to prove my own theory wrong. That's how we -- that's how we investigate ethically. And as far as everyone else out there, there was a time in America where like you would be condemned if you started saying someone was guilty of something without a shred of evidence. And now not only is it not condemned, it's encouraged. And it's monetized like you said. So there's huge incentive to lie about people, and there seems to be no ramifications. And I do think that people need to realize defamation laws are still a thing. We shouldn't liable people. And we shouldn't need, you know, a legal system to -- like people should be able to self-regulate. And, you know, the First Amendment like the Second Amendment is a -- is a right of ours and it's a tool that can be used for good or it can be used for harm. And as Americans, like, we just need to hold ourselves to a higher standard.

BRIAN HARPOLE: I think that's going to be hard because --

GARY MELTON: I agree.

BRIAN HARPOLE: -- we as Americans can't even regulate what we put in our mouths much less what comes out of it.

GARY MELTON: You're not wrong.

BRIAN HARPOLE:  And so, I mean, look at us when we walk around.  You want to get a judgment -- not a judgment but like a full view of what we are as Americans, walk around an airport.

GARY MELTON:  Yeah.

BRIAN HARPOLE:  And realize how people struggle just to walk.

GARY MELTON:  Yeah.

BRIAN HARPOLE:  And to see their body makeup and how many people of age should be just trucking along.  So if we can't -- we can't even self-regulate what we put in much less something so easy as what we can throw out.  And if there's no accountability either way -- and I think people should know and I know you feel this way, I'm not saying we're for the conspiracy theorists, but I'm -- I'm not a conspiracy theorist per se, but I do believe that there's always and has been historically stuff that's going on in the background that we don't know about.

GARY MELTON:  Yeah.

BRIAN HARPOLE:  But I'm on their side.

GARY MELTON:  Yeah.

BRIAN HARPOLE:  Ask questions, man.

GARY MELTON:  Yeah.

BRIAN HARPOLE:  Ask hard questions.  Like

to you, today, no softballs.  This is not a Biden era press deal where they just, you know, ask him what kind of ice cream he eats.  You know, hard questions need to be asked and answered.  And if they can't, then maybe we need to go with somebody else.

GARY MELTON:  Yeah.

BRIAN HARPOLE:  And that's not something that, again, happened overnight.  This has been a trend for a while.  And then you take something like the internet, and it makes it so easy to be an expert.  People really think in their heads, well, let me Google this real quick.  And then they come back with this expert opinion.  And I'm like, man, you didn't even -- and you can kind of even do a track back, and he didn't go past the first page.

GARY MELTON:  Yeah.

BRIAN HARPOLE:  So I just look at this.  And, you know, you're a trainer and have a range and we do, too.  We have guys that physically come to the range, and I see them manifest the things in their physical actions with the handgun that they see there that are absolute, you know, third world idiocy.  And you can't do that.  And that's their training, and they think they're an expert because they watched it on some, you know, social media channel.  It's like

there's seeing and there's doing, you know, and so people inherently we are as a species physical learners.

GARY MELTON: Yeah.

BRIAN HARPOLE: And we've dropped that to the wayside. Online school during COVID --

GARY MELTON: Yeah.

BRIAN HARPOLE: -- do you think those kids grasped the concepts of what they were learning by watching on the internet while they're looking at their phones?

GARY MELTON: Right.

BRIAN HARPOLE: It's not happening, guys. And so I agree with them and I understand, but at some point there has to be some self-regulation. And heavens know I don't want anymore government regulations.

GARY MELTON: I agree.

BRIAN HARPOLE: But none because you know why -- we do need them. But if we -- I can't trust them.

GARY MELTON: Yeah.

BRIAN HARPOLE: We can't trust them.

GARY MELTON: Yeah.

BRIAN HARPOLE: To do the right thing with

it.

GARY MELTON: Well, you know, I think we saw that whole thing play out and it probably took longer than we wanted it to, but we saw that the, you know, mainstream media continued to ruin its credibility, continued to go down this past of clearly pushing an agenda over the truth. And unfortunately I think this is just going to be another phase where we see these people out there trying to say that they're looking for the truth while they're pushing lies. And it's short sided, you know. And it's a shame because there's some people out there in the media that I've respected for a really long time that I think if -- I don't know, they've took a hard left turn somewhere that they shouldn't have and I think our -- they may be experiencing some short-term money, fame, popularity. I think when everything comes out, they're going to wish they'd kind of done things with a little bit more of a -- guided by a moral compass.

BRIAN HARPOLE: And you see that now though, and it's funny if somebody will prove them wrong like you --

GARY MELTON: Yeah.

BRIAN HARPOLE: -- and then literally it's like, anyway.

GARY MELTON:  Yeah.

BRIAN HARPOLE:  That's their response.
Anyway.

GARY MELTON:  It's cognitive dissonance,
yeah.

BRIAN HARPOLE:  And so it's like, well,
wait a second, I want to pull them in and go, no, I
want an apology.

GARY MELTON:  Yeah.

BRIAN HARPOLE:  I want something right here
right now.  I want you to go back out, and it doesn't
happen.  Anyway, dismissed.  Dismiss you.  You know,
and that's a learned skill.

(Ad).

GARY MELTON:  Yeah, it takes reps.

BRIAN HARPOLE:  Absolutely.  And they
watched people do it that are above them or our media
or our leaders.  Anyway, move along, peasant.

GARY MELTON:  Yeah.

BRIAN HARPOLE:  And so --

GARY MELTON:  Yeah, that's the thing, too.
Everything that people are so upset about the
government, like being dismissive of people's
competing ideas, they're doing it at a much more rapid
rate.  And that is one thing that, you know, whether

we're talking about Butler, whether we're talking about even some of the COVID things or even going back to the Las Vegas shooting with Stephen Paddock, one of the things that I think people are really disgusted with is the fact that these government institutions when we're like, hey, we want answers to some of these things, like they almost -- it's like they hold the American people -- like you don't deserve it, like who do you think you are.

BRIAN HARPOLE: I mean, there's a prime example of that right now. Charlie was an adamant voice for it, the Epstein files.

GARY MELTON: Uh-huh.

BRIAN HARPOLE: I mean, you've got --

GARY MELTON: Talk about a conspiracy for that.

BRIAN HARPOLE: A vast majority of the American people -- I mean, I don't know anybody -- let's go to DC right now, down the road and say, hey, what do you want to know about the Epstein files and how many people out of 100 would go, nothing?

GARY MELTON: Yeah.

BRIAN HARPOLE: And so why don't we know more about that? Why isn't that just like, here you go?

GARY MELTON:  Yeah.

BRIAN HARPOLE:  And so when stuff like that happens and then January 6th and all these things, do you blame people?

GARY MELTON:  No.

BRIAN HARPOLE:  And so for the people out there that are just shotgunning stuff against a wall, it's wrong but I understand the catalyst for it.

GARY MELTON:  The American people are thirsty for information.  They're thirsty, and they're craving oversight on the government.  And that's why in that desperation they'll fill their cup with just about anything.

BRIAN HARPOLE:  Yeah.

GARY MELTON:  And I think that's --

BRIAN HARPOLE:  And that's a human condition.

GARY MELTON:  It is.

BRIAN HARPOLE:  So, again, no blame. Because people out there, they're in the media doing it.  I understand the catalyst that you think you're serving, but don't be part of the problem.  Be part of the solution.

GARY MELTON:  100 percent, couldn't agree more.  You know, one of the main reasons that -- you

know, after we talked, one of the main things that I wanted to do is get you on here to hear your side of the story. And one of the things you really conveyed to me and you said, you know, look, I've been doing this a long time, I'm okay. It's not about me, it's about my men. You know, so many of the guys on your team, they're younger guys, they still have careers ahead of them. And obviously this is going to affect them in ways you can't imagine. And there are so many things outside of their control. We'll get into some of those things. But one of the people I wanted to bring up, let's talk a little bit about Rick Cutler.

BRIAN HARPOLE: Man.

GARY MELTON: The way that he has been targeted multiple times and the information that's been put out by so many people, you know, again, they said he had a palm gun. Later that changed to like a detonator. The moment I saw this -- there's a screenshot that they took from when you guys were back there after Charlie was -- was shot. If you play the video, you never even see this moment in time. And when you're looking at it in context, somebody took a screenshot that shows Rick, quote unquote, smiling. It never looks like a smile to me to begin with. It looks like he's grimacing. You know, I'm sure as

we've talked there's very few times that we've smiled. But if you catch us in our mouth articulation and take a screenshot of it, you can put that up there. And the problem is if somebody takes that and says, oh, this guy is smiling and laughing, and then it turned into laughing and joking behind that table. And then you play the actual video and like that's just a quick moment in time. It looks like -- it looks like it's clearly to me that he's grimacing, and I can understand you're seeing something shocking that you weren't expecting. Just tell us a little bit about who Rick is and, you know, I don't know how much -- I'm sure you've talked with him multiple times but, you know, give us some background on Rick.

BRIAN HARPOLE: Rick is -- you know, I look at Rick and -- Rick and I are kind of strange. We share the exact same birthday. Same year, same day, same month.

GARY MELTON: Oh, wow.

BRIAN HARPOLE: And so he faired a little better on the hair game than I did. And I look at him and I'm like, I need to be more like this guy, you know: Past, present, and future. And so when those attacks started, I was like of all the people, of all the people. And then the people that attacked him,

it's almost like some sociopath woke up and saw some woman on TV and just like she's my person. These people just took to him.

GARY MELTON: Yeah, they did.

BRIAN HARPOLE: And rabid dog tore him up --

GARY MELTON: Yeah.

BRIAN HARPOLE: -- for no substantial reason at all. And so, you know, first of all, I'll speak to Rick and, again, as a person, he's a phenomenal person.

GARY MELTON: How long have you known Rick?

BRIAN HARPOLE: Gosh, well over 20 years.

GARY MELTON: Wow.

BRIAN HARPOLE: And not just that, but Rick was a legendary police officer. If you walk around Texas and ask about Rick Cutler to a large amount of people, especially in the SWAT realm, know who Rick Cutler is because he served with absolute distinction on what he did. And then he was also with the TTPOA training and making sure people got good training. And he's the reason why that I got good training. He -- I benefited from his professionalism and dedication to community and state and craft. And so he did a career on that. And then, you know, when his

career -- when he retired, he was like, my service isn't done here. He went to South America and was an active part in rescuing sex trafficked children and people that were held against their will at his own peril. He's like in service of the Lord. You know, that was a big thing for him. And Rick is one of our truly spiritual leaders. And so, I mean, he prays for us constantly. He's constantly putting prayers up for us. He's constantly putting biblical guidance up for us because, you know, it is the way. That's the only way. You know, he's trying to bring that truth and the light to us, especially in a time of a lot of darkness. And so you see -- you know what he's been, you know what he's done, you know what he is doing. And then all the sudden you see this atomic flash of evil. And here's my (inaudible) for no reason besides some sociopath out there wants to attack him. And then me personally, the weak part of me, wants to be like, hey, Rick, whose car are we going to take.

GARY MELTON: Yeah.

BRIAN HARPOLE: You know? And he's like, hmm, hmm, you know. Just, you know, let's ask God what we should do about this, you know. And he's hurt by it obviously because he's a human being.

GARY MELTON: Sure.

BRIAN HARPOLE:  But it's like the weak part of me wants to know whose car are we going to take.

GARY MELTON:  Well, I mean, the -- the fall -- it's not just, you know, when you're accused wrongly, it's not just you, you know, it's your family, your kids that go through that.  It's reputational destruction.

BRIAN HARPOLE:  Grandkids.

GARY MELTON:  Grandkids.

BRIAN HARPOLE:  People that -- that are -- haven't -- they're young but they're old enough to hear, access, and see that stuff.

GARY MELTON:  Yeah.

BRIAN HARPOLE:  But not old enough really to separate truth from reality.

GARY MELTON:  Yeah.

BRIAN HARPOLE:  How does that weigh on them?

GARY MELTON:  Yeah.

BRIAN HARPOLE:  And so that's one of those things that's like you -- and I have to look at logically from a psychological standpoint, too.  I'm not going to reason with that guy because if he was reasonable, he wouldn't have put that up in the first place.

GARY MELTON: Sure.

BRIAN HARPOLE: You know, you go to hostage negotiation school and one of the first things they tell you is don't try to reason with people doing unreasonable things. And so it's like I'm not going to call that guy up --

GARY MELTON: Yeah.

BRIAN HARPOLE: -- and try to, hey, man. He's unreasonable, that's why he's putting that up in the first place.

GARY MELTON: Right.

BRIAN HARPOLE: And it's evil stuff.

GARY MELTON: Yeah.

BRIAN HARPOLE: And so to that I would say I'm not going to give them any chatter. I'm not going to listen to it. I -- I struggle with it. I still struggle with it but not as bad. And it was due to one incident where after Charlie was assassinated then our world was upside down, and I couldn't even get home for a long time. I got home and was home temporarily, boom, right back up there trying to assist the family, the organization with anything they needed. You know, you're literally just like a sprinter waiting in the blocks, what can we do. And I remember I came home and I told my fiancee -- I got a

really nice letter from a guy who heads the security at a church called Denton Bible. And this -- it was just like, man, we're praying for you, we know what you're going through. And Clint made sure to get me that. And so I was like, man, he didn't need to do that. He didn't need to do that. But it lifted me up. And so he made sure I got it. They hand delivered it. And so I got home and I said, hey, I want to go up to that church and tell them thank you. You know, I want to personally say thank you for what they've done. So I'm sitting out in the service, and they didn't know I was coming, the pastor didn't know I was coming. And so while we're sitting there he starts preaching, and he brings up the assassination and Erika's response and all this. And he said, you know, he doesn't -- he said, man, I don't know how many times we're told in the Bible to be still and trust in the Lord. And he starts quoting, you know, just over and -- and so that kind of hit me. He was like, hey, it's bad now, but there's a process. And he knows what the process is, and it's not for us to question it. And so I was sitting there and that kind of tamped me down a little bit. And then he followed that up with -- he said, when Christ was on the cross I think it was his fifth saying, he said, forgive them

father because they don't know what they do. And so he said, these people that are out there casting that stuff that are chattering and spewing the lies, he said, forgive them father. And I was like, oh. That's me now. I'm like, forgive them father they don't know what they do. Now, we're not lay downs.

GARY MELTON: Yeah.

BRIAN HARPOLE: That's why we're in this industry.

GARY MELTON: Yeah.

BRIAN HARPOLE: You know, that's why we -- that's why you joined.

GARY MELTON: Well, you know, I think it's also -- like this is what Charlie did. When lies were being told, he got out there and forcefully and courageously told the truth. And, yeah, we're going to get hit on this. You're going to get hit. People are going to take even this interview and twist it around. I've already seen what a great interview you did with Shawn. I've already seen people taking snippets of that and completely twisting that around. I think our obligation as Americans, as Christians, as just trying to be good men is get out there and tell the truth. And even when the truth is unpopular, even when the truth is detrimental to your mental,

physical, whatever else and that's what Charlie did. He knew the rest, and we'll get into some of that stuff.

BRIAN HARPOLE: We're commanded to stand up and stand tall.

GARY MELTON: Absolutely.

BRIAN HARPOLE: And but every year the amount of people willing to do that get smaller and smaller. Churchill said it best, never -- and it was then, but it's now never has so much depended on so few.

GARY MELTON: Yeah.

BRIAN HARPOLE: And we're there. And at some point that breaks.

GARY MELTON: Yeah.

BRIAN HARPOLE: And then that's how Rome fell.

GARY MELTON: And, look, they know the tactics for that. They're trying to shut truth down. The moment you get out there and you're like, hey, look, this is the evidence, this is the logical assessment of this, you know, it goes to personal character assassination, you're a fed, you're paid by Israel, you know, they want to shut you down. And you know, I know for me, I know for you and men like us,

it's not going to work. As a matter of fact, all I do is use that for fuel. Like that means that I'm telling the truth. If you want to shut me up, if you want to attack me personally as opposed to argue what I'm saying and meet logic with logic, facts with facts and have a discussion, have that discourse -- and you know, that's the other thing that's really disappointing. There are definitely many people on -- look, I'm extremely conservative. I believe in the Constitution. I don't even want to -- there's some elements of the conservative party or movement that I don't want to associate with. There's elements of the Republican party I don't really -- I'm all about this country and the Constitution. And, you know, unfortunately something like the assassination of Charlie dying for his right to speak his mind and exchange ideas peacefully somehow instead of that being a come-together moment it has been exploited to be something that's more fracturing than ever before.

BRIAN HARPOLE: That's purposeful though.

GARY MELTON: Oh, I -- I am very aware of that, yeah.

BRIAN HARPOLE: That is purposeful.

GARY MELTON: It is.

BRIAN HARPOLE: And, I mean, the Chinese

philosophy is death by a thousand cuts.  And they know that.

GARY MELTON:  Yeah.

BRIAN HARPOLE:  We know that.  We -- our military has practiced that since Vietnam, World War II.

GARY MELTON:  Yeah.

BRIAN HARPOLE:  We all know that.

GARY MELTON:  Yeah.

BRIAN HARPOLE:  It's just the level that they're doing it makes ours look like child's play.

GARY MELTON:  Yeah.

BRIAN HARPOLE:  And so -- and that's fine if they want to do it from over there.  They're doing it here.

GARY MELTON:  Yeah.

BRIAN HARPOLE:  And that's something that's known.  And it's like, hey, if our government knows that, why aren't they attacking it like they are the drug boats coming across, you know, the Pacific?

GARY MELTON:  Well, you know, the Chinese have an agenda and obviously lots of other foreign adversaries have an agenda.  And even political elements, ideological elements, and even elements within our government that clearly have no oversight

have an agenda and I think --

BRIAN HARPOLE: I think they're a part of it. Don't dis -- they're a part of it.

GARY MELTON: Yeah. And I just don't -- I think part of this is just sitting back and seeing what damage can be done. And it doesn't even have to make sense. It's definitely strategic and engineered, but they'll throw anything out. And right now people are just, you know, kind of --

BRIAN HARPOLE: Yeah. And Charlie was a champion for that.

GARY MELTON: Yeah.

BRIAN HARPOLE: You know, a lot of people don't know, but we had been with him for a while. And he started out as a pretty strong, you know, independent.

GARY MELTON: Yeah.

BRIAN HARPOLE: And then -- and then when -- and then moved more to the right through the years. But at the same time he was a pretty equal basher of the right side.

GARY MELTON: Yes, he was. Yeah.

BRIAN HARPOLE: I mean --

GARY MELTON: And that's our job to point out corruption and things that are not right

regardless of affiliation.

BRIAN HARPOLE: Yeah.

GARY MELTON: Like we can't just protect our own when they're doing the things that --

BRIAN HARPOLE: And one of the things that he bashed them for was non action, empathy of non action.

GARY MELTON: Yeah.

BRIAN HARPOLE: Like, hey, no, this is when you're to stand strong and firm in the Lord and take this to people. This is the United States. This is not what the United States was. And then we're going to let people do things here that are not American. And so -- and why are we letting that happen? Why? Why are we letting that -- why -- he was adamantly opposed to this, and I oppose it, too. Why are we letting pockets and pieces of our country become where they came from?

GARY MELTON: I agree.

BRIAN HARPOLE: Hey, man, you left there for a reason.

GARY MELTON: Yeah.

BRIAN HARPOLE: Don't come here and reinvent that piece that you left.

GARY MELTON: Yeah.

BRIAN HARPOLE:  And so I don't understand that.  And historically that's not what happened when all the -- when this nation was built.

GARY MELTON:  Right.

BRIAN HARPOLE:  They came here, and they called it the American dream for a reason.

GARY MELTON:  Yeah.

BRIAN HARPOLE:  They didn't call it, you know, the Italian, German, English dream.  You know, it was the melting pot that became America.

GARY MELTON:  We assimilated into something new.

BRIAN HARPOLE:  Absolutely.

GARY MELTON:  And --

BRIAN HARPOLE:  And if you look around the world though in other countries, that's the way it is.

GARY MELTON:  Yeah.  You don't really have a choice.

BRIAN HARPOLE:  And there's a reason for that.  We're proud people.  And they're proud people.  And, you know -- and so I think that at some point we need to start emulating other people and what they're doing.  And then if our people won't do it, then we need to have -- find some that will.

GARY MELTON:  Yeah.  Oh, I agree.  You

talked about being with Charlie for a long time. How long have you been --

BRIAN HARPOLE: 2018, I think. I don't have the exact, you know, timespan.

GARY MELTON: Sure.

BRIAN HARPOLE: We were working for another company, pretty much a lot of the guys that are on it now were working for another company and we started -- we were working for that company, which that's how we garnered that contract. And so eight years basically. We watched that organization grow into what it is now.

GARY MELTON: There was a rumor going around and I never could find an answer to it that actually Charlie owned the security company.

BRIAN HARPOLE: No. No, I mean, Turning Point is its own entity.

GARY MELTON: Yeah.

BRIAN HARPOLE: And so I -- I always tell people we own that company. You know, there's not a guy that doesn't work for our company that couldn't run it. I mean, yeah, I look at your stuff and, you know, only you know the stuff that nobody thinks is cool, like the billing and the invoicing and the day-to-days and the compliance and the insurance and the taxes. I wouldn't wish that on them.

GARY MELTON: Right.

BRIAN HARPOLE: I wouldn't wish that on them. But there's not a guy that doesn't work for me that couldn't step up and lead from the front. We do not have one person that couldn't run this company. Not one. They can do it. Because, one, they wouldn't be there if they couldn't.

GARY MELTON: They're professionals.

BRIAN HARPOLE: And then at the same time there's an overwhelming aspect I guess you could say when they come in that's the way this is. If you don't get on the program that it's we and not you, you're not going to work. You're not going to be part of this team. And so, no, you know, he didn't own any part of it. He didn't -- you know, he was Turning Point USA.

GARY MELTON: Yeah. There's a lot of misconceptions about corporate security, close protection, (inaudible) protection whatever you want to call it. Let's talk a little bit about making sure people understand the capabilities, the scope of what you do, what you can do and kind of go through a little bit about -- you know, making sure people have a clear understanding of what the expectations are of a close protection detail.

BRIAN HARPOLE: It is just that, you know, PSD, close protection, whatever you want to call it.

GARY MELTON: Sure.

BRIAN HARPOLE: It's close, personal security detail.

GARY MELTON: Yeah.

BRIAN HARPOLE: All right. And so -- and it's -- a lot of it is about prevention, making people non accessible through movement, creating, you know, we call it CPTED crime prevention through environmental design. You know, you design things so that people can't get access to your guy and/or if they do have access they've been vetted. And so that's -- that's one of those things that you do. So you're responsible for the logistics of getting them in and out, into and safely out of that event. We're seeing them so you don't show up blind anywhere. You're always going to it from a known to a known. And so that's executive or personal protection. And, you know, and so -- and then you have assigned areas. And in those areas when you assign them out, you have to have, you know, statutory authority for. You can't just come and make it. And it's hard because our team makeup is extremely professional.

GARY MELTON: Uh-huh.

BRIAN HARPOLE:  You know, on that detail that we had, you know, career SWAT officers, a Navy SEAL, Marine, you know, jujitsu professor globally renowned, former professional athlete security guy. And these guys have skills that are unbelievable because they're required.

GARY MELTON:  Right.

BRIAN HARPOLE:  And then the amount of, you know, crap they eat because they can't go do what they've done previously or what they know they can do because, you know, that's not our job.

GARY MELTON:  Yeah.

BRIAN HARPOLE:  So they have to turn it over, and a lot of times you have to turn it over to people with lesser capability.  And that's a hard one.

GARY MELTON:  Yeah.

BRIAN HARPOLE:  They understand, hey, this is -- this is what their tasking is.  And so we do that on a regular basis.  And it's that personal close -- close security.  And then you're tasked with little things that people don't even think of.  It's like, hey, the way we have to -- you don't have to, but the way we speak to people that's, you know, appropriate and the way we look and the way we act and the way we even intermingle with each other because we

know somebody is always watching.  And so we have to be cognizant of, we have to protect the reputation of our client, not just the physical part of it.

GARY MELTON:  Yeah.

BRIAN HARPOLE:  And so it's close protection.  And generally it's private.  You know, and so the statutory authority for private security does not carry over from state to state.

GARY MELTON:  Yeah.

BRIAN HARPOLE:  You know, it's different from state to state and so -- and so that's why we relinquish through pre-meetings, through logistical management meetings, through area of responsibility assignments to the people of local authority that have jurisdictional authority and then we work on that together.

GARY MELTON:  Yeah.

BRIAN HARPOLE:  Similar to the way a police department or somebody works.  Not everybody that works at the police department is a sworn officer or at the FBI that's an agent.  Because there's commingling of those assets to make the big machine work.  And that's -- that's a personal security detail right there and especially at a public event.

GARY MELTON:  And, you know, people need to

understand like as far as -- if we go down whatever you want to call the chain of command or just the ascension of authority, like you guys are right there at the bottom.  When it comes to the venue, for instance, you can't just come into a venue and do whatever you want.

BRIAN HARPOLE:  I saw that.  You know, it's like, they never should have been there in the first place.  And I'm like -- the security is not worth their weight in salt because they let them go there.

GARY MELTON:  Yeah.

BRIAN HARPOLE:  And I'm like, man.

GARY MELTON:  Well, I'm even -- you know, you guys -- you guys have to work with whether it's UVU and whether they have, you know, campus police or whatever else, like you guys have to work with them. You can't just tell a venue manager we're going to do X, Y, and Z?

BRIAN HARPOLE:  Oh, yeah, I'd much rather been inside the stadium.

GARY MELTON:  Yeah.

BRIAN HARPOLE:  You know?

GARY MELTON:  Yeah.

BRIAN HARPOLE:  In controlled access.  But, you know, the school says -- and look at it this way,

that's why they created the amphitheater --

GARY MELTON: Yeah.

BRIAN HARPOLE: -- for a venue stop like that. And so we get told that, hey, this is where you have it because there's an aspect of -- and don't forget, this was a student activity. And that's where the students gather. And we don't have say over that. If that's where they say we do it, we do it.

GARY MELTON: Yeah.

BRIAN HARPOLE: And or where the permit allowed. And to speak to that, you know, Charlie liked that. He liked that openness of it because that allowed people of dissenting views to come in and exchange information with. And so that wasn't something under our control. We just were given that, and then we work around it. We do the best we can for it.

GARY MELTON: And, you know, corporate security is very unique in that you guys don't have veto power over the client. The client is -- well, I'll let you explain that relationship with the boss. Like you can't just go -- you know, a lot of people come in there and say, well, you know what, I don't like this venue, Charlie, we're not doing it?

BRIAN HARPOLE: Right.

GARY MELTON: What would happen to you if --

BRIAN HARPOLE: I'd have lasted about that long, you know.

GARY MELTON: Yeah.

BRIAN HARPOLE: And here's the way that works, too. You reserve that when something pops up. And there's not discussion, and you grab the back of their head and you push them out against their will if necessary.

GARY MELTON: (Inaudible).

BRIAN HARPOLE: And so you -- you reserve that to when it's absolutely articulable and needed, justifiable. And so that way there's no question to it. But if you did that every time -- and this is me, if we did that every time, I'd be like, no, we're staying here in this room and we're only letting people come through mags and I'm going to strip search you and then you're going to come in in a swimsuit and talk to him. That's the way I would have wanted to run something. But since that's not real or reality, we have to do what they tell us to do.

GARY MELTON: Uh-huh.

BRIAN HARPOLE: From every level down.

GARY MELTON: Right.

BRIAN HARPOLE:  Our input is the last input.  And that input comes from what we're seeing in real time.  And so if we have to step up and override every piece of input that came through us and through them to get to us, it better be a reason that you're willing to bet that entire job on.  And that's every day.

GARY MELTON:  Yeah.

BRIAN HARPOLE:  Every single day.

GARY MELTON:  And you know with executive protection, really with any corporate protection and this really goes into even government, I've seen this, you know, when you're dealing with dignitaries and ambassadors, they're going to do things that you know is unsafe, that you would advise -- highly advise against.

BRIAN HARPOLE:  Oh, absolutely.

GARY MELTON:  And your job is to -- they're going to do it.  Your job is to try to make it as safe as possible even though potentially -- I'm not saying this with Charlie, but I'm just saying this is the environment that even though that person and that decision is putting not only them at risk but other people at risk, your job is to get out there and get ready to eat bullets if you have to.

BRIAN HARPOLE:  And that was a risk that we knew.  We brought that on.  And especially when we had guys that transition in from, you know, the military or whatever.  And they're like, this is insane, we need to call this off or do a call-off here and move because these 3,000 people in front of us aren't vetted.  And I'm like, that's not an option.  That's not an option for us.  We have to be able to articulate that down to 100 percent certainty before that could happen otherwise, yeah, that's a no-go.  And so we -- that's not something under our control.

GARY MELTON:  Yeah.

BRIAN HARPOLE:  I wish it was.

GARY MELTON:  Yeah.

(Ad).

GARY MELTON:  All right.  The other thing I want to ask you about or at least make people understand, the limitations of the capabilities of PSD.

BRIAN HARPOLE:  Yeah.

GARY MELTON:  Like there's some things that you guys do not have the power or the resources to mitigate, deter, or even detect.  And like, you know, if someone decides to fly a plane into your client out of the sky, you can't -- I don't want to say that.

It's almost too ridiculous. You know, there's definitely some things that with given the scope of your capabilities, the manpower that you have, there's some things that you just can't mitigate, deter, detect. And being a close protection, long distance threats are a challenge especially when you have a large crowd in there. You know, people expect you to have this counter-sniper team, and that's not within your scope. Now, if a client asks, hey, I want a close protection team and I want a counter-sniper team, those additional resources, advanced specialized training, those things cost money. Did TPUSA, were they ever asking for that level of capability from you guys?

BRIAN HARPOLE: No, because, I mean, it was nice because TPUSA had their asset management director Dan. And so Dan knew the capabilities. And so Dan would never come in and go, hey, could you guys go in and set up, you know, an operation point with, you know, sniper capabilities, sniper observer because he knew that would be outside the statutory authority and capability.

GARY MELTON: Right.

BRIAN HARPOLE: So you wouldn't ask something that you know you couldn't do.

GARY MELTON:  Right.

BRIAN HARPOLE:  And I have clients, other clients, ask us all the time to do things that we can't do.

GARY MELTON:  Yeah.

BRIAN HARPOLE:  And I have to tell them, hey, we can't do that.  That's not --

GARY MELTON:  And they never even came to you and said, hey, look, we just want like five or six guys that are just dedicated -- because that's the thing that people don't realize.  When you have a crowd in front of you, yeah, you're going to scan the rooftops, but like you can't do one -- you can't do all things well.

BRIAN HARPOLE:  Yeah.  And I can kind of build that out for you if you will.  You know, people start -- let's just start with -- you know, we had the site.

GARY MELTON:  Yeah.

BRIAN HARPOLE:  They go, why did they pick the site?  And it's like, okay, well, that's not our option.

GARY MELTON:  Right.

BRIAN HARPOLE:  And whether -- whether from the college or from the client.

GARY MELTON:  Right.

BRIAN HARPOLE:  You know, we -- we dance with who brung us.  And that was that.  And so -- and then it was like, why didn't you have drones.  So let's start with that.  I mean, I know that you have your own experience with the college and the drones.

GARY MELTON:  I do.

BRIAN HARPOLE:  And, I mean, you -- from what you said you had to worry almost a little bit about getting arrested?

GARY MELTON:  Well, what I said specifically was I wasn't going to have that argument because they don't -- just so people understand when I went to UVU, I went out there to get a 3D scan.  And that required -- we had a specialized surveying drone that did exactly that.  And we launched that drone from basically right on top of the roof, right on the walkway portion before you jump over the rail where the alleged shooting position was.  And we started our scan, I walked downstairs.  I was going to go -- I had a professional drone surveyor with drone license, all the stuff.  He already had cleared everything with the FAA.  Everything was good to go.  Our paperwork was good, all this stuff.  So I was walking back down the stairs and a law enforcement officer approached me and

said, hey, is that your drone. I said, yes, it is. He's like, I need you guys to bring that down. I'm like -- I was like, listen, man, that's FAA air space. Like you don't really have the authority to do that. He was like, well, the -- UVU has a policy against drones, and you've got to get it cleared through them. I was like, policy is not law, you know. He was very professional, very nice. I was pushing back. And he's like, yeah, that's -- you know, you have to get permission from them. I was like, man, that's not really how that works. I was like, listen, I have a professional drone pilot up there, it's his drone, go talk to him. And, you know, they went up there and long story short, number one, we could be perfectly in the right and I was going to push back. I also think, number one, it's a public space. That is a public university. That is FAA air space. I think that's a First Amendment violation amongst other things. So I could have -- we could have played that out and ended up in handcuffs and later on figured out we were right. Like, oh, yeah, after six years and a Supreme Court case we might have -- we might have won, right?

BRIAN HARPOLE: Hundreds of thousands of dollars.

GARY MELTON: Hundreds of thousands of

dollars.  There's probably a more expeditious way of going about that.  So we tried to play their game and they wanted us to fill out paperwork and apply for this and do this.  And we had one day to be there.  Even if we extended our time there, we had a good weather window that was closing in on us.  So long story short, we just went off campus and ended up flying that drone.  So they clearly believe that they have authority to do that.  And, you know, that's the other thing, too, like, there's laws on the books and then there's this new thing UAVs and a lot of people don't -- you know, law enforcement sure isn't getting training.  Like -- like you know a lot of people think you can shoot a drone above your property.  They're on my property.  Brother, that's FAA air space.  You have -- that's a federal offense if you shoot that drone.

BRIAN HARPOLE:  I just -- you know, we saw that.  These guys could have ended tragedy if they had bought a $300 drone in a second.  I spent thousands of dollars out of my own pocket last year for drones for the guys.

GARY MELTON:  Yeah.

BRIAN HARPOLE:  And got -- they got licensed.  But I still can't go in and break the

rules.  And then that's primarily.  And then secondarily you have to understand that's the PD's job.

GARY MELTON:  Yeah.

BRIAN HARPOLE:  That's their assignment. That's their job.  That's their statutory authority. They can operate -- that's their job.  That's not a private security PSD around the bubble's job.  And so what is if?  If it were up to me, 100 percent I would have had our guy there with the drone and the capability to do it.  And but, again, if that's your job and that's your assignment, then do it.  Or don't harass people that are doing it.

GARY MELTON:  Yeah.

BRIAN HARPOLE:  And so that's an easy one. You know, I would have had the same over watch.

GARY MELTON:  And you -- and you all did talk to UVU and Orem Police -- or campus police. Because there is a -- I've even -- even when I was there -- because I can tell you all the law enforcement there, which was probably -- man, there was probably eight to ten officers on campus while I was there.  This is, you know, weeks after Charlie was killed.  So they had security there.  But I didn't see -- they were all Orem.

BRIAN HARPOLE:  More than they had the day of.

GARY MELTON:  Oh, definitely without a doubt.  And by the way they all actually knew who I was.  And we were there -- I was there with Gray Hughes, Stepen Gardner.  I told them I was going.  Stepen Gardner is another -- for people that don't know, another YouTuber.  I told Gray Hughes I was going.  He was like, you know, I was thinking about going.  So, you know, we ended up meeting up and linking up.  It was great to meet these guys in person.  But the point is they knew who we were.  They were watching us.  Every time we turned around they were waiting for us to do something.  And I made contact with them, tried to build some rapport and like, hey, I'm not here to break rules.  As a matter of fact, I sent UVU multiple e-mails trying to coordinate this visit, and I tried calling and I got crickets.  So I was trying to, you know, head this up and make sure, hey, what are your rules as far as drones.  And anyways, long story short, what I'm asking you, there is UVU campus police, correct?

BRIAN HARPOLE:  Correct.

GARY MELTON:  And then there's Orem?

BRIAN HARPOLE:  Orem PD.

GARY MELTON:  Yeah.

BRIAN HARPOLE:  And I talked to some Orem guys afterwards and I -- I'll be the first to tell you that Orem PD was after the incident an unbelievable help in areas that I can't disclose for non-disclosure reasons.  But some of the things they did for us to help us is well beyond the scope of --

GARY MELTON:  Post event?

BRIAN HARPOLE:  Post event.

GARY MELTON:  Yeah.

BRIAN HARPOLE:  Unbelievable.  Like personal things and attributions and follow-ups and, hey, guys, how is your mental health.  These are men that care.

GARY MELTON:  Yeah.

BRIAN HARPOLE:  And that cared then and care now.  And women.  And so it's like, man, some of the things they did.  And so I asked one of them, you know, you guys have drones?  And they're like, yeah, yeah, yeah.  And so I said -- they said (inaudible) he was explaining the drone unit, their proactive usage of them.  And I said, do you have a MOU or a mutual aid agreement with the school.  And obviously they did because they showed up, and they were there when you were there.

GARY MELTON:  Now, was this discussion --

BRIAN HARPOLE:  Same night.

GARY MELTON:  Okay.

BRIAN HARPOLE:  Same night.

GARY MELTON:  So it was still after he was --

BRIAN HARPOLE:  Afterwards, yeah.  And they were like, yeah, we got it.  And I said, man -- I mean, that's something for listeners, go do a FOIA at either UVU or Orem and say, hey, was there an official request ever made for a mutual aid agreement or a MOU assistance --

GARY MELTON:  Uh-huh.

BRIAN HARPOLE:  -- for the use of the drone.  And if so, why not.  It just -- I get it, it's the path of least resistance to blame the security team, but I don't think people understand the scope of work assignments, capability, statutory authority. And you saw it firsthand.

GARY MELTON:  Uh-huh.

BRIAN HARPOLE:  And so I have guys that could have done that.  And so -- and then the same goes for sniper or observer.  It's like, if I would have -- and our guys have been trained their whole careers.

GARY MELTON: Right.

BRIAN HARPOLE: That's part of what they can do. And so if I were to show up with my guys and went up and fold out the tripods and put the stuff out and, you know, started glassing --

GARY MELTON: Yeah.

BRIAN HARPOLE: -- they would have went to jail.

GARY MELTON: Yeah.

BRIAN HARPOLE: We'd have put hardship -- it would have scrambled people. They'd have put hardship and negativity against the Turning Point brand.

GARY MELTON: Sure.

BRIAN HARPOLE: That's not things we can do. There are people that can do that though, that have statutory authority. Again, it falls back to that UVU saying, hey, we only have six people that they gave us.

GARY MELTON: Yeah.

BRIAN HARPOLE: Okay. Orem, do they have people capable? Do they have a SWAT team with that? Do you have a mutual aid agreement? If something bad happens at the school, who comes and who shows up? Well, we all saw.

GARY MELTON:  Yeah.

BRIAN HARPOLE:  It's like, okay, you'll take them when it happens bad, but you won't take them when you just need to ask.

GARY MELTON:  Yeah.

(Ad).

BRIAN HARPOLE:  With indifference did you not call them?  Why?  Did you intentionally say no?  And is there a bad relationship there that we're not aware of?  Is there a history?  I don't know.

GARY MELTON:  I think, you know, there's always a little bit of -- I'm sure they've had hundreds of events there and, you know, nothing has happened until something happens.

BRIAN HARPOLE:  (Inaudible) too.

GARY MELTON:  I think that, you know, there's always -- complacency isn't always a factor in some of these issues.  And sometimes it's just like, yeah, we can talk about President Trump who is a politician and former President and there's a precedent.  And then going back I'm sure there's some other ones.  But just off the top of my head, you know, Martin Luther King.  But this is not a -- a -- I don't even want to call this one a sniper.  I hate -- I hate giving them that level of expertise.  A person

shooting from afar. A murder shooting from afar. Number one, it's extremely hard to mitigate, it's hard to detect. And, again, you know, there's -- if the client doesn't address that and ask -- because, you know, you guys, as with all security, you kind of got a menu of options of what you can provide the client and what they're willing to pay for. And --

BRIAN HARPOLE: What you can do overall.

GARY MELTON: Yeah, what you can do legally.

BRIAN HARPOLE: Right.

GARY MELTON: What the venue wants you to do. And you can't sit there and, you know, start demanding things from UVU or Orem police because, again, it goes back to you not only are physically protecting clients, but you are also protecting their reputations. And --

BRIAN HARPOLE: Yeah.

GARY MELTON: I think --

BRIAN HARPOLE: I don't understand that. You know, again, I get back to did you intentionally, knowingly, recklessly, or with criminal negligence fail to provide what you said you were going to provide. And we can get into that.

GARY MELTON: Yeah.

BRIAN HARPOLE: We had concerns.

GARY MELTON: Yeah.

BRIAN HARPOLE: And I think I sent you the texts.

GARY MELTON: You did. And I'll make sure we put that up. Yeah, so you definitely voiced those concerns out there. There's a little bit of ambiguity I think in that text, and I don't know if there was additional discussions with -- you talk a little bit about, hey, the overhead right above Charlie and then rooftops are mentioned.

BRIAN HARPOLE: So what we -- and that's a great point. So we were speaking to the rooftop solely because we didn't know about the overhead threat problems, that walkway and the rocks and something being thrown down on us until morning of.

GARY MELTON: Uh-huh.

BRIAN HARPOLE: But that's why we go out and walk it.

GARY MELTON: Yeah.

BRIAN HARPOLE: That's why, you know, we go out and physically build that stuff and walk it. And so that -- we didn't know about those, you know, fist-sized rocks they used as architectural design.

GARY MELTON: Uh-huh.

BRIAN HARPOLE: But that's why we're like, oof. So, you know, that happened Wednesday morning of when we found out about that and had to scramble and redo.

GARY MELTON: And just to clarify, so you guys obviously knew about the walkway above where Charlie was, but you didn't know about the rocks --

BRIAN HARPOLE: The ability to just heave down stuff.

GARY MELTON: Yeah.

BRIAN HARPOLE: You know, that was accessible to that point. I mean, it was -- it would have been bad and dangerous. And so the Monday when we asked that chief and he responded about rooftops we were talking about the rooftops.

GARY MELTON: Right. The Losee building --

BRIAN HARPOLE: Right.

GARY MELTON: -- the Sorensen Center?

BRIAN HARPOLE: Yeah. And so -- and the ease of access.

GARY MELTON: Uh-huh.

BRIAN HARPOLE: And so the one right behind the tent and how that was going to be easy was certainly something that came up that morning. And so that was -- and we made it work.

GARY MELTON: Fair enough. What was your communication with TPUSA and I guess Charlie? Like did you go through -- you know, was Dan Flood your mediator --

BRIAN HARPOLE: Yeah.

GARY MELTON: -- is that how that kind of worked?

BRIAN HARPOLE: And so if people knew how much -- and we do a lot of these stops, but how much background goes into it before we get there.

GARY MELTON: Sure.

BRIAN HARPOLE: You know, it started months sometimes before with requisite or the request by student group. And then they -- you know, Turning Point has to produce COI and plans.

GARY MELTON: Tell people what COI is.

BRIAN HARPOLE: Certificate of insurance.

GARY MELTON: Because that's -- that's important because quite frankly people don't realize this, the insurance policies dictate what has to be there.

BRIAN HARPOLE: Sure.

GARY MELTON: And those are based off of probabilities and like, hey, this is a student event, this is a debate. So they go through there and they

make calculations, hey, we need this, this, this and this and this. You know, fire extinguishers, safety protocols. Like a lot of that stuff is actually -- I mean, it's obviously security's concern, but a lot of what has to be there and kind of to some extent what is not there is a little bit dictated by insurance and some guidelines that people go off of, even security folks go off of --

BRIAN HARPOLE: Yeah.

GARY MELTON: -- based on those rules.

BRIAN HARPOLE: We do. And so that starts getting built up. And then interest, another one. And so all that starts feeding into -- and we created this form years ago that has it so we can put that out to the student group beforehand. It's like, hey, are weapons allowed on campus, does this -- is there an adjacent free speech area, who is the statutory authority, who is the point of contact, is a permit required, can we add amplified sound, closest hospital. You know, all of those are in that work-up form. And so we start working that stuff up, and that's backhand knowledge that we do well before that happens, well before it goes on. And so that's starting to garner -- and I want to think -- you know, we create -- for the security team we create a page on

an app that we use.  And the guys that are on that job get to see that stuff come in in real time, and then they can comment, add to it.  And so we kind of practice the decentralized command model where every guy can make a decision based upon the betterment of the detail or the team or the client.  And so that comes in.  And so the amount of background that comes into that is phenomenal.  And then you start conference calls and individual calls.  And then we may have a conference call with the whole school about, you know, the event itself.  And everything is in there from ticketing to, you know, police functions to how people are going to get there, where we have to be, you know, all that kind of stuff.  And so there's a lot of background that goes into preparing for an event like that.

GARY MELTON:  Once you guys start doing that threat matrix or risk matrix and going through that, when you have concerns or other team members have concerns that you want to bring to TPUSA, is that normally going through Dan Flood?  Do you communicate directly?

BRIAN HARPOLE:  Correct.

GARY MELTON:  And who makes those command decisions at their level?

BRIAN HARPOLE: Yeah. And so Dan is at that level where he's kind of like the guy that tells us what to do. We're the security contract that --

GARY MELTON: He's basically like a security manager?

BRIAN HARPOLE: Yeah. And so -- and then, hey, on that one because of the global -- temperature of the globe, the environment right now, because of the proposed or the possible people -- we don't know how many people are going to come up. It's like, I wanted to tell somebody and it's kind of aging me, but U2 did a video back in the 90s in downtown LA where -- I don't know if you remember. They just rolled in on the back of the truck, and the next thing you know 10,000 people were there.

GARY MELTON: Right.

BRIAN HARPOLE: And so an event like this is similar to that.

GARY MELTON: Right.

BRIAN HARPOLE: There's not ticketing.

GARY MELTON: Yeah.

BRIAN HARPOLE: There's not -- it could start out at a thousand people and then the chatter gets out and then -- but here's this one, people knew weeks in advance for this.

GARY MELTON:  Yeah.

BRIAN HARPOLE:  So people were driving in from all over the nation to come to this event.

GARY MELTON:  Yeah.

BRIAN HARPOLE:  And it's not ticketed, so we don't know.  There could be anywhere from a thousand to 5,000.  And I think that day there were over 3,000 people that showed up.  That little courtyard that you can see on video, it was pretty much at its capacity.

GARY MELTON:  Yeah.

BRIAN HARPOLE:  And that was a worry with us.

GARY MELTON:  And with overflow --

BRIAN HARPOLE:  Yeah.

GARY MELTON:  -- you know, on different levels.  That's a really unique terrain.  You know, just standing there it's like, man, there's just so many --

BRIAN HARPOLE:  You would --

GARY MELTON:  So many different levels.  It's like multi-facetted.  It's a --

BRIAN HARPOLE:  From a tactician standpoint --

GARY MELTON:  It's a challenge.

BRIAN HARPOLE:  From a tactician standpoint, in your world where you came from and your objective is over there and you walked up to that, you would be like negative.

GARY MELTON:  Yeah.

BRIAN HARPOLE:  No, we're covered from 180 degrees from elevation, this is a hard negative.

GARY MELTON:  Exposed to windows and everything else like --

BRIAN HARPOLE:  And so I say, hey, the people that are out there screaming that we could have done better on that, if that were my choice, absolutely you're correct.  If that were my choice.

GARY MELTON:  Yeah.

BRIAN HARPOLE:  If that were our choice.

GARY MELTON:  TPUSA and Charlie had made a decision to do that event at that location?

BRIAN HARPOLE:  But there's a reason for that, and it kind of bodes to Charlie's character is we -- we also in conjunction with the I changed my mind or those events, they do the nighttime stuff also.

GARY MELTON:  Uh-huh.

BRIAN HARPOLE:  And the nighttime ones are ticketed because that's a fire code capacity.  And

then you look at opposing view people, and opposing view people don't go to those anywhere near the numbers as they did the outside events. Not even close. And he knew that. And then his goal, his goal the whole time -- and these aren't my words, these are his, they're out there -- was to bring opposing viewed people together to have conversation so that we don't have discourse.

GARY MELTON: Yeah.

BRIAN HARPOLE: And it's like, what better way to do it than come on in. And I'll substantiate that by saying you ask anybody out there, Turning Point or anybody that has gone, the people that had opposing views always got to come to the front of the line.

GARY MELTON: Yeah.

BRIAN HARPOLE: They didn't even have to wait in line. They got to walk up to the front.

GARY MELTON: And quite frankly that's -- those debates and discussions were what got views.

BRIAN HARPOLE: Uh-huh.

GARY MELTON: And were what spread his message of, hey, I disagree with you completely on every level, but I'm going to have a respectful, logical, substantive conversation.

BRIAN HARPOLE:  Yeah.

GARY MELTON:  I'm not going to call you names, I'm not going to -- you know, I'm not going to respond if you call me names.  And that is how to approach that.

BRIAN HARPOLE:  And you have to look at both sides, too.  And I hear people all the time admit it, it's like, hey, people were there to watch the train wreck, too.

GARY MELTON:  Uh-huh.

BRIAN HARPOLE:  You'd have those people come up, and they're just absolute train wrecks.

GARY MELTON:  Yeah.

BRIAN HARPOLE:  And sometimes it was hard for me not to look over at them and go, I have to put eyeballs on the stupidity coming out of this mouth.

GARY MELTON:  Yeah.

BRIAN HARPOLE:  And that got views also.

GARY MELTON:  And there were definitely people there to provoke and --

BRIAN HARPOLE:  Absolutely.

GARY MELTON:  -- and disrupt.

BRIAN HARPOLE:  And that got views.

GARY MELTON:  Yeah.

BRIAN HARPOLE:  And so we had to plan to

that. And so that day because of the temperature of the world, because of the environment, we brought extra people. You know, we didn't just say, all right, you know, this has been good enough, nothing has ever happened before.

GARY MELTON: Right.

BRIAN HARPOLE: We increased our manpower by like 25 percent. And so we brought extra people for that just in case. And we utilized those people and ended up utilizing those people for a proactive and pre-emptive to make the scene safer in our area of responsibility.

GARY MELTON: Yeah.

(Ad).

GARY MELTON: You know, when you gave security recommendations, whether it was directly to Charlie, whether it was to Dan Flood or TPUSA, how were those typically received? Were they receptive to those?

BRIAN HARPOLE: Yeah, I mean, a lot of people forget that, you know, Charlie wasn't just an employer, he was a friend of ours, too.

GARY MELTON: Right.

BRIAN HARPOLE: And if we went out to an unknown, I'm going to -- I'm going to do the best I

can to protect you because you're a friend or even -- or whoever I'm with.  And so we had a vested personal interest in this also.

GARY MELTON:  Sure.

BRIAN HARPOLE:  But it also had to be within capability.  But I would run that up to Dan and say, hey, you know -- and then Dan may run it up to him.  I don't know the conversations they had.

GARY MELTON:  Yeah.

BRIAN HARPOLE:  And it would come back down.  Yeah, they were receptive.  But if -- not so receptive that we wouldn't do an event outside in a bowl.

GARY MELTON:  Sure.

BRIAN HARPOLE:  We've had conversations before about it getting too dangerous to have stuff outside.

GARY MELTON:  Yeah.

BRIAN HARPOLE:  And I know those conversations have gone top to bottom, bottom to top.

GARY MELTON:  Yeah.

BRIAN HARPOLE:  And then you substantiate that by saying, well, after the assassination all the outside events went away and we only did inside events after that.

GARY MELTON:  You said, you know, you plussed up the security detail for that event.  You said it was mainly due to the political climate.  And, you know, obviously more staff means more expenses for TPUSA.

BRIAN HARPOLE:  Uh-huh.

GARY MELTON:  Who made that decision and who approved that?  Was that your decision, recommendation, or was that requested by Charlie or someone at TPUSA, Dan Flood?  Where did that -- where did that come from?  Who approved it?  Yeah.

BRIAN HARPOLE:  Yeah, we -- we talk about that before every event.

GARY MELTON:  Uh-huh.

BRIAN HARPOLE:  And it's laborious.

GARY MELTON:  Uh-huh.

BRIAN HARPOLE:  I mean, it's not the cool guy stuff.

GARY MELTON:  Yeah.

BRIAN HARPOLE:  Everybody thinks that, you know, all you do is show up and look cool and it's not.  It's not that at all.  And so we talk about that prior to the event about, man, this is an outside venue, it's Utah, people are going to be carrying guns right in front of us.

GARY MELTON: Uh-huh.

BRIAN HARPOLE: It's legal. There's only certain things we can do. We need eyes for this area of responsibility because of the amount of people that are coming in. And so I don't remember the conversation that Dan and I had, but I was like, hey, you know, we should probably up this. And then, you know, Dan -- I don't know what his SOPs are.

GARY MELTON: So basically you gave Dan a recommendation of security staffing members and then he came back and said --

BRIAN HARPOLE: Dan is a smart -- Dan is a smart guy, too, though. He sees this --

GARY MELTON: Sure.

BRIAN HARPOLE: -- and so there's no doubt in my mind that if I had asked for five more guys and the ability to articulate it, he would have said yes.

GARY MELTON: Got it.

BRIAN HARPOLE: Yeah. You know, obviously we have to start getting within reason because we don't want to look like a Middle Eastern PSD where they just put 80 guys around their guy.

GARY MELTON: Sure.

BRIAN HARPOLE: You know, and so but it has to be within reason. It has to be articulable that

we're not only good with their safety and their reputation, but we're good with the money that they're spending, too.

GARY MELTON: Right.

BRIAN HARPOLE: That we're not out there looking like they're grifting, that we're trying to take money from them.

GARY MELTON: Yeah. Just so everybody is clear on that, too, is -- for people that don't know Dan Flood was the security, head of security, essentially for TPUSA.

BRIAN HARPOLE: Uh-huh.

GARY MELTON: And he did not work for --

BRIAN HARPOLE: I think his title is like asset manager, and Dan is who we answer to.

GARY MELTON: Right.

BRIAN HARPOLE: Right. He's the one that gives us direction, gives us scheduling, tells us what to do, we submit things to him, requests, invoices. And so that's the up-down chain if you will.

GARY MELTON: Gotcha.

BRIAN HARPOLE: Yeah.

GARY MELTON: Yeah, I just want to make sure people -- there's some confusion about that. You know, Dan Flood doesn't work for you. He's not part

of your company.

BRIAN HARPOLE:  But he's registered with our company.

GARY MELTON:  Sure.

BRIAN HARPOLE:  Dan came from our company.

GARY MELTON:  Gotcha, okay.

BRIAN HARPOLE:  He came from us.  And when we worked for that other company, Dan is one of those guys that he has a hard set, but he sees what a client needs almost before the client thinks it.

GARY MELTON:  Sure.

BRIAN HARPOLE:  He has that ability to think forward.  And Charlie recognized that and recognized that because I recognized that.  And before -- when we were working for that other company, I said, hey, Dan, you're with Charlie.  Because that's -- you put your assets where they're valuable and where they can be valuable to the client, to the team.  And Dan was always on Charlie.  And then Charlie recognized that and then -- and then Charlie was like, I want you to come work for me.  And Dan went to work for Turning Point.

GARY MELTON:  Yeah.

BRIAN HARPOLE:  So it was a loss for us, but it was a gain for them.  You know, and so that's

the way that worked.

GARY MELTON: Okay. You know, based on text messages that were ultimately confirmed by Andrew Kolvet as well as an overall sentiment that the climate that was -- felt there was additional risks. Charlie felt like there was an additional risk or at least there were discussions going on in the background. I know you kind of addressed this a little bit with Shawn, and I'm trying to avoid any redundant questions. But outside of just your perception of the political climate and what was going on in this country and other places, was there prior -- like prior to those events because I understand that those text messages were like a few days prior to UVU, was there any specific additional threats that were articulated to you from Dan Flood or any other TPUSA staff?

BRIAN HARPOLE: No, just that one. You know, we had concerns about the roofs.

GARY MELTON: Yeah.

BRIAN HARPOLE: And those were legitimate concerns. And so we brought that to that chief of police the Monday before.

GARY MELTON: Uh-huh.

BRIAN HARPOLE: And it was brought to them

in a format. And people are like -- it's like, why did you use text messages? Because they're there.

GARY MELTON: Yeah.

BRIAN HARPOLE: It's not a phone call because then it's a he said she said.

GARY MELTON: Yeah.

BRIAN HARPOLE: It's that text message in real time. And it's his number.

GARY MELTON: Do you feel like there was any ambiguity as far as what you were trying to relate to the chief of police and what he thought his role or what he -- what you wanted out of him, do you think there was any ambiguity there or do you feel like that was made pretty clear?

BRIAN HARPOLE: That text message came from Dan, not from me.

GARY MELTON: Okay.

BRIAN HARPOLE: And so -- and then that came down from Dan to me.

GARY MELTON: Gotcha.

BRIAN HARPOLE: And then --

GARY MELTON: So that was not a text message between you and the chief of police. That was the text message between Dan and the chief of police?

BRIAN HARPOLE: And then -- and then it

comes down and then it was because -- and the reason why it was addressed between Dan and I is because I have concerns.

GARY MELTON: Yeah.

BRIAN HARPOLE: And then so my concerns are vetted and met by saying, hey, I got you covered.

GARY MELTON: In the conversation between you and Dan Flood or Dan Flood to you was, hey, UVU police are going to take care of the roofs?

BRIAN HARPOLE: Uh-huh. And, again, this is not after the fact, whatever.

GARY MELTON: Right.

BRIAN HARPOLE: This is -- you know, and Dan did his job.

GARY MELTON: Yeah.

BRIAN HARPOLE: And then Dan -- and then I have concern and Dan says, no, no, no, I've got this covered. And so I was like, all right, Dan did his job. I'm doing my job, Dan did his job. The chief said he was going to do his job.

GARY MELTON: Now, are you aware of any other correspondence, whether that was in person, on the phone, e-mail, between either you, Dan, TPUSA to the chief of police or UVU?

BRIAN HARPOLE: I don't know.

GARY MELTON:  Okay.

BRIAN HARPOLE:  Yeah, I don't know.  I know there are some circumstances where if Dan is not available to do those then I would step in and act in lieu of him and meet with, you know, public officials, school officials.  Historically we've done that.  But most of the time, you know, similar to the military that's disseminated down like a chain of command.

GARY MELTON:  Sure.

BRIAN HARPOLE:  And that's the way we got it.

GARY MELTON:  Okay.  Now, I know as someone that's very security minded our backgrounds and the way we look at the world is very different from the way that a lot of other people look at the world.  You know, we're always -- you know, my wife is always -- friends that (inaudible) from the military, you know, they're very aware.  They're like, hey, Gary, why don't you calm down?

BRIAN HARPOLE:  Right.  I know.

GARY MELTON:  You know, it's like you're always -- you don't even think -- it's completely subconscious, but you're always scanning.  You know, when I go to a restaurant I like to make sure I find -- anywhere I'm going in I want to be able to see

the door.

BRIAN HARPOLE: I made you sit -- I made you sit with your back to the door last time.

GARY MELTON: No, that's okay. That's okay.

BRIAN HARPOLE: I knew that was killing you. I knew it was killing you.

GARY MELTON: You know, I always like to have my wife right there. That way I have good ballistic protection. No, I'm just joking. You know, but we see the world through a different lens. Do you think that Charlie really understood the risks when he was out there in public?

BRIAN HARPOLE: Yeah, I think he did.

GARY MELTON: Yeah.

BRIAN HARPOLE: Again, you know, we had had conversations about the risks before and he was keenly aware of it. And I've seen some chatter back and forth from him and other people where he said, you know, he had questions or concerns about his safety.

GARY MELTON: Uh-huh.

BRIAN HARPOLE: And, you know, I don't think it's fair to me to comment about those because I wasn't a part of it.

GARY MELTON: Sure.

BRIAN HARPOLE:  I just saw it on the internet, you know, like everybody else.  And so but, yeah, he's manifested those things to me before and to people on the security team.  And, again, you would be silly not to.  We think about it, and I'm just some Joe.

GARY MELTON:  Yeah.

BRIAN HARPOLE:  You know, and so but he's a guy that routinely got death threats.

GARY MELTON:  Yeah.

BRIAN HARPOLE:  And bomb threats.  And so it was on his radar because it was part of his life.  I mean, I've heard conversations before on the phone where people have said stuff about, you know, aren't you worried about his security to me or people said stuff to me.  You know, I'm like, yeah, of course I am, you know, that's why we're out there putting -- we're not mailing this.  And that's a big thing with our guys, and you can ask them.  You know, that's why I gave you their backgrounds and their phone numbers, which is a no-no.  So don't believe me, don't take what I'm saying for face value.  Call these guys and ask them how we run this show.

GARY MELTON:  And I just want to extend an invitation to, you know, any of your guys.  You know,

if they want to come and talk privately or publicly, you know, I want to make sure that your guys -- I think it's the only fair thing to do is to hear your side of the story so that this what is clearly a large part just pure fiction at least there's that juxtaposition between, okay, here's what people are saying and here is what people on the ground are saying. And I think that, you know, that's important.

BRIAN HARPOLE: I think you asked those guys, and this came from -- this is something that's passed down through my parents and expectations of people that I work with and for is we have this big sign underneath the awning at one of the lower ranges at our range, and it says, good enough and it says comma isn't. A lot of those guys came from the environment of, oh, it's good enough for government work.

GARY MELTON: Yeah.

BRIAN HARPOLE: And so sometimes that's hard to break guys of, and they don't make it because of that.

GARY MELTON: Right.

BRIAN HARPOLE: And so good enough isn't. And so to get in there and know that that effort has to be put in and the way I would kind of talk about it

is nobody -- and that's why we train so hard.

GARY MELTON: Right.

BRIAN HARPOLE: I mean, our training is -- I mean, it's not uncommon guys get broken. We've had guys physically tear the muscles off of their bones from putting out individual effort. Now during the DT section. Like trying too hard they pop it off their bones.

GARY MELTON: Yeah.

BRIAN HARPOLE: That's how much effort they put out because that's how much effort is expected in training. And the reason for that is nobody has ever said, you know, there I am in a fight for my life putting out a half-ass effort.

GARY MELTON: Right.

BRIAN HARPOLE: And so why would we put out that effort when we're trying to push ourselves to be the best we can be. And so -- and then guys that come -- we've had guys that come in and they want to be part of the team, and then they see what they have to do to get the approval for it and they're like, no, I'm good.

GARY MELTON: Right.

BRIAN HARPOLE: I'm good, I've done that already.

GARY MELTON:  You're intentionally recruiting and creating an environment of high performers.

BRIAN HARPOLE:  High performers.  And you know what's funny?  Most of the people that come in, that get vouched in, they are high performers.  For them it's just another day at the office.

GARY MELTON:  Yeah.

BRIAN HARPOLE:  Yeah, yeah.  And we create that culture.  And then there's competitiveness.  You came from that world.

GARY MELTON:  Yeah.

BRIAN HARPOLE:  I don't care if we're sitting out -- it's a competition.  And we're going to give each other a hard time to the point of we do these training iterations all the time.  And it's like, hey, if you finish last place, everybody else has to carry you to the next iteration, physically carry you.  And so you let that team down.  You let us down by being in last place so you're going to be carried to the next one.  That way we're showing, man, I don't want to lay there, I don't want to be the one being carried.

GARY MELTON:  There's consequences.

BRIAN HARPOLE:  To everything.

GARY MELTON: Yeah.

BRIAN HARPOLE: Everything is timed, everything is measured.

GARY MELTON: That's something that's missing from this world.

BRIAN HARPOLE: Right.

GARY MELTON: Everybody gets a trophy, there's no consequences.

BRIAN HARPOLE: We give out a trophy. We do internal competitions all the time in our group, whether it's shooting and has PT involved. We gave out a trophy one year for the last place guy that said didn't shoot himself but should have. You know, that's how business like we are.

GARY MELTON: Right.

BRIAN HARPOLE: And then we also have a coin that we give out to whoever finishes first every year and you -- and if you lose it, you have to pass it to the next guy. And on the coin it says momento mori. It says, you may be first place but remember you are mortal. And we do that, too. And so we're trying to build the humility along with that excellence.

GARY MELTON: Yeah.

BRIAN HARPOLE: And so that's something

that when I tell people our team is tight.

GARY MELTON:  Yeah.  You know, coming from special operations and things like that, there is an element of the top performers never feeling enough.  And I think that -- you know, that's a certain level of humility.  Sometimes it's an insecurity.  But I think that's what keeps you driving forward.  And even if you can beat everybody on the team, you're now competing against yourself.  What can I do to better myself?

BRIAN HARPOLE:  I've studied that a lot, you know, as far as -- because I literally -- it's kind of a progression of growing old.  I mean, I feel like a hypocrite now because I'm out there expecting those guys to do things that I can no longer do.

GARY MELTON:  Sure.

BRIAN HARPOLE:  And it drives me.

GARY MELTON:  Yeah.

BRIAN HARPOLE:  It crushes me.  And I remember seeing that in my dad.  Man, my dad was an absolute phenomenal police officer, renowned as a state trooper.  But I saw it in his face.  You don't want people when you get older to see you as being less dangerous.

GARY MELTON:  Right.

BRIAN HARPOLE:  You know?  And so it crushes me that I'm sitting there.  I feel like a hypocrite when I'm telling these guys push it harder, push it harder.  And every year I finish lower and lower and lower down the pack.  I'm still out there.

GARY MELTON:  Right.

BRIAN HARPOLE:  And so I feel horrible about that, but at the same time, you know --

GARY MELTON:  I think that's the natural role of an experienced mentor and coach.  Right?  Even Olympic athletes or professional athletes, you know, they have coaches that sit there and push them harder.  And those coaches probably were never at the same performance level of those, but you know you can see some things.  And it is, it's tough to -- you know, my son, he's so proud that now he's like a quarter of an inch taller than me.  You know, he's 15.  And, you know, it's like there's a little bit of me like awe, I'm getting measured up.  I'm up on my tippy toes.  But you know, there's a time to know when to hand off that torch and when to step back and manage.  That's a tough pill.

BRIAN HARPOLE:  And I'll be honest, a lot of these guys came in better than -- on my best youngest day they were better than me.

GARY MELTON:  Sure.

BRIAN HARPOLE:  They're better than me now and they would have been better than me then.  We have guys that can -- I have some guys that do medical that are so phenomenal.  I'm like, man, why are you not an ER doctor.

GARY MELTON:  Right.

BRIAN HARPOLE:  They're just -- and I have guys that can shoot.  It's like, man, on my best years, days, months weeks minutes of shooting I never was as good as you and never will be.

GARY MELTON:  Yeah.

BRIAN HARPOLE:  And we have guys that I could -- I could sit there and, you know, drink 15 cups of coffee and have eye of the tiger blasting and get on the mats with them and they're going to tap me in the first 30 seconds.

GARY MELTON:  Yeah.

BRIAN HARPOLE:  And so I get that.  But we train -- we still -- we still all train to that.  And we all have the humility.  And so our team breeds that and our guys breed that.  But at the same time we never lose the aspect that we're there for each other, and so that's a good one.

GARY MELTON:  That's --

BRIAN HARPOLE: Have we had spiffs? Of course, we're a family.

GARY MELTON: Yeah, sure.

BRIAN HARPOLE: And so our families have spiffs. But it's like, hey, we have a sand pit at our training facility with bean bags. And it's like, hey, man, if you want to set one up, just go get in the pit.

GARY MELTON: Yeah. There needs to be more of that.

(Ad).

GARY MELTON: You were with Charlie about 7 and a half, eight years, somewhere in there. How many of these types of campus events have you personally been a part of or helped plan or basically are aware of during that time? What on average do you think he was -- these type of events he was doing per year?

BRIAN HARPOLE: I think the outside events is six, seven. And then now I think last time we had like 22 stops. That's speculation.

GARY MELTON: Sure.

BRIAN HARPOLE: I'd have to go back and look at it. And they've been progressing. I mean, we literally started out doing it -- and that's why I don't have hair -- with a card table and a chair.

GARY MELTON: Right.

BRIAN HARPOLE: We standing there. And people were up there in conversational distance screaming. And I'm like, this is insane.

GARY MELTON: Yeah.

BRIAN HARPOLE: That's the way this all started. And then as they grew our security footprint grew commiserate to the threat. We didn't just rest on our laurels. You know, we started incorporating, you know, more people, bike racks, CPTED, car blocks, more police personnel. You know, I will tell you -- and this was before the assassination and it was a hit and miss with schools. You know, you would go to some schools and they were like, no, we're not helping, we don't want to have an affiliation. I mean literally. And you're out there by yourself. And then if you look at some of the Florida schools, you went out there and you -- this was preassassination.

GARY MELTON: Right.

BRIAN HARPOLE: These guys were textbooking it and they ear smart because they're using it as training as well.

GARY MELTON: Right. Are you talking about the local law enforcement?

BRIAN HARPOLE: Yeah. It's like man we

96

have Florida highway patrol.  We had the colleges, the Florida colleges out there.  We have the SO, we have homeland.  And so we're doing a meet debrief -- I mean pre -- beforehand we're discussing areas of responsibility.  So all that.  And it's like, yeah, this is the way it should be done.  I can't make them do that.

GARY MELTON:  Right.

BRIAN HARPOLE:  We didn't have that at UVU.

GARY MELTON:  So given the political climate and clearly there was some discussion within TPUSA about additional threats or concerns, why do you think it was that Charlie -- was discussed about Charlie wearing body armor?  The other discussion was that I'd like to know about is having some sort of bullet proof barrier.  I feel like I know the answers to some of those because you even talked about how you guys would form kind of a channelized area for speakers with bike racks, basically a rope line.  And then Charlie wanted a section open so there was nothing in between?

BRIAN HARPOLE:  Yeah.

GARY MELTON:  Speak to that.

BRIAN HARPOLE:  So I'll speak to the body armor first.

GARY MELTON: Okay.

BRIAN HARPOLE: You know, I can't speak to the conversation that either Dan or whoever at Turning Point had with Charlie about body armor.

GARY MELTON: Sure.

BRIAN HARPOLE: You know, if it had been up to me, yeah, man, we'd have ceramic plates and all that. But --

GARY MELTON: Not that -- I don't even think that would have been relevant. And obviously --

BRIAN HARPOLE: Obviously it wasn't. But there were people -- I mean, that made the internet. Why didn't he have this? And it was like, well, I can't make him do that. All right. Would I have wanted it? Of course, I would have wanted it. But, you know, obviously he didn't have it on from you can see. And so -- and he didn't wear it. And so that's the first one. Would I have wanted it? Of course. Are there leaders that wear that or speakers that wear that? Sure there are. We see people that show up wearing body armor. That's not something that we point out. But if they choose to wear that individually, that is their choice.

GARY MELTON: Right.

BRIAN HARPOLE: If we can make

recommendations for it and they want to take it, that's theirs. And so that's between -- that's them. Can we help get it for them if they wanted it? Of course. We'll do whatever they want. So that's the body armor issue.

The screen, yeah. You know, a ballistic screen would have been nice. And this is just me speculating, one, I don't think Charlie would have ever allowed it. And there's a reason why I'm substantiating my thought on that is because he wouldn't even let us -- didn't want -- if you'll notice when we did those hard bike racks, you know, presidential style bike racks --

GARY MELTON: Uh-huh.

BRIAN HARPOLE: -- there was a gap left where the microphone was. That was purposeful. He wanted to make sure people could visually see that there's nothing between him and them. And I had to -- and you'll also see on the videos I had to man that.

GARY MELTON: Right.

BRIAN HARPOLE: So that when a guy was on the east side of that gap and those guys --

GARY MELTON: That was a non negotiable for Charlie?

BRIAN HARPOLE: For me -- yeah. I mean,

no, it was not -- I mean, we could have easily put the pike phone on the other side.

GARY MELTON: Sure. Yeah.

BRIAN HARPOLE: But that was one of those things that, no, that's what he wanted. He wanted to physically be able to see -- the reason why he also was elevated is because he wanted to make sure that the people in the -- because if he's not elevated, the people can't see him.

GARY MELTON: Yeah.

BRIAN HARPOLE: And so I don't even remember where that came in but that was a request like, hey, I want to be up here so the people that are 2000 people back can see him.

GARY MELTON: Right.

BRIAN HARPOLE: And I'm like, oh, this is horrible.

GARY MELTON: Right.

BRIAN HARPOLE: You know, this is horrible. But that's how much he cared about people wanting to hear and see his message --

GARY MELTON: Yeah.

BRIAN HARPOLE: -- that we left that gap. And then what can I do on that? Well, I'll put a guy next to him, right next to him up there. And then I

put two guys in that gap that are capable of prevention and keeping people out at epic levels. And so yeah, there's a reason why there was a gap there.

GARY MELTON: Out of all the events that you have been to what percentage would you say was outside?

BRIAN HARPOLE: Oh, gosh. I'd have to look. A lot.

GARY MELTON: Yeah.

BRIAN HARPOLE: The change your minds were all outside --

GARY MELTON: Yeah.

BRIAN HARPOLE: -- up until he was assassinated. And then they went away from that style and inside.

GARY MELTON: Yeah.

BRIAN HARPOLE: But, yeah, they were all outside.

GARY MELTON: Yeah.

BRIAN HARPOLE: We had done them --

GARY MELTON: I couldn't find -- I've been following Charlie for years and years and I couldn't find an indoor version of that. Because, again, one of the things that's been being perpetuated on the internet was UVU wanted it to be inside. And, you

know, the insinuation, the underlying accusation under there is that the security team basically vetoed everything, like no we're going to be outside.

BRIAN HARPOLE: I think -- yeah, I think they think that we had more say in that.

GARY MELTON: Yeah, clearly.

BRIAN HARPOLE: And then, two, hey, if the school didn't want it outside, why did they issue the permit?

GARY MELTON: Yeah. Yeah. I haven't been able to find anything that substantiates even that claim. But much less obviously what I do know is that the Sorensen building does have an indoor venue, it's limited to about a thousand people. But more importantly everything that I've ever looked at Charlie clearly wanted these outside events. That seemed to be something that he preferred. And obviously he's the client, he's going to make that decision. As a matter of fact, I'm sure you guys don't really have a -- really have a say in --

BRIAN HARPOLE: We had told -- we had told him.

GARY MELTON: Yeah.

BRIAN HARPOLE: Similar, I mean, we get told, hey, this is where we're having it and then we

go to work making our area of responsibility as safe as possible.

(Ad).

GARY MELTON: Out of all the events that you've been to did you feel like this venue was different from a security aspect?

BRIAN HARPOLE: Oh, we've had way worse. Way worse. We went to the University of San Francisco --

GARY MELTON: Uh-huh.

BRIAN HARPOLE: -- and we had it kind of on a -- it was some kind of athletic field. And there was a fence around it where there were so many street protesters they did a street take over outside of it and were protesting with bans and we had unauthorized drones flying around and PD was around us. We had primary secondary exfil locations compromised. And I'm like, this is -- I remember looking at one of my guys and saying, this is bad, this is bad.

GARY MELTON: Where would you rank this like as far as a security threat, this particular venue out of all the ones that you did? You know, was it in the top 50? Was it in the lower like, you know -- hindsight and looking at the event without knowing what would happen. I don't know, where would

you rank that, this particular venue?

BRIAN HARPOLE:  Yeah, I would look at, you know -- it wasn't good.  Mainly because, again, if you look at the way we were -- we were sitting ducks down there, right?

GARY MELTON:  It was easy to predict --

BRIAN HARPOLE:  Yeah.

GARY MELTON:  -- where you were going to be, where Charlie was going to be.

BRIAN HARPOLE:  It was announced.  And so that's part in parcel as to why we were concerned about rooftops and rooftop accesses and why we asked that to be, you know, looked after by the chief.  And so I would put it at something that had risks but we've done worse.  We've done worse.

GARY MELTON:  Would you even put it in the top ten or the top 20 venues?

BRIAN HARPOLE:  I would put it in the top 20, absolutely.  Yeah.  I'll tell you my top one that I remember, I was just like -- we did the University of Portland downtown with a card table.  And it was just, ooh, I mean, just nothing.

GARY MELTON:  Yeah.

BRIAN HARPOLE:  Like this is where it's going to happen.  We were covered -- because the

University of Portland downtown, it's an urban campus.

GARY MELTON: Right.

BRIAN HARPOLE: So we were covered 360 on that one. And we were in this like fenced in area and there's a lot of footage of that out there. And you see Charlie just against this chain-link fence. You know, we backed it up against there to give us a little bit of protection. But I remember that one thinking this is bad, we are in a very bad environment here.

GARY MELTON: You know, one of the things that I think is really important about, you know, you coming on here and, you know, even on Shawn's show and anything that you do in the future I think, you know, it's -- in the United States we believe in the ability to face our accusers or at least respond to them. You know, there are many social media personalities out there leveling horrendous accusations against you, your team without really any evidence. And I think the elephant in the room a little bit is Candace Owens. You know, she seems to be leading that. What was your response to her and other people out there saying some of these things?

BRIAN HARPOLE: Well, again, forgive them father for they know not what they do. I have to

physically take those words that I heard and let them wash over me every time I hear them, every time I hear that kind of stuff.  And I've removed myself from it.  You know, just don't watch it.

GARY MELTON:  Is there anything you would like them to know as far as like, I don't know, like the personal impact of some of the things they're saying and doing?

BRIAN HARPOLE:  I think, first of all, they have to understand their importance.  They have the ability to reach people, and that's important.  And so how you choose to use that ability is completely at your discretion.  And so how any of them choose to do it, I can't tell them.  That's the beauty of it.  There's two things that are -- thank goodness that we don't have the ability to do that God gave us and that is to curtail the behavior of man.  And the second one is to curtail the behavior of man.  Just think, if we didn't have the ability curtail behavior, we'd still have things as horrible as slavery.

GARY MELTON:  Sure.

BRIAN HARPOLE:  And so you have to look at it from that angle and those aspects.  And for them to understand their abilities and their capabilities and know that you have the ability to be out there doing

some incredible things. And thank goodness for people like them because, one, I don't trust the government either.

GARY MELTON: Uh-huh.

BRIAN HARPOLE: And there's reasons for that. We're not talking about me just being some kook conspiracy theorist. Let's look at some of the horrible things the FBI has done in the last ten years. Especially in the Comey administration. And you're like, man, of course, we all should have a healthy distrust of the government. That's how this country was born.

GARY MELTON: Yes.

BRIAN HARPOLE: Read the Constitution. It's based upon having a healthy distrust of government. So my response to that is don't be part of the problem and be part of the solution.

GARY MELTON: Yeah.

BRIAN HARPOLE: And know that you have the ability to do the right thing. Whether you choose to do it or not -- I just have to have the strength to know that -- to let that fictitious stuff just wash over me.

GARY MELTON: You know, and I would add to that and just say that like these are important voices

and they do have a lot of power and a lot of influence and their message goes far. And one of the concerns that I have is that, you know, we're going to need these people in the future. And I think that to some extent when you engage in these accusations or really -- if you undermine your credibility, you lose the opportunity to step up in the future. It's going to -- it's going to hamper your ability to be compelling in the future when and where the country needs you most. And that's -- you know, look, I've always appreciated, liked, followed and respected Candace Owens for who she is and what she's done. It's not for me to decide. You know, and I don't know her motivations or her heart. I would love to have that conversation with her. But I don't know.

BRIAN HARPOLE: I look at that and, again, assess your value personally. And so understand that you have the ability to be super valued to the American people -- super valuable to the American people.

GARY MELTON: Right.

BRIAN HARPOLE: And then, you know, I'm not -- I'm not trying to be huggy bear and (inaudible) type stuff but, hey, sometimes words hurt.

GARY MELTON: Yeah.

BRIAN HARPOLE:  When they're not correct. And so we've had that discussion internally and I've had guys that were like, hey, you know, again, whose car are we taking, you know.  And but I ask you this and ask them this, have we created a system so that that, the fictitiousness of what they can say is more valuable than the truth?

GARY MELTON:  I think in the short term.

BRIAN HARPOLE:  No, I think right now.

GARY MELTON:  Yeah.

BRIAN HARPOLE:  You look at X and YouTube, Instagram, Facebook, the lie that's completely out was going to get way more traction than the truth.  That's why I'm here today --

GARY MELTON:  Yeah, I agree.

BRIAN HARPOLE:  -- because you gave the truth.  And so I want to call Zuckerberg or Musk and say, hey, you know you guys are part of the problem, right?  And if you don't -- if you guys don't get a handle on this, you could be the demise of all of it while they're sitting back just watching.

GARY MELTON:  Yeah.  No, I -- I -- I understand the concern.  I guess I would push back a little bit just because I am a Second Amendment absolutist but I'm also a First Amendment absolutist.

And I know -- like there's some nuance here and it's a tough question. That's the problem. It's like, how do we -- because I don't want Zuckerberg -- we already see that. Like there's a clear censorship of certain political parties. And we'll just say conservative. And then there's a clear magnification and push of other ideas and there's demonization of certain concepts and ideas that you can't talk about. You know, it's -- it is probably the challenge of our lifetime right now, and I don't have a good answer for you. The only thing I can say is that, again, the only solution to lies is truth. And we just -- you know, if more people would quit being fearful and step up and be courageous like Charlie and get out there and speak the truth, if it takes ten times the amount of people to get the same bandwidth, fine, let's do it. But people just got to step up and be courageous and no be afraid. People are going to assassinate your character, they're going to undermine you, they're going to call you names, they're going to say that, you know, you're a foreign agent, that you're this. Just stop. And don't worry about it and just keep going.

There's been some criticism of Dan Flood saying that, after Charlie was shot, he pushed him, he

shoved him. Insert whatever, you know, sensational verb you want to. But the insinuation there is essentially Dan assaulted Charlie and slammed him to the ground. Can you talk about -- and, you know, you're somebody that's done -- that's trained a lot of people on PSD that understands close protection. Can you explain to everybody what the standard operating procedure is for the protectee for the security detail if there are shots fired and/or if the protectee is hit?

BRIAN HARPOLE: Yeah. One, you want to get them out of the field of view.

GARY MELTON: Yeah.

BRIAN HARPOLE: Right? You know, if we need to drive them to the ground to get them out of that field of view -- I mean, that place we were at was horrible because it didn't provide cover. It provided concealment.

GARY MELTON: Yeah.

BRIAN HARPOLE: You know, it was just material. And I can only assume that Dan's initial thought was to get him out of that field of view and drive him to the ground.

GARY MELTON: Right.

BRIAN HARPOLE: You know, and then so if

you watch the video, he just reaches up and puts his hands on him.

GARY MELTON: Yeah.

BRIAN HARPOLE: And so I don't know if that was based upon his --

GARY MELTON: There was a lot going on there too because Charlie is falling --

BRIAN HARPOLE: Uh-huh. And so is he there -- is he thinking assist like, you know, you would assist somebody that you see falling or is he driving him. I mean, that's a question for Dan and I would hate to speak for anyone.

GARY MELTON: Sure.

BRIAN HARPOLE: So I know that -- I only know what we -- what we train.

GARY MELTON: Uh-huh.

BRIAN HARPOLE: And that it's hey if something like that happens, I'm going to get them out of that first field of view. And then secondarily I'm going to try to get them off of the X.

GARY MELTON: Yeah.

BRIAN HARPOLE: And so -- and if we look back at it, that's what we did.

GARY MELTON: Right. And people need to understand that body bunker is a thing. Like, again,

you'll typically see, depending on the circumstances and a lot of other variables there. But, you know, getting the protectee down to the ground and especially if they're injured, figuring out what's going on with them, assessing that and then figuring out what to do, but like you said getting them protected and then getting them off the X is the priority. And I -- you know, people slow these videos down and analyze every single frame. And I understand it, I do it too. But like you also need to be able to -- you also have to have a little bit of knowledge and experience and not just jump to a conclusion based on -- and that's the crazy thing. Like I'll have people -- so many people just want confirmation bias where like they'll send me a video knowing my background and knowing my experience and like, Gary, what do you think about this. And I'm like, well, that looks pretty standard to me. That's what we do. Like you're a fed and then move on.

BRIAN HARPOLE: Right.

GARY MELTON: Like, come on, dude. You didn't get the answer that you wanted.

BRIAN HARPOLE: They did. The confirmation bias is a real thing.

GARY MELTON: It is.

BRIAN HARPOLE:  And it's also contagious.

GARY MELTON:  It is, it is.  It seemed to be that Dan Flood was wearing meta glasses.  Can you confirm or deny that?  Was that common?  And why did he use those?  Did he disseminate photos or videos -- if he was using them, did he disseminate photos or videos amongst security staff?  What was the purpose and intent behind those if you know?

BRIAN HARPOLE:  He always wore meta glasses.  I had bought a pair.  A bunch of us bought them.  And we were basically T and E-ing them.

GARY MELTON:  Uh-huh.

BRIAN HARPOLE:  You know, because there's value in those.

GARY MELTON:  There is.

BRIAN HARPOLE:  And the only -- I had them for a couple of stops but I went away from them because they weren't reliable enough.  If I needed that in a hurry, I couldn't say, hey, meta.  It wasn't reliable enough for me to want to catch evidentiary things or things to protect our reputation.  And so I just went away from them because, one, they weren't comfortable on me.  And so I -- and I got prescription ones, transitions, full old man, everything.

GARY MELTON:  Right.

BRIAN HARPOLE: I spent a lot of money on them because I saw the value in them. Those were his. You see him touch them. I asked about that. We've talked about it. He said that was merely a reposition of the glasses. There wasn't any photos taken.

GARY MELTON: He wasn't activating or deactivating --

BRIAN HARPOLE: There wasn't --

GARY MELTON: -- video?

BRIAN HARPOLE: -- anything. Of course the FBI is going to ask about all that --

GARY MELTON: Sure.

BRIAN HARPOLE: -- and require the sharing of that. But that -- it didn't exist. It's merely more of a gesticulation that people do after big movement to get yourself put back together. And that's a legitimate question though. And I don't blame somebody for asking that. Because if you're wearing those, they have that capability.

GARY MELTON: Uh-huh.

BRIAN HARPOLE: And so you have to say, yeah -- a yes or no on that one. And I don't blame people.

GARY MELTON: No, I -- I mean, just -- I don't know how -- that's one of those things that in

my mind is probably good in theory but I don't know how well they operate in actual use.  But, you know, from a security standpoint, security detail standpoint, that seems like a extremely powerful tool.

BRIAN HARPOLE:  I wished they would have worked better.

GARY MELTON:  Yeah.

BRIAN HARPOLE:  Because -- and then if we're going to use something -- and think about it, it doesn't see what you see but pretty dang close.

GARY MELTON:  Yeah.

BRIAN HARPOLE:  And if I could have a way to activate those by touching something like you would a body worn in real time ...

GARY MELTON:  I haven't used them.  Is there a button to activate video?

BRIAN HARPOLE:  You can't do the video but you can do still picture.

GARY MELTON:  Gotcha.

BRIAN HARPOLE:  Yeah.  But you have to pay meta start video or at least that's the way I did it, figured it out.  I jumped off the side of this mountain in Nepal and it was pretty death defying.  And I was like -- I wanted to be able to see how cool it was or --

GARY MELTON:  Yep.

BRIAN HARPOLE:  -- or see my last steps, right?

GARY MELTON:  Yeah.

BRIAN HARPOLE:  And I was like, hey, meta, start the video.  And it never started.  And I was pissed.

GARY MELTON:  Probably not reliable enough to use in critical --

BRIAN HARPOLE:  No.  And that's then.  And other times where I tried to activate them they weren't reliable enough.  The technology is not there yet.  You know, is it a great technology?  Heck, yeah, man.  And is it purposeful and can be used especially for PSD to show that you did the right thing?  Absolutely.

GARY MELTON:  It would be great for site surveys, too.

BRIAN HARPOLE:  Absolutely.

GARY MELTON:  One of the questions that gets brought up a lot, I'd just like to hear your take on it.  I've answered this question a bunch.

(Ad).

GARY MELTON:  Why was there no ambulance on site?

BRIAN HARPOLE: So, one, we can't dictate -- I can't tell the police get an ambulance. Now, there were -- and that's not up to us, but our philosophy on that also is -- and we even have those discussions with, you know, other statutory authority people that come in prior to the event. If something happens to the principle, we know the fastest avenue is us.

GARY MELTON: Uh-huh.

BRIAN HARPOLE: The fastest avenue of transport is us. But there were medical people on site there in UTVs.

GARY MELTON: Uh-huh.

BRIAN HARPOLE: You know, the mule type UTVs --

GARY MELTON: Sure.

BRIAN HARPOLE: -- for EMS. Their bags were there and the medics were there. But those weren't capable of transport obviously. And those were for the crowd. And so whose decision was made to put those there in lieu of an ambulance? I have no idea. That's a question for the school. I do know that there's a Utah law that for mass gatherings you have to sign a health officer. And I believe whether an ambulance is staged or not is at the discretion of

the health officer.  So that's a question for the school.  I know there's been security people -- nobody eats their own like the security industry.

GARY MELTON:  Sure.

BRIAN HARPOLE:  That tries to benefit from making you look bad.

GARY MELTON:  Yeah.

BRIAN HARPOLE:  And especially --

GARY MELTON:  They want to slip in there and get the job.

BRIAN HARPOLE:  And that's just it.  And those are the guys that I don't let the forgive them father for they know not what they do.  They know what they're doing.

GARY MELTON:  Yeah, they know what they're doing.

BRIAN HARPOLE:  And those are the guys that I want to grabby the shirt and give them a black eye.

GARY MELTON:  Out of all the events that you did outdoors that were similar to this what percentage would you say you had an ambulance on standby?

BRIAN HARPOLE:  Very few.  Very few.  You know, again, you have to look at the rules of emergency medicine also.  And the rules are they're

not going to give aid unless the scene is safe.

GARY MELTON: Right.

BRIAN HARPOLE: And the paramedics that were at UVU, they took off and took cover just like everybody else. I mean, the only people that weren't taking cover were our guys.

GARY MELTON: And, folks, I want to explain that a little bit just so you understand. And that's one of the things if you go get any sort of TECC, TCCC training, emergency medical training, which I highly suggest you do. It's more important than firearms training. It's more likely that you'll ever use that. But one of the things that we talk about is the fact that -- and why it's so important that the individuals have that capacity, the training the capability, the equipment is because let's say you're in a mass shooting. That -- if you are shot and you are bleeding out, EMS, EMTs aren't running to you. They are going to clear that entire building and make sure it's safe before you get any sort of professional medical provider. Sometimes they'll have tactical EMTs on staff, but still they're going to go throughout -- their job is to make sure that their guys with the guns are safe. They're going to go all the way through that structure and make sure it's

clear and then they might come back to you and or they may call EMTs that are going to be hanging out in the perimeter.  So that's so important for people to understand.

BRIAN HARPOLE:  And to your point --

GARY MELTON:  Yeah.

BRIAN HARPOLE:  -- we have some phenomenal medical people on our team -- that are on our team. We have an ER dock that's been an ER dock for 27 years.  We have nurse practitioners, paramedics, military.  And I drive that to them.  We do medical training.  At every CEE we do medical training weekly. Because I said we're going to use this more than --

GARY MELTON:  What is CEE?

BRIAN HARPOLE:  Continuing education.

GARY MELTON:  Oh, yeah.  Okay.

BRIAN HARPOLE:  And so we have to do mandatory continuing education, and it doesn't require medical.

GARY MELTON:  Right.

BRIAN HARPOLE:  But we do it because mathematically -- and we don't just do the sexy stuff like TECC and TCCC does.  That's all the cool stuff. We're doing like anaphylactic, epileptic, diabetic --

GARY MELTON:  Sure.  Narcan.

BRIAN HARPOLE: -- so we're doing all the non cool stuff that you don't get in the cool guy classes. And our guys are like, awe, come on. And I'm like, man, you're going to see this more.

GARY MELTON: Yeah.

BRIAN HARPOLE: And so we do do that more. And so the medical is a big deal. And then you can -- they can call all the prior police departments. We walk through there and say -- and we'll say, hey, if something happens to our principle, we're going to be the primary E and E people for that. And we do that. Now, if it's something like he twists an ankle and breaks it, we're going to go to the hard room and we're going to stand by and the ambulance -- we're going to handle it that way.

GARY MELTON: Sure.

BRIAN HARPOLE: But if it's a trauma related where time is of the essence, we're not going to wait for, hey, go find the medics or have them -- they're not going to violate their deal.

GARY MELTON: The hospital is six minutes away. You're not going to wait ten minutes for an ambulance to get there or even take the risk that it's going to take that long to get there.

BRIAN HARPOLE: Right.

GARY MELTON:  That's just a -- it's the same thing here.  Like we have a medical plan here at my house.  You know, we rely on volunteer EMS.  It's going to be 20 or thirty minutes if something bad happens here.  I'm going to be treating my kids, I'm going to be giving them, my wife or me, and then I'm going to be hauling ass if I have the capacity.

BRIAN HARPOLE:  And we talked through that beforehand --

GARY MELTON:  Yeah.

BRIAN HARPOLE:  -- even with the people of statutory authority.  And they're like, yep.  And that got substantiated by the ER dock.  And then there were some -- I don't know what his actual position was but the fire -- or EMS but he was at the emergency room when we were there.  And both the ER docks said, you guys did the right thing by bringing him in and not waiting for the ambulance.  Because we -- you start looking at things like mechanism of injury.

GARY MELTON:  Uh-huh.

BRIAN HARPOLE:  And the mechanism of injury there is catastrophic.

GARY MELTON:  Yeah.

BRIAN HARPOLE:  And seconds are literally seconds.

GARY MELTON: Yeah.

BRIAN HARPOLE: And when we start talking about -- you know, when we went down and started doing (inaudible) we'll talk about what brought me to that decision. And that's on me. You know, it's not on the team.

GARY MELTON: I want to dive into that a little bit more in depth in just a second, but I want to give a little bit more context. When it comes to an ambulance at a school, at an event like this, number one, we know that some of the most catastrophic events that are way more regular than we would like it to be are active shooting events at schools. So at the average school you've got between 500 to 5000 students there every day. We know that there's a threat and we're very aware of that and there's a huge precedent for it and yet we don't keep ambulances on staff at every school. And, you know, I have talked ad nauseam about the fact that we do not take school security seriously. We spend more money, time, effort and energy protecting bureaucrats in a government building than we do our own children. And it disgusts me. We don't teach kids or the teachers basic emergency medicine. We don't provide physical security features that wouldn't turn the school into a

prison, that would just protect the kids. There's not security protocols that are standardized across our education system that would mitigate, deter, detect and prevent these active shooting events. We don't do any of those things. So here we have a school that by the way happens to have 45 thousand plus or minus students enrolled that there's probably 10 to 15,000 students on campus every day. I don't know, that's an assumption. I know it's more than 3000.

BRIAN HARPOLE: A small city.

GARY MELTON: But the argument is there was 3000 people there, you should have had an ambulance. Well, why is it that when there's 15000 people on campus the rule is we don't have an ambulance on staff. Like it's not a sporting event where we would expect that. And also going back to the insurance, insurance depending on the event, they assess the event and they say, hey, this is what we need in place before we're going to insure you, both from UVU and TPUSA. Both of them have to have insurance for that event. And some of those policies are dictated by that. But I agree, there should have been an ambulance on hand, but there should be an ambulance on hand at every school as far as I'm concerned, especially something that big. And like the -- the --

I don't know, the misplaced or the specified out rage where it's like this is a higher risk.  This assassination is a very rare event, but school shootings are pretty damn common.  And we should definitely relook at SOPs for the security world based on this and lessons learned, like we do with everything.  But we've had plenty of time in lessons learned on school shootings and protecting our children, and we as Americans have not pushed forward. Like it will happen, you know, we'll have a mass casualty event at a school.  Everybody will be horrified for like two weeks and then we go on and we demand no changes whatsoever to making sure that we have -- we're protecting Our Kids' through protocols, through physical security features, through having staff, whether we want to have law enforcement armed there or teachers trained and armed and making sure we have trauma kits on -- it's nuts to me.

BRIAN HARPOLE:  I'll speak to two points of that.  It's like, go back and -- Utah I guess has a pretty progressive law where they were like, hey, if you have something like that, you're required to have an assigned health safety officer.

GARY MELTON:  Right.

BRIAN HARPOLE:  Like who was it for this

event?

GARY MELTON: Great question.

BRIAN HARPOLE: Nobody has asked that question. I've asked.

GARY MELTON: Yeah.

BRIAN HARPOLE: And who was it and who is the one to dictate, no, we don't need this. Because I know if it were up to me, I'd be like, man, 3,000 people, you know, the world we live in, like you said, should have been there. And or let's start engineering -- and a lot of cities do this and we've been there to the colleges, let's start engineering fire stations on the campus.

GARY MELTON: Yeah.

BRIAN HARPOLE: Both public and private. In high school, you know, ambulance stations so they work out of it.

GARY MELTON: Let's make sure we have trauma kits all over the place. You know, one of the things -- this is one of the biggest cons ever in my mind are AEDs. So, you know, between the ages of one to 44 the most -- the number one cause of death was traumatic injury. The most healthiest population among us.

BRIAN HARPOLE: They've passed a law for

that?

GARY MELTON: We have to have AEDs everywhere.

BRIAN HARPOLE: Oh, I know.

GARY MELTON: And, you know, it's funny one of our instructors, he's a former SEAL Team Six medic, he was doing a post event assessment of an active shooting in the airport. I think it was LAX. And he was like, here I was all these people that were shot that were crawling trying to put pressure on their wounds and this one guy crawled by like five AEDs. There's not a single trauma kit anywhere. Anywhere. And the same thing, like we have -- and, of course, AEDs can be useful and there's a time and place for those. But the idea that we have all these AEDs in an elementary school all over the place and we don't have a single trauma kit nor anyone trained to use any of that stuff, it's just putting the cart before the horse.

BRIAN HARPOLE: You know how you figure out how that got that way? You go back to the AED company and find out who they paid to pass the law.

GARY MELTON: Oh, I know. It's marketing. It's marketing. And, again, I don't even -- I don't even fault them for that. But, you know, it's like --

it's like prioritizing your shirt when you got no pants. You know what I mean? Like it's just --

BRIAN HARPOLE: Medical is such a priority.

GARY MELTON: The mental disconnect on that and just the average person sitting back and saying, all right, let's weigh the risk here, what do we need to have or what do we need to prioritize. And great we have the one percent solution covered. Now, let's also include the other 80 percent solution cover that actually kills people.

BRIAN HARPOLE: I think we have to look at and compare it to other things that have progressed through the years when technology increased. If you look at physical banking and the protection of our money --

GARY MELTON: Uh-huh.

BRIAN HARPOLE: -- how we use technology and physical and all these things and it progresses every year.

GARY MELTON: Right.

BRIAN HARPOLE: And then protection of our children, it takes an act of Congress to pass a law to get it better.

GARY MELTON: Yeah.

BRIAN HARPOLE: But, man, we'll pass laws

Case 3:26-cv-00556    Document 31-7    Filed 08/06/26    Page 129 of 200 PageID #: 710

and make things to protect our money physically and all that in a moment. So what are we putting in front of who? And then for us if you'll notice I was wearing that kit and our guys physically wear those things because we know that they have to be on us. And then there's simple things, I'm here with you and you won't find one of my guys without a tourniquet. Which, you know, it's hard to carry a big one but hey let's do less worse and carry something. And then we've got, you know, chest seals and everything. I don't know one of my guys -- and this is every day carry.

GARY MELTON: Yeah.

BRIAN HARPOLE: This is they're going out to eat dinner at a fancy place with their wife and they have this on them.

GARY MELTON: And you're ten times more likely to need that than a gun.

BRIAN HARPOLE: Yes.

GARY MELTON: And it's important to have a gun, folks.

BRIAN HARPOLE: Yeah.

GARY MELTON: Be armed, be trained.

BRIAN HARPOLE: We talk about your kit. You know, that's your every day carry. You know, if

we did a pocket dump from my every day carry, you know, that's in it.

GARY MELTON: Yeah.

BRIAN HARPOLE: Because I know the mathematics are there. And I say this from a point of -- man, my son and I travel together and I saved his life in Turkey.

GARY MELTON: Yeah.

BRIAN HARPOLE: And if I wouldn't have had what I needed on me in that kit, he wouldn't -- he would be in heaven. And so I see the value of it with my own hands. I've had the luxury of saving people's lives before. Without the training --

GARY MELTON: Same.

BRIAN HARPOLE: -- and without the kit that I had on me --

GARY MELTON: Yeah.

BRIAN HARPOLE: -- it wouldn't have happened.

GARY MELTON: Yeah.

BRIAN HARPOLE: And so that's why for me I drive it home to our guys and they drink the Kool-Aid because they see the value in it. And so that's why you see them wearing that stuff because it can't be, oh, yeah, go grab it from the car.

GARY MELTON: Right.

BRIAN HARPOLE: Or we're going to do it when we get to the car. No, seconds count.

GARY MELTON: Seconds count. It's not -- when somebody's life is on the line, it's not time to do a scavenger hunt or do arts and crafts, try to make a tourniquet that's going to -- you've got to have that stuff ahead.

BRIAN HARPOLE: And you can't cool guy wear it.

GARY MELTON: No.

BRIAN HARPOLE: Like you see it. Guys come to the range and they've got a tourniquet on and it's still in the plastic.

GARY MELTON: Still in the plastic.

BRIAN HARPOLE: And I'm like -- or you know, they've had it -- it's just like, guys.

GARY MELTON: Yeah, no, we had -- we literally -- you know, we do medical courses on a regular basis and we had a person come to our two day course, left that day with one of our trauma kits and happened to be going through a rural area, came across a car wreck. The lady's -- there was a lady in the ditch. I remember it was a couple of years ago. I may get some of these details -- but long story short,

we had -- she's almost a full amputation of one leg, a partial amputation of another and the ambulance took like 25 minutes to get there. And that person had been sitting on the side of the road already for a little bit of time before that -- literally that training, the kit that that guy had saved that person's life. And it's -- you know, we need a -- you've got to assess risks, right? And make -- there's the perceived threat, then there's real threat. And we need to do a logical assessment of that.

So your guys -- one of the things you and I have talked about privately, you've made several mentions of it here, you guys really stress medical training, certifications. One of the shortest stories that you've told me -- with me one of the reasons that you had been working at TPUSA or with TPUSA for so long was because on one of the first jobs you ever had with them you were able to address a medical event. And people were there, they saw that, and they appreciated that. And that kind of established your credibility --

BRIAN HARPOLE: Yeah.

GARY MELTON: -- and they understood the importance of that.

BRIAN HARPOLE:  They saw us as something outside like security.

GARY MELTON:  Yeah.

BRIAN HARPOLE:  Like, wow, this is a value added service.

GARY MELTON:  Yeah.

BRIAN HARPOLE:  And then so that's the way -- and then ...

GARY MELTON:  And to be clear going back to what you talked about, the bag that you had on you during that entire event was indeed a trauma kit.  And let's talk about just real quick some of the things that were in that trauma kit.

BRIAN HARPOLE:  Yeah, you know, you build that kit and it's kind of weird that -- if I wanted the kit I want, I'd be with like a backpack on, right?

GARY MELTON:  Right.

BRIAN HARPOLE:  And we have -- Kyle, one of our medics, his kit is like a big boy kit.

GARY MELTON:  Right.

BRIAN HARPOLE:  And we call that an event kit, right?

GARY MELTON:  Right.

BRIAN HARPOLE:  An MCI.

GARY MELTON:  Uh-huh.

BRIAN HARPOLE:  So he's there.  He may have I think 10, 15 tourniquets in there.  And that's for an event.  And it follows the masses when we're responsible for those people.

GARY MELTON:  Right.

BRIAN HARPOLE:  For me it has to be mobile and I have to be able to work around it and move around it.

GARY MELTON:  Okay.  So that's ...

BRIAN HARPOLE:  Yeah, and so then you have to build it so that you can carry it and then -- so for me I look at probabilities, need, exigency.  And so you build those things.  On the outside is bleed control so that I can pop it open immediately, and that's the first thing that comes out of it.

GARY MELTON:  Right.

BRIAN HARPOLE:  And so I can -- whether it be, you know, clean four by fours, anything for wound care for a GSW or a stabbing.  And then we have tourniquets, same place, outside.  And so anything that I need to get to quickly comes from that immediate outside area that it literally can do it under duress with bloody hands and so you can work through it.

GARY MELTON:  Gross motor movements.

BRIAN HARPOLE: Yeah. And so then you -- you start working into the inside and that may have the stuff that I may come in for secondary. We've got BP cups, stethoscope, Sp02, oropharyngeal --

GARY MELTON: NPAs?

BRIAN HARPOLE: Yeah, yeah. And so you just -- you're working through that that -- I may once I get that in control I may go into my secondary and start evaluating vitals. And then you get into the tertiary things that you have time for behind that. That would be like a blanket, splints, aspirin, Band-Aids, you know, stuff that it's not --

GARY MELTON: All the way from immediate to extended care and then going into boo-boos?

BRIAN HARPOLE: Yeah, yeah. And so you work your way back through that kit depending on the exigency of the event. And you want that stuff to be accessible to it. And then it's not -- a lot of guys check that kit bag. And then so it's hard because some of that stuff is not TSA compliant, right?

GARY MELTON: Yeah.

BRIAN HARPOLE: And so, you know, I've got EpiPens in there, Narcan, you know, all that stuff building back. On my bags I would -- if it's not TSA compliant, then I would make one that is.

GARY MELTON: Right.

BRIAN HARPOLE: And so I have one that's TSA compliant. And it goes with me on the plane.

GARY MELTON: Yeah.

BRIAN HARPOLE: It's with me. I've had to use it on the plane.

GARY MELTON: Yeah.

BRIAN HARPOLE: And so but it's also -- one of those things, the reason why we do that is because if for some reason -- and it's happened before -- the airline loses our luggage we're still a go on the event.

GARY MELTON: Right.

BRIAN HARPOLE: And so that's -- we learned our --

GARY MELTON: That's a great point, too. You know, when I was traveling a lot all over the world, most of the time I couldn't carry a gun. But you could always carry med gear.

BRIAN HARPOLE: Medical, uh-huh.

GARY MELTON: And, again, some of it, depending on what you're using, isn't -- isn't compliant but, you know, I always have in my car on my person, carry on, I always have most of those items, right? Sometimes you don't get the fancy stuff, razor

blades or trauma scissors and stuff like that.

(Ad).

GARY MELTON: Let's talk about -- again, there's lots of speculation about what happened behind that table. And I think it's one of the biggest things that -- and I also want people to realize, you know, we see that view from you guys working on Charlie. And that's -- we become very myopic and everybody out there thinks that's the only view. Like nobody could see what you were doing. But what people forget is that there were people -- there were spectators far on the flanks and it's not like you guys weren't visible to lots of public. You weren't visible to the viewer of the video, but this idea that you guys were just back there -- and I hate to even say it, but, you know, there's people saying you're back -- you know, you guys are back there choking him, you're finishing him off like ...

You know, it's -- and then that becomes -- the crazy part of that is that becomes the predominant voice and there's not a single adult in the room or very few out there saying, that's disgusting to even suggest with no evidence or in the void of information. Now, I speculated on the other side, hey, you know what, this is what wound packing looks

like, this is what I think they're doing.  Now, one of the things I do think I overestimated a little bit is I was kind of going through a slowed down video.  You guys from what I can see were probably back there about 20 seconds after he fell to the ground.  As much as you can or you feel comfortable with, tell us exactly what did happen.

BRIAN HARPOLE:  Yeah.  I mean, it's from the get-go, you know.  My area of responsibility -- I was to the right of Charlie, just to the right of Dan.  So you've got Dan and then Charlie.  And we -- I'm out looking at my area of responsibility.  We've got a lot of people filling in.  I'm also what we call command control position.  So you can see all the other positions.

GARY MELTON:  Right.

BRIAN HARPOLE:  So you can like, hey, what's going here.  Hey, move to this.  Hey, check this guy right here.  So we're calling that kind of stuff out.  And -- and then you hear the shot.  And there's a direct attribution like, and it's kind of -- if you've been around it, you've heard it before.  I heard the shot and then you also heard the bullet hit.

GARY MELTON:  Yeah.

BRIAN HARPOLE:  And so --

GARY MELTON: You can hear it on the video. It's a thunk.

BRIAN HARPOLE: Yeah. And so I -- and the bad part was or not bad but I remember I heard that before I turned around and then I attributed it before I turned around. Like, oh, man, I know what that is. It was like awe.

GARY MELTON: Let me ask you about what you heard. Number one, where did it sound like -- number one, can you attribute that to a certain type of firearm? A, what did it sound like? Number two, where did it sound like it came from?

BRIAN HARPOLE: Yeah, so I'd be Monday morning quarter backing if I said I knew where it came from.

GARY MELTON: Sure.

BRIAN HARPOLE: I knew it came from behind me.

GARY MELTON: Okay.

BRIAN HARPOLE: Because --

GARY MELTON: And you were turned?

BRIAN HARPOLE: So if you -- if you were to kind of -- where I was standing it would be like to here from me, like to me left where I was facing.

GARY MELTON: In the direction of what?

Charlie, is that Charlie's 12:00 o'clock, 3:00 o'clock, 2:00 o'clock?

BRIAN HARPOLE: It was like Charlie's 11:00 o'clock maybe.

GARY MELTON: Okay.

BRIAN HARPOLE: And so I was face back this way, and so I hear it and I have attribution. So I turned and I could see Dan riding into the ground, right? And I've broken it down and it's probably not healthy to watch.

GARY MELTON: Yeah.

BRIAN HARPOLE: Because you want to -- I want to see what I did, too.

GARY MELTON: Right.

BRIAN HARPOLE: How I can do better, you know. And then so I see Dan kind of riding him to the ground, and so I just take off running towards Charlie because I don't know is this about to start a spray. And so you -- you see what's going on. And I just remember I jumped down on top of him. And so I was -- I didn't know if this was going to keep happening. Just shield him. And then I see our -- later, I don't see it then, but you see it on video our guys are just piling over the tables.

GARY MELTON: Yeah.

BRIAN HARPOLE: And they're in the same deal, like, let's just put our bodies between whatever is coming and where Charlie is. And you see Blake just come over that table and Alex and just coming over the table just in full speed. And they're only there just to put themselves between what just happened.

GARY MELTON: Apply their -- using their bodies as potential ballistic protection?

BRIAN HARPOLE: Right.

GARY MELTON: And figuring out what's going on, ultimately knowing, hey, we've got to get off this X?

BRIAN HARPOLE: Uh-huh. And so I jump down on top of him, and we're kind of just face to face. And when I get down there I see, you know, he's got doll's eyes. And so I was like, man, this is bad.

GARY MELTON: So just for people that don't understand that term, like immediately what was your thought?

BRIAN HARPOLE: I was like -- you know, you use these things, you'd show up and a guy had been shot or shot himself or in a car wreck and later you would -- the reason why in your report you would put like upon arrival the person had wounds incompatible

with life.  And so -- and so that actually went through my head.  Like dang it, you know.

GARY MELTON:  You felt immediately he was no longer with us?

BRIAN HARPOLE:  You generally don't have attribution of life with doll's eyes.

GARY MELTON:  Yeah.

BRIAN HARPOLE:  And so if you've seen it enough --

GARY MELTON:  (Inaudible).

BRIAN HARPOLE:  You've seen it.

GARY MELTON:  Yeah.

BRIAN HARPOLE:  And, you know, you --

GARY MELTON:  What you mean, just again, a blank stare, no blinking?

BRIAN HARPOLE:  Right.

GARY MELTON:  We're starting into -- got it.

BRIAN HARPOLE:  And so if -- if it's a bad guy or somebody, you just go to work, right?  And so but bleeding was coming out.  And I remember I got down on top of him and it was with my right hand I just was shoving it down trying to do bleed control, just immediately put something in there.

GARY MELTON:  So you -- you got your

fingers in the wound, you're looking for -- you're looking for the source of the bleed?

BRIAN HARPOLE:  Uh-huh.

GARY MELTON:  Did you feel a pulse at all while your fingers are in there looking for that artery?  And here's the thing, you know, people talk about oh it was the jugular, it was the --

BRIAN HARPOLE:  Carotid.

GARY MELTON:  Carotid.  You know, people were saying, hey, look, it's the jugular, it's a carotid.  I personally, given the proximity of both of those and the damage clearly done, I think both were most likely severed?

BRIAN HARPOLE:  And that's factual.

GARY MELTON:  Yeah.

BRIAN HARPOLE:  I can tell you that's factual.

GARY MELTON:  Okay.

BRIAN HARPOLE:  I'd say that's a factual statement.

GARY MELTON:  I don't see how you're severing one without the other with the trajectory of that bullet, the type of bullet it was.  And I don't care if somebody thinks it's a .223, a rifle round that close to the jugular and the carotid, both are

going to do damage.

BRIAN HARPOLE: And that's something -- and, again, I'm not releasing it. The OR doc released that.

GARY MELTON: Gotcha.

BRIAN HARPOLE: And so Andrew Coy talked about it.

GARY MELTON: So both were severed?

BRIAN HARPOLE: Yeah. And so -- oh, I don't know -- that's how they worded it, but I know they talked about the mechanism of injury.

GARY MELTON: Right.

BRIAN HARPOLE: And then you -- did you see a pulse? Well, man, it gets kind of morbid, but you break it down and watch the video. It was coming out.

GARY MELTON: Yeah.

BRIAN HARPOLE: And so I'm on top of him pretty close just putting it in there. And you can feel it coming out.

GARY MELTON: Yeah.

BRIAN HARPOLE: And then I remember it coming out --

GARY MELTON: That's what I mean by did you feel a pulse. Could you still feel --

BRIAN HARPOLE: Sure.

GARY MELTON:  -- the blood pumping?

BRIAN HARPOLE:  This blood was pumping seven seconds ago, you know, normal.

GARY MELTON:  Right.

BRIAN HARPOLE:  And so it's still pumping now.  And so it was enough that I remember I went like that and I could taste his blood on my lips.  Like, oh, it's blood, you know.  And so apparently it had squirted through or something and got -- a piece had squirted through and got on me.  That's how close we were.

GARY MELTON:  Right.

BRIAN HARPOLE:  And so you feel it, right?  You feel it.  And so I just was thinking, man, this is bad.  This is -- but we're talking milliseconds here, right?

GARY MELTON:  Yeah.

BRIAN HARPOLE:  And --

GARY MELTON:  Let me, let me --

BRIAN HARPOLE:  Yeah.

GARY MELTON:  Right in front of you, I don't know his name, a dark haired gentleman, he had glasses on, a younger guy, he looked like he was in his late 20s at most had jumped over the table.  He was actually down below you, right in front of Rick

Cutler. He actually gets down lower, below the table, and he is clearly doing something. What -- you are trying to do some bleed control. What was he doing?

BRIAN HARPOLE: So and you see that kind of on his hands.

GARY MELTON: Yeah.

BRIAN HARPOLE: Later.

GARY MELTON: Yeah.

BRIAN HARPOLE: It's like it's Blake. And man, he just (inaudible) came over, like how can I help, right?

GARY MELTON: Yeah.

BRIAN HARPOLE: And he's down in there. And it's hard because you know you have to get off the X.

GARY MELTON: Right.

BRIAN HARPOLE: And you know it's still coming. And then I've got my hand in it and I -- I want to say Blake was helping or something and that's how that blood got on his hand.

GARY MELTON: Uh-huh.

BRIAN HARPOLE: So we're on it. We're just trying. And but then -- and, again, I've mentioned this before and they told me I don't remember giving this order, but I said, hey, prep the vehicle. You

know and so the vehicle is prepped and in place, but the doors aren't open. You know, the driver is not in ready to go.

GARY MELTON: Right.

BRIAN HARPOLE: You see Blake take off.

GARY MELTON: At one point in that moment -- and this is where some people were saying it was a hand off. I slowed it down and I proved you were not handing anything off. There was an older gentleman. You're actually pointing and I think it was just in the -- I don't know what to attribute it to. There was a lot of stuff going on, a lot of -- he's trying to figure -- but he like grabs your hand as you're pointing.

BRIAN HARPOLE: Uh-huh.

GARY MELTON: What -- what were you telling -- was that when you were saying go get the vehicle?

BRIAN HARPOLE: Yeah, that's -- and because you -- because that guy, his name is lane. He's from Yrefy. He's like a sponsor, right? He was back there as a sponsor for the tour.

GARY MELTON: Right. Yeah. Not part of security?

BRIAN HARPOLE: No, but he's a known.

GARY MELTON:  Yeah.

BRIAN HARPOLE:  Yeah, he was allowed in the non-permeable area because he's a known.

GARY MELTON:  Right.

BRIAN HARPOLE:  And then, you know, he runs up there.  I don't know him, you know, well or nothing, but I just remember I think that's -- you know, when I said, hey, go get the vehicle ready, right?

GARY MELTON:  And you weren't even necessarily talking to him?

BRIAN HARPOLE:  No, I was -- my guys know who I'm talking to.

GARY MELTON:  Yeah.

BRIAN HARPOLE:  Yeah.  And to that, that was the only comps.  Nobody -- we knew our -- we knew our -- everybody knows their jobs, their roles, their responsibilities.

GARY MELTON:  Right.

BRIAN HARPOLE:  Nobody said, hey, fall back.  Everybody fell back.  They knew.  We practiced that and had done that and the guys have done that in real life and in training.  And so we just fell back and did what we were prepared to do.  We prepped the vehicle.  But here's the hard part for me.  It's like,

man, I need to do wound care or I know what continuous wound care needs to look like. But at the same time I've got to get off this X.

GARY MELTON: And that's -- and that's the asked of operating. Like that's what we teach. Like we don't care for people on the X. You got to get them off the X. You know, I -- everything that -- I don't know if you guys had assessed -- you know, when I was making that video and, again, I said I was speculating, I don't know if you guys had assessed that the scene was safe or what was going on in your head.

BRIAN HARPOLE: So I'm literally thinking and I remember thinking, damn, I'm up here high.

GARY MELTON: Yeah.

BRIAN HARPOLE: You know, (inaudible) but I set back and, you know, Rick is there. And then Dan was there and you can kind of see us all in that same frame. And that's like -- there had been the command for that. And then at some point I said we're exfilling.

GARY MELTON: Yeah.

BRIAN HARPOLE: And, again, you pull back. I said, this is not the time nor place, we're about to get shot again. I don't know what's going on. But,

again, training, you get off the X.  And I just called

for exfil.  And we're not treating a wound on the X.

GARY MELTON:  Yeah.

BRIAN HARPOLE:  The medicine is not down

there, the medicine is down, you know, when we get off

of there.  And so --

GARY MELTON:  So just to be clear there was

actually no wound packing that took place there?

BRIAN HARPOLE:  People have asked me that

and I'm like, man, I don't remember.  You're just in

automation.

GARY MELTON:  Right.

BRIAN HARPOLE:  I know that everything -- I

know that I don't remember opening my kit.  When I got

in the car, I remember it was all -- when -- date and

time or time second stamp, I remember -- when I put

that first batch on, I know from personal inventory

that I started with four by fours because they're the

easiest to get in, right?

GARY MELTON:  Yeah.

BRIAN HARPOLE:  And so that's why they're

there.  So I started with four by fours and then

hemostatic --

GARY MELTON:  Now, when you're saying

you're starting with four by fours, are we still

behind the table?

BRIAN HARPOLE:  No, in the car.  In the car.

GARY MELTON:  Okay.

BRIAN HARPOLE:  Yeah, yeah, yeah.

GARY MELTON:  So no wound packing as far as you remember took place behind the table?

BRIAN HARPOLE:  You know, again, I don't remember.

GARY MELTON:  Yeah.

BRIAN HARPOLE:  I don't -- I wish I could say or I could say that, you know, the textbook, yeah, started that right there.  No, I don't --

GARY MELTON:  I don't think that -- I mean, textbook is get them off the X.

BRIAN HARPOLE:  Yeah.

GARY MELTON:  And, again, I -- you know, there's, you know, Monday morning quarter backing, hindsight being 20/20, you know, we still didn't know that it was just one shot.

BRIAN HARPOLE:  And you're not the first person that's asked me that.

GARY MELTON:  Yeah.

BRIAN HARPOLE:  And I'm like, man, I couldn't tell you.  I know -- I know -- I know what my

inventory was, and I know what my inventory wasn't when we got there.

GARY MELTON:  If -- you know, one of the things that we do as our training is, I'm sure you do too, scenarios.  Right?

BRIAN HARPOLE:  Yeah.

GARY MELTON:  I mean, that's the best way to learn.  And if I was running that exact scenario and I had a student back there packing wounds in that spot, like, hey, dude, stop what you're doing, get him off the X.  I mean, that is the textbook call. Anybody can look -- anybody that knows anything about tactical casualty care, which is exactly what we're talking about, care under fire, that is textbook.  And one of the things, too, it's just like people were slowing that video down.  And I became a little bit of a victim of this, too, it's like, you know, it looks like minutes.  And, of course, they're back there saying that you're -- I don't know, doing all the things that they're saying.  But to be able to even sell that they have to slow that video down.

BRIAN HARPOLE:  To make it look like it was --

GARY MELTON:  To make it look like it was --

BRIAN HARPOLE: It was less than 20 seconds.

GARY MELTON: Yeah, it was. It was when you play it full speed.

BRIAN HARPOLE: And we go further than even that. Hey, stop, we do those scenarios. We do scenario-based training for our team and contractually. And if -- we take it to the next step where if they're doing aid on that text, we come in and shoot them with UTM.

GARY MELTON: Yeah. We do the same thing.

BRIAN HARPOLE: We give them a pain penalty right there.

GARY MELTON: Yep, yep.

BRIAN HARPOLE: And so we're like, all right, now we have two victims.

GARY MELTON: Yep.

BRIAN HARPOLE: And so we drive home the fact of that. And so, yeah, it was all about movement. And so prep the vehicles, there's that communication. I don't know when it came out but it's -- it's like we're exfilling and we start to the car. And you see the guys just pick up, and we started carrying towards the car. I think Blake, Alex, the guys, we're carrying towards the vehicle.

Rick broke off because you've done it probably where we practice the officer down or person down, one drags --

GARY MELTON: One person is on the far side pulling the casualty.

BRIAN HARPOLE: Yeah, yeah. And he did exactly that. He starts pulling across. I shared with you last night we had some -- you know, there's bench -- there's captain seats there.

GARY MELTON: Yeah.

BRIAN HARPOLE: It wasn't a bench. So it made it increasingly difficult. And so -- but we managed. And it didn't slow us down. Justin gets inside and gets ready to -- you know, preps the vehicle, is driving. Dan is up there and he's got the nav pulled up, and we're ready to go. Rick is on the side and then Frank Turek jumps into the back. I was a little shocked by it, right? And Frank is a known. And so that's one of those things that I'm not going to argue with him about.

GARY MELTON: True. You don't have time to debate on who's coming or who's not.

BRIAN HARPOLE: Yeah. It doesn't mitigate anything. And Frank is a known and a known with good -- with a good heart and a good cause. And

so ...

(Ad).

GARY MELTON: Now, once you're in the vehicle I'm assuming now we are doing some wound packing?

BRIAN HARPOLE: Right.

GARY MELTON: What other interventions were taking place?

BRIAN HARPOLE: So -- so we take off. And getting out of the parking lot, I mean, it was so busy, right, and Justin is just navigating it, right, and just booming it because we knew -- we knew -- when you see him get to that road, we just take off. And Dan is calling it out like, you know, upcoming here, you know, we got half block, next block up we're turning left. And a lot of people think -- you know, we don't have lights and sirens. We're working that ourselves.

GARY MELTON: Right.

BRIAN HARPOLE: You know, and so -- and it's all about exigency. You know, why are we doing that? It's because we had to get there. And then we've got to get to this place that's -- I know it's a level 3, you know, but it's seven minutes closer than the other one.

GARY MELTON: Right.

BRIAN HARPOLE: And so we're getting there. And but I've discussed this before with people, we didn't -- it's not funny but it's kind of weird because it's not the way you give medicine. It's like we talk about a lot of medicine in austere environments.

GARY MELTON: Uh-huh.

BRIAN HARPOLE: And the door was open and Justin is driving like I said, you know, 60, 80, 100 miles an hour.

GARY MELTON: Right.

BRIAN HARPOLE: As fast as that car can go within his capabilities. And, you know, Dan is up there calling it out. But we couldn't get the door closed because Charlie's foot was down in the door.

GARY MELTON: Yeah.

BRIAN HARPOLE: And so it's open. And then -- but I was like, it's irrelevant, door open or door closed we're getting off the X. And so I'm on my knees and I'm both hands. And I'm starting to pile out like, you know, pack pressure, you know, exactly. The saturation point is unbelievable. And you're not pulling it out, you're adding to it.

GARY MELTON: Right.

BRIAN HARPOLE:  And so we're getting that down in there.  I'm just -- and I remember it's a training point we've done before and there has to be a better way, like a med fax (phonetic) or maybe we can go into -- like that little slit on the side of those, it --

GARY MELTON:  Are you talking about the hemostatic gauze?

BRIAN HARPOLE:  Right.

GARY MELTON:  Yeah.

BRIAN HARPOLE:  It's like --

GARY MELTON:  I usually go in and actually cut them a little bit more.

BRIAN HARPOLE:  But then, you know, it's like we need something to pull.

GARY MELTON:  Yeah.

BRIAN HARPOLE:  We need something in real time, right?  And so I'm opening those with my mouth and then putting them down and then spreading it out a little bit and then putting them down so I can get a pack in that.  And then -- and then I'm holding it there and then working off the other one.  Well, Rick is seeing this, right, that I'm working both hands and the door is open and I'm halfway out and we're going, you know, super fast down the road.  So he just

reaches us and grabs me and he's holding me in with his hand so that I can work both hands freely on the wound and I don't have to worry about falling out of the car. And so Frank is just praying out loud, and Rick is praying. And I can hear just the car revving just going hard and I hear Dan just calling out the directions to Justin so he doesn't have to look at anything but the road. And, you know, we get there.

GARY MELTON: Was CPR being conducted during this time?

BRIAN HARPOLE: You know, no, because right now I've got to stop that bleeding.

GARY MELTON: Yeah. No, I -- I had heard conflicting reports and I was a little confused by that. Like, we can't start doing CPR before the bleeding stops.

BRIAN HARPOLE: Right.

GARY MELTON: And people don't understand that.

BRIAN HARPOLE: Prioritization of care, right?

GARY MELTON: Yeah.

BRIAN HARPOLE: And so it's like I've got to get that bleeding stopped before. And then I knew that we were not that far from the hospital. And the

human body can -- I've got to stop that bleeding, you know.

GARY MELTON:  Yeah.

BRIAN HARPOLE:  I've just got to stop the bleeding.  And so that was my primary -- you know, that's the chief complaint from the patient that I have right here and so I'm going after that bleed control, trying to stop that.  And so we go to the hospital.  I'm just working him the whole time out of the kit and just putting them on.

GARY MELTON:  One of the questions that was asked, why did you refuse the additional kit or assistance from the EMTs on site?

BRIAN HARPOLE:  We didn't refuse any.  They weren't around.

GARY MELTON:  There's a video coming out, I don't know -- it definitely wasn't with you but there's a video that they come out suddenly, these EMTs, and they try to hand off a bag to one of the guys, either your team, whatever else.

BRIAN HARPOLE:  While it was going on?

GARY MELTON:  Yeah, like -- like I think you guys already had Charlie loaded up.  I have to go back and look at that video.

BRIAN HARPOLE:  And so, you know, that's

one of the things that I would love to go back and look at that. But then if I were to grab your kit right now, where am I going to go to find it.

GARY MELTON: Yeah. One of the arguments was like there was an AED in there. And you know, people don't understand what an AED is, what it does. They think it restarts the heart or it's some sort of life support. All it does -- Charlie wasn't having a heart attack.

BRIAN HARPOLE: No.

GARY MELTON: He was shot. You know, he had a penetrating wound and that was the main thing so ...

BRIAN HARPOLE: I think if we -- you know, all these guys are looking at it from the glasses of 20/20, right?

GARY MELTON: Right.

BRIAN HARPOLE: Sure, if I had had seconds to waste and this was going to be an ongoing deal, hey, man, yeah, why not throw two, three, four extra kits in there on us. But I don't recall that. It might have been something that they tried to hand it off to somebody that was on the outside and it didn't get there.

GARY MELTON: I think that's what --

BRIAN HARPOLE:  But our guys know I'm wearing it.

GARY MELTON:  Yeah.

BRIAN HARPOLE:  I'm wearing what we have.

GARY MELTON:  You have your kit, you know what you're -- you're familiar with it.  We have no idea the status of the equipment they're handing you.  It wouldn't have helped anyhow.  There's nothing -- there's nothing that -- and I said the same thing, I said, you know, if suddenly the exact same thing happened to my son and I'm now trying to get them -- get him to a -- you know, get him to the hospital that's about 15 minutes away, 20 minutes away and somebody out of the woods pulled up and handed me a freaking blow out kit with, I don't know, AEDs or whatever else, like, no, I wouldn't even waste my time looking at that.  I don't know what's going on.

BRIAN HARPOLE:  It's precious seconds of trying to find.

GARY MELTON:  Yeah.

BRIAN HARPOLE:  Well, where does this guy keep his, you know, clean.

GARY MELTON:  Yeah.

BRIAN HARPOLE:  It's like I'm not going to do that.  I know that I have this here and I know I

have enough.

GARY MELTON: And in some people's mind it's like, oh, here was this other option to save his life because they don't understand the injury, they don't understand the protocols to address that injury and they don't understand the limitations of what a AED does.

BRIAN HARPOLE: Right.

GARY MELTON: It doesn't restart the heart. It fixes any sort of arrhythmia that is caused by a different mechanism. The point is that you're not even aware of it, that that kit was being handed off. And secondly nothing in that kit -- for people that don't understand, nothing in that kit would have changed the outcome or would have even been a net benefit whatsoever. I just want to make it clear.

(Ad).

GARY MELTON: Is there anything else that you want to convey to people out there? I have some questions from some followers that I want to --

BRIAN HARPOLE: Sure.

GARY MELTON: -- ask you. But before we get to that is there anything else that you want to make sure that people know? Yeah.

BRIAN HARPOLE: Yeah, you know, I mean,

it's kind of been addressed but, you know, we're not foreign agents and we're not working for a foreign entity.

GARY MELTON: Here's a question for you. Have you ever worked a detail -- were you a part of Bibi Netanyahu's detail or any Israeli person out there? Because there's a -- there is a X profile that is continually pushing that saying that you worked for Bibi Netanyahu.

BRIAN HARPOLE: And they showed me a picture and, one, that guy doesn't even look like me.

GARY MELTON: Doesn't even look --

BRIAN HARPOLE: And he's like 5'4".

GARY MELTON: Yeah.

BRIAN HARPOLE: And I'm like -- but, again, it doesn't have to be true, it only has to be. And so, no, we've never worked with any Israeli Netanyahu. We're not Mossad. We're not -- we're just a bunch of guys that, you know, work and have a goal and task. And so, no, we never worked for anybody -- we're not foreign spies. And so that's just -- it's kind of like, hey, put down your mom's Hot Pockets and get away from her basement and get out there and get into the real world. And so it's -- no, we're not. And so -- and then we're also -- this is our craft.

GARY MELTON: Yeah.

BRIAN HARPOLE: This is what we do. And so to attack it -- these guys are seen a lot of violence in their lives.

GARY MELTON: Sure.

BRIAN HARPOLE: We all have.

GARY MELTON: Yeah.

BRIAN HARPOLE: And so you have the ability just from the reps to compartmentalize that part. We're not saying you get used to it because nobody should get used to that. You don't get used to it, you're just able to file it away. But when -- they're not used to people attacking their honor.

GARY MELTON: Yeah.

BRIAN HARPOLE: And haven't and still can't. And so that's one of those things that somebody that -- that's why I'm here.

GARY MELTON: Yeah.

BRIAN HARPOLE: That's actually why I'm here.

GARY MELTON: Yeah. And you know, you're already -- look, you guys are a victim. Charlie and his family was a victim in all this. And then to -- for people to take this and to continue to destroy, target and quite frankly put you guys at danger, like,

you know, there are crazies out there. When people are telling -- with zero evidence by the way. When people are saying that you work for -- that you were part of a conspiracy, that you work for a foreign state, like, that is putting you and your family at risk. I don't care what anyone says. And here is the other problem that I have with some of this stuff. It really irritates me. Something of these accusations even aren't even direct. It's like this innuendo, gossipy, insinuation. Oh, well, look over here.

BRIAN HARPOLE: People -- and, you know, we've talked about it and I've seen it. People of prominence, people that have reach. You can tell they're coached. All right. You can say this all the way up to this and we can almost paint the picture and give the picture, but then we have to steer away from it.

GARY MELTON: Yeah.

BRIAN HARPOLE: And then that's a tactic and technique they're utilizing for merely the views and clicks. And it's like --

GARY MELTON: And to somewhat cover their own ass from liable suits, defamation -- I don't think they would actually be -- here's the problem, you know, I've even had people come to my channel and

leave comments saying, well, this person said this definitely happened. And I'm like, I don't think they actually said that. And then they'll send me the video, I'll watch that clip, and they don't actually say that. It's -- they insinuate and they let the viewer come to a conclusion that they've guided along. And I find that the slimiest. Just if you're going to accuse somebody, accuse them directly, be clear about it. Don't sit there and play around with these games. It's like double speak of a politician but even worse. You're playing with people's lives, livelihood, their families, the victims and everything in between. You know the other thing, too, the same thing has happened to Erika Kirk. And one of the things I always think about is their two kids, at some point in time they're going to go back when they're older and they're going to start searching some of this stuff. And these kids are going to be exposed to that, again, with zero evidence that it's been -- it was being said their mom, their mother, was responsible for their father's death.

BRIAN HARPOLE: I don't have any -- any people that would insinuate that, whether veiled or whatever, I don't have any -- they know that. And so that's not one of those things where they don't know

what they do.  If they're knowingly doing that -- and we've had those people that are out there that cast on us that are from the industry --

GARY MELTON:  Yeah.

BRIAN HARPOLE:  -- that knew but they did it to better themselves.  They tried to use it as a pony to help themselves better themselves for the public eye or whatever, those are the people that I'm not done with you.  You know, there's no reason for that.

GARY MELTON:  Yeah.

BRIAN HARPOLE:  You know, besides your own self-gratification.  And I kind of likened it to they're working off that based on an actual -- like you watch a movie and at the beginning it says based on an actual event.

GARY MELTON:  Yeah.

BRIAN HARPOLE:  It's like based.  Yeah, you've got like ten percent of it is factual.  People are like, oh, remember when -- it's like it's the gospel.

GARY MELTON:  They both happened to happen on a Friday.

BRIAN HARPOLE:  That's it.

GARY MELTON:  Yeah.

BRIAN HARPOLE:  That's it.  And so that's what they're doing.  And then, hey, to their defense we've been conditioned to believe that.

GARY MELTON:  Yeah.

BRIAN HARPOLE:  And so I'm -- I'm -- that's why I --

GARY MELTON:  That behavior is incentivized both with social media and by the people watching it and --

BRIAN HARPOLE:  And so that's why when they do it, I don't condone it but I understand it.  You know, and so I understand what they're doing because they've been conditioned that way.  And the way I look at it is, hey, they're weak people.  They're weak people that in the real world, if it all went down tomorrow, they wouldn't survive a day.

GARY MELTON:  Yeah.  And, you know, it's unfortunate that if anyone has to go like a legal route to address some of these things.  Because what it should be is freaking self-regulation.  Like just good people out there saying, look, folks, you can't just accuse these people or make these types of insinuations or innuendos without some sort of proof.  It's not about your feelings, it's not about -- and the other thing that I find a little bit -- well, I

find it disgusting that some people are caught up in this in like this excitement of this murder mystery. And they're just like that's part of it. And then there's genuine people out there that are trying to find the answers, and some of them are wrong and I think misguided. And that's fine. But I think they're good faith actors. But then there's people that are just flat out exploiting this for views and clicks and are grifters. And then there's something else out there that I think is much more serious and much more nefarious and is kind of engineering some of these things to damage the American people further. And many people are allowing them to be tools of that, and I think we just need to have a little bit more cognitive security and be conscious and be -- don't just be suspicious of what the government says. Like you need to be just as suspicious or more suspicious of what comes out on the internet. Like find some things out before -- and we've all done it. We've all -- I've been on social media and, you know, I see something about a politician I don't like and I'm like, awe, got him. And then come to find out it's not true.

BRIAN HARPOLE: I didn't know this and you brought it up and, man, it was great information and

171

adds to my toolboxes, you talked about, you know --
what was it 98 people --

GARY MELTON:  Yeah, so, you know, it's easy
for us to focus on -- you were talking about me
getting my ass kicked for standing up for you.

BRIAN HARPOLE:  Yes.

GARY MELTON:  And I'll take -- bring all
the ass kickings.  I couldn't care less.  But even I
get focused on the negative comments, right?  You get
down there and, you know, there's certain things that
I definitely have emotional reactions to that I'm
working on.  I'm only human, but I'm working on that.
But so that becomes your focus.  And you're like, man,
is this even worth it.  But then what I'll do is I'll
go work at our video analytics and that video that
somebody -- whatever, it was a bunch of negative
comments in there.  Number one to remember is people
that are negative are going to hit that thumbs down
button, they're going to comment.  The people that
you're persuading or you're having a positive impact
on -- like 90 percent of the negative people are going
to comment, they're going to hit that thumbs down
button.  Probably 40 to 30 percent of the people that
get something positive out of it are going to hit that
thumbs up or are going to leave a positive comment.

Which by the way, folks, I can't tell you how timely and what a messenger you were, some of you people that have left extremely positive comments, like the impact of those I don't think you'll ever really appreciate. So thank you for those that leave those comments. But then I actually go to the video analytics and then I see likes versus dislikes. And that's where the real story is told because it's like 96 percent, 97 percent, 98 percent are a thumbs up. So it's the -- it's those provocative voices that seem the loudest that give you a misconception of your reality. The fact is you're having a bigger impact and a positive impact than you think you are. And those are the people that you want to reach anyhow. You want to reach the people that are, I don't know, just -- you know, just good people. Like there's people on the other ends of anything that you're not going to be able to persuade or convince or to even have a reasonable view on what you're talking about. But it's all those in the middle that are the quiet majority --

BRIAN HARPOLE: Uh-huh.

GARY MELTON: -- that you're actually having a bigger impact on than you realize.

BRIAN HARPOLE: Yeah.

GARY MELTON:  And that's why this is so important and we have to remind ourselves --

BRIAN HARPOLE:  That was great information, kind of, you know, pushed some of the I guess the distress down in me.

GARY MELTON:  Good.

BRIAN HARPOLE:  I was like, oh, wow, I had no idea of that.  And I purposefully removed myself from all that.  And my fiancee has done a phenomenal job of, you know, being my protector for that.  I've never been in a relationship before where somebody stood next to me or even sometimes in front of me.  And so for me that's something that I'm like, dang, where does this come from, you know.

GARY MELTON:  Well, it's the right person --

BRIAN HARPOLE:  Yeah.

GARY MELTON:  -- at the right time in your life.

BRIAN HARPOLE:  It is.

GARY MELTON:  And everything happens for a reason.

BRIAN HARPOLE:  And I happen to believe that.  Absolutely.

GARY MELTON:  And we've got to keep our

eyes on that.

I've got a few questions from followers. These ones are particularly from X. Mike Stregis 11 (phonetic) asked, has TPUSA or Erika reached out to you or your team? How is the relationship? More importantly why didn't TPUSA defend the security team when everything was being said.

BRIAN HARPOLE: That's a great question. I don't know. They had the information, though, I can tell you that. The totality of the information, not just based on actual event. The totality of it from prep to position to response, they've had it from the beginning.

GARY MELTON: I guess, you know, if I'm going to give them the benefit of the doubt, look, I think there's a lot of lawyers involved. And lawyers are always going to tell you to stay quiet until after. I'm not making an excuse. I don't know if that's the truth. And let's be real, at the end of the day a security team is almost an after thought in one of these events. And I think people don't understand that --

BRIAN HARPOLE: We've had that discussion before --

GARY MELTON: Yeah.

BRIAN HARPOLE: -- with the guys. You know, not necessarily with that client but other clients. I have to remind them as close as we are to them, we're still just the help.

GARY MELTON: Yeah.

BRIAN HARPOLE: And don't ever think you're anymore than the help.

GARY MELTON: And ultimately going to be a scapegoat. I mean, that's just part of it.

Raise Bronson YT (phonetic) on X says, what time did you start setting up the morning at UVU? What time or when was the canopy set up? If Tyler Robinson was on campus around 9:00 or 10:00 a.m., would he have been able to get in to get an idea of where Charlie would be sitting?

BRIAN HARPOLE: Yeah. Man, I've kind of discussed that before. Unless he didn't have a cell phone with him and that's something that I hope comes out, are we going to be able to get a tower hit from their close and what time and then and/or where did he come from that morning.

GARY MELTON: Uh-huh.

BRIAN HARPOLE: A tower hit if he had a cell phone on him. And who --

GARY MELTON: He was definitely seen moving

about prior to the event.

BRIAN HARPOLE: Yeah. And so -- and then what time he accessed that. I'll back up to the first question, we always get there early. Like when I say early, early early. I think that morning we got there around 9:00. And -- and one of the things and I feel guilty about it but not that guilty is we make the guys be part of the setup. Like they physically have to be there and help with the build. And, you know, these are world class protection detail guys that can work anywhere.

GARY MELTON: Right.

BRIAN HARPOLE: And I'm down there telling them, help me -- me, too, though.

GARY MELTON: Fine work.

BRIAN HARPOLE: I'm not going to be a hypocrite. I'm down there humping them, too.

GARY MELTON: Yeah.

BRIAN HARPOLE: And we're putting barricades in place, we're looking at fields of view, we're doing all that. And there's reasons for that though. They have intrinsic knowledge of the setup, you know, where the vehicles are parked, the primary, the secondary, the tertiary, the security measures that we have in place.

GARY MELTON:  Yeah.

BRIAN HARPOLE:  And then we walk through it and we talk to it and then that's also as a group because that way if -- if for some reason some guy leaves, he can fall into his position and pick it up. And so there's --

GARY MELTON:  Nobody is sitting back saying, oh, that's not my job?

BRIAN HARPOLE:  No.  And because if somebody did say that, I would say you're absolutely right, it's right.  You know, and they know that.  And plus if you and I were out right now and we had to dig holes, two holes, and then I did mine faster and if I sit on my ass and watch you dig, that's not what I want.  My expectation then, I would get down in that hole and help you finish your hole.

GARY MELTON:  Right.

BRIAN HARPOLE:  And that's the way these guys are.  And so they're there -- we're there at nine and we're building it, we're on site early, we're walking it, we're making sure everything is set up correctly.  We even send out -- and I sent them to you.  Like we even send out pictures of the view --

GARY MELTON:  Uh-huh.

BRIAN HARPOLE:  -- of what he would see

when he sits down so that, you know, he has an idea of it. Now, we talk through it and we go over assignments. And then those assignments are double checked so that everybody knows what their assignment is and in the prior before, whether he got on beforehand, we sent out guys in that area of responsibility and even a little further not past the Sorensen but that morning of and these are -- these are work finder guys, they're smart guys for field operations and that's why, you know, we chose to have them do that. I said, hey, go out and do this. And they're going out there and they're looking for people that don't fit in the protocols of that. Like, you know, we've got a military-age male sitting in elevated position that's close merely watching us set up and he's been there for 20 minutes. And so we go up and we're like, hey, how are you doing today, my name is so-and-so, I'm with this, are you a student here, are you here for the event. No, I'm not a student. Oh, yeah, then why the backpack?

GARY MELTON: Right.

BRIAN HARPOLE: And then we -- he has no reasonable expectation of privacy. We took pictures of him and everything. And we do that kind of entail work-up out there. We sent -- we gave that

information to the FBI. And so all that's out there. So, yeah, we're out there not just standing around waiting, we're proactively setting up and gathering entail from around 9:00 that morning.

GARY MELTON: I just want to give a special recognition to Piper. There was actually several -- Piper on X. She's done some great work on this. She's actually sent me a bunch of -- number one, some of the questions I asked throughout this. I saved them until the end, I included them, but she was responsible for that, asking about Rick Cutler and Dan wearing meta glasses, which was a great question that I hadn't thought of. So if you're not following Piper on X, make sure you go follow her. She's -- she's done a lot of solid investigatory work that I've relied on as well. So great job, Piper.

Looking back, Brian, what do you think that you guys could have or should have possibly done differently?

BRIAN HARPOLE: You know, people have asked that, and we've asked each other that.

GARY MELTON: Sure.

BRIAN HARPOLE: You know, and so we look at our operations plan, our work-up, what could we have done, what could we have incorporated. And if it were

up to us, yeah, I would have rolled in there in an APC.

GARY MELTON:  Sure.

BRIAN HARPOLE:  We'd have had no budget. There's a difference there.  We have to work within realities.

GARY MELTON:  Right.

BRIAN HARPOLE:  And so, you know, I hate to lower myself to this guy --

GARY MELTON:  Okay.

BRIAN HARPOLE:  -- but I wish I wouldn't have trusted that chief.  I wish -- you know, but this is a command level accredited police department, chief of police, days before when we're talking about a specific area and then when it comes across, like this is what we're concerned with, you know, and then when it comes back with I got you covered, you tell me and I'll take it.  Is there another way for me to construe that that's taken care of?

GARY MELTON:  Yeah.

BRIAN HARPOLE:  And we've seen some negative press where somebody had said -- people have said, well, I wouldn't even let him out of the car unless I had triple confirmed that those roofs were cleared.

GARY MELTON: Yeah.

BRIAN HARPOLE: I was like, well, first of all, when did he get on the roof?

GARY MELTON: Yeah.

BRIAN HARPOLE: When? You know, and then we talked about that -- it's just me, I don't think he was hanging out up there for an hour and a half before it went down.

GARY MELTON: No.

BRIAN HARPOLE: So when did he get on the roof secondarily? It's like, okay, well, you wouldn't have been able to have seen it. Most of our team could see it.

And then thirdly that wasn't our area of responsibility as told by the chief of police.

GARY MELTON: Right.

BRIAN HARPOLE: And lastly it's like, oh, really are you going to tell him, hey, Charlie, you stay in the car, you shut your mouth because you'll be working somewhere else the next day.

GARY MELTON: Yeah.

BRIAN HARPOLE: And so those are -- those are guys that are saying negative things like that to make themselves look better. And you're probably saying that to look better because you're not that

good in the first place.

GARY MELTON:  Yeah, there's a -- there's a big difference between doing an initial clear of a roof and then constant monitoring throughout --

BRIAN HARPOLE:  The hold.

GARY MELTON:  -- an event.  While you're dealing with 3,000 plus people with your, what 11 or 12 guys?

BRIAN HARPOLE:  Uh-huh.  And then we look at mathematics, right?

GARY MELTON:  Yeah.

BRIAN HARPOLE:  I know, I physically know that I have 3,000 threats within 50 feet in front of me.  I know that.  It's a given.

GARY MELTON:  Yeah.

BRIAN HARPOLE:  I don't know that I have no threats that is not in my area of responsibility 140 something out.

GARY MELTON:  Yeah.

BRIAN HARPOLE:  And so I have to work off my known and mathematic probability.

GARY MELTON:  Right.

BRIAN HARPOLE:  And historical mathematic probability.

GARY MELTON:  Right.

BRIAN HARPOLE:  And assigned area of responsibility.  And so if I start looking past that, I'm -- I'm deviating from the mathematics of threat.

GARY MELTON:  Right.

BRIAN HARPOLE:  And if I start looking at more, I'm going to see less and less and less.

GARY MELTON:  Yeah.

BRIAN HARPOLE:  And so I -- and, again, I don't fault a lot of people because they think, oh, I've seen every Bourne Ultimatum, I'm pretty much a CIA guy.

GARY MELTON:  Yeah.

BRIAN HARPOLE:  Because that's kind of -- they're experts via proxy of the internet.

GARY MELTON:  Yeah.

BRIAN HARPOLE:  Or TV.  And then we have a lot of time people come to training and they do some silly stuff with a gun like full Sabrina from the Charlie's Angels (inaudible).

GARY MELTON:  Yeah.

BRIAN HARPOLE:  I'm like where do you see this?  Like TV.  TV is the largest firearms trainer in the world.

GARY MELTON:  Yeah.

BRIAN HARPOLE:  And especially when you get

into other countries, they're emulating what they see on TV.  And I'm like first of all what is TV, it's fake.  It's not real.

GARY MELTON:  Uh-huh.

BRIAN HARPOLE:  You know, and so we have to look at all that stuff and try to get that across to people that that's a fictitious thing you're seeing.

GARY MELTON:  Yeah.

BRIAN HARPOLE:  And we're dealing in reality.

GARY MELTON:  It's just a matter of -- and we all do it, right?  We -- we are coming to false conclusions based on that or incorrect information and what we think -- you know, you can go into a Dunning-Kruger effect.  If you want, you can go there.

BRIAN HARPOLE:  Yeah.

GARY MELTON:  But we all -- like we all do it, right?  And --

BRIAN HARPOLE:  It correlates to some really good stuff every once in a while.

GARY MELTON:  Yeah, yeah.

BRIAN HARPOLE:  I mean, I know you're probably as big a hypocrite -- I can't sit around and watch -- I don't watch a lot of TV.  But when I do and it has to do with tactics or guns and stuff involved,

I'm like you can't do that. You know, why can't you just relax and watch it --

GARY MELTON: Yeah.

BRIAN HARPOLE: -- and I go, no, because people think that that's actually the thing to do and then they can either transfer that and it could kill them or hurt them. And so it's like I just want to say I don't know who the technical advisor was of it, but he needs to be backhanded.

GARY MELTON: Yeah.

BRIAN HARPOLE: You know.

GARY MELTON: I think -- again, you know, I don't -- it doesn't need to be technically or tactically correct, it just needs to look good.

BRIAN HARPOLE: Uh-huh.

GARY MELTON: And, you know, to some of that is what we're dealing with here. It doesn't need to be technically correct, it doesn't need to be factual, it doesn't need to have evidence backing it. It just needs this very thin correlation and a good story and a good presenter and you can convince anybody of anything. And hopefully, if nothing else, this entire thing going forward is a case study of why we as Americans need to, I don't know, assess information more carefully and just refuse to be

fooled.  It's as simple as that.

The last thing I want to ask you is, is there anything about we'll just call it the narrative, right, the FBI narrative, the Utah narrative from a an evidence standpoint, lack of information standpoint that you have -- that you take issue with?

BRIAN HARPOLE:  Of course.  You know, evidentiary standpoint, you know, I don't know what the evidentiary -- I don't know what they're doing.  I know that they were pretty strict about it because when I jumped down on my -- jumped down on Charlie my phone came out.  And so it was in there.  And so even after all the team had gone home I'm stuck in Arizona with no phone.  And I couldn't really leave my tasking to go get one and so I'm just there.  And so but my guys -- and we went back, and you can see the phone on the ground.  I'm like, hey, that's my phone, if you hit it this will come up.  And they were like sorry. It was part of the crime scene.

GARY MELTON:  Oh, one thing you brought up on the Shawn Ryan show that I hadn't heard before, there was a video going around that shows your guys like walking around?

BRIAN HARPOLE:  They were directed to do that.

GARY MELTON:  They were looking for evidence or suspicious things and they were told to do that.  That fills a gap of information because people were turning that into a whole bunch of different things.

BRIAN HARPOLE:  Yeah, they were (inaudible).

GARY MELTON:  Why are they out there?

BRIAN HARPOLE:  You know, hey, if we're there to assist -- I mean, they also went through their -- after we all left, they went back there back into that same crime scene to give aid to people at their own peril.  They didn't care about their own safety, their own family, their own children (inaudible).  They went back in there to an unknown after we -- to help.  Do we have more injured?  And they went -- and so hold your tongues.  Yeah, they went back there and traipsed through the crime scene to find more people that were hurt.  And then later they went back there on the crime scene under direction of statutory authority.  So there's that.  And then as far as the evidentiary like we said go, I don't know.  I know mine was held.  And so I didn't get it back.

GARY MELTON:  Do you see any holes in the

official story that you can -- that you can --

BRIAN HARPOLE:  Yeah, I -- (inaudible) I want to know.  I mean, I've seen the videos, like the grainy videos where he's jumping off of the -- the building.

GARY MELTON:  Right.

BRIAN HARPOLE:  And it's like, all right, I want to know did we have the ability to track or see him from the space that he jumped down off the building, and it looks like the rifle is there to where they found it.  And then where's the casing?

GARY MELTON:  They said it was actually in the --

BRIAN HARPOLE:  In the rifle.

GARY MELTON:  -- rifle.  Yeah.

BRIAN HARPOLE:  Okay.  And it's like, hey, did we pull prints off of that, did we pull DNA off of it?

GARY MELTON:  They did.

BRIAN HARPOLE:  Yeah, and so all --

GARY MELTON:  In the charging document they said they got -- and, again, you know, some people are going to completely dismiss the charging document.  I think it's pretty hard to dismiss given that it's going to be challenged in court and it will be real

clear if there were discrepancies from the -- you know, the defense you'd imagine is going to go through that with a fine tooth comb.  They said there was voluminous evidence and it was the defense that asked for --

BRIAN HARPOLE:  The gag order?

GARY MELTON:  -- postponing -- they did ask for the gag order.  They also asked -- the defense is asking for the trial to not be public.  So is the prosecution.  But as far as the evidence that is put in that charging document, that there was his DNA on the rifle, his DNA on the trigger, his DNA on the spent cartridge, his DNA on the non-spent cartridges, his DNA on the towel.  And even if --

BRIAN HARPOLE:  Where was it purchased? Who was it purchased by?  Purchase documents, who would have bought the ammo?

GARY MELTON:  Apparently -- well, the ammo is still in question.

BRIAN HARPOLE:  Right.

GARY MELTON:  And, you know, that's -- that is definitely one of the biggest questions for me is that we do have this ballistic event that is anomalous.  All right.  We have a .30-06 shot from 140 yards and people are saying it's impossible for -- to

not have an exit wound.  And just to verify or clarify, did you see any evidence of an exit wound?

BRIAN HARPOLE:  No.  You know, and of course you look for one --

GARY MELTON:  Of course.

BRIAN HARPOLE:  -- that's part of the thing you do in training.  And that's been spoken to publicly.

GARY MELTON:  It has.  People won't accept it.  Because what's crazy to me is there is other Green Berets, there's other people saying it's possible.

BRIAN HARPOLE:  Oh, I saw -- I saw somebody from, you know -- I'm not even going to name it but like --

GARY MELTON:  I know what you're talking about.

BRIAN HARPOLE:  Yeah, yeah.  He called -- he was like that was a bomb that came off.  I was like, this guy's an idiot on his best day.

GARY MELTON:  Yeah.

BRIAN HARPOLE:  You know, are you sober?

GARY MELTON:  And this was a special operator to be clear.  Here's the problem with anyone that says something is impossible when it comes to a

.30-06 not having an exit wound, and these are just facts that you cannot -- you can't contest. Number one, we don't know what that ammunition was. We don't know if that was store bought ammunition or if it was hand loads.

BRIAN HARPOLE: Was it bonded, you know, all those things.

GARY MELTON: We don't know the projectile type.

BRIAN HARPOLE: Right.

GARY MELTON: We don't know if it was frangible, bonded, FMJ. We don't know the condition of the ammunition. Was it old ammunition? Was it stored properly? Was it exposed to moisture? We don't know the muzzle velocity. We don't know -- you know, one thing we know that he engraved on the cartridge. What we don't know is if he did anything to the projectile itself. We don't know certain things that we would need to know about the rifle itself, you know, was that bullet properly stabilized because of the rifling. We don't know the weight of that bullet. Was it a hundred grain, was it 200 grain? And that's the problem is most people that have shot .30-06, they're usually shooting full power ammunition, 150 grain to typically 180 grain, some up

to 220, thereabouts. Like there are 100 other options both commercially available and then a thousand more options available if we are hand loading that. So like all the exact parameters and variables that we would need to know to make a logical conclusion or a prediction of the results, we don't know that information.

BRIAN HARPOLE: And I asked, hey, could that go out and not taint a jury. I mean, we're not talking about who bought it. Okay, fine, we won't (inaudible) we're just going to give evidence type because they already said --

GARY MELTON: Yeah.

BRIAN HARPOLE: -- like, hey, let's go a little further on that and get type, you know, so that could lend to some more believability.

GARY MELTON: Yeah.

BRIAN HARPOLE: Don't get me wrong, I'm with -- I'm with a lot of these people that are saying hey, you know, this is wrong, we have a conspiracy for this.

GARY MELTON: Yeah.

BRIAN HARPOLE: Because that's based upon, we've been lied to a lot.

GARY MELTON: Yeah, I agree.

BRIAN HARPOLE: And so I -- I agree with them. And then it's like, hey, but you know by you lying or -- it's like now you're complaining about what you're complaining about.

GARY MELTON: Yeah, you're doing.

BRIAN HARPOLE: You are what you're complaining about.

GARY MELTON: You are doing what --

BRIAN HARPOLE: It's like complaining about your neighbor doesn't mow his grass, and you don't mow yours either.

GARY MELTON: Yeah.

BRIAN HARPOLE: And so it's like, hey, man, let's do. And then at the same time to these authorities, hey, throw them a bone, give them something that they've seen that you can release information so that it won't taint a potential jury but at the same time quest some -- like all right, this makes sense or this is reasonable. And there has to be some kind of medium there.

GARY MELTON: Yeah.

BRIAN HARPOLE: And what that is, I don't know. They're professionals, that's what they do.

GARY MELTON: Yeah, that's the thing is like where is that line and who makes that call. I

think -- you know, the defense is going to attempt to make all of those cases.  And I do think that there is a prudent argument from the prosecution side saying, you know what, we're just not going to release any information because we don't want -- we don't want to -- number one, we don't want to violate the constitutional rights of Tyler Robinson, the accused. And I don't know what else they're trying to find out right now.  I don't know if there's other people involved.  You know, I think we're just finding out, this is one of the things I said long ago, I think, you know, when we look at Butler, you know personally I think that Thomas Crooks was the shooter.  Well, we don't know and where there seems to be a cover-up is how was that guy directed because I think this is another case of this and we can go to Stephen Paddock, we can bring up a bunch of other different shooters that I think -- I think when you look at things like MK Ultra and all the other things that other countries are doing and like I don't think it's that difficult to recruit and radicalize -- to find, recruit, and radicalize and motivate --

BRIAN HARPOLE:  (Inaudible).

GARY MELTON:  -- motivate someone into doing some of these horrific things.  I don't think

it's that difficult.  As a matter of fact, I think it's so much easier --

BRIAN HARPOLE:  Nowadays.

GARY MELTON:  -- than putting four different shooters up or trying to use drones with laser beams.  Like that is a piece that we need answers to that -- going back to July 13th, like, why don't we have answers to what happened.  Like we have to wait for a documentary to come out from Tucker Carlson to get 98 percent -- 1,000 percent more information than we've gotten from our own FBI from a case that's supposedly closed that's from a shooter that's dead?  Like why do we have to rely on Tucker to give us that information that our government, the government of, for, and by the people that we should have oversight for, why don't we have that information?

BRIAN HARPOLE:  And that's a great question.  What's the benefit of withholding that as opposed to releasing it?  Epstein files are another one.  What's the benefit of withholding that instead of releasing it?  It's like, oh, because we're the government and we say so.

GARY MELTON:  Yeah.

BRIAN HARPOLE:  And I'm like, I don't buy

it, brother.  Sorry.

GARY MELTON:  I -- you know, I do think even when you talk to -- look, I love all of our law enforcement out there.  I think the vast majority of them are good at the federal level, state level, whatever.  I'm here to support our law enforcement. But I do think there are bureaucrats, because I've met them, there are bureaucrats, there's politicians and there's even federal law enforcement agents that have disdain for the American people, thinking like who are you to think you can hold me accountable, who are you -- like you know, some of these people don't even think that the American people should have guns.  Like who do you think you are?  I'm up here, you're just down here, the peasant, we'll give you the information that we decide that we're going to give you.  And it's a need to know, and you don't need to know it because that would put you in a position above me and hold me accountable.  And I think there's a large portion -- and that in essence is the deep state.  There's darker deeper states I believe in, but that is where a lot of this stuff comes from.

BRIAN HARPOLE:  And knowledge is power.

GARY MELTON:  It is.

BRIAN HARPOLE:  They know that.  And then

knowledge and a voice is real power. And they know that too. And so I think that if they can keep you dumb, stupid, and in the dark then there's power there. And we're a product of that, too.

GARY MELTON: I agree. And speaking of that, the information you shared here today, that's power. And that is -- there's an option for people out there now. You can choose this and you can assess everything that you said that we've talked about and then you can juxtapose that against all the other information out there. And I think the reasonable people among us, we've given them information, we've given them power to make a decision knowing a lot more at least. And so, number one, I thank you for everything that you've done for this country, your service.

BRIAN HARPOLE: I thank you. Because if -- I literally do. I thank you because it was brought to me that you -- you were coming out and you were bucking the system and you were coming out and you were like, let's not -- let's not jump to this, let's look at this. And then why it was brought to me is because of the absolute whipping you were taking.

GARY MELTON: Uh-huh.

BRIAN HARPOLE: And I was like, wow, this

is the kind of guy I want to fight with.

GARY MELTON: Well, when I compare my whipping to what you guys -- like, it's an easy choice, man. Like it's just the right thing to do. And who am I -- like I can't look at my kids, my family. I fought for this country, I believe in the principles on which this country is founded. I am not going to self- -- self-sensor. I am definitely not going to -- I would rather die than be shut up. I would rather die than take money to change my message, all right? To everything, folks, that you hear from Gary is me and me alone. And I don't care what anyone else says out there about me being a fed, me pushing the narrative. It's the opposite. Who are they trying to silence? They're trying to silence me and other truth speakers out there. And you can assess for that yourself. And for those of you already convinced of something else, there's nothing I'm going to do to change that.

But, no, you're the one with courage. You're coming out here, you're getting in front of the camera, you're asking -- you're answering hard questions and I just applaud you. Thank you for everything you do, and thank you for coming out here.

BRIAN HARPOLE: Thank you, Gary. Thank you

very much.

GARY MELTON: All right. Thanks, Brian.

BRIAN HARPOLE: Man.

GARY MELTON: All right, folks. I hope you found this informative. I don't know, just be smart out there, assess information as it comes in, and, you know, we're going to keep telling the truth here. Until next time. Stay armed, stay ready, we'll talk to you soon.

\* \* \* \* \*

I the undersigned, Joy Beth Kennedy, court reporter for the State of Tennessee, do hereby certify the foregoing transcript is an accurate reflection of the contents of the recorded podcast and was transcribed to the best of my ability.

I further certify that I am neither attorney for, nor related to the parties to this cause and furthermore that I am not a relative of any attorney or counsel of the parties hereto or financially interested in the action.

---*Joy Beth Kennedy*----

Joy Beth Kennedy, LCR, CCR