BRIAN HARPOLE,
   Plaintiff,
v.
CANDACE OWENS,
CANDACE OWENS LLC,
GEORGETOM, INC., and
MITCHELL SNOW,
   Defendants.

**JURY DEMAND**
Civil Action No. 3:26-cv-00556
District Judge: Unassigned
Magistrate Judge: Unassigned

## PROPOSED ORDER GRANTING DEFENDANT MITCHELL H. SNOW'S MOTION TO DISMISS

Before the Court is Defendant Mitchell H. Snow's Motion to Dismiss under Federal Rules of Civil Procedure 12(b)(2) and 12(b)(6), together with the supporting Memorandum of Law, Snow's jurisdictional Declaration, Exhibit A containing selected timestamp references from the December 18, 2025 Episode 282 publication, and the record in this action.

Having considered the parties' filings and the record, the Court finds that Plaintiff has not made the required showing that this Court may exercise personal jurisdiction over Defendant Mitchell H. Snow. Personal jurisdiction must be established over each defendant independently, and the relevant forum connection must arise from contacts created by that defendant. Carbone v. Kaal, 140 F.4th 805, 808-13 (6th Cir. 2025). The allegations and jurisdictional record concerning Snow do not establish that Snow purposefully created suit-related contacts with Tennessee sufficient to satisfy due process. See id.; Walden v. Fiore, 571 U.S. 277, 284-86, 289-90 (2014); Blessing v. Chandrasekhar, 988 F.3d 889, 904-07 (6th Cir. 2021).

The alleged observation underlying the claims against Snow occurred in Arizona, Snow participated in the challenged publication remotely from Washington, and the record does not establish Tennessee-focused conduct by Snow comparable to the forum-directed conduct

1

described in *Johnson v. Griffin*, 85 F.4th 429, 433-36 (6th Cir. 2023). Tennessee was not shown to be the focal point of Snow's alleged conduct or of the underlying event.

Because the Court lacks personal jurisdiction over Snow, the Court does not reach Snow's alternative request for dismissal under Rule 12(b)(6), including his arguments concerning the meaning and context of Episode 282. The Court therefore makes no finding concerning the ultimate truth or falsity of the disputed Fort Huachuca identification or whether Plaintiff was physically present there. Dismissal for lack of personal jurisdiction is without prejudice. *See Intera Corp. v. Henderson*, 428 F.3d 605, 620-21 (6th Cir. 2005).

Accordingly, it is ORDERED that:

1. Defendant Mitchell H. Snow's Motion to Dismiss is GRANTED under Federal Rule of Civil Procedure 12(b)(2).

2. All claims asserted by Plaintiff Brian Harpole against Defendant Mitchell H. Snow are DISMISSED WITHOUT PREJUDICE for lack of personal jurisdiction.

3. The Clerk is DIRECTED to terminate Mitchell H. Snow as a defendant in this action.

4. This Order adjudicates only the claims asserted against Mitchell H. Snow and does not adjudicate Plaintiff's claims, if any remain pending, against the other Defendants.

IT IS SO ORDERED.

Date: _____

_____
UNITED STATES DISTRICT JUDGE

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

BRIAN HARPOLE,
  Plaintiff,

v.

CANDACE OWENS,
CANDACE OWENS LLC,
GEORGETOM, INC., and
MITCHELL SNOW,
  Defendants.

JURY DEMAND

Civil Action No. 3:26-cv-00556
District Judge: Unassigned
Magistrate Judge: Unassigned

## CERTIFICATE / PROOF OF SERVICE

### PROPOSED ORDER GRANTING DEFENDANT MITCHELL H. SNOW'S MOTION TO DISMISS

I certify that on _____ 10 August _____, 2026, after the Clerk docketed the document identified below, the Court's CM/ECF system transmitted a Notice of Electronic Filing (NEF) to the registered counsel of record listed below. Receipt of the NEF constitutes electronic service under M.D. Tenn. L.R. 5.02(a) and Fed. R. Civ. P. 5(b)(2)(E).

**Document served:** Proposed Order Granting Defendant Mitchell H. Snow's Motion to Dismiss
**CM/ECF Document No. (if assigned):** _____

**Method of service:** CM/ECF Notice of Electronic Filing (electronic service)

**Date of service:** _____ 10 August _____, 2026

**Counsel served for Plaintiff Brian Harpole:**
  Tara L. Swafford - tara@swaffordlawfirm.com
  Elizabeth G. Hart - betsy@swaffordlawfirm.com
  Jacob W. Roth - jroth@contarinoroth.com
  Matthew Sarelson - msarelson@dhillonlaw.com

**Counsel served for Defendants Candace Owens, Candace Owens LLC, and GeorgeTom, Inc.:**
  Daniel A. Horwitz - daniel@horwitz.law
  Robert A. Peal - rpeal@simsfunk.com
  Megan Catherine Chambers - mchambers@simsfunk.com

I have not learned that the electronic service failed or that the NEF did not reach any counsel listed above.

_____
Mitchell H. Snow, Defendant Pro Se
9315 Welsh Dr.
Pasco, WA 99301
Telephone: 509-412-4498
Email: Justice4Nate@PM.ME