## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

BRIAN HARPOLE,
  Plaintiff,

v.

CANDACE OWENS,
CANDACE OWENS LLC,
GEORGETOM, INC., and
MITCHELL SNOW,
  Defendants.

**JURY DEMAND**
Civil Action No. 3:26-cv-00556
District Judge: Unassigned
Magistrate Judge: Unassigned

### EXHIBIT A - SELECTED EPISODE 282 TIMESTAMPED EXCERPTS

Purpose. Plaintiff repeatedly quotes, paraphrases, and relies on the December 18, 2025 Episode 282 publication. This exhibit provides a limited set of timestamp references for the Court's convenience in comparing the Complaint's characterization with the publication itself. The original audiovisual publication controls if any transcription discrepancy exists.

This exhibit is not offered to establish what occurred during the separate December 8, 2025 private telephone call and is not offered to prove the ultimate truth of the disputed identification.

**Selected References**

1. 55:32 - Snow expressly acknowledges possible mistaken identity ("maybe it's not him") before describing a person whose physical characteristics and mannerisms matched Plaintiff and stating that the matching person "definitely walked past me."

2. 56:13-56:57 - Owens discusses possible look-alike explanations, states that she cannot independently confirm the identity, and then asks Snow to quantify his confidence. Snow gives a high percentage estimate.

3. 58:47-59:18 - Owens cautions the audience against extrapolating beyond the sighting and discusses the possibility of unrelated explanations for a person's presence.

1

**4.** 1:03:25 - Snow states that he "didn't know what was going to happen" during the following twenty-four hours and describes the timing as something he only understood in hindsight.

**5.** 1:07:48 / 1:11:42 - Snow has left the interview before Owens later states her own broader conclusions concerning government involvement and a cover-up.

6. 1:07:02 / 1:07:48 / 1:10:07-1:10:43 - Near the conclusion of the interview, after Snow's substantive testimony, Owens first states on air that she intends to put together a fundraiser for Snow. Snow signs off at approximately 1:07:48. After he is off the program, Owens repeats and expands the announcement, stating that she will create a GiveSendGo and hopes it can assist with legal costs. This sequence places the first on-air fundraiser reference after Snow's substantive testimony, not before it.

The foregoing selections are intentionally limited. They are offered only to identify portions of the publication directly bearing on the Complaint's Snow-specific allegations, contextual-implication theory, and the pleaded conspiracy theory. They are not offered to establish the contents of the separate December 8 private call or any off-air communications.

**CERTIFICATE OF SERVICE**

I certify that on ___*10 August*___, 2026, I submitted the foregoing through the Court's Pro Se Electronic Filing Portal for docketing. Upon docketing, the Notice of Electronic Filing generated by CM/ECF constitutes service on registered Electronic Filing Users under M.D. Tenn. L.R. 5.02(a). Any person not served electronically will be served as required by Federal Rule of Civil Procedure 5 and M.D. Tenn. L.R. 5.01.

_____
Mitchell H. Snow

2

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

BRIAN HARPOLE,
  Plaintiff,

v.

CANDACE OWENS,
CANDACE OWENS LLC,
GEORGETOM, INC., and
MITCHELL SNOW,
  Defendants.

JURY DEMAND

Civil Action No. 3:26-cv-00556
District Judge: Unassigned
Magistrate Judge: Unassigned

## CERTIFICATE / PROOF OF SERVICE

### EXHIBIT A - SELECTED EPISODE 282 TIMESTAMPED EXCERPTS

I certify that on _____ *16 AUGUST* _____, 2026, after the Clerk docketed the document identified below, the Court's CM/ECF system transmitted a Notice of Electronic Filing (NEF) to the registered counsel of record listed below. Receipt of the NEF constitutes electronic service under M.D. Tenn. L.R. 5.02(a) and Fed. R. Civ. P. 5(b)(2)(E).

**Document served:** Exhibit A - Selected Episode 282 Timestamped Excerpts
**CM/ECF Document No. (if assigned):** _____
**Method of service:** CM/ECF Notice of Electronic Filing (electronic service)
**Date of service:** _____ *16 AUGUST* _____, 2026

**Counsel served for Plaintiff Brian Harpole:**
  Tara L. Swafford - tara@swaffordlawfirm.com
  Elizabeth G. Hart - betsy@swaffordlawfirm.com
  Jacob W. Roth - jroth@contarinoroth.com
  Matthew Sarelson - msarelson@dhillonlaw.com

**Counsel served for Defendants Candace Owens, Candace Owens LLC, and GeorgeTom, Inc.:**
  Daniel A. Horwitz - daniel@horwitz.law
  Robert A. Peal - rpeal@simsfunk.com
  Megan Catherine Chambers - mchambers@simsfunk.com

I have not learned that the electronic service failed or that the NEF did not reach any counsel listed above.

_____

Mitchell H. Snow, Defendant Pro Se
9315 Welsh Dr.
Pasco, WA 99301
Telephone: 509-412-4498
Email: Justice4Nate@PM.ME