# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

BRIAN HARPOLE,
  Plaintiff,
v.
CANDACE OWENS,
CANDACE OWENS LLC,
GEORGETOM, INC., and
MITCHELL SNOW,
  Defendants.

**JURY DEMAND**
Civil Action No. 3:26-cv-00556
District Judge: Unassigned
Magistrate Judge: Unassigned

## DECLARATION OF MITCHELL H. SNOW IN SUPPORT OF RULE 12(b)(2) MOTION

I, Mitchell H. Snow, declare under 28 U.S.C. § 1746 as follows:

**1.** I am a Defendant in this action. I have personal knowledge of the jurisdictional facts stated in this Declaration and could testify competently to them.

**2.** I submit this Declaration solely in support of my motion under Federal Rule of Civil Procedure 12(b)(2) challenging personal jurisdiction. I do not offer it to resolve the Rule 12(b)(6) portion of the motion.

**3.** I reside at 9315 Welsh Dr., Pasco, WA 99301, and I am domiciled in the State of Washington.

**4.** I have never resided in or been domiciled in Tennessee.

**5.** I do not own or lease real property in Tennessee.

**6.** I do not maintain an office, employee, agent, bank account, or regular business operation in Tennessee.

**7.** I did not travel to Tennessee in connection with the telephone conversation or podcast appearance described in the Complaint.

**8.** I participated in the December 2025 podcast appearance remotely from Washington.

**9.** I did not select or control the location from which the podcast was produced.

1

10. I did not control the podcast's title, thumbnail, editing, advertising, publication, distribution, repetition, or monetization.

11. I did not direct my statements to a Tennessee-specific audience or request that any person take action in Tennessee.

12. My presence at Fort Huachuca in September 2025 occurred in Arizona and preceded the December 2025 communications with Candace Owens alleged in the Complaint.

13. I did not travel to Fort Huachuca at the request of Candace Owens or for the purpose of conducting activity in Tennessee.

14. I did not travel to Tennessee to investigate Brian Harpole or the events described in the Complaint.

15. I did not request that Candace Owens or any other person undertake Tennessee-specific governmental, employment, commercial, or legal action against Brian Harpole.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____ 1/0 _AUGUST_____, 2026, at Pasco, Washington.

Mitchell H. Snow
9315 Welsh Dr.
Pasco, WA 99301
Telephone: 509-412-4498
Email: Justice4Nate@PM.ME

**CERTIFICATE OF SERVICE**

I certify that on ___/0 Augos___, 2026, I submitted the foregoing through the Court's

Pro Se Electronic Filing Portal for docketing. Upon docketing, the Notice of Electronic Filing

generated by CM/ECF constitutes service on registered Electronic Filing Users under M.D.

Tenn. L.R. 5.02(a). Any person not served electronically will be served as required by Federal

Rule of Civil Procedure 5 and M.D. Tenn. L.R. 5.01.

Mitchell H. Snow

Case 3:26-cv-00556    Document 34    Filed 08/10/26    Page 3 of 4 PageID #: 814

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

BRIAN HARPOLE,
  Plaintiff,

v.

CANDACE OWENS,
CANDACE OWENS LLC,
GEORGETOM, INC., and
MITCHELL SNOW,
  Defendants.

JURY DEMAND

Civil Action No. 3:26-cv-00556
District Judge: Unassigned
Magistrate Judge: Unassigned

## CERTIFICATE / PROOF OF SERVICE

### DECLARATION OF MITCHELL H. SNOW IN SUPPORT OF RULE 12(B)(2) MOTION

I certify that on _____ *10 August* _____, 2026, after the Clerk docketed the document identified below, the Court's CM/ECF system transmitted a Notice of Electronic Filing (NEF) to the registered counsel of record listed below. Receipt of the NEF constitutes electronic service under M.D. Tenn. L.R. 5.02(a) and Fed. R. Civ. P. 5(b)(2)(E).

**Document served:** Declaration of Mitchell H. Snow in Support of Rule 12(b)(2) Motion

**CM/ECF Document No. (if assigned):** _____

**Method of service:** CM/ECF Notice of Electronic Filing (electronic service)

**Date of service:** _____ *10 August* _____, 2026

**Counsel served for Plaintiff Brian Harpole:**
    Tara L. Swafford - tara@swaffordlawfirm.com
    Elizabeth G. Hart - betsy@swaffordlawfirm.com
    Jacob W. Roth - jroth@contarinoroth.com
    Matthew Sarelson - msarelson@dhillonlaw.com

**Counsel served for Defendants Candace Owens, Candace Owens LLC, and GeorgeTom, Inc.:**
    Daniel A. Horwitz - daniel@horwitz.law
    Robert A. Peal - rpeal@simsfunk.com
    Megan Catherine Chambers - mchambers@simsfunk.com

I have not learned that the electronic service failed or that the NEF did not reach any counsel listed above.

_____

Mitchell H. Snow, Defendant Pro Se
9315 Welsh Dr.
Pasco, WA 99301
Telephone: 509-412-4498
Email: Justice4Nate@PM.ME