IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

BRIAN HARPOLE                                    ,
            Plaintiff(s),

v.                                          Case No.___3:26-cv-00556_____

CANDACE OWENS, et al.                            ,
            Defendant(s).

**FED. R. CIV. P. 7.1(a)(2) DISCLOSURE STATEMENT**
**(Diversity Jurisdiction)**

To provide the disclosures required by Fed. R. Civ. P. 7.1(a)(2), and in compliance with Local Rule 7.01(b), this disclosure statement is filed by _____MITCHELL H. SNOW_____.
The filer acknowledges the continuing obligation to update and supplement this statement.

**INSTRUCTIONS: Check the applicable blank or blanks and fully provide any required information. Attach separate pages as necessary to fully provide required information.**

1.     This party or intervenor is an individual, who resides in _____WASHINGTON___.

2.     This party or intervenor is a publicly held corporation or other publicly held entity, incorporated in the state of _____with a principal place of business in the state of _____.

3.     This party or intervenor is a privately held corporation, incorporated in the state of _____with a principal place of business in the state of _____. Ten percent (10%) or more of this corporation is owned by (list below all ownership interests of 10% or more):

_____

_____.

4.  Is this party or intervenor a parent or subsidiary of another corporation or corporations?

____ YES    _x_ NO

If the answer is YES, state the identity of the parent or subsidiary and whether the named party is the parent or the subsidiary.

_____

_____.

5. Is this party or intervenor affiliated with any other corporation or corporations, other than as a parent or subsidiary?

_____ YES ___x_ NO

If the answer is YES, state: (i) the identity of the affiliated corporation(s); (ii) the nature of the relationship between the affiliated corporation(s) and the named party or intervenor; and, (iii) whether the affiliated corporation owns ten percent (10%) or more of the stock or ownership interests of the named party or intervenor and, if so, percentage of interest owned.

_____

_____.

6. Is there a publicly held corporation or another publicly held entity, not a party to the case, that has a direct financial interest in the outcome of the litigation?

_____ YES ___x_ NO

If the answer is YES, state the identity of such corporation and the nature of the financial interest.

_____

_____.

7. Is this party or intervenor a limited liability company or limited liability partnership?

_____ YES ___x_ NO

If the answer is YES, identify **on attached page(s)** each member of the entity and the member's state of citizenship. If any member is not an individual person, the required information identifying ownership interests and citizenship for each sub-member must be provided as well. *See Delay v. Rosenthal Collins Grp.*, LLC, 585 F.3d 1003 (6th Cir. 2009).

8. Is this party or intervenor an unincorporated association or entity?

_____ YES, this party or intervenor is a _____.     ___x_ NO

If the answer is YES, identify **on attached page(s)** the members of the entity and the member's state of citizenship. If any member is not an individual person, the required information identifying ownership interests and citizenship for each sub-member must be provided as well.

9. Is this party or intervenor a trust?

_____ YES ___x_ NO

If the answer is YES, identify **on attached page(s)** each trustee and each trustee's state of citizenship. If any trustee is not an individual person, the required information identifying ownership interests and state of citizenship of each sub-trustee must be provided as well.

2

Any additional pertinent information must also be provided on attached page(s).

Date: 8/10/24    Signature: _____

Printed Name: Mitchell H. Snow

Title: Defendant, Pro Se

**CERTIFICATE OF SERVICE**
[Include certificate of service if required by Fed. R. Civ. P. 5(d)(1)(B)
and attach as separate page if necessary due to space constraints.]

3

# ATTACHMENT TO FED. R. CIV. P. 7.1(a)(2) DISCLOSURE STATEMENT

Brian Harpole v. Candace Owens, et al.
Civil Action No. 3:26-cv-00556

Mitchell H. Snow
Defendant, Pro Se
9315 Welsh Dr.
Pasco, WA 99301
Telephone: 509-412-4498
Email: Justice4Nate@PM.ME

## CERTIFICATE OF SERVICE

I certify that on _10 August_ , 2026, I submitted the foregoing through the Court's Pro Se Electronic Filing Portal for docketing. Upon docketing, the Notice of Electronic Filing generated by CM/ECF constitutes service on registered Electronic Filing Users under M.D. Tenn. L.R. 5.02(a). Any person not served electronically will be served as required by Federal Rule of Civil Procedure 5 and M.D. Tenn. L.R. 5.01.

Mitchell H. Snow

4

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

BRIAN HARPOLE,
  Plaintiff,

v.

CANDACE OWENS,
CANDACE OWENS LLC,
GEORGETOM, INC., and
MITCHELL SNOW,
  Defendants.

JURY DEMAND

Civil Action No. 3:26-cv-00556
District Judge: Unassigned
Magistrate Judge: Unassigned

## CERTIFICATE / PROOF OF SERVICE

### FED. R. CIV. P. 7.1(A)(2) DISCLOSURE STATEMENT

I certify that on ____ _AUGUST_ ____, 2026, after the Clerk docketed the document identified below, the Court's CM/ECF system transmitted a Notice of Electronic Filing (NEF) to the registered counsel of record listed below. Receipt of the NEF constitutes electronic service under M.D. Tenn. L.R. 5.02(a) and Fed. R. Civ. P. 5(b)(2)(E).

**Document served:** Fed. R. Civ. P. 7.1(a)(2) Disclosure Statement

**CM/ECF Document No. (if assigned):** _____

**Method of service:** CM/ECF Notice of Electronic Filing (electronic service)

**Date of service:** _10 AUGUS____, 2026

**Counsel served for Plaintiff Brian Harpole:**
    Tara L. Swafford - tara@swaffordlawfirm.com
    Elizabeth G. Hart - betsy@swaffordlawfirm.com
    Jacob W. Roth - jroth@contarinoroth.com
    Matthew Sarelson - msarelson@dhillonlaw.com

**Counsel served for Defendants Candace Owens, Candace Owens LLC, and GeorgeTom, Inc.:**
    Daniel A. Horwitz - daniel@horwitz.law
    Robert A. Peal - rpeal@simsfunk.com
    Megan Catherine Chambers - mchambers@simsfunk.com

I have not learned that the electronic service failed or that the NEF did not reach any counsel listed above.

_____

Mitchell H. Snow, Defendant Pro Se
9315 Welsh Dr.
Pasco, WA 99301
Telephone: 509-412-4498
Email: Justice4Nate@PM.ME