**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**
Case No. 3:26-cv-00556

BRIAN HARPOLE,
Plaintiff,

v.

CANDACE OWENS,
CANDACE OWENS LLC,
GEORGETOM, INC., and
MITCHELL SNOW,

Defendants.

---

**NOTICE OF CHANGE OF ATTORNEY INFORMATION**

Please note Plaintiff's lead counsel's change in law firm name and email address:

Matthew Seth Sarelson, Esq.
Sarelson & Sajdera, PLLC
Matt.sarelson@ssxlaw.com

Respectfully submitted,


Matthew Seth Sarelson, Esq.
SARELSON & SAJDERA, PLLC
1601 Forum Place, Suite 202
West Palm Beach, Florida 33401
Tel: 305.773.1952
Matt.sarelson@ssxlaw.com
Coral.sotomayor@ssxlaw.com

THE SWAFFORD LAW FIRM, PLLC
Tara L. Swafford, BPR # 17577
Elizabeth G. Hart, BPR # 30070
321 Billingsly Court, Suite 19
Franklin, TN 37067
Tel: (615) 599-8406

Fax: (615) 807-2355
tara@swaffordlawfirm.com
betsy@swaffordlawfirm.com

Jacob William Roth, Esq.*
CONTARINO ROTH LLC
2255 Glades Road, Suite 324A
Boca Raton, FL 33431
Tel: 561.872.6508
jroth@contarinoroth.com

Attorneys for Plaintiff Brian Harpole
**Admitted pro hac vice*