**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | |
|---|---|
| **BRIAN HARPOLE,**<br>Plaintiff,<br><br>v.<br><br>CANDACE OWENS,<br>CANDACE OWENS LLC,<br>GEORGETOM, INC., and<br>MITCHELL SNOW,<br>Defendants. | Civil Action No. 3:26-cv-00556<br>District Judge: Unassigned<br>Magistrate Judge: Unassigned<br><br>**JURY DEMAND** |

**PROPOSED ORDER GRANTING DEFENDANT MITCHELL H. SNOW'S TPPA MOTION**

Before the Court is Defendant Mitchell H. Snow's Motion and Memorandum of Law for Dismissal Under the Tennessee Public Participation Act ("TPPA"), Tenn. Code Ann. §§ 20-17-101 through -110. Having reviewed the Motion, the record, and the applicable law, the Court ORDERS as follows:

1. The filing of the TPPA Motion did not waive Snow's objection to personal jurisdiction. The Court has first resolved that threshold objection in a manner permitting it to reach Snow's alternative request under the TPPA.
2. The claims against Snow are based on, relate to, or respond to Snow's exercise of the right of free speech concerning matters of public concern. Snow therefore has made the prima facie showing required by Tenn. Code Ann. § 20-17-105(a).
3. For the reasons stated in the Court's accompanying memorandum, Plaintiff has not established a prima facie case for every essential element of Counts IV and V, including a Snow-specific actionable meaning, fault, causation, and actual injury, or Snow has established valid defenses under Tenn. Code Ann. § 20-17-105(c).

4. The TPPA Motion is GRANTED. Counts IV and V are DISMISSED WITH PREJUDICE as to Snow under Tenn. Code Ann. § 20-17-105(e).
5. Snow may seek any recoverable court costs and other expenses in accordance with Tenn. Code Ann. § 20-17-107, the Federal Rules of Civil Procedure, and the Local Rules of this Court.

**IT IS SO ORDERED.**

Date: ____________________

___________________________________
UNITED STATES DISTRICT JUDGE