**IN THE UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **BRIAN HARPOLE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **NO. 3:26-cv-00556** |
| **v.** | ) | |
| | ) | |
| **CANDACE OWENS, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

# ORDER

After consultation with the Sixth Circuit Court of Appeals and consistent with the current practices and procedures of this Court, there is no longer a need for recusal in this case.

Accordingly, the Clerk of Court is **DIRECTED** to reassign the above-captioned matter to Chief Judge Campbell, the originally assigned judge.

It is so **ORDERED**.

WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE