ORDER: Motion (Doc. No. 36) GRANTED.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| BRIAN HARPOLE,<br><br>Plaintiff,<br><br>v.<br><br>CANDACE OWENS, *et al.*,<br><br>Defendants. | Case No. 3:26-cv-00556<br><br>Judge N/A<br>Magistrate Judge N/A<br><br>JURY DEMAND |

**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS CANDACE OWENS, CANDACE OWENS LLC, AND GEORGETOM, INC.'S MOTION TO DISMISS & TO EXCEED THE PAGE LIMIT**

Pursuant to Local Rule 7.01, Plaintiff Brian Harpole hereby files his unopposed motion (i) for an extension of time to respond to the Owens Defendants' Motion to Dismiss [D.E. 31] and (ii) to exceed the normal page limits.

1. On August 6, 2026, Defendants Candace Owens, Candace Owens LLC, and GeorgeTom, Inc. (the "Owens Defendants") filed their Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6) and the Tennessee Public Participation Act. D.E. 31. The Motion is 35 pages, with hundreds of pages of exhibits.

2. The Owens Defendants had over 90 days to respond to the Complaint. It was emailed to the Defendants and their counsel on April 30, 2026, the day it was filed. Defendants waived service as of May 8, 2026, thereby giving them a deadline of July 7, 2026. Defendants requested and Plaintiff agreed to an additional 30 days, extending the deadline to August 6, 2026.

3. Plaintiff's response in opposition is currently due on August 21, 2026.

4. Additional time is needed to adequately respond to the Owens Defendants' Motion, which raises complex issues including First Amendment and Tennessee Public Participation Act arguments, and spans thirty-five pages with voluminous exhibits. Counsel for Plaintiff requires additional time to research and brief these issues thoroughly.
5. This is Plaintiff's first request for an extension of time to respond to the Owens Defendants' Motion to Dismiss.
6. Plaintiff is requesting a deadline of November 6, 2026, which gives him a total of 90 days. This is the same amount the Owens Defendants had to prepare and file their motion. (Plaintiff's lead counsel is also preparing for a 7 day bench trial beginning October 26, 2026).
7. Aside from the extension of time, Plaintiff is requesting leave to exceed the page limits to 35 pages. The Owens Defendants requested and received the same extension on the page limits.
8. Counsel for Plaintiff has conferred with counsel for the Owens Defendants, and the Owens Defendants do not oppose this request.
9. No party will be prejudiced by this relief, and the requested relief will not otherwise delay the proceedings in this matter.

WHEREFORE, Plaintiff respectfully requests that the Court grant this Motion and extend Plaintiff's deadline to respond to the Owens Defendants' Motion to Dismiss (D.E. 31) up to and including November 6, 2026, extend the page limits to 35 pages, and grant such other relief as the Court deems just and proper.

Respectfully submitted,



Matthew Seth Sarelson, Esq.
DHILLON LAW GROUP INC.
1601 Forum Place, Suite 202