**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**AT NASHVILLE**

| | | |
|---|---|---|
| BRIAN HARPOLE, | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | Case No.: 3:26-cv-00556 |
| | § | |
| CANDACE OWENS, *et al.*, | § | |
| | § | |
| *Defendants*. | § | |

**OWENS DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO FILE 13-PAGE REPLY BRIEF**

Come now Defendants Candace Owens, Candace Owens LLC, and GeorgeTom, Inc., and under Local Rule 7.01(a)(4) ("An optional reply memorandum may be filed within seven (7) days after service of the response, and shall not exceed five (5) pages without leave of Court."), respectfully move this Court for leave to file a 13-page Reply Brief, a copy of which is attached here as **Attachment 1**.

The movants have consulted with Plaintiff's counsel regarding the relief sought by this Motion, and the relief sought here is unopposed.

Respectfully submitted,

By: /s/ Daniel A. Horwitz

DANIEL A. HORWITZ, BPR #032176
HORWITZ LAW, PLLC
4016 WESTLAWN DRIVE
NASHVILLE, TN 37209
(615) 739-2888
daniel@horwitz.law

ROBERT A. PEAL, BPR #025629
MEGAN CATHERINE CHAMBERS, BPR #042312
SIMS FUNK, PLC
3102 West End Avenue, Ste. 1100
Nashville, TN 37203
(615) 292-9335
(615) 649-8565 (f)
rpeal@simsfunk.com
mchambers@simsfunk.com

*Counsel for Defendants Candace Owens, Candace Owens LLC, and GeorgeTom, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on November 10, 2026, a copy of the foregoing was sent via certified USPS mail, postage prepaid, the Court's electronic filing system, or via email to the following:

TARA L. SWAFFORD, BPR # 17577
ELIZABETH G. HART, BPR # 30070
The Swafford Law Firm, PLLC
321 Billingsly Court, Suite 19
Franklin, TN 37067
tara@swaffordlawfirm.com
betsy@swaffordlawfirm.com

JACOB W. ROTH, ESQ.
Contarino Roth LLC
2255 Glades Road, Suite 324A
Boca Raton, FL 33431
jroth@contarinoroth.com

MATTHEW SETH SARELSON, ESQ.
Sarelson & Sajdera, PLLC
1601 Forum Place, Suite 202
West Palm Beach, FL 33401
matt.sarelson@ssxlaw.com

*Counsel for Plaintiff*

MITCHELL SNOW
9315 Welsh Dr.
Pasco, WA 99301
justice4nate@pm.me

*Defendant*

By: /s/ Daniel A. Horwitz
DANIEL A. HORWITZ, BPR #032176