ORDER: The motion (Doc. No. 49) is GRANTED.

William L. Campbell, Jr.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**AT NASHVILLE**

| | | |
|---|---|---|
| BRIAN HARPOLE, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | Case No.: 3:26-cv-00556 |
| | § | |
| CANDACE OWENS, *et al.*, | § | |
| | § | |
| *Defendants*. | § | |

**OWENS DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO FILE 13-PAGE REPLY BRIEF**

Come now Defendants Candace Owens, Candace Owens LLC, and GeorgeTom, Inc., and under Local Rule 7.01(a)(4) ("An optional reply memorandum may be filed within seven (7) days after service of the response, and shall not exceed five (5) pages without leave of Court."), respectfully move this Court for leave to file a 13-page Reply Brief, a copy of which is attached here as **Attachment 1**.

The movants have consulted with Plaintiff's counsel regarding the relief sought by this Motion, and the relief sought here is unopposed.